UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-2413

**Caption [use short title]**

**Motion for:** Leave to File Amicus Brief of California Rifle & Pistol Association, Inc. and Second Amendment Law Center in Support of Plaintiff-Appellant

Set forth below precise, complete statement of relief sought:

California Rifle & Pistol Ass'n, Inc., and Second Amendment Law Center seek leave to file an amicus brief in support of Appellant David Nastri.

# Nastri v. Dykes

**MOVING PARTY:** Amici Cal. Rifle & Pistol Assoc. & Second Amendment Law Ctr.
**OPPOSING PARTY:** Appellee Katie Dykes

☐ Plaintiff ☐ Defendant
☐ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Anna M. Barvir
**OPPOSING ATTORNEY:** Thadius Bochain

[name of attorney, with firm, address, phone number and e-mail]

Anna M. Barvir, Michel & Associates, P.C.
180 East Ocean Blvd., Suite 200, Long Beach, CA 90802
Tel.: (562) 216-4444, Email: abarvir@michellawyers.com

Thadius Bochain, Connecticut Office of the Attorney General
165 Capitol Avenue, Hartford, CT 06106
Tel.: (860) 808-5020, Email: thadius.bochain@ct.gov

**Court- Judge/ Agency appealed from:** United States District Court for the District of Connecticut

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:_____

**Signature of Moving Attorney:**
/s/Anna M. Barvir  **Date:** 01/21/2026  **Service by:** ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# 25-2413-cv

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

———————————————

DAVID J. NASTRI, ESQ.,

*Plaintiff-Appellant*,

v.

KATIE DYKES,

*Defendant-Appellee.*

———————————————

On Appeal from the United States District Court
for the District of Connecticut, No. 32:23-cv-00056 VAB

———————————————

**MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE
CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, AND
SECOND AMENDMENT LAW CENTER, INC., IN SUPPORT OF
PLAINTIFF-APPELLANT**

———————————————

C.D. Michel
Anna M. Barvir
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Ste. 200
Long Beach, CA 90802
cmichel@michellawyers.com

*Counsel for Amici Curiae*

January 21, 2026

Pursuant to Federal Rule of Appellate Procedure 29, the California Rifle & Pistol Association, Incorporated ("CRPA") and Second Amendment Law Center, Inc. ("2ALC"), by and through their counsel of record, hereby move for leave to file the attached brief as amici curiae in support of Plaintiff-Appellant David Nastri. This motion is accompanied by the proposed brief as required by FRAP 29(a)(3).

Counsel for Amici CRPA and 2ALC conferred with counsel for the parties regarding the filing of the proposed amicus curiae brief. Appellant has consented to the filing of the brief, while counsel for Appellee has advised that she takes no position on this request.

## ARGUMENT

### I.  Legal Standard

Courts routinely grant leave to file an amicus brief where amici have a direct interest in the matter, and the proposed brief is relevant to the issues presented and may be helpful to the court in deciding them. Fed. R. App. Proc. 29(a)(3)(B). *See, e.g.*, *Neonatology Assocs., P.A. v. Comm'r*, 293 F.3d 128, 132-33 (3d Cir. 2002) (acknowledging that "it is preferable to err on the side of granting leave" so as not to deprive the court of a resource that may help the panel). Leave is particularly appropriate where, as here, the proposed amici have subject-matter expertise or represent constituencies directly affected by the challenged regulation.

### II.  Amici CRPA and 2ALC Have a Direct Interest in the Issues Presented

Founded in 1875, California Rifle & Pistol Association, Incorporated ("CPRA"), is a nonprofit organization that seeks to defend the Second Amendment and advance laws that protect the rights of individual citizens. Its members include tens of thousands of individuals who seek to exercise the right to publicly carry

firearms for self-defense and who are directly affected by restrictions on where that right may be exercised. In service of its mission to preserve the constitutional and statutory rights of gun ownership, CRPA regularly participates as a party or amicus in Second Amendment litigation. As relevant here, CRPA is currently a plaintiff in *May v. Bonta*, C.D. Cal. 23-cv-01696, a lawsuit challenging California's Senate Bill 2, which (among other things) restricts public carry of firearms in state parks by holders of concealed carry permits.

      Second Amendment Law Center, Inc. ("2ALC") is a nonprofit corporation headquartered in Henderson, Nevada. Second Amendment Law Center is dedicated to promoting and defending the individual rights to keep and bear arms as envisioned by the Founding Fathers. Its purpose is to defend these rights in state and federal courts across the United States. It also seeks to educate the public about the social utility of firearm ownership and to provide policymakers, judges, and the public with accurate historical, criminological, and technical information about firearms.

      Both CRPA and 2ALC have participated as either plaintiffs or amici in countless Second Amendment challenges in the Supreme Court and the U.S. Courts of Appeals. Based on their broad experience litigating such cases, they offer this Court an important perspective on the constitutional questions at issue. And they share a direct and substantial interest in ensuring this Court faithfully applies *Bruen*'s text-and-history framework and the "sensitive places" exception, preventing states from effectively nullifying the right to bear arms through unduly expansive designations of "sensitive places."

### III. A Brief from Amici CRPA and 2ALC Is Both Relevant and Desirable

The Court should grant this motion because a brief from Amici CRPA and 2ALC is both relevant and desirable. Fed. R. App. 29(a)(3)(B).

The district court's decision rests on an expansive understanding of the "sensitive places" exception that, if upheld, would permit states to prohibit carry in a vast array of ordinary public spaces. That reasoning implicates not only the regulation at issue, but the right to public carry nationwide. The proposed amicus brief explains why treating ordinary recreational spaces as categorically "sensitive" conflicts with the Supreme Court's express instruction that only a "relatively few" locations qualify for such treatment based on the historical record. *N.Y. State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1, 30 (2022).

The proposed brief also addresses Connecticut's modern carry permit regime and the extensive vetting required of licensed carriers—both of which bear directly on the "how" and "why" components of *Bruen*'s analogical framework. *Id.* at 29. The brief explains that modern public-carry restrictions, including Connecticut's ban on carry in public parks and forests, operate even against a population that has already been vetted and approved by the state, a condition that did not exist when the historical regulations cited by the district court were enacted. This distinction is relevant to the constitutional inquiry under *Bruen* and *United States v. Rahimi*, 602 U.S. 680 (2024), yet is often under-addressed.

As explained above, these issues are of great importance to Amici CRPA and 2ALC, who have broad experience litigating them. They are thus uniquely situated to weigh in on these issues, and a brief from Amici will likely be of great assistance to the panel deciding this appeal.

## CONCLUSION

For the foregoing reasons, CRPA and 2ALC respectfully request that the Court grant this motion and accept for filing the Brief of Amici Curiae California Rifle & Pistol Association, Incorporated, and Second Amendment Law Center, Inc., in Support of Plaintiff-Appellant.

Dated: January 21, 2026          Respectfully submitted,

/s/ Anna M. Barvir
Anna M. Barvir
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Ste. 200
Long Beach, CA 90802
abarvir@michellawyers.com

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, AND SECOND AMENDMENT LAW CENTER, INC., IN SUPPORT OF PLAINTIFF-APPELLANT with the Clerk of the Court for the United States Court of Appeals for the Second Circuit on January 21, 2026, using the Appellate Electronic Filing system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Date: January 21, 2026　　　　　　　　/s/ Anna M. Barvir  
　　　　　　　　　　　　　　　　　　Anna M. Barvir  
　　　　　　　　　　　　　　　　　　*Counsel for Amici Curiae*