## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Nastri v. Dykes      Docket No.: 25-2413

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Timothy J. Holzman, Assistant Attorney General

Firm: Connecticut Office of the Attorney General, Special Litigation

Address: 165 Capitol Avenue, Suite 5000, Hartford, CT 06106

Telephone: 860-808-5020     Fax: 860-808-5347

E-mail: Timothy.Holzman@ct.gov

**Appearance for:** Katie Dykes (Defendant/Appellee)
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Thadius L. Bochain and Blake T. Sullivan, Connecticut Office of the Attorney General )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Timothy J. Holzman (ct30420)

Type or Print Name: Timothy J. Holzman

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March, 2026, I caused the foregoing Notice of Appearance for Additional Counsel to be filed electronically with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Timothy J. Holzman*
Timothy J. Holzman
Assistant Attorney General