# 25-2413-cv

*To Be Argued By*:
Thadius L. Bochain
Assistant Attorney General

## In the United States Court of Appeals for the Second Circuit

DAVID J. NASTRI, ESQ.,
Plaintiff-Appellant

v.

COMMISSIONER KATIE DYKES,
Defendant-Appellee,

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT**

**APPENDIX OF DEFENDANT-APPELLEE**

WILLIAM TONG
ATTORNEY GENERAL

Thadius L. Bochain,

Timothy J. Holzman, &

Blake T. Sullivan
Assistant Attorneys General
165 Capitol Avenue
Hartford, CT 06106
Ph: 860-808-5020
Fax: 860-808-5347
Email: Thadius.Bochain@ct.gov

## APPENDIX TABLE OF CONTENTS

(1)  Commissioner Dykes Exhibits List ............................................. DA1

(2)  Exhibit 115: Hammonasset Beach State Park Photo ................ DA8

(3)  Exhibit 146: Silver Sands Photo .............................................. DA10

(4)  Exhibit 147: Squantz Pond Photo............................................. DA12

(5)  Exhibit 152: Sleeping Giant First Day Hike 2024 Photo ........ DA14

(6)  Exhibit 153: Meigs Point Nature Center 2023 Photo.............. DA16

(7)  Exhibit 155: Dino Amphitheater 2024 Photo........................... DA18

(8)  Exhibit 156: Scantic River First Day Hike 2024 Photo........... DA20

(9)  Yosemite National Park Rules and Regulation ....................... DA22

(10) Sequoia National Park Rules and Regulations........................ DA35

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID J. NASTRI, ESQ., | :        CIVIL NO. 3:23-CV-0056 (JBA) |
| *Plaintiff* | : |
| | : |
| V. | : |
| | : |
| KATIE DYKES, in her official capacity | : |
| | : |
| *Defendant* | : |

## EXHIBITS

| Number | Title |
|---|---|
| | ***Ordinances & Laws About Parks*** |
| 1. | 1858 Central Park, NY |
| 2. | 1866 Brooklyn, NY (Prospect Park) |
| 3. | 1868 Pennsylvania Laws |
| 4. | 1868 Prospect Park, Brooklyn, NY |
| 5. | 1870 Fairmount Park, PA |
| 6. | 1872 San Francisco, CA |
| 7. | 1873 Chicago, IL |
| 8. | 1875 Hyde Park, IL |
| 9. | 1878 Phoenixville, PA |
| 10. | 1881 Chicago, IL |
| 11. | 1881 St. Louis, MO |
| 12. | 1883 Danville, IL |
| 13. | 1883 Tower Grove Park, St. Louis, MO |
| 14. | 1886 Boston, MA |
| 15. | 1887 Reading, PA |
| 16. | 1888 Salt Lake City, UT |
| 17. | 1888-89 St. Paul, MN |
| 18. | 1890 Trenton, NJ |
| 19. | 1890 Williamsport, PA |
| 20. | 1891 Grand Rapids, MI |
| 21. | 1891 Lynn, MA |
| 22. | 1891 Springfield, MA |
| 23. | 1892 Peoria, IL |
| 24. | 1892 Spokane, WA |
| 25. | 1893 Pittsburgh, PA |
| 26. | 1893 Wilmington, DE |
| 27. | 1895 Canton, IL |
| 28. | 1895 Detroit, MI |
| 29. | 1896 Indianapolis, IN |

| 30. | 1896 Rochester, NY |
|-----|--------------------|
| 31. | 1898 Kansas City, MO |
| 32. | 1898 Wilmington, DE |
| 33. | 1899 Boulder, CO |
| 34. | 1902 Hartford, CT |
| 35. | 1902 New Bedford, MA |
| 36. | 1903 Lowell, MA |
| 37. | 1903 New York City, NY |
| 38. | 1903 Troy, NY |
| 39. | 1904 Houston, TX |
| 40. | 1904 Neligh, NE |
| 41. | 1904 Pueblo, CO |
| 42. | 1905 Harrisburg, PA |
| 43. | 1905 Haverhill, MA |
| 44. | 1905 Minnesota |
| 45. | 1905 Saginaw, MI |
| 46. | 1906 Chicago, IL |
| 47. | 1906 Denver, CO |
| 48. | 1906 Los Angeles, CA |
| 49. | 1907 Olean, NY |
| 50. | 1907 Seattle, WA |
| 51. | 1909 Memphis, TN |
| 52. | 1909 Oakland, CA |
| 53. | 1909 Paducah, KY |
| 54. | 1910 Staunton, VA |
| 55. | 1911 Colorado Springs, CO |
| 56. | 1912 New York City, NY |
| 57. | 1914 Connecticut |
| 58. | 1914 Grand Rapids, MI |
| 59. | 1914 New Haven, CT |
| 60. | 1917 Birmingham, AL |
| 61. | 1917 Joplin, MO |
| 62. | 1917 Wisconsin |
| 63. | 1918 Connecticut |
| 64. | 1920 Salt Lake City, UT |
| 65. | 1921 Burlington, VT |
| 66. | 1921 North Carolina |
| 67. | 1922 Chattanooga, TN |
| 68. | 1924 Connecticut |
| 69. | 1897 – 1936 Compiled Firearms Regulations for Federal National Parks |
| 70. | 1936 Federal National Parks Regulation |
| *Laws Addressing Hunting and Firearms on Another's Property* | |
| 71. | 1721 Pennsylvania Acts |
| 72. | 1722 New Jersey Acts |
| 73. | 1771 New Jersey Acts |

| 74. | 1865 Louisiana Acts, Extra Session |
|---|---|
| 75. | 1866 Kentucky Acts |
| 76. | 1869 North Carolina Laws |
| | *Laws Addressing Sensitive Places* |
| 77. | 1776 Delaware Constitution |
| 78. | 1786 Virginia Acts |
| 79. | 1787 New York Laws |
| 80. | 1792 North Carolina Statutes |
| 81. | 1797 New Jersey Acts |
| 82. | 1831 Louisiana Ordinances |
| 83. | 1869 Tennessee Acts |
| 84. | 1870 Georgia Acts and Resolutions |
| 85. | 1870 Louisiana Acts |
| 86. | 1870 Texas Laws |
| 87. | 1874 Maryland Laws |
| 88. | 1874 Missouri Laws |
| 89. | 1874 Texas Laws |
| 90. | 1878 Mississippi Laws |
| 91. | 1879 Missouri Laws |
| 92. | 1880 Mississippi Laws |
| 93. | 1882 New Orleans Laws and Ordinances |
| 94. | 1886 Maryland Laws |
| 95. | 1889 Arizona Acts |
| 96. | 1889 Idaho Laws |
| 97. | 1890 Oklahoma Statutes |
| 98. | 1892 Mississippi Laws |
| 99. | 1892 Vermont Acts |
| 100. | 1893 Oklahoma Statutes |
| 101. | 1901 Arizona Acts |
| 102. | 1903 Montana Acts |
| 103. | 1907 Montana Laws |
| | *DEEP Exhibits* |
| 104. | 1949 Regulation CT |
| 105. | 1951 Manual |
| 106. | 1969 Sleeping Giant Deed |
| 107. | 2011 UConn Economic Study |
| 108. | 2023 Hunting and Trapping Guide |
| 109. | Directive 5000D9 re: Carrying Personal Firearms |
| 110. | Map of CT Parks & Forests |
| 111. | 2013 Centennial Overview |
| 112. | Photograph Sleeping Giant Observation Tower |
| 113. | DEEP Regulations |
| 114. | 2014 Legislative Report re: DEEP Staffing & Funding |
| 115. | Photograph of Hammonasset Beach State Park |
| 116. | Directive re EnCon Image |

| 117. | Fort Trumbull Photographs |
|---|---|
| *University Regulations* | |
| 118. | 1655 Laws of Harvard College |
| 119. | 1745 Laws of Yale College |
| 120. | 1810 Minutes of the Senatus Academicus of the State of Georgia |
| 121. | 1830 Laws and Regulations of the College of William and Mary |
| 122. | 1831 Oakland College (Miss Presbytery) |
| 123. | 1832 Laws of Waterville College Maine |
| 124. | 1838 University of North Carolina - Acts of the General Assembly and Ordinances of the Trustees |
| *Laws Addressing Militia and Parades* | |
| 125. | 1820 New Hampshire Laws |
| 126. | 1866 Massachusetts Acts |
| 127. | 1870 Louisiana Laws |
| 128. | 1873 Kentucky Laws |
| 129. | 1873 Pennsylvania Laws |
| *Additional Exhibits* | |
| 130. | A&R Towpath Lease |
| 131. | Chapter 230 of the Connecticut Public Acts of 1913 |
| 132. | Photo of Dinosaur State Park |
| 133. | Declaration: Prof. Leah Glaser |
| 134. | Declaration Prof. Terence Young |
| 135. | Declaration: Prof Saul Cornell |
| 136. | Declaration: Colonel Chris Lewis |
| 137. | Declaration: Thomas Tyler |
| 138. | Declaration: Anthony Anthony |
| 139. | Declaration: Superintendent Gary Highsmith |
| 140. | Declaration: Superintendent Mark Benigni |
| 141. | List of CT State Parks and Forest |
| 142. | Mass. Acts and Resolves of 1794, ch. 26 |
| 143. | University of VA Board of Visitors Minutes, Oct. 4-5, 1824 |
| 144. | Transcription of Ex. 143 taken from digital archive |
| *Additional Declarations, Photographs, and other Exhibits* | |
| 145. | Capacity Policy |
| 146. | Silver Sands Photo |
| 147. | Squantz Pond Photo |
| 148. | Rocky Neck Photo |
| 149. | Sherwood Island Photo |
| 150. | Map of Swimming Areas |
| 151. | NCLI Events |
| 152. | Sleeping Giant First Day Hike Photo 2024 |
| 153. | Meigs Point Nature Center Photo 2023 |
| 154. | IAIS Native American Museum Research Center Photo |
| 155. | Dino Amphitheater Photo 2024 |
| 156. | Scantic River First Day Hike Photo 2023 |

| 157. | 2023 Trail Use Count Data Report |
| 158. | Excerpts from 5/9/23 PI Hearing |
| 159. | Excerpts from 5/10/23 PI Hearing |
| 160. | Excerpts from Plaintiff's Deposition |
| 161. | Excerpts from Prof. Malcolm's Deposition |
| 162. | Aaron Budris Declaration |
| 163. | Mike Lambert Declaration |
| 164. | Alexandra Filindra Expert Report |
| 165. | Leah Glaser Supplemental Declaration |
| 166. | Excerpts from *To Keep and Bear Arms* by Joyce Lee Malcolm |
| ***Additional Ordinances & Laws About Hunting*** | |
| 167. | 1710 Virginia Acts |
| 168. | 1715 Maryland Acts |
| 169. | 1717 Connecticut Acts and Laws |
| 170. | 1717 Massachusetts Acts and Laws |
| 171. | 1733 Connecticut Acts and Laws |
| 172. | 1738 Virginia Laws |
| 173. | 1739 Connecticut Acts and Laws |
| 174. | 1748 Virginia Act |
| 175. | 1760 Pennsylvania Laws |
| 176. | 1763 New York Acts |
| 177. | 1772 Virginia Acts |
| 178. | 1784 North Carolina Acts |
| 179. | 1790 Massachusetts Acts |
| 180. | 1796 Connecticut Acts and Laws |
| 181. | 1834 Kentucky Laws |
| 182. | 1838 Maryland Laws |
| 183. | 1849 Virginia Laws |
| 184. | 1853 Florida Acts |
| 185. | 1853 Virginia Acts |
| 186. | 1865 Florida Acts |
| 187. | 1873 Delaware Laws |
| 188. | 1893 Connecticut Acts |
| 189. | 1894 Iowa Acts |
| 190. | 1894 Federal Government (Yellowstone National Park) |
| 191. | 1900 Maryland Laws |
| 192. | 1909 North Carolina Laws |
| 193. | 1909 North Carolina |
| 194. | 1909 West Virginia Acts |
| 195. | 1915 New Mexico Laws |
| 196. | 1916 Federal Government Laws (Crater Lake National Park) |
| 197. | 1916 Federal Government Laws (Mount Rainier National Park) |
| 198. | 1920 Federal Government Laws (Sequoia, Yosemite, and General Grant National Parks) |
| 199. | 1923 Connecticut Acts |

| 200. | 1924 Mississippi Laws |
|---|---|
| 201. | 1927 Indiana Laws |
| *Additional Ordinances, Regulations, & Laws Prohibiting Guns in Parks and Similar Locations* | |
| 202. | 1861 New York, NY |
| 203. | 1869 Chicago, IL |
| 204. | 1874 Buffalo, NY |
| 205. | 1890 Berlin, WI |
| 206. | 1891 Milwaukee, WI |
| 207. | 1892 Cincinnati, OH |
| 208. | 1894 Saint Paul, MN |
| 209. | 1896 Centralia, IL |
| 210. | 1897 Yellowstone National Park |
| 211. | 1897 Yellowstone National Park Regulation |
| 212. | 1898 New Haven, CT |
| 213. | 1901 Minnesota Laws |
| 214. | 1902 Springfield, IL |
| 215. | 1902 Crater Lake National Park Regulation |
| 216. | 1902 Sequoia and General Grant National Parks Regulations |
| 217. | 1902 Yosemite National Park Regulation |
| 218. | 1903 Mount Rainier National Park Regulation |
| 219. | 1903 Pasadena, CA |
| 220. | 1907 District of Columbia |
| 221. | 1907 Portland, OR |
| 222. | 1907 Oil City, PA |
| 223. | 1908 Mesa Verde National Park Regulation |
| 224. | 1909 Kansas City, MO |
| 225. | 1910 Jacksonville, IL |
| 226. | 1912 Oakland, CA |
| 227. | 1916 New York City, NY |
| 228. | 1917 Maryland Regulation |
| 229. | 1917 Wisconsin Laws |
| 230. | 1922 Chicago, IL |
| 231. | 1925 Minnesota Laws |
| 232. | 1926 Washington Regulation |
| 233. | 1927 Indiana Regulations |
| 234. | 1927 Maryland Laws |
| 235. | 1927 South Dakota Laws |
| 236. | 1928 Michigan Regulations |
| 237. | 1928 Washington Regulations |
| 238. | 1930 Kansas Regulations |
| 239. | 1933 Wisconsin Regulations |
| 240. | 1935 New Jersey Acts |
| 241. | 1936 Compiled Laws and Regulations for State Parks |
| 242. | 1936 Compiled Laws and Regulations for State Parks |

| 243. | 1936 Compiled Laws and Regulations for State Parks |
|---|---|
| *Additional Firearms Restrictions in Crowded Locations of Places Frequented by Vulnerable Individuals* | |
| 244. | 1816 District of Columbia Laws |
| 245. | 1883 Missouri Laws |
| *Additional "Going Armed" / Affray Laws* | |
| 246. | 1692 Massachusetts Bay in New England Acts and Laws |
| 247. | 1741 North Carolina Acts |
| 248. | 1771 New Hampshire Acts and Laws |
| 249. | 1795 Massachusetts Acts and Laws |
| 250. | 1801 Tennessee Acts |
| 251. | 1837 Georgia Acts |
| 252. | 1875 Wyoming Acts |
| *Additional Laws Prohibiting Bringing Firearms onto Another's Property* | |
| 253. | 1893 Oregon Laws |
| *Additional Exhibits* | |
| 254. | 1903 Report of the Secretary of the Interior for the Fiscal Year Ended June 30, 1903 |

# Exhibit 115

DA8



DA9

# Exhibit 146

DA10



DA11

# Exhibit 147

DA12



DA13

# Exhibit 152

Case 25-2413, 04/15/2026, DktEntry 39.1, Page17 of 39



1370

DA15

# Exhibit 153

DA16



# Exhibit 155



DA19

# Exhibit 156



DA21

Rules and regulations of the Yosemite National Park

Washington, D.C. : Dept. of the Interior, 1890.

Find this Book Online: https://hdl.handle.net/2027/ucbk.ark:/28722/h2gn6006c

Digitized by
UNIVERSITY OF CALIFORNIA

Original from
UNIVERSITY OF CALIFORNIA



**Public Domain**

We have determined this work to be in the public domain, meaning that it is
not subject to copyright. Users are free to copy, use, and redistribute the work
in part or in whole. It is possible that current copyright holders, heirs or the estate
of the authors of individual portions of the work, such as illustrations or photographs,
assert copyrights over these portions. Depending on the nature of subsequent
use that is made, additional rights may need to be obtained independently of
anything we can address.

Generated through HathiTrust on 2026-04-10 21 00 GMT

DA22

# START

DA23

Generated through HathiTrust on 2026-04-10 21:00 GMT / Public Domain
https://hdl.handle.net/2027/ucbk.ark:/28722/h2qn6006c

Digitized by
UNIVERSITY OF CALIFORNIA

Original from
UNIVERSITY OF CALIFORNIA

Generated through HathiTrust on 2026-04-10 21:00 GMT / Public Domain
https://hdl.handle.net/2027/ucbk.ark:/28722/h2qn6006c

**MICROFILMED 1985**

**UNIVERSITY OF CALIFORNIA - BERKELEY**
**GENERAL LIBRARY**
**BERKELEY, CA 94720**

**COOPERATIVE PRESERVATION MICROFILMING PROJECT**
**THE RESEARCH LIBRARIES GROUP, INC.**

Funded by

**THE NATIONAL ENDOWMENT FOR THE HUMANITIES**

**THE ANDREW W. MELLON FOUNDATION**

Reproductions may not be made without permission.

DA24

Digitized by
UNIVERSITY OF CALIFORNIA

Original from
UNIVERSITY OF CALIFORNIA

Generated through HathiTrust on 2026-04-10 21:00 GMT
https://hdl.handle.net/2027/ucbk.ark:/28722/h2qn6006c / Public Domain

**CU-B**

**SN** 00582.2

DA25

Digitized by
UNIVERSITY OF CALIFORNIA

Original from
UNIVERSITY OF CALIFORNIA

Generated through HathiTrust on 2026-04-10 21:00 GMT
https://hdl.handle.net/2027/ucbk.ark:/28722/h2qn6006c / Public Domain

THE PRINTING MASTER FROM
WHICH THIS REPRODUCTION WAS
MADE IS HELD BY THE MAIN LIBRARY
UNIVERSITY OF CALIFORNIA
BERKELEY, CA 94720
FOR ADDITIONAL REPRODUCTION
REQUEST MASTER NEGATIVE
NUMBER

85-2103

DA26

Digitized by
UNIVERSITY OF CALIFORNIA

Original from
UNIVERSITY OF CALIFORNIA

Generated through HathiTrust on 2026-04-10 21:00 GMT / Public Domain
https://hdl.handle.net/2027/ucbk.ark:/28722/h2qn6006c

AUTHOR: U.S. Dept. of the interior.

TITLE: Rules and regulations of the Yosemite national park.

PLACE: [Washington, D.C.]

DATE: [1890]

VOLUME

CALL NO. F868 Y6U35 x

MASTER NEG. NO. 85-2103

DA27

Digitized by
UNIVERSITY OF CALIFORNIA

Original from
UNIVERSITY OF CALIFORNIA

Generated through HathiTrust on 2026-04-10 21:00 GMT / Public Domain
https://hdl.handle.net/2027/ucbk.ark:/28722/h2qn6006c



F868
Y6U55
x

U. S. Dept. of the interior.
Rules and regulations of the Yosemite national park. ⸢Washington, D. C., 1890⸣
⸢3⸣ p. 12cm. in cover 20cm.

70737   Johnson (R. U.) papers   Purchase   1950-51

DA28

Digitized by
UNIVERSITY OF CALIFORNIA

Original from
UNIVERSITY OF CALIFORNIA

**FILMED AND PROCESSED BY
LIBRARY PHOTOGRAPHIC SERVICE
UNIVERSITY OF CALIFORNIA
BERKELEY, CA 94720**

JOB NO. 8|5  1 |9|3| 1

DATE   6  8|5

REDUCTION RATIO 8

DOCUMENT
SOURCE  THE BANCROFT LIBRARY

DA29

Generated through HathiTrust on 2026-04-10 21:00 GMT
https://hdl.handle.net/2027/ucbk.ark:/28722/h2qn6006c / Public Domain

Digitized by
UNIVERSITY OF CALIFORNIA

Original from
UNIVERSITY OF CALIFORNIA

Generated through HathiTrust on 2026-04-10 21:00 GMT / Public Domain
https://hdl.handle.net/2027/ucbk.ark:/28722/h2qn6006c

MICROCOPY RESOLUTION TEST CHART
NATIONAL BUREAU OF STANDARDS
STANDARD REFERENCE MATERIAL 1010a
(ANSI and ISO TEST CHART No. 2)

DA30

Digitized by
UNIVERSITY OF CALIFORNIA

Original from
UNIVERSITY OF CALIFORNIA

# RULES AND REGULATIONS

OF THE

# Yosemite National Park.

DA31

Generated through HathiTrust on 2026-04-10 21:00 GMT
https://hdl.handle.net/2027/ucbk.ark:/28722/h2qn6006c / Public Domain

Digitized by
UNIVERSITY OF CALIFORNIA

Original from
UNIVERSITY OF CALIFORNIA

Generated through HathiTrust on 2026-04-10 21:00 GMT / Public Domain
https://hdl.handle.net/2027/ucbk.ark:/28722/h2qn6006c

# RULES AND REGULATIONS

## OF THE

# YOSEMITE NATIONAL PARK.

---

### DEPARTMENT OF THE INTERIOR,

WASHINGTON, D. C., *October 23, 1890.*

1. By act of Congress, approved October 1, 1890, the tract of land in the State of California described as townships one (1) and two (2) north and townships one (1), two (2), three (3), and four (4) south, all of ranges nineteen (19), twenty (20), twenty-one (21), twenty-two (22), twenty-three (23), and twenty-four (24) east, also townships one (1), two (2), three (3), and four (4) south of range twenty-five (25) east, and also townships three (3) and four (4) south of range twenty-six (26) east, excepting therefrom that tract of land known as Yosemite Valley, granted to the State of California for a public park by act of Congress approved June 30, 1864, as the same has been surveyed out and accepted by said State, have been set apart for a public park, and the same shall be known as the "YOSEMITE NATIONAL PARK."

2. The Park by said act is placed under the exclusive control of the Secretary of the Interior, and these rules and regulations are made and published in pursuance of the duty imposed on him in regard thereto.

3. No persons other than transient visitors will be permitted to be within the Park without written authority from the Secretary of the Interior.

4. No person shall cut, break, remove, impair, or interfere with any trees, shrubs, plants, timber, minerals, mineral deposits, curiosities, wonders, or other objects of interest in the Park; and all of the same shall be retained in their natural condition.

5. The wanton destruction of the fish and game found within the Park and their capture or destruction for the purposes of merchandise or profit are forbidden by said act; and no one shall carry into or have in the Park any fire-arms, traps, nets, tackle, or appliances, or fish or hunt therein without a license in writing signed by the Secretary or Superintendent of the Park.

6. No one shall start or kindle, or allow to be started or kindled, any fire in grass, leaves, underbrush, debris, or dead timber, down or standing; and any one so offending will be held responsible pecuniarily for all damages that may result from such fire.

7. The sale or use of intoxicating liquors within the Park is strictly forbidden.

8. The Superintendent duly appointed by the Secretary is hereby authorized and directed to remove all trespassers from the Park and enforce these rules and regulations and all the provisions of the act of Congress aforesaid.

*John W. Noble,*
*Secretary of the Interior.*

Digitized by
UNIVERSITY OF CALIFORNIA

Original from
UNIVERSITY OF CALIFORNIA

# END OF TITLE

DA33

Generated through HathiTrust on 2026-04-10 21:00 GMT
https://hdl.handle.net/2027/ucbk.ark:/28722/h2qn6006c / Public Domain

Digitized by
UNIVERSITY OF CALIFORNIA

Original from
UNIVERSITY OF CALIFORNIA

Generated through HathiTrust on 2026-04-10 21:00 GMT
https://hdl.handle.net/2027/ucbk.ark:/28722/h2qn6006c / Public Domain

# END OF REEL.
# PLEASE
# REWIND.

DA34

Digitized by
UNIVERSITY OF CALIFORNIA

Original from
UNIVERSITY OF CALIFORNIA

Case: 25-2413, 04/15/2026, DktEntry: 39.1, Page 37 of 39

| 51ST CONGRESS. | HOUSE OF REPRESENTATIVES. | Ex. Doc. 1, |
|---|---|---|
| 2d Session. | | Part 5. |

# REPORT

### OF THE

# SECRETARY OF THE INTERIOR;

#### BEING PART OF

# THE MESSAGE AND DOCUMENTS

##### COMMUNICATED TO THE

## TWO HOUSES OF CONGRESS

###### AT THE

## BEGINNING OF THE SECOND SESSION OF THE FIFTY-FIRST CONGRESS.

## IN FIVE VOLUMES.

## VOLUME I.

WASHINGTON:
GOVERNMENT PRINTING OFFICE.
1890.

DA35

REPORT OF THE SECRETARY OF THE INTERIOR. CXXIII

The Secretary has no hesitation in expressing the opinion that it would be far better to proceed with the reservoir and the system already inaugurated than to change at the complaint of a few persons who may find it more to their interests to use particular springs for certain bathhouses than to be put upon that useful level that protects the public interests and by fair competition enables the greatest good to be obtained by the greatest number at these springs. Monopoly should be destroyed. The hot springs are God's gift, and the water should be distributed with as little taxation as possible to the sufferers who resort there. It is a place where the poor as well as the rich in their affliction should be protected by the Government.

## THE SEQUOIA NATIONAL PARK.

By act of Congress approved September 25, 1890, the tract of land in the State of California described as township 18 south, and ranges 30 and 31 east, and also sections 31, 32, 33, and 34 in township 17 south, and range 30 east, and by act of Congress approved October 1, 1890, the adjoining tract described as townships 15 and 16 south, ranges 29 and 30 east, and also township 17 south, range 30 east, except above mentioned sections 31, 32, 33, and 34 have been set apart for a public park.

The act provided as follows:

SEC. 2. That said public park shall be under the exclusive control of the Secretary of the Interior, whose duty it shall be, as soon as practicable, to make and publish such rules and regulations as he may deem necessary or proper for the care and management of the same. Such regulations shall provide for the preservation from injury of all timber, mineral deposits, natural curiosities, or wonders within said park, and their retention in their natural condition. The Secretary may, in his discretion, grant leases for building purposes for terms not exceeding ten years of small parcels of ground not exceeding five acres, at such places in said park as shall require the erection of buildings for the accommodation of visitors; all of the proceeds of said leases and other revenues that may be derived from any source connected with said park to be expended under his direction in the management of the same and the construction of roads and paths therein. He shall provide against the wanton destruction of the fish and game found within said park, and against their capture or destruction for the purpose of merchandise or profit. He shall also cause all persons trespassing upon the same after the passage of this act to be removed therefrom, and, generally, shall be authorized to take all such measures as shall be necessary or proper to fully carry out the objects and purposes of this act.

The park was not given a name by the act, and the Secretary finding it necessary in establishing the required rules and regulations for its government to give a name to the reservation, called it the Sequoia National Park. The reason for thus naming the park is more weighty than that it is the name of the trees, for the trees themselves were called Sequoia by Endlicher in honor of a most distinguished Indian of the half breed, the inventor of the Cherokee alphabet.

DA36

CLXII    REPORT OF THE SECRETARY OF THE INTERIOR.

of the region is to be earned by scaling one of the lofty peaks of the Keweah range At least 100 peaks here rise to altitudes exceeding 10,000 feet.

One can never forget the impression who has once looked out over the California Alps from the pinnacle of Miners' Peak. As I once before said in describing this scene, that " Here amid the companionship of peaks one beholds with speechless wonder the spectacle beyond. No satisfactory view of the Whitney Range can be found from the San Jouquin plains. The intervening Keweah Range veils the view of the higher peaks beyond. But here, standing on the crest of the Keweah Sierra, one looks across the Grand Cañon of the Kern, and the encircling wilderness of crags and peaks is beyond the power of pen to describe. Mounts Monache, Whitney, Williamson, Tyndall, Keweah, and a hundred nameless peaks—the crown of our country,—have pierced the mantle of green that clothes the cañons below and are piled into the very sky, jagged and bald and bleak and hoary, a wilderness of eternal desolation."

---

## RULES AND REGULATIONS OF THE SEQUOIA NATIONAL PARK.

DEPARTMENT OF THE INTERIOR,
*Washington, D. C., October 21, 1890.*

1. By act of Congress approved September 25, 1890, the tract of land in the State of California described as township 18 south and ranges 30 and 31 east, and also sections 31, 32, 33, and 34, in township 17 south and range 30 east, and by act of Congress approved October 1, 1890, the adjoining tract described as townships 15 and 16 south, ranges 29 and 30 east, and also township 17 south, range 30 east, except above mentioned sections 31, 32, 33, and 34, have been set apart for a public park, and the same shall be known as the "Sequoia National Park."

2. The park by said acts is placed under the exclusive control of the Secretary of the Interior, and these rules and regulations are made and published in pursuance of the duty imposed on him in regard thereto.

3. No persons other than transient visitors will be permitted to be within the Park without written authority from the Secretary of the Interior.

4. No person shall cut, break, remove, impair, or interfere with any trees, shrubs, plants, timber, minerals, mineral deposits, curiosities, wonders, or other objects of interest in the park ; and all of the same shall be retained in their natural condition.

5. The wanton destruction of the fish and game from within the park and their capture or destruction for the purposes of merchandise or profit are forbidden by said acts ; and no one shall carry into or have in the park any fire-arms, traps, nets, tackle, or appliances, or fish or hunt therein without a license in writing signed by the Secretary or superintendent of the park.

6. No one shall start or kindle, or allow to be started or kindled, any fire in grass, leaves, underbrush, débris, or dead timber, down or standing ; and any one so offending will be held responsible pecuniarily for all damages that may result from such fire.

7. The sale or use of intoxicating liquors within the park is strictly forbidden.

8. The superintendent duly appointed by the Secretary is hereby authorized and directed to remove all trespassers from the park and enforce these rules and regulations and all the provisions of the acts of Congress aforesaid.

JOHN W. NOBLE,
*Secretary of the Interior.*

DA37