**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 25-2413

Caption [use short title]

Motion for: Leave to File Brief and Appendix

of Everytown for Gun Safety as Amicus Curiae

in Support of Defendant-Appellee and Affirmance

Nastri v. Dykes

Set forth below precise, complete statement of relief sought:

Everytown for Gun Safety seeks leave to file

the attached amicus brief and appendix

of historical laws in support of

Defendant-Appellee and affirmance.

MOVING PARTY: Everytown for Gun Safety, as Amicus Curiae        OPPOSING PARTY: David J. Nastri, Esq.

- [ ] Plaintiff        [ ] Defendant
- [ ] Appellant/Petitioner        [ ] Appellee/Respondent

MOVING ATTORNEY: Sana S. Mesiya        OPPOSING ATTORNEY: Cameron L. Atkinson

[name of attorney, with firm, address, phone number and e-mail]

Everytown Law

P.O. Box 14780, Washington, DC 20044

202-517-6624; smesiya@everytown.org

Atkinson Law, LLC

122 Litchfield Rd., P.O. Box 340, Harwinton, CT 06791

203-677-0782; catkinson@atkinsonlawfirm.com

Court- Judge/ Agency appealed from: U.S. District Court for the District of Connecticut; Hon. Victor A. Bolden

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
- [X] Yes    [ ] No (explain):

Opposing counsel's position on motion:
- [ ] Unopposed  [ ] Opposed  [X] Don't Know

Does opposing counsel intend to file a response:
- [ ] Yes  [ ] No  [X] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?    [ ] Yes  [ ] No

Has this relief been previously sought in this court?    [ ] Yes  [ ] No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?    [ ] Yes  [X] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?    [ ] Yes  [X] No  If yes, enter date:

**Signature of Moving Attorney:**

/s/ Sana S. Mesiya        Date: 04/22/2026        Service : [X] Electronic   [ ] Other [Attach proof of service]

Form T-1080 (rev. 10-23)