# EXHIBIT B

**Appendix of Additional Parks Laws**

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| **Municipal Laws & Regulations** | | | | | |
| 1 | New Haven, CT | 1882 | *Report of the East Rock Park Commissioners* 305 (1882) (§ IV) | "No person shall carry or have any fire-arms on [East Rock] Park[.]" | https://tinyurl.com/5n6zvd5b (Google Books) (1858)<br><br>https://tinyurl.com/bdfamfub (Hathi Trust) (1861) |
| 2 | Wilmington, DE | 1887 | *Park Regulations*, The Wilmingtonian (Oct. 15, 1887) | "No person shall carry fire-arms … within [Brandywine Park.]" | https://tinyurl.com/2a2fffce (LOC) |
| 3 | Saint Paul, MN | 1888 | *Annual Reports of the City Officers and City Boards of the City of Saint Paul* 689 (1889) (§ 6) | "No person shall carry firearms … in any Park or within fifty yards thereof[.]" | https://tinyurl.com/bdf5cmvv (Google Books) |
| 4 | Bridgeport, CT | 1889 | *Charter and Ordinances of the City of Bridgeport* 200 (1892) (§ 3) | "No person shall carry or have any fire-arms on said parks, or on the shore bordering the same, except on public parade[.]" | https://tinyurl.com/5n7b5rw3 (MoML) |
| 5 | Los Angeles, CA | 1891 | *Park Commissioners' Ordinance, No. 1*, Los | "Within the limits of said parks [parks under supervision of Los Angeles Board of Park | https://tinyurl.com/bde7thyy (Newspapers.com) |

1

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| | | | Angeles Evening Express (Mar. 25, 1891) | Commissioners] all persons are hereby forbidden … [t]o carry … firearms[.]" | |
| 6 | Cleveland, OH | 1893 | *Rules and Regulations for the Management, Protection, and Control of the Parks, Park Entrances, and Park Driveways of the City of Cleveland,* The Cleveland Leader (July 3, 1893) | "It shall be unlawful for any person … to carry firearms within … the parks[.]" | https://tinyurl.com/3vt5ehpc (Newspapers.com) |
| 7 | Revere, MA | 1896 | *Commonwealth of Massachusetts. Metropolitan Park Commission. Rules and Regulations for the Government and Use of the Revere Beach Reservation,* The Daily Item (May 19, 1896) | "No person shall within said [Revere Beach] Reservation … have possession of any firearm[.]" | https://tinyurl.com/5n9yp6rp (Newspapers.com) |
| 8 | Rochester, NY | 1896 | *Report of the Board of Park Commissioners of the City of Rochester, N.Y., 1888 to 1898,* at 97-98 (1898) (§ 4, pt. 25) | "No person shall commit any of the following acts within said parks without the consent of said Board, or some duly authorized person … Carry any … firearm … within the following parks, viz.: Genesee Valley Park, Highland Park, | https://tinyurl.com/4rm8jmkd (Google Books) |

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| | | | | Seneca Park east and Seneca Park west." | |
| 9 | Omaha, NE | 1898 | *Ninth Annual Report of the Board of Park Commissioners for the Year 1898*, at 51 (1899) (§ 2) | "It shall be unlawful for any person to commit any of the following acts within or upon the parks … of the city of Omaha without the consent of the Board of Park Commissioners … to carry any fire arms[.]" | https://tinyurl.com/zmb6hwrp (Hathi Trust) |
| 10 | Parsons, KS | 1898 | *City Council Proceedings*, Parsons Evening Globe (July 25, 1893) | "No person shall carry … any fire-arm within [Forrest Park]." | https://tinyurl.com/4dww5jfs (Newspapers.com) |
| 11 | Battle Creek, MI | 1899 | *City Charter and Compiled Ordinances, City of Battle Creek, Michigan* 249 (1908) (§ 3) | "No person shall … carry any rifle, gun, or other firearm of any kind within any park of the city of Battle Creek[.]" | https://tinyurl.com/53ztnmz3 (Hathi Trust) |
| 12 | Charles River Reservation, MA | 1899 | *Commonwealth of Massachusetts. Metropolitan Park Commission. Rules and Regulations for the Government and Use of the Charles River Reservation*, The Daily Item (Aug. 10, 1899) | "No person shall … have possession of any firearm[.]" | https://tinyurl.com/3whdb3yd (Newspapers.com) |

3

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 13 | Quincy, MA | 1900 | *City Document No. 12. Inaugural Address of the Mayor, City Government of 1901, Together with the Annual Reports of the Officers of the City of Quincy, Massachusetts for the Year 1900*, at 325 (1901) (By-laws, Rule 1) | "No person shall … have possession of any firearm … in the Parks or Playgrounds." | https://tinyurl.com/36kp4p4a (Google Books) |
| 14 | Fort Wayne, IN | 1901 | *Official Council Proceedings: General Ordinance No. 161*, The Fort Wayne Evening Sentinel (Oct. 24, 1901) | "No person shall … have possession of any firearm, within the limits of any public park." | https://tinyurl.com/3fy7z966 (Newspapers.com) |
| 15 | Bridgeton, NJ | 1903 | *Ordinance No. 126*, Bridgeton Pioneer (May 7, 1903) | "No person shall commit any of the following acts within said park: … Carry … any firearms[.]" | https://tinyurl.com/j6eyyttr (Newspapers.com) |
| 16 | King's Beach, MA | 1903 | *Commonwealth of Massachusetts, Metropolitan Park Commission. Rules and Regulations for the Government and Use of the King's Beach Reservation*, The Daily Item (July 13, 1903) | "No person shall … have possession of … any … firearm[.]" | https://tinyurl.com/yjezwkts (Newspapers.com) |

4

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 17 | Lynn, MA | 1903 | *Commonwealth of Massachusetts, Metropolitan Park Commission. Rules and Regulations for the Government and Use of the Lynn Shore Reservation*, The Daily Item (July 20, 1903) | "No person shall … have possession of … any … firearm[.]" | https://tinyurl.com/yeahcb5y (Newspapers.com) |
| 18 | Baltimore, MD | 1904 | *Reports of the City Officers and Departments Made to the City Council of Baltimore for the Year 1904* 142 (1905) (§ 5) | "If any person shall carry … any firearm within the public parks, such person shall forfeit and pay five dollars for each and every offense." | https://tinyurl.com/b99zxjzf (Hathi Trust) |
| 19 | Muncie, IN | 1904 | *An Ordinance*, Muncie Evening Press (Jul. 7, 1904) | "No person shall … have possession of any firearms, within the limits of any public park." | https://tinyurl.com/vkzy99es (Newspapers.com) |
| 20 | Winfield, KS | 1904 | *Ordinance No. 649*, The Winfield Daily Free Press (Jan. 20, 1904) | "No person shall carry … firearms in [Island Park]." | https://tinyurl.com/p3wfhbav (Newspapers.com) |
| 21 | Birmingham, AL | 1906 | *Strict Law Applies to Birmingham Parks*, Birmingham Post-Herald (Aug. 20, 1906) | "[N]o person shall carry firearms … within any of such public parks[.]" | https://tinyurl.com/ydwxs8ft (LOC) |
| 22 | Ann Arbor, MI | 1907 | *Charter and Ordinances of the City of Ann Arbor* 340-42 (1908) (§ 16) | "An Ordinance Relative to Parks, Boulevards, and Lawn Extensions Within the City of Ann Arbor, Michigan … No | https://tinyurl.com/4tryp7sm (Hathi Trust) |

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| | | | | person shall … carry fire-arms[.]" | |
| 23 | Portland, OR | 1907 | *Charter and General Ordinances of the City of Portland, Oregon* 483 (1910) (Rule III) | "[T]he following rules and regulations govern[] the use of Public Parks and Plazas in the City of Portland … No person shall … have in his possession … any fiream[.]" | http://tinyurl.com/228ffyfm (MoML) |
| 24 | Waterbury, CT | 1907 | *The Compiled Charter and Ordinances of the City of Waterbury* 307 (1913) (§ 3) | "No person shall carry or have any firearms in any of said parks[.]" | https://tinyurl.com/3pbpp38x (Google Books) |
| 25 | Wilkes-Barre, PA | 1907 | *Rules and Regulations of the Wilkes-Barre Park Commission*, The Times Leader (July 12, 1907) | "No person shall commit any of the following acts within said parks or parkways, without the previously obtained consent of the Commission: … Carry … any firearms[.]" | https://tinyurl.com/yxrw3vec (Newspapers.com) |
| 26 | Flint, MI | 1908 | *Ordinances of the City of Flint, Michigan* 354 (1925) (§ 16) | "No person shall … carry fire arms … within any public park, ground or boulevard." | https://tinyurl.com/3hcr7cvs (Hathi Trust) |
| 27 | Grand Forks, ND | 1908 | *Legal Notice: Ordinance No. 7*, Grand Forks Herald (Sep. 21, 1908) | "No person shall commit any of the following acts within any of the parks of [the park district of the city of Grand Forks]: … Carry … any firearm[.]" | https://tinyurl.com/5n78smas (LOC) |

6

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| 28 | La Crosse, WI | 1909 | *Park Rules Are Adopted By Board*, The La Crosse Tribune (June 12, 1909) | "No person shall … have in his possession … any … firearm[.]" | https://tinyurl.com/mhzbawc2 (Newspapers.com) |
| 29 | Burlington, VT | 1910 | *Forty-Sixth Annual Report of the City of Burlington, Vermont* 221 (1910) (§ 11) | "No person shall carry … firearms … in any park[.]" | https://tinyurl.com/4583wr6u (archive.org) |
| 30 | Henderson, KY | 1911 | *Untitled Article*, The Gleaner (Jan. 18, 1911) | Reporting adoption of ordinance under which "no person shall carry … firearms" in Atkinson Park | https://tinyurl.com/yc5fetwy (Newspapers.com) |
| 31 | New Britain, CT | 1911 | *Charter And Ordinances City of New Britain* 255 (1914) (§ 16) | "No person shall … carry firearms … within [Walnut Hill Park], except by license from said board of park commissioners[.]" | https://tinyurl.com/4yjz8spe (Google Books) |
| 32 | Sioux City, IA | 1911 | *Revised Ordinances of the City of Sioux City* 193, 195 (1922) | "No person shall … carry firearms … in parks[.]" | https://tinyurl.com/3fb97nda (Hathi Trust) |
| 33 | Sunnyside, WA | 1911 | *Ordinance No. 172*, Daily Sun-News (Aug. 17, 1911) | "All persons are forbidden to carry firearms … within any one of the public parks or other public grounds of the town." | https://tinyurl.com/8rj6vbjv (Newspapers.com) |
| 34 | Atchison, KS | 1913 | *Check Your Weapons*, The Atchison Daily Globe (Nov. 14, 1913) | Reporting that "[i]t will cost you a fine … to … carry firearms in Jackson park from now. … An ordinance to the | https://tinyurl.com/wp47rja9 (Newspapers.com) |

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| | | | | above effect was passed last night, and the police judge can impose a jail sentence in addition to a fine.” | |
| 35 | Oklahoma City, OK | 1913 | *The City of Oklahoma City, Oklahoma: Charter and Revised General Ordinances* 327 (1913) (§ 1009) | “No person shall … carry fire arms … within any park … of this city, under the control or supervision of the Board of Park Commissioners, except upon a permit, first duly obtained, or authority previously granted, by said Board[.]” | https://tinyurl.com/p4yyc5k3 (Hathi Trust) |
| 36 | Monrovia, CA | 1914 | *Laws of California and Ordinances of the County and Cities of Los Angeles County, Relating to Minors* 153 (1914) (§ 2) | “[W]ithin the limits of any said parks … it shall be unlawful for any person … [t]o carry … any firearms[.]” | https://tinyurl.com/s8dwtr2b (Hathi Trust) |
| 37 | Tacoma, WA | 1915 | *Annual Report for the Year 1915, Metropolitan Park District of Tacoma* 82 (1915) | “No person, other than the park policeman or employes, shall be permitted to carry any firearms within the parks[.]” | https://tinyurl.com/33xfp776 (Hathi Trust) |
| 38 | Long Beach, CA | 1915 | *City Official Advertising. Ordinance No. B-36*, The Long Beach Daily Telegram (Aug. 28, 1915) | “[I]t is hereby declared to be unlawful and a misdemeanor for any person, or persons … to do … any of the acts, hereinafter specified, within | https://tinyurl.com/35j2vuut (Newspapers.com) |

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| | | | | the limits of any Public Park of the City of Long Beach: ... To carry ... firearms ... without a written permit of the Commissioner of Public Affairs." | |
| 39 | Roanoke, VA | 1915 | *Council Makes Rules for Park Regulation of Roanoke Parks*, The Roanoke Times (May 7, 1915) | "No person shall carry … any fire arms … in any park or square subject to the jurisdiction of the Park Board, without written permit from the board[.]" | https://tinyurl.com/peuyaek7 (Newspapers.com) |
| 40 | Fresno, CA | 1916 | *Charter and Ordinances of the City of Fresno, California* 303 (1916) (§ 1, pt. 2) | "Within the limits of any parks in the City of Fresno, … it shall be unlawful for any person … [t]o carry … any firearms[.]" | https://tinyurl.com/4htjrh56 (Hathi Trust) |
| 41 | St. Joseph, MO | 1916 | *Legal Notices. General Ordinance No. 1639*, The St. Joseph Gazette (May 30, 1916)<br><br>*See also Revised Ordinances of the City of St. Joseph, Missouri* 420 (1925) (§ 1978). | "No person shall … carry firearms … within any park, boulevard, avenue, street, parkway or driveway of this city under the control or supervision of the Board of Park Commissioners, except upon a permit first duly obtained or authority previously granted by said | https://tinyurl.com/mw7hfj32 (Newspapers.com) (1916)<br><br>https://tinyurl.com/ye2a67wx (Google Books) (1925) |

9

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| | | | | Board and subject to such rules and regulations as said Board may establish." | |
| 42 | Brockton, MA | 1917 | *Municipal Register of the City of Brockton for 1918* 330 (1918) (§ 3) | "[T]he following acts by any person [in Brockton's public parks] … is expressly forbidden, namely: … to … carry firearms[.]" | https://tinyurl.com/4nm35m6p (Google Books) |
| 43 | Aurora, IL | 1920 | *The Revised Municipal Code of Aurora, Illinois of 1920*, at 377-78 (1920) (§ 950) | "It shall be unlawful for any person … [t]o carry … firearms [in Aurora public parks]. | https://tinyurl.com/2s3mfaje (Hathi Trust) |
| 44 | Ferndale, CA | 1921 | *Ordinance No. 130*, Ferndale Enterprise (June 10, 1921) | "It is hereby declared to be unlawful for any person … to carry … any fire arms … in the public parks and playgrounds of the Town of Ferndale." | https://tinyurl.com/2zxa799r (Newspapers.com) |
| 45 | Reedley, CA | 1921 | *Ordinance No. 89*, The Reedley Exponent (Jun. 24, 1921) | "Within the limits of any parks in the city of Reedley … it shall be unlawful for any persons or person … [t]o carry … any firearms[.]" | https://tinyurl.com/5fwf7dcw (California Digital Newspaper Collection) |
| 46 | Fort Wayne, IN | 1922 | *Proceedings of the Common Council, Held in the Council Chamber, Tuesday, Feb. 14, 1922. General Ordinance* | "No person shall be allowed to carry firearms … within the limits of any park or within 500 feet thereof." | https://tinyurl.com/cy6mcupa (Hathi Trust) |

10

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
|     |          |      | *No. 1068*, The Fort Wayne Journal Gazette (Feb. 18, 1922) | | |
| 47 | Fresno, CA | 1922 | *Legal Notice. Ordinance No. 203*, The Fresno Morning Republican (Feb. 11, 1922) | "It shall be unlawful for any person or persons to do any of the acts hereinafter specified within the limits of said Court House Park, to-wit: … To carry … any firearms[.]" | https://tinyurl.com/mr23r392 (Newspapers.com) |
| 48 | Sanger, CA | 1923 | *Ordinance No. 133*, Sanger Herald (Sep. 13, 1923) | "Within the limits of any parks in the City of Sanger … it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit: … To carry … any firearms[.]" | https://tinyurl.com/ykf5s7ad (Newspapers.com) |
| 49 | Shreveport, LA | 1923 | *Twelve Ordinances Adopted Sept. 11, 1923*, The Shreveport Journal (Sep. 14, 1923) | "It is hereby prohibited and forbidden for any persons to commit any of the following offenses: … To … carry firearms[.]" | https://tinyurl.com/bdzk67up (Newspapers.com) |
| 50 | Bastrop, LA | 1927 | *Ordinance No. 714*, The Bastrop Daily Enterprise (Oct. 5, 1927) | "[I]t shall be unlawful to … carry firearms[.]" (East Madison Park) | https://tinyurl.com/ysbuaytw (Newspapers.com) |
| **Federal Laws & Regulations** | | | | | |

11

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 51 | Federal | 1882 | Dwight H. Kelton, *Annals of Fort Mackinac* 22 (1882) (pt. IX) | "The following are the approved Rules and Regulations for the Park at Mackinac: … No person shall carry … fire-arms in the park." | https://tinyurl.com/4kxnkra9 (Hathi Trust) |
| 52 | Federal | 1894 | Department of the Interior, "Rules and Regulations of the Yellowstone National Park" § 5, Aug. 1, 1894, *reprinted in Report of the Secretary of the Interior* 662 (1894) | "Firearms will only be permitted in the park on written permission of the superintendent thereof. On arrival at the first station of the park guard, parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them. They will be returned to the owners on leaving the park." | https://tinyurl.com/2t578tax (HeinOnline) |
| **State Laws & Regulations** | | | | | |
| 53 | District of Columbia | 1895 | *Park Regulations*, The Evening Star (May 14, 1895)<br><br>*See also* I *Annual Report of the Commissioners of the District of Columbia Year Ended June 30, 1908*, at 85 (1908) (§ 4). | "Within the limits of [Rock Creek Park] all persons are forbidden … [t]o carry … firearms[.]" | https://tinyurl.com/4s7n9ayp (Library of Congress)<br><br>https://tinyurl.com/2p9b2hbx |

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| | | | | | (Google Books) (1907) |
| 54 | Big Basin Redwoods State Park, CA | 1904 | *Campers May Enjoy Life in the Big Basin*, Santa Cruz Sentinel (July 15, 1904) | "No visitor will be allowed to carry firearms within the limits of the Park." | https://tinyurl.com/4zs6bdb6 (Newspapers.com) |
| 55 | California | 1938 | *Administration and Maintenance of Parks: California State Park System* (1938) (§ 7)<br><br>See also *Annual Report of the State Park Commission* (1939) (§ 7); *Rules and Regulations of the California State Park System* (1940) (§ 7) | "No person shall carry or have firearms in any state park[.]" | Copies obtained from the California State Library |
| 56 | Mississippi | 1939 | *Seventh Biennial Report of The Mississippi Forestry Commission and The First Biennial Report of The Mississippi State Board of Park Supervisors* 105 (1939) (§ 8) | "Firearms of any kind will not be permitted within a park except when carried by a lawful officer." | https://tinyurl.com/39r6akjd (Hathi Trust) |

13

**Digest of Laws Relating to the State Parks**

The laws in the table below are contained in the State's record through its citation to the three-volume publication of the *Digest of Laws Relating to the State Parks*. *See* PA:561-62. For the Court's convenience, amicus has excerpted the relevant language below, but has not included copies (which are available on the Hathi Trust website) in the appendix.

| | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| **State Laws & Regulations** | | | | | |
| 1 | Alabama | 1936 | I *Digest of Laws Relating to State Parks* 4 (1936) (§ 8) | "Fire-arms are rigidly excluded from State Parks[.]" | https://tinyurl.com/4j25uu5a (Hathi Trust) |
| 2 | California | 1936 | I *Digest of Laws Relating to State Parks* 20 (1936) | "Firearms are not allowed, and must be sealed or checked at the Warden's Office." | https://tinyurl.com/4jds7v6d (Hathi Trust) |
| 3 | Florida | 1936 | I *Digest of Laws Relating to State Parks* 35 (1936) (§ 4) | "Firearms are prohibited within the Park except upon written permission of the Superintendent." | https://tinyurl.com/h6aj47pd (Hathi Trust) |
| 4 | Virginia | 1936 | III *Digest of Laws Relating to State Parks* 396 (1936) (§ 6) | "EXCERPTS FROM REGULATIONS GOVERNING PARK PERSONNEL … The carrying and use of fire arms is prohibited." | https://tinyurl.com/37c2y86y (Hathi Trust) |
| | | | *Id.* at 397 | "INSTRUCTIONS TO PARK VISITORS … Firearms are prohibited at all times." | |

14

| 5 | New York | 1936 | II *Digest of Laws Relating to State Parks* 190 (1936) (§ 8) | "The following acts and activities are prohibited within [Niagara Frontier State Park] areas under jurisdiction of this Commission except by permit:- The possession of any firearms … of any kind[.]" | https://tinyurl.com/7mu2ep99 (Hathi Trust) |
| --- | --- | --- | --- | --- | --- |
| 6 | New York | 1936 | *Id*. at 195 (§ 6) | "No firearms may be used or possessed within [Allegany State Park] area by visitors … except by special permission of the Commissioners." | https://tinyurl.com/3my6jdr6 (Hathi Trust) |
| 7 | New York | 1936 | *Id*. at 201 (§ 5) | "No person shall carry or have in his possession any gun, firearms, ammunition, or explosives … within or from the park areas [of Finger Lakes State Parks] except when especially authorized by the Commission to do so." | https://tinyurl.com/hv6aw2e6 (Hathi Trust) |
| 8 | New York | 1936 | *Id*. at 205 (§ 3) | "No person except employees or officers of the Commission shall carry firearms of any description within [Central New York State Parks]." | https://tinyurl.com/frkw396u (Hathi Trust) |
| 9 | New York | 1936 | *Id*. at 221 (§ 3) | "No person except employees or officers of the Commission shall carry firearms of any | https://tinyurl.com/bdrr2xje (Hathi Trust) |

15

| | | | | | |
|---|---|---|---|---|---|
| | | | | description within [Taconic State Park]." | |
| 10 | New York | 1936 | *Id*. at 228 (§ 8) | "No person, except employees or officers of the Commissioners, shall carry firearms of any description within [Palisades Interstate Park]." | https://tinyurl.com/4jx9h7ax (Hathi Trust) |
| 11 | New York | 1936 | *Id*. at 236 (§ 15) | "No person shall have or carry while in any park [of the Westchester County Park System] whether concealed or not concealed on his person, any pistol, gun, rifle, revolver or other firearms of any class or kind, or any ammunition therfor, except when so authorized by law." | https://tinyurl.com/39rm7jkh (Hathi Trust) |
| 12 | New York | 1936 | *Id*. at 255 (§ 7) | "No person shall have or carry, whether or not concealed upon his person, any pistol or revolver … or ammunition therefor, except when so authorized by law. No person shall bring into any park [under the jurisdiction of the Long Island State Park Commission], or have in his | https://tinyurl.com/y2rv4exu (Hathi Trust) |

16

| | | | | possession therein, any rifle, shotgun, or fowling piece[.] | |
|---|---|---|---|---|---|
| 13 | New York | 1936 | *Id.* at 264 (No. 3) | "No person shall carry or have in his possession any gun, firearms, ammunition or explosives … within or from the park area [of Thousand Island State Park] except when especially authorized by the Commission to do so." | https://tinyurl.com/bdecd2ma (Hathi Trust) |
| 14 | Ohio | 1936 | III *Digest of Laws Relating to State Parks* 321 (1936) (§ 5) | "[T]he carrying of firearms, loaded or unloaded, in any state park under the control of the Ohio State Archaeological and Historical Society, is positively forbidden." | https://tinyurl.com/bdeym2jc (Hathi Trust) |
| 15 | Rhode Island | 1936 | III *Digest of Laws Relating to State Parks* 360 (1936) (§ 2) | "REPRESENTATIVE RULES AND REGULATIONS [of the Division of Forests, Parks & Parkways] … No person shall … have in his possession any firearm[.]" | https://tinyurl.com/yhehy3kd (Hathi Trust) |

17

# Municipal Laws & Regulations

# TAB 1

## No. 22.

# CITY YEAR BOOK

OF THE

## CITY OF NEW HAVEN,



CONTAINING

# LISTS OF THE OFFICERS

OF THE

## CITY AND TOWN GOVERNMENTS,

## MESSAGES OF HIS HONOR THE MAYOR,

REPORTS OF THE HEADS OF DEPARTMENTS,

STANDING COMMITTEES OF THE COURT OF COMMON COUNCIL,

Public Documents and Miscellaneous Papers,

FOR 1882.

Google

305

*By-Laws for East Rock Park, made by the East Rock Park Commission, pursuant to an Act of the General Assembly of the State of Connecticut, passed at its January Session, 1882, entitled An Act in addition to an Act Incorporating East Rock Park.*

#### I.

No animal, except dogs, shall be permitted to go at large on said Park, either with or without a keeper.

#### II.

No person shall cut, break, dig up, mutilate or in any manner injure any tree, shrub, plant, railing, seat, fence, grass, turf or other thing in said Park, or cut, carve, mark, paint or paste on any tree, stone, fence, wall or other object in said Park, any bill, advertisement, or inscription whatsoever.

#### III.

No person shall carry or have any fire-arms on said Park, and no fire-arms shall be discharged from, on or into said Park. No stone or other missile shall be thrown or rolled from, into, within or upon said Park, except in such places as the Park Commission may designate as a ball field, in playing games in which a ball is used.    .

#### IV.

No person shall ride or drive on any road within said Park at a faster gait than seven miles per hour.

#### V.

No threatening, abusive, boisterous, insulting or indecent language, gesture or conduct shall be used or had on said Park.

#### VI.

No person shall expose any article or thing for sale on said Park, unless licensed therefor by said Commission.

#### VII.

No person shall, after nine o'clock in the forenoon, bathe naked in that part of Mill River within said Park, or be naked within said Park.

#### VIII.

No person, unless in the employ of said Commission, shall light, kindle or use any fire on said Park.

#### IX.

No person shall ride or drive upon the grass, turf or lawns of said Park.

#### X.

No person shall disturb or injure any bird on said Park, or nest or eggs of the same, or any squirrel or other animal within said Park.

306

### XI.

No person shall discharge or set off, on or within said Park, any fire-crackers, torpedo, rocket or other fire-works, except by license from said Commission.

### XII.

No person shall dig up or remove any dirt, make any excavation, or quarry any stone, or lay, make or set off any blast, or cause or assist in doing any of said things within said Park, without the special order or license of said Park Commission.

### XIII.

No bottles, broken glass, ashes, waste paper, or other rubbish shall be left in said Park.

### XIV.

Any person violating either the first, fourth, fifth, sixth, seventh, eleventh or thirteenth of the foregoing By-Laws shall forfeit and pay to the East Rock Park Commissioners for the use of said Park, for each offense, a penalty of ten dollars. Any person violating any other of said By-Laws shall forfeit and pay to the East Rock Park Commissioners for the use of said Park, for each offense, a penalty of twenty dollars. Said penalties shall be enforceable by process of arrest against the body of the delinquent.

SUPERIOR COURT,
NEW HAVEN COUNTY,
January Term, 1882.

The foregoing By-Laws, made by the East Rock Park Commission, having been presented by said Commission to this Court for approval, and duly examined, it is

*Ordered*, That each and all of said By-Laws be and they hereby are approved by this Court; and that they be published at full length, once, in one daily issue of each of the following named daily newspapers published in New Haven, to wit, the *Journal and Courier*, *Palladium*, *Register*, and *Union*, and also posted up for public inspection in not less than ten places in different parts of said East Rock Park.

By the Court, May 31, 1882.

JONATHAN INGERSOLL,

*Assistant Clerk.*

Notice is hereby given that the foregoing By Laws, made by the East Rock Park Commission, have been duly published and posted as required by the above order of Court, and are in force, on and after this date.

NEW HAVEN, June 8th, 1882.

JOHN B. ROBERTSON,  ⎫
SIMEON E. BALDWIN,  ⎪
CHARLES C. BLATCHLEY,  ⎬ *East Rock Park*
WILLIAM W. FARNAM,  ⎪  *Commission.*
SIMON B. SHONINGER,  ⎪
WILLIAM L. CUSHING,  ⎭

Google

# TAB 2

## Park Regulations.

Following are the regulations passed by the executive committee of the Brandywine Park Commissioners:

1. No person shall ride or drive upon any other part of the park than such roads as may be designated for such purposes.

2. No person shall be permitted to bring led horses within the limits of the park, or turn any horses, cattle, goats, swine, dogs or other animals loose in the park.

3. No person shall indulge in any threatening, abusive, insulting or indecent language in the park.

4. No person shall engage in any gaming or commit any obscene or indecent act in the park.

5. No person shall go in bathing in any of the waters within the park.

6. No person shall throw any dead animal or offensive matter or substance of any kind into the Brandywine, or into any spring, brook or other water, or in any way foul any of the same which may be within the boundaries of the park.

7. No person shall carry fire-arms or shoot birds or animals within the park, or throw stones or other missiles therein.

8. No person shall disturb birds or squirrels, strike, injure, maim or kill any animal, whether wild or domesticated, within the park.

9. No person shall cut, break or in any way injure or deface any trees, shrubs, plants, turf or rocks, or any buildings, fences, bridges or other structures within the park.

10. No person shall injure, deface or destroy any notices, rules or regulations for the government of the park, posted or to any other matter permanently fixed by order or permission of the Board of Park Commissioners or their officers or employes.

The penalty for violation of regulations Nos. 4 and 9 is a fine of $10 for each offense. For violations of any of the other regulations the penalty is a fine of $5.

# The Wilmingtonian.

VOL. VI.—NO. 300.   WILMINGTON, DEL., SATURDAY, OCTOBER 15, 1887.   PRICE TWO CENTS.

### Gunnison.

Going to Gunnison involves (taking for granted that Denver is the starting point) the pleasant necessity of another ride through never-wearying Platte Cañon and South Park. Huddled close to the bases of the mountains are little towns all along the line. The highest are St. Elmo, Alpine and Hancock.

The train for Gunnison steams out of St. Elmo, and Hancock is soon passed. On a little further and a plunge is taken into the blackness of Alpine Tunnel. Think of it! Rolling through the Rockies at a height of 11,608 feet. Above trees, above verdure, above everything but snow, that line in perpetual banks on either side, and may be flying on any day of the year; and flowers, fragrant and the brightest ever seen, filling the frosty air with their perfume and seeming to light it with their color. Somewhere along the way the seasons clasp hands, for, though it is summer in the valley, it is not summer here, only for these flowery tokens sweetly defiant of nipping chill.

On the Palisades the train pauses between a stupendous natural wall and an artificial wall. Beyond the distinctness of the Quartz Valley is Gunnison's vast expanse, and still over it is the San Juan, where old Uncompahgre can be seen, over one hundred and fifty miles away. From Pitkin are reached Juanita Hot Springs, which possess about the largest volume and finest medicinal qualities of any Colorado waters.

Gunnison is a busy little city, of 3,000 souls. Its coal measures would supply the Union, while gold and silver underlie its hills. As the site for immense steel works' its future is assured. Already it boasts of gas and water works, and such an hotel as would be first-class in any city. Gunnison is a good place for hunting and fishing parties to make a base of supplies.

### Latin in the Schools.

The motion made by Mr. Collins at the last meeting of the Board of education that Latin be withdrawn from the High School curriculum and in its place the teaching of German and surveying be substituted is a movement in the right direction but at the same time a movement that is condemnable in its method. Why should there be any substitution for Latin. It is right that that study be taken from the common school curriculum for it never had any right there.

It may be here stated in parenthesis that whatever name the new building at Eighth and Adam streets goes by it is virtually a common school, supported by common school funds, and any school officer who votes money out of the common school fund for any other purpose than common school is betraying his trust despite what his explanations may be. Latin, all the dead languages, as well as French, German, Italian or any other current language does not belong to a common school study.

There may be a question in regard to the elements of higher mathematics but it would be only fair to the taxpayers to allow private individuals to pay out of their own pockets for extra studies.

In speaking as above we do not wish to under-rate the value of the dead languages, but that is altogether outside the present question which is one of what is right and allowable. We might as well talk of the prue sweetliness of Puzzi Smyth's investigations around Bontak and Edfoo. Egyptology is a valuable science, and we would all be glad to read the Rosetta stone. But the Chaldaic or Aramaic has nothing whatever to do not a bit more than Latin with the exact idea of a common school education. There the line should be drawn.

If our officers, Board of Education, and superintendents of schools would only stop there and stay there a great deal of trouble and bickerings would be saved.

What right has anyone to apply public monies to a purpose for which the money was not appropriated? But yet this is done year after year and nobody says "stop?"

Meanwhile, while the teachers' time is taken up teaching Cæsar, Virgil, differential calculus, or something next door to it, and thousands of dollars expended in such ornamental trumpery, hundreds of little children are school-less because there is no seating capacity or else no teachers or buildings where they can sit down and learn their a, b, c.

Now the alphabet must be taught. There is no "must" about Latin or Hebrew, music or algebra. That is to say no law requires the latter. Yet it is in the former that our school system is derelict.

What we want peremptorily is good and sufficient common schools, no more and no less, where the common school subjects are taught with thorough efficiency.

We would like to ask the question if even that is guaranteed to us just now?

### Getting Ready for Christmas.

As the time approaches when the time-honored custom of giving gifts will be upon us, S. H. Baynard desiring to place within the reach of any or all the means of procuring a valuable present for friends, useful articles for home or selves, will start the eighth series of his popular watch club on the 18th of October. The list is now open, and any article kept by him may be procured in this manner, the greatest values for the least money and entire satisfaction guaranteed.

### Our Streets and Sidewalks.

Our esteemed contemporary *Every Evening's* copious remarks upon the conditions of our streets forms a most valuable contribution to that class of statistics which should form the sole source of the municipal authorities. The Street and Sewer Department, as it has been invested with municipal powers and responsibilities are for the future to be looked upon as among those having authority in Wilmington. The Directors of that department form an important branch of civic authority.

In the big bunch of information supplied by the journal referred to gives food for contemplation and opportunity for action for years to come.

A valuable public duty has been performed by placing upon record these facts in regard to our streets. Whether the Street Commission is informed or not upon the shameful condition of our streets the statement recorded will furnish them a large amount of useful statistics.

It is high time that the cobblestones be banished from Wilmington. Ordinary business cannot be carried on upon the first and second floors in this city on account of the distracting noise caused by the jolting of wagons and the rattling of horses along the streets.

The pavements too are in a shameful condition. Ninety per cent of the sidewalks of Wilmington need repair.

Of course it is well understood that the expense of a proper adjustment of these matters would necessarily be very large. But, we suppose, the taxpayers must make some sacrifice in the case. There is no other way to meet the question. The city must be repaved. That assertion cannot be combatted. At present our streets and sidewalks are in a barbarous condition. Their immediate repairing is absolutely necessary.

The main business avenue, Market street should now be laid in Belgian block, and contiguous streets at an early a date as the Street Directors find themselves able to attend to them.

When the Street Commissioners take up the question of repairing the sidewalks it is to be hoped that they will make a final and successful effort in abolishing that worst nuisance of all the loud rumble which carry refuse from private houses to the street gutter way.

These intolerable nuisances are filthy in themselves that should be abolished forever. They are a relic of ancient days when people did not understand or appreciate the rights of the public. They are as often as not open sewer ways as foul and offensive as the sewered sewer.

### The Cobblestone's Destiny.

The proposition which we understand the Street and Sewer Commission to have on hand namely that of paving part of Market street, between Fifth and Sixth streets with Belgian block is an excellent idea.

It is about time that the barbaric cobblestones were taken from our streets, and the present is a good beginning.

One point the Directors may be sure of, and it is that as soon as the residents on one part of Market street discover the great advantage and blessing that their neighbors are favored with in having Belgian block in the streets in front of their stores they in turn will ask for it also. In fact, for the next five years we may look for a general clamor from storekeepers and residents that their various localities along Market street be paved with Belgian block.

Well, all this is right. There should be no rest given them until the antiquated cobblestone disappears from our streets.

### Subjunctive Wisdom.

The New York *Herald* of Wednesday last laughs in its first column editorial and makes a great deal of fun over its neighbor the *Sun's* headline "If New York goes Republican," and jokingly says "Well, if New York do goes Republican this fall, what then?"

Turning to the next page of the same the issue following headline is found among the *Herald's* foreign articles "If the Sultan Dies."?

Probably thousands of the *Herald's* readers saw the joke on the first page and also the much more amusing joke on the second.

### A Day of Unalloyed Happiness.

One of the most enjoyable excursions ever run out of Wilmington went over the Wilmington and Northern to the Switchback on last Thursday. The day was balmy and exhilarating and the party was most excellent in its entirety.

Neither pen nor brush have ever been adequate to worthily describe the scenic beauties that are so generously lavished upon Mauch Chunk and its environments. The ride over the Switchback road was marked by a succession of wonders and it will be cherished by a life-long remembrance by every one of the party.

Everybody was happy and it is safe to say that a more delightful and eminently satisfactory excursion party was never taken from Wilmington.

Messrs Hibberd and McCausland gave their personal supervision to running of the train and their presence materially enhanced the pleasures of the day.

### Reasons for a Convention.

The following "Reasons for a Convention" were addressed by H. C. Collison, of Dover on Thursday last to the *Morning Press* :

"We are on the eve of the election to determine whether or not we shall hold a constitutional convention. This is an important movement and one which took much time, thought, and trouble to get the General Assembly to a point where it passed the bill giving the people the right to vote on the proposition. I think it would be well to place the matter plainly before the people, as they must think and act for themselves on this important point, which now, for the first time in forty years, presents itself to them in a manner whereby they have the right to say whether or not we shall continue in the old ruts, or have a change. It is true many things complained of can be regulated under the present constitution by acts of legislation. The main and leading trouble and that which causes the most dissatisfaction to our thinking people, and demands a change in our present constitution, is the life tenure of our judges. Our courts are long, tedious, and very expensive. They are entirely out of the control of the people who are justly dissatisfied. There should be a change from a life tenure to a term of years, when the power to elect will be in the hands of the people.

The power conferred by the present constitution on the governor to fill all the county offices is another and very just cause for trouble, complaint and dissatisfaction. It ought to be left to the people, who are as capable to say who shall serve them as the governor. Especially is that true when the governor, as has been the case in more than one instance, ignored the entire wish and voice of the people and placed in office one who was his choice only, saying in effect: "I know what you want better than you do yourselves," or "you are not capable of knowing what you want or what is best for you." This should not be suffered any longer by an intelligent people. And the unlimited and expensive power given the General Assembly to sit as long as a selfish majority may please should be restricted. Many of the acts and amendments passed by the General Assembly are only work for the printer and bobbies for the bar to impose on honest, true-meaning people. There is now a chance for the people, by their votes, to say what they want. Will they think about this matter and act accordingly? If the opportunity be missed now it may not come again. The power, or usurped power, of the General Assembly to appropriate the public money for internal improvements, which is already implied in the constitution, should be clearly inserted so that the people's money should only be used for state and county purposes, and not for the building of worthless railroads in the State to encourage monopoly and for the benefit of a few. This is an important thing and can only be checked by a change in the constitution. These are a few of the most vital and important changes in which the masses are directly interested, and which they have a chance to change now if they choose. There should be no politics in this matter. All parties alike are interested. Should the people decide to call a convention on one should be sent as a delegate who will not put all his political feelings and interest in the background and speak and act for the perpetual good of future generations. A delegate who would not do this would be unworthy the name of a Delawarean and a man. The matter is in the hands of the people. It has been a long time coming. Will they act? I will go for a convention. Let us turn out.

### Nuisances That Should be Stopped.

The continued appearance in our streets of a certain blind fiddler along with his nightless fidus achates whose business is daily and nightly to regale loafers and children with repulsive and vulgar vocalization is a disgrace to the city and should be stopped instanter. This couple are the daily source of obstruction of the sidewalks while crowds stop to listen to the filthy improvising of themes more suitable to low drinking houses than to the public ear.

During the day this delectable couple infest Market street and make the sidewalk resound with the stupid repetition of tiresome jingles and rhymes illustrating fighting bouts and drinking bouts and similar worthless, although degrading, themes.

Ladies have to pass by up and down in the course of shopping and are unable to close their ears to the ribald words, or their eyes to the repulsive facial grimaces of the performers. It is a nuisance that should be stopped immediately.

Another nuisance that should be closed up is the filthy "College of Anatomy" on the first floor of the Masonic Temple.

The excuse is made that it is filthy and repulsive a much worse one has been tolerated for years in Philadelphia.

It is said also that such an exhibition deters young men from vice. It has yet to be proved that familiarity with vice is a deterrent factor. Too truth is that the more the human susceptibilities become familiarised with conditions of the nature referred to even through the relatively harmless sense of sight, the more debased and the more easily susceptible to debasement human beings become. The "College" should be closed immediately.

### To Count the Convention Ballots.

Following is a list of the election officers who will count the votes on the question of calling a constitutional convention, November 1st. In the Wilmington districts the first named is inspector and the other two assistants:

First ward, First district—William G. Baugh, Eugene McDermott, Benjamin T. Bye; Second district—Samuel B. Curlett, Charles Bichle, Matthew Macklem.

Second ward, Third district—Amos A. Eastburn, William Banor, William P. Windish; Fourth district—Bernard E. McVey, Patrick Crumlish, William L. Heal.

Third ward, Fifth district—Hiram Newble, Joseph F. Daily, Charles P. Brinton; Sixth district—Daniel W. Lynch, Peter Ginder, Charles Harper; Seventh district—Samuel Dorsey, Frank Lynch, Walter Getson.

Fourth ward, Eighth district—A. D. Vandover, George Reed, John Frey; Ninth district—P. B. Murphy, John Dougherty, James Finlay.

Fifth ward, Tenth district—Joseph L. White, Evan Morrison, Archibald Grow; Eleventh district—E. A. Ainsworth, J. Paul Lobeau, Frank Phalen; Twelfth district—Joseph E. Martin, E. H. Hoagland, William H. Lee.

Sixth ward, Thirteenth district—Joseph H. Adams, James Agnew, William A. Biggs; Fourteenth district—Samuel H. Bayard, William Hawes, Jacob Buzz; Fifteenth district—Henry H. Hawkins, William Hamilton George C. Ward.

Seventh ward, Sixteenth district—William Miller, Leighton Grimes, Alfred Edwards; Seventeenth district, Charles W. Gunert, Walter Hoon, John Harkins; Eighteenth district, William McBride, James Nauley, John B. Taylor.

Eighth ward, Nineteenth district—Mordecai Barnes, Nicholas Grubb, Franklin Loper; Twentieth district, John Schaefer, Emmet Seidheim, William S. Cloud; Twenty-first district, James Melvin, James B. Heal, James Ryan.

Ninth ward, Twenty-second district—James Lyon, George Cooney, George Fitchen; Twenty-third district, A. J. Sherry, George Miller, Lindsay Fierce.

Tenth Ward, 24th district—Charles A. Ryan, Owen J. Hession, Andrew Thompson; 25th district, Hewson R. Lannon, Patrick Long, Jr., Daniel F. Stewart.

Eleventh ward, 26th district—Daniel McguinN, George Bradford, Hugh Johnson.

Blackbird hundred—Richard Armstrong. Appoquinimink—Joseph Whitlock. St. Georges, West—John H. Parvis. New Castle—Gardiner Jenison. Christiana; South—Samuel Killgore. Brandywine, East—John P. Neal. St. Georges East—Columbus Watkins.

### Manitou.

Manitou is distant from Denver 85 miles and so far as definitely known, the springs about which Manitou centers were first found by a white man in 1847, though there is abundant evidence that long before that the Indian knew them and recognized their virtues. Zebulon Pike found the peak a now bears his name, but he overlooked the wondrous beauty spot that nestles near to the foot of the mountain. Manitou affords, when everything is considered, the finest summer pleasure resort and winter health resort in the country. It has a climate that is mild and even beyond compare. Except in Colorado and in the mountains, there is nothing like it. Dry, cool, and invigorating, it affords the relief to the invalid that no region near the coast can do. All above are balmy woods and paths through the odorous pines. There are innumerable places to camp at a little distance from the town. In the town itself there are accommodations suited to every taste and purse. "Manitou" is given to the place, as a name, from the god who was supposed to be under the surface and exhaling the vapors that rose from the springs. It is beautifully situated. On three sides rise abrupt hills through which openings are only found by pleasant exploration. Ute Pass is beyond; Williams Cañon is near by; there are caves and groves and liquid streams. Monument Park and the Garden of the Gods must not be forgotten as very important, while Ruxton Glen and Glen Eyrie are well worth long visits. It is reached by the Denver and Rio Grande Railroad. It is no exaggeration to say that a summer in Manitou will give more of enjoyment, more of novelty and health, and at less cost, than one spent with the throng on either coast. As to the springs themselves, they embrace a variety, the waters being used as bath or beverage. There are seven all springs all close together, but widely different. Analyses do not convey to the average reader much idea of quality. Suffice to say that the waters are highly medicinal, and to their credit have been placed many cases of cure or relief.

Manitou Mineral Waters are now bottled and sold throughout the States. The Manitou Bath House is a large establishment, furnished with every convenience for bathing in the effervescent and highly medicinal waters, which are supplied to the baths direct from the springs.

Manitou may justly be termed head quarters of tourists of the Rocky Mountains, and the most famous health and pleasure resort of Colorado. It has many advantages naturally—the beauty of situation, the wealth in medicinal water—and has had added so many improvements, and is so easily reached, that, in the Western region, it stands without a peer. It combines most pleasantly the pleasure of a free and careless existence, and the more formal intercourse of a society that is gathered from the four quarters of the earth, and yet is always cultured. It is exceptionally fortunate also in the matter of hotels, while those who do not care to stand the expense of that manner of living are close to the shadiest camping places and the song of the mountain stream. It must be remembered that Manitou is the starting point for Pike's Peak. There are some who make the ascent of this one street, in a single season, then climb any other in a decade. It is not the loftiest summit, but it is 14,187 feet—which will be found a long and interesting distance—above sea level. There are guides ready to point out the trail, and provided with horses and burros. The journey entails few hardships, and can easily be borne by those ordinarily robust.

### Poisoned Candy.

The three uses of lead, mostly used in confectionery are red lead, the chromate of yellow and the carbonate or white lead. These are used either for coloring or for weight, bulk or consistence or both. When children are at all addicted to the use of such candies and it is generally the one with all—they must consume enough of these poisons to produce a disastrous effect upon their health, or at least so weaken as to damage the system as to leave an open invitation for the ingress of other diseases. In this way many thousands of children must be sacrificed every year.

An the result of an investigation made by Hassall, of London, in over a hundred different samples of confections other than two-thirds of them were found to contain either one or more of these three: salt of lead, and it is not to be supposed that the English confectioner is more or less honest than his American cousin.

There can be no shadow of excuse for this wholesale use of poison as coloring matter, and the resulting "slaughter of the innocents" and others of the human race who love sweetmeats. Queen Mab perhaps is not the only cause of the fever blister upon the lips of the maidens "whose breaths with sweetmeats tainted are." More poisonous substances, perfectly innocuous, and permissible as coloring matters are the oxides of iron and ferruginous lakes with Prussian blue or ferro-cyanide of iron; all other mineral substances are dangerous and should be prohibited. The most diversified colors can be obtained from the following harmless compounds: From the lakes of carolina and cochineal all the reds can be prepared; the lakes of logwood (a simple anti-irritant astringent) will produce fine violet; the lakes of dyer's broom will give the yellow; the lakes of Persian berries with Prussian blue (which is harmless) will give more beautiful and brilliant greens than can be produced by any mineral or than Scheele's green (which is made of Arsenic) and finally by the admixture of these all the intermediate shades can be obtained.

The papers used in wrapping many candies are often colored with the same poisonous materials and may be sucked or chewed with the candy by a child, thus producing sickness or poisoning.

### It is the City's Money.

The suggestion made by Colonel Norton at Wednesday evening's constitutional convention meeting in regard to the policy fines will be endorsed by every tax payer in the city. He said

"Take the matter of fines collected from the unsettled policy men; \$6,000 has been let into the county treasury. A levy court man had told him it was a god-send, as it would really pay for the new bridge over the Brandywine. The expense of the raid against these men and of their arrest is; upon the city. Why should not these fines go into the city treasury? In the matter of licenses, the county gets all the profit and the city has all the expense of maintaining order and enforcing the laws. At least a part of the money collected from licensing men to carry on business in this city, particularly if that business add to the police expenditures of the city, should go into the city treasury."

It is difficult to see why the order was made that the money go into the county coffers. What has the Levy Court to do with the money at all. It belongs just as much to the Treasury at Washington as to the Levy Court. Fines are entirely the result of city municipal jurisdiction and no thing in that province or anywhere.

The engagement of John S. Clarke, the English comedian, for a performance at the Opera House on Monday evening next, will bring out all the admirers of the pure old comedy. A splendid double bill will be given, "The Round Trip" and "Fair Encounter," both of which give Mr. Clarke desirable opportunities.

### Park Regulations.

Following are the regulations passed by the executive committee of the Brandywine Park Commissioners:

1. No person shall ride or drive upon any other part of the park than such roads as may be designated for such purposes.

2. No person shall be permitted to bring led horses within the limits of the park, or turn any horses, cattle, goats, swine, dogs or other animals loose in the park.

3. No person shall indulge in any threatening, abusive, insulting or indecent language in the park.

4. No person shall engage in any gaming or commit any obscene or indecent act in the park.

5. No person shall go in bathing in any of the waters within the park.

6. No person shall throw any dead animal or offensive matter or substance of any kind into the Brandywine, or into any spring, brook or other water, or in any way foul any of the same which may be within the boundaries of the park.

7. No person shall carry fire-arms or shoot birds or animals within the park or throw stones at other missiles therein.

8. No person shall disturb birds or annoy, strike, injure, maim or kill any animal, whether wild or domesticated, within the park.

9. No person shall cut, break or in any way injure or deface any tree, shrubs, plants, turf or rocks, or any buildings, fences, bridges or other structures within the park.

10. No person shall injure, deface or destroy any notices, rules or regulations for the government of the park, posted or in any other matter permanently fixed by order or permission of the Board of Park Commissioners or their officers or employes.

The penalty for violation of regulations Nos. 4 and 9 is a fine of \$10 for each offense. For violations of any of the other regulations the penalty is a fine of \$5.

### Bayard Should be Impeached.

No more distinct snub could be given to the Monroe doctrine than the following proclamations which have been issued by the United States Consul at Samoa:

PROCLAMATION.

WHEREAS, War has been declared by his Imperial majesty the Emperor of Germany against His Majesty Malietoa, King of Samoa.

I hereby enjoin all those entitled to the protection of the government of the United States of America to offer no opposition to the German forces, but immediately to report to me any molestation of person or property.   HAROLD MARSH SEWALL, Consul-general of the United States of America.

Apia, Samoa, August 25th, 1887.

The second under:

PROCLAMATION.

TO ALL WHO ARE UNDER THE PROTECTION OF THE GOVERNMENT OF THE UNITED STATES.

WHEREAS, the commander of the German squadron has proclaimed "Martial Law."

Now, therefore, take notice that the neutrals are commanded to abstain, until dead, men who do not stop when challenged but attempt to run away.

[Signed]   HAROLD MARSH SEWALL, Consul-general of the United States.

APIA, SAMOA, August 27th, 1887.

Could there be anything more imperious than the above?

Here is a total surrender of American prescriptive rights to a foreign nation, to Germany, one of our strongest commercial rivals. And this is done at a time and place where no need all that is possible to be got of commercial advantage and where it is our bounden duty to keep all but Americans from having or exercising paramount rights. And yet here is an American consul unpatriotic enough to tell Americans that they must not oppose Germany's advances. What on earth is affecting the State department that such things should be tolerated.

The State department's policy is so unenviable to the aspirations and traditions of this Republic as they well could be.

For such an act as this Secretary Bayard and his subordinate should be impeached.

No men-of-war or even an American gunboat present would have prevented this instance of Bismarck's aggressive impudence on the American continent.

### Russian Despotism.

The Russian Minister of the Interior has issued the following order

"The gymnasia, high schools and universities will henceforth refuse to receive as pupils or students the children of domestic servants, peasants, tradesmen, petty shopkeepers, farmers and others of like condition, whose progeny should not be raised from the circle to which they belong, and be thereby led, as long experience has shown to despise their parents, to become discontented with their lot and irritated against the inevitable inequalities of the existing social positions."

So now it is definitely understood that the sons of tradesmen, petty shopkeepers and artisans are not to be allowed the opportunity of higher education even if the young men are able to pay for their instruction.

The reason is a strange one and is difficult to be understood in this country—for fear their eyes may be enlightened and that they may become discontented with the social inequalities that exist.

There is a contrast between Irish and Russian despotism.

### Beyond.

It seemeth such a little way to me
Across to that strange country, the Beyond;
And yet not strange, for it has grown to be
The home of those of whom I am so fond;
They make it seem familiar and most dear,
As journeying friends bring distant countries near.

So close it lies that, when my sight is clear,
I think I see the gleaming strand;
I know, I feel, that those who have gone
from here
Come near enough to touch my hand;
I often think, but for our veiled eyes,
We should find heaven right round us lies.

I cannot make it seem a day to dread,
When from this earth I shall journey out
To that still dearer country of the dead,
And join the lost ones so long dreamed
about.
I love this world; yet shall I love to go
And meet the friends who wait for me, I know.

And so for me there is no sting to death,
And so the grave has lost its victory.
It is but crossing, with a bated breath,
And white, set face, a little strip of sea,
To find the loved ones waiting on the shore,
More beautiful, more precious than before.

### Treatment of the Hair.

A marginalfull of aromatic spirits of ammonia, added to a basin full of water is very cleansing and refreshing. Care should be taken that it does not get into the eyes The shampoo as given by the barber is too rough and vigorous, and the soaplentersmore be puts on the head afterward is anything but beneficial. While one performs daily ablutions of the face, hands and body, the head is generally left out. This should not be; it is as necessary to wash the scalp as any other portion of the body. The hair should be brushed daily. Too much violence must be guarded against. It should be brushed gently in the direction in which it lies. A harsh brush should be used to cleanse the scalp of dust and dandruff, and then the hair shafts should be smoothed and polished by means of a softer brush. The scalp should receive a rosette glow. This insures quicker circulation in the follicles about the hair papilla, and hence the growth is invigorated. Morning and night, before retiring is the best time for brushing the hair. Too hard brushing tends to produce dandruff. In brushing the object is to cleanse it from extraneous materials, such as feathers, dust, dandruff, and concretes as dermous material, which often comes out upon the scalp, to make it smooth, and to bring truant hairs into the right place, and to set in harmony discordant filaments.

### What Wilmington Should Have Done.

In speaking of the outrageous killing of Policeman Jonston in Philadelphia, the Philadelphia *Press* remarked as follows:

"Philadelphia has had a lamentable illustration of the dangers a policeman encounters, while in the performance of his duty. An officer known for his bravery and quemple y shrudent was shot down while trying to arrest a dangerous character, who showed by his prompt use of the pistol that he was ready to commit murder if necessary to keep himself out of the clutches of the law." The officer was performing his simple duty when he determined to overhaul the tramp and learn who that business he was upon, and while the public will lament the loss of so faithful a guardian of the peace its regret will be tempered by admiration for his brave and loyalty to duty. The obligations of the community does not stop there, however and unfortunate and as well as pity should go out to those so suddenly bereft of a protector."

The above words may literally be substituted in connection with the similar outrage that occurred in this city when that exemplary policeman John Peterson was so pitilessly shot down by the unhanged murderer Davis.

We wonder whether the Philadelphia community will not as earnest did and leave the record unnoticed by any substantial work of its appreciation when a public officer sacrifices his life for the protection of the community at the same time leaving a wife and children whose worldly portion might be somewhat eased by substantial succor. Mrs. Peterson nor any of her children have asked or betrayed any wish for aid. But at the same time a proper public feeling would have caused some inhanien offering help have found some lodgment with the bereaved family.

### The Electric Railway.

This week sees the roadway of the electric passenger railway completed in its entire length from Tenth and Market streets to Riverview Cemetery. By the first of November the electric cars will be in complete running order.

It is a pity that the managers of the road could not have got it ready in the spring, or even two months back.

The novelty of the new road will be worn off by summer time, and people won't "rush to take a ride" now as they did years ago in the summer time when the horse cars passed down the city railway for the first time.

# TAB 3

# ANNUAL REPORTS

OF THE

# CITY OFFICERS AND CITY BOARDS

OF THE

# CITY OF SAINT PAUL,

### FOR THE FISCAL YEAR ENDING DECEMBER 31, 1888.

GLOBE JOB OFFICE,
D. RAMALEY & SON, PRINTERS,
1889.

# INDEX TO REPORTS.

|  | PAGE. |
|---|---|
| City Comptroller's Report | 1 |
| City Treasurer's Report | 105 |
| City Clerk's Report | 217 |
| Chief of Police's Report | 223 |
| Police Patrol Telegraph, Report of | 239 |
| Board of Fire Commissioners, Report of | 245 |
| Chief Engineer's Report | 281 |
| Superintendent of Fire Alarm Telegraph, Report of | 298 |
| Veterinary Surgeon's Report | 303 |
| Board of Water Commissioners, Report of | 307 |
| Secretary's Report | 313 |
| Superintendent's Report | 340 |
| Engineer's Report | 393 |
| Attorney's Report | 394 |
| Treasurer's Report | 395 |
| Commissioner of Health's Report | 401 |
| Building Inspector's Report | 427 |
| St. Paul Work House, Report of | 483 |
| Board of Control, Report of | 503 |
| City and County Physician's Report | 515 |
| Board of Public Works, Report of | 531 |
| City Engineer's Report | 549 |
| Assistant Engineer's Report (Sewers and Sidewalks) | 558 |
| Assistant Engineer's Report (Office Work) | 565 |
| Assistant Engineer's Report (Bridges) | 578 |
| Board of Education, Report of | 587 |
| Superintendent of School's Report | 605 |
| Treasurer's Report | 609 |
| Comptroller's Report | 611 |
| Board of Park Commissioners, Report of | 671 |
| Superintendent of Parks, Report of | 585 |
| Appendix | 690 |
| Addresses by H. W. S. Cleveland | 690 |
| Laws Relating to Parks | 698 |
| Flora of Como Park | 707 |
| Municipal Court, Report of | 731 |
| Corporation Attorney's Report | 737 |
| Public Library, Report of | 769 |

Digitized by Google

# REPORT OF SUPERINTENDENT OF PARKS.

*William A. Van Slyke, President of the Board of Park Commissioners:*

Sir: The following report for the year ending February 28, 1889, is respectfully submitted:

Improvements during the year were confined to Como Park, for which the state legislature two years ago made provision by authorizing the issuance of bonds to the extent of $25,000 for the two years.

All the smaller public parks and squares are still cared for by the Council Committee on Parks, and not by the Board of Park Commissioners. At Como the improvements in progress during the previous year were by reason of intense cold and deep snow, suspended on the 6th of January, 1888, and not resumed till the 14th day of the following March.

Inmates of the city work house, which is temporarily located on the southwest forty acres of Como Park, re-opened the gravelly ridges near the west shore of the lake, and with the aid of hired teams, filled and reclaimed about two acres of unsightly low ground that was formerly a part of the lake, but lately became exposed as the lake water receded.

By cutting back the gravelly ridge, more width was made for the shore drive, while the additional ground obtained by the filling from the ridge was specially desirable in that vicinity, it being near the principal park entrance, where space for important planting was needed.

As soon as frost had left the ground the working force was increased by hired laborers and more teams.

The several drives that had been partly graded the year before, were completed, and a connecting drive was made across the field opposite the workhouse. A carriage concourse 160 feet in diameter, on the highest point in the park and commanding extensive views in different directions, was graded and surfaced.

Loam and soil for surfacing the borders of the drives and the spaces graded, were taken from the field opposite the work house, and a small portion of that field was graded, but no attempt was made at extensive lawn grading.

In some previous year a gravel pit had been opened near the northwest corner of the park, for material to repair county roads. Upon examination the quality of this gravel was found good for surfacing park drives, and considerable quantity was made use of for that purpose in the latter part of 1887.

This work of surfacing the drives was resumed as early in the season of 1888 as the condition of the roads would admit, and was extended over all the drives that had been graded. An iron road roller weighing 3,000 pounds, about three feet in length and made of three similar sections or short drums, mounted loosely on a revolving shaft, was kept continuously at work, compacting first the road bed and then the gravel surfacing.

OF THE CITY OF SAINT PAUL, FOR 1888.        689

## RULES AND REGULATIONS OF THE PUBLIC PARKS AND GROUNDS
## OF THE CITY OF SAINT PAUL.

1.  No person shall drive or ride in any Park in the City of Saint Paul at a rate exceeding seven (7) miles per hour.

2.  No person shall ride or drive upon any other part of any Park than the avenues and roads.

3.  No coach or vehicle used for hire shall stand upon any part of any Park for the purpose of hire, unless licensed by the Board of Park Commissioners.

4.  No person shall indulge in any threatening or abusive, insulting or indecent language in any Park.

5.  No person shall engage in any gaming nor commit any obscene or indecent act in any Park.

6.  No person shall carry firearms or shoot birds in any Park or within fifty yards thereof, or throw stones or other missiles therein.

7.  No person shall disturb the fish or water fowl in any pool or pond or birds in any part of any Park, or annoy, strike, injure, maim or kill any animal kept by direction of the Board of Park Commissioners, either running at large or confined in a close; nor discharge any fireworks, nor affix any bills or notices therein.

8.  No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, structures or statuary, or foul any fountain, well or spring within any Park.

9.  No person shall throw any dead animal or offensive matter, or substance of any kind into any lake, stream or pool, within the limits of any Park.

10.  No person shall go in to bathe within the limits of any Park.

11.  No person shall turn cattle, goats, swine, horses, dogs or other animals loose in any Park, nor shall any animals be permitted to run at large therein.

12.  No person shall injure, deface or destroy any notices, rules or regulations for the government of any Park, posted or in any other way fixed by order or permission of the Board of Park Commissioners within the limits of any Park.

13.  Complaints against any employe of any Park may be made at the office of the Superintendent of Parks.

14  No person shall use any Park drive for business purposes, or for the transportation of farm products, dirt or any like material, or for the passage of teams employed for such purposes.

Any person who shall violate any of the foregoing rules and regulations shall be guilty of a misdemeanor, and for each and every offense shall be fined not less than the sum of Five Dollars ($5), nor more than Fifty Dollars ($50), which sum shall be paid into the city treasury for park purposes.

JOHN D. ESTABROOK,
Superintendent.

690     REPORT OF BOARD OF PARK COMMISSIONERS

# APPENDIX.

ADDRESS DELIVERED BY H. W. S. CLEVELAND, ESQ., TO BOARD OF
PARK COMMISSIONERS FOR IMPROVEMENT OF VACANT SQUARES
IN THE CITY, OCTOBER 13, 1888.

*Mr. President and Gentlemen of the Park Commission:*

I have made a cursory examination of some of the vacant spaces within
the city limits which have been reserved for ornamental improvement, as well
as some smaller tracts, which, though not available as places of recreation,
are susceptible by judicious treatment of adding greatly to the beauty and at-
tractive interest of the general aspect of the city. I am not prepared to give
any detailed plan of arrangements for any particular point, but it has occurred
to me that a general statement of the object in view and the principles to be
observed in its attainment could not fail to possess interest and facilitate the
progress of the future work.

The present system of arrangement of the small parks and public squares
in almost every city involves an incongruity which is obviously the result of a
want of due consideration of the object of their creation. A moment's consid-
eration of the circumstances of their existence will make my meaning clear.
Suppose the case of a single block in a densely peopled quarter reserved as a
park. The area it comprises is of enormous value, which might at any mo-
ment be realized by placing it on the market. That value, then, is the price
we pay for its preservation as a place of recreation and rest—a refreshing
change from the endless piles of brick and stone, where the weary worker may
be cheered by the sight of trees and grass and flowers, where women and child-
ren may find refuge from the din and turmoil on the streets and escape the
rushing crowds for a little quiet enjoyment of the beauty of nature. From
our proverbial character as a race who are very careful to get their money's
worth in a bargain, it might be supposed we should see to it that in paying
such a price for a place of rest we should be very exacting in our demand that
it should be adapted to its object and so arranged as to offer every possible
facility for relief and refreshment by contrast with its surroundings. But
what in reality do we see. Almost without exception the arrangement would
seem to indicate that the primary object for which all that area is kept open is
to afford a short cut across for those who would otherwise be obliged to go
round the outside of the square. Two paths cross it diagonally, sometimes
with an effort at some kind of artificial decoration in a circular space at the
point where the paths intersect each other. Every pedestrian who is hurrying
to and from his business avails himself of the opportunity afforded to thus
save time and steps. The paths become simply thoroughfares for the rushing

Digitized by Google

# TAB 4

# CHARTER

### AND

# ORDINANCES

#### OF THE

# CITY OF BRIDGEPORT,

## REVISED EDITION.

## 1892.

BRIDGEPORT, CT.:
PRESS OF STILES & TUCKER, 21 FAIRFIELD AVENUE.
1892.

200 ·ORDINANCES OF THE

### AN ORDINANCE RELATIVE TO RULES AND REGULATIONS FOR THE PUBLIC PARKS OF THE CITY OF BRIDGEPORT.

*Be it ordained by the Common Council of the City of Bridgeport* :

Animals not to roam about park.

SECTION 1. No horses, cattle, mules, goats, sheep, swine or geese shall be permitted to go at large on the public parks of the city of Bridgeport, either with or without a keeper. Dogs will not be allowed on the parks except in care of the owners, who are required to restrain them from running at large or running after or barking at horses.

Shrubs, etc., not to be mutilated.

SEC. 2. No person shall cut, break, mutilate, or in any manner injure any tree, shrub, plant, flower, thing, or the grass or turf in said parks, or paint or paste on any tree, wall or object in said parks, any bill, advertisement or inscription whatsoever.

No fire-arms to be carried or used in park.

SEC. 3. No person shall carry or have any fire-arms on said parks, or on the shore bordering the same, except on public parade, and no fire-arms shall be discharged, nor stone nor other missiles thrown, on said parks, nor on said shore.

Fast driving in parks, prohibited.

SEC. 4. No person shall ride or drive on any road or portion of said parks (the trotting course in Seaside Park excepted) at a faster gait than seven miles per hour.

Relative to teams in parks.

SEC. 5. No cart, wagon, dray, truck, or other vehicle carrying goods, merchandise, sea-weed, sand, gravel, fish, clams, or other articles of freight, or solely used for the carriage of the same, shall enter any part of said parks, except in the service or by permission of the commissioners of said parks.

SEC. 6. No threatening, abusive or boisterous, insulting or indecent language, gesture or conduct, shall be allowed, nor reclining upon the seats, walls, lawns, or any other portion of said parks. *Conduct in Parks.*

SEC. 7. No person shall expose any article or thing for sale on said parks unless licensed therefor by said commissioners. *Sale of articles in.*

SEC. 8. Nude bathing is forbidden in the waters bordering said Seaside Park, or in view of the same. *Bathing.*

SEC. 9. No person unless in the employ of said commissioners shall light, kindle, or use any fire on said parks. *Fire in parks.*

SEC. 10. No person shall ride or drive upon the turf, grass or lawns of said parks. *Riding in.*

SEC. 11. No person shall disturb or injure any bird on said parks, or the nest or eggs of the same. *Not to injure birds.*

SEC. 12. No person shall discharge or set off on said parks, or on the shore bordering the same, any firecracker, torpedo, rocket, or other fireworks, except by license of said commissioners. *Fireworks not to be set off in parks.*

SEC. 13. Families and others lunching on the parks must not scatter or leave their waste paper, or waste of any kind, on said parks. No hand-bills of any kind shall be distributed on said parks, or in the vicinity. *Lunches in parks,*

SEC. 14. Croquet and ball playing on said parks are forbidden, except on grounds specially designated therefor. *Croquet and ball playing.*

SEC. 15. It is the duty of the police to see that the above rules and regulations are enforced. Any person violating any provision of any of the preceding rules and regulations shall forfeit and pay to the city of Bridgeport, for each offense, a fine not exceeding $100, at the discretion of the court having cognizance of the offense. *Duties of police at parks.*

Adopted, July 15th, 1889.

# TAB 5

Newspapers.com by ancestry

https://www.newspapers.com/image/607581197/

Los Angeles Evening Express (Los Angeles, California) · Wed, Mar 25, 1891 · Page 3

Downloaded on Nov 18, 2024

# Park Commissioners' Ordinance, No. 1.

The Board of Park Commissioners of the City of Los Angeles, California, deeming an ordinance to be necessary for the regulation, use, and government of the parks and grounds under its supervision, do by virtue of the power vested in it, by the laws of the State of California, pass and adopt the following ordinance, which shall be known as Park Commissioners' Ordinance Number One.

The Board of Park Commissioners of the City of Los Angeles do ordain as follows:

SECTION 1. No person shall trespass on the grounds within the limits of said parks.

SEC. 2. Within the limits of said parks all persons are hereby forbidden—

1. To lead, turn in or let loose any cattle, horses, goats, sheep, swine, dogs or fowls of any kind.

2. To carry or discharge firearms, firecrackers, rockets, torpedoes or other fireworks.

8. To cut, break, or in any way injure or deface any trees, shrubs, plants, buildings

Copyright © 2024 Newspapers.com. All Rights Reserved.

Case: 25-2413, 04/22/2026, DktEntry: 44.4, Page 39 of 101

Los Angeles Evening Express (Los Angeles, California) · Wed, Mar 25, 1891 · Page 3

https://www.newspapers.com/image/607581197/

Downloaded on Nov 18, 2024

## Park Commissioners' Ordinance, No. 1.

The Board of Park Commissioners of the City of Los Angeles, California, deeming an ordinance to be necessary for the regulation, use, and government of the parks and grounds under its supervision, do by virtue of the power vested in it, by the laws of the State of California, pass and adopt the following ordinance, which shall be known as Park Commissioners' Ordinance Number One.

The Board of Park Commissioners of the City of Los Angeles do ordain as follows:

SECTION 1. No person shall trespass on the grounds within the limits of said parks.

SEC. 2. Within the limits of said parks all persons are hereby forbidden—

1. To lead, turn in or let loose any cattle, horses, goats, sheep, swine, dogs or fowls of any kind.

2. To carry or discharge firearms, firecrackers, rockets, torpedoes or other fireworks.

3. To cut, break, or in any way injure or deface any trees, shrubs, plants, buildings, monuments, structures, rocks, domes, fences, benches or other apparatus or property, or to write upon the same.

4. To cut or remove any wood, turf, grass, soil or rock.

5. To distribute any handbills or circulars, or to post, or to otherwise affix any bills, notices or other papers upon any tree or structure within the said parks or upon any fence, gate or inclosure thereof.

6. To bathe in or otherwise pollute the water of any pond, stream, lake or pool.

7. To chase, set snares for, catch, injure or destroy any rabbits, quail or other wild quadrupeds or birds; or to injure or maltreat any domesticated or other animals.

8. To make or kindle a fire of any kind.

9. To camp, lodge or tarry over night.

10. To ride or drive any horse or other animal, or to propel any vehicle elsewhere than on the roads or drives provided for such purpose.

11. To indulge in riotous, boisterous or indecent conduct or language.

12. To vend or sell, or offer for sale, any merchandise or article or thing whatsoever without the written consent of the Park Commissioners.

13. To hitch or fasten any horse or other animal, except at such places as shall be specially designated and provided for such purposes.

14. To play ball, fly kites, play football, or engage in other games, except at such places as shall be especially designated and provided for such purposes.

15. To ride or drive upon any of the roads or drives at a rate of speed exceeding that of a mile in six minutes or ten miles per hour; provided, that persons shall not be deemed to be forbidden by this section from riding or driving at a greater rate of speed than herein above designated upon such road or roads or portions thereof as shall be especially provided and set apart by the said Park Commissioners for the purposes of fast driving or speeding.

16. To ride or drive any wild horse or mule, or any breaking cart or other vehicle used in breaking horses.

17. To tell fortunes, or maintain or play at any game of chance, or maintain or exhibit any gaming table or other instrument of gaming.

18. To build, put, place, have, keep, or maintain, or cause to be built, put, placed, kept or maintained any nuisance, or any fence, building, structure, obstruction or other thing which shall in any manner obstruct any part of said parks, or which shall in any way prevent, hinder or repair their full and free use and enjoyment.

19. To row or sail on any pond, lake or water within any of the said parks of said city, except in the boats provided by said Board for that purpose, without first obtaining the consent of said Board, or the person appointed by said Board to take charge of said boats.

SEC. 3. No dray, truck, wagon, cart or other vehicle carrying or regularly employed in carrying goods, merchandise, manure, soil or other article of commerce or trade, shall travel upon any of the drives of said parks, except such regular transfers, crossings and traffic roads as may be provided for such use.

SEC. 4. No person having the care or control of any dog shall suffer or permit such dog to enter or remain in the improved parks of the city, unless such dog be led by a line or chain of suitable strength and of not more than six feet in length.

SEC. 5. No public meeting and no public discussion or debate shall be held within the limits of said parks.

SEC. 6. No drunken, noisy, disorderly or offensive person shall be allowed within the said parks.

SEC. 7. No male person over the age of 10 years shall enter any ladies' toilet within the said parks or shall go into the vault of any such toilet; and no person shall cut or deface the walls of any toilet or structure within the said parks, or shall cut or write thereon any name, or any obscene or indecent or other language.

SEC. 8. Any company, society or organization of any kind, which is desirous of resorting to said parks in a body for the purpose of picnicing, and any military or other organized company desirous of parading within the said grounds, shall when the number of such company, society or organization shall exceed twenty-five persons, at least one day prior to the proposed date of each excursion or parade, report, or cause to be reported, its intention to the superintendent of said parks or to the secretary of the Board of Park Commissioners.

SEC. 9. The drivers of all animals, teams or vehicles passing each other in opposite directions on any road in said parks shall keep to the right of the road in such way that each team or vehicle in passing shall have the other on the left side.

SEC. 10. Any person occupying or squatting upon any portion of said parks, who after written notice from the Secretary of the Board of Park Commissioners, shall neglect or refuse to depart therefrom within twelve hours after the receipt of such notice shall be deemed guilty of a misdemeanor.

SEC. 11. Whenever any person or persons shall have built, put, placed, erected or maintained upon any part of any of said parks, any nuisance, or any building, fence, structure or anything that shall in any manner obstruct any part of said parks, or shall in any way prevent, hinder or impair the full and free use and enjoyment thereof, the Superintendent of said Parks and the Superintendent of Streets of the City of Los Angeles are severally hereby authorized, directed and empowered summarily to abate all such nuisances and to remove all such fences, buildings, structures and things so obstructing the said parks. Should the materials constituting such nuisance or obstruction appear to the officers removing the same to be of any pecuniary value, they may be removed for storage to such place as may be designated by the Park Commissioners.

SEC. 12. All animals and strays found trespassing upon said parks shall be driven or carried to the city pound and there turned over to the City Poundmaster, and be subject to the rules governing such pound.

SEC. 13. Any person who shall violate any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine of not less than five dollars nor more than two hundred dollars, or by imprisonment in the County Jail for not less than five days nor more than six months.

SEC. 14. Power and authority is hereby given to the Superintendent and to the head gardiner of said parks, to the park police, and to any of the foremen employed in said parks, to arrest, detain and deliver to the proper authorities (or in their discretion to eject and expel from the said parks) any person or persons who shall violate or offend against any of the provisions of this ordinance, or of any other ordinances or rules that may hereafter be passed or adopted for the regulation and government of said parks.

SEC. 15. Whenever any person shall be arrested for an offense against any of the ordinances or rules governing the said parks, the Superintendent of said parks in his discretion, may release such person from custody upon receiving from him a deposit of not less than five, nor more than fifty dollars as bail or guarantee for such person's appearance in the proper court on the calling of the charge or case against him. All such moneys shall be forfeited by the failure of such arrested person to appear in said court on the calling of the charge and case against him. All moneys so forfeited shall be deposited in and become a part of the "Park Fund."

SEC. 16. This ordinance shall be signed by the Board of Park Commissioners and shall be published for the period of one day in the EVENING EXPRESS, a daily newspaper published in said City and County of Los Angeles, which newspaper is hereby selected for that purpose by said Park Commissioners, and thereupon and thereafter it shall take effect and be in force.

We hereby certify that the foregoing ordinance was adopted by the Board of Park Commissioners of the City of Los Angeles at its meeting of March 13th, 1891.

S. C. HUBBELL,
SUTHERLAND HUTTON,
M L WICKS,
Board of Park Commissioners of the City of Los Angeles.



## WHOLESALE MILLINERY

### AT

## THE SURPRISE!

I will duplicate any article in Millinery at San Francisco prices less 10 per cent for cash.

### RETAIL.

Being able to do the above, which we guarantee to do, is proof sufficient that we always sell cheaper than our competitors.

FINE MILLINERY!
FRENCH FLOWERS!
COLORED FRENCH CHIPS!

Just as fine goods as any millinery store can buy, we sell cheaper than they can be bought elsewhere. Twenty per cent saved by dealing with us.

CHEAP GOODS!

| | |
|---|---|
| Straw Bonnets, fancy braid | 10c |
| Straw Bonnets, rough and ready | 05c |
| Straw bonnets, sundowns | 10c |
| Milan Gem Flats | 25c |
| Trimmed Children's Canton Hats | 25c |
| Fine Black French Chip Hats | 75c |
| 200 doz. Ass'd Lace Straw Hats all shapes and all fresh goods, and latest styles, 20c to | |
| 100 doz. Daisy Wreaths (42 daisies) | 85c |
| 100 doz. Violet Wreaths (44 violets) | 10c |
| No. 16 All Wool Silk Ribbon (all colors) | 15c |

And many other articles too numerous to mention

People have made a mistake and afterward regret it. No connection with next door.

TELEPHONE 316, EVENING Express, if you want to advertise "Wants," "For Rent," "For Sale," "Lost," "Found," etc. Five cents a line—six words to a line. Best advertising medium in the city

# PASADENA.

[Pasadena Office of the EVENING EXPRESS, No. 41 East Colorado Street. GEORGE F. SCHMIDT, Agent, MRS. I. B. WINSLOW, Correspondent.]

## A NEW RAILROAD.

### Authentic Information in Regard to an Interesting Project.

The long talked of railroad is at last, without doubt, to be built. One half the capital has been raised, and the other half will soon be forthcoming. It is to be called the Pasadena Grand Canyon and Wilson Peak Railway, and is to ascend to the very top of Wilson's Peak, going through scenes of almost unimagined grandeur and unparalleled beauty. The survey has been made and costs estimated, and it is to be an electric road with a seven per cent grade. The bed will, however, be of such a width and the grade such that locomotives could be used, but an electric road is considered not only less dangerous and more expeditious, but also far less expensive. In a day or two a detailed account of the entire scheme and all interested will be given in our columns. The building of this road will be of the greatest possible benefit to Pasadena and the surrounding country, and by its means alone could such an observatory as the one contemplated be erected on Wilson's Peak. It is estimated that the entire road can be completed in from eight to twelve months from the time of its commencement, and it is hoped the work will soon be under headway.

### Two Musical Matinees.

The following is the complete program of the two matinees to be given Tuesday, March 31st, and Saturday, April 4th, in the Congregational church. The artists taking part will be the Philharmonic Quintet, late the Hungarian Quartet of Los Angeles; the Harmonia Quartet, Carl Thomas, violinist; Miss Hill, soprano; Miss Helen Hill, elocutionist; Mrs. J. D. Nash, accompanist.

Program for Tuesday:
O. Rest in the Lord (Mendelssohn)—Harmonia Quartet and Mrs. J. D. Nash.
Duet (selected)—Miss Lilius Peck and Miss Stoutenberg.
Soprano solo (selected)—Miss Carrie Hill (violin obligato, Carl Thomas).
The Ballad of the Weaver (Hatton)—Harmonia Quartet.
Soprano solo, "Changeless," (Frotere)—Miss Lilius Peck.
The Sea Hath its Pearls (Pinsuti)—Harmonia Quartet.
The Song of the Sea (Eays)—O. W. Kyle.
The River Sprite (Parker)—Harmonia Quartet.

Program for Saturday:
"Meditation," (Bach Gounod)—Philharmonic Quintet.
Farewell song from the Trumpeter of Sakkingen, cornet solo—Mr. D. W. Douglas.
Reading, selected—Miss Helen Hill.
"In Love With Her" (polka capriccio) E. Strauss—Philharmonic Quintet.
Ballade and Polonaise, (Vieuxtemps)—Violin solo, Mr. V. Huber, Mrs. Larrabee, piano.
"Bedouin Love Song," (Pinsuti)—C. W. Kyle.
"None Without Work," (Richter)—Cello solo, Mr. F. Mayer.
"Orpheus Overture," (Offenbach)—Philharmonic Quintet.

The price of admission to these concerts will be $1, which will admit one person to both concerts or two to one concert. The proceeds will be used for the benefit of the Congregational church.

### A Mistake.

There has been a report current in Pasadena for several days to the effect that the public schools would close May 1, for lack of funds. This is a mistake, and where the report originated is unknown. Pasadena has plenty of funds, and the schools will close June 14, this year, as usual; and however this report may be in regard to other schools of Los Angeles county, it does not refer to Pasadena.

### Brevities.

The regular rehearsal of the Mikado takes place at the Opera House this evening.

The usual Thursday tennis meet will be held tomorrow afternoon at the club court.

Noticeable improvements are being made in the grounds around the Wilson school building.

A very merry party gathered last evening at the residence of John S. Mills, and enjoyed the evening playing domino whist.

A delightful Spanish class has just been started of six young men under the instruction of Lucas St. John, at his residence on California street.

The Young Men's Dancing Club will give a hop at Morgan's Hall on Friday evening next, in which about forty young ladies and gentlemen will participate.

The funeral services of F. H. Melleady will be held Thursday morning at Reynolds Bros.' undertaking rooms. Services will be conducted by the Rev. Mr. Bunker.

Prof. T. S. C. Lowe's new residence on Orange Grove avenue, is rapidly progressing, the stone foundation being sufficiently advanced to admit of the structure being raised.

The Lordsburg Land Company of Pasadena has received a communication to the effect that the Lordsburg Hotel has been sold to Dunkards Association and a college will be opened therein at an early date.

On Easter evening several new choir boys will be installed into the choir of All Saints church, among whom will be Charlie Coleman and Dwight Pearson. This installation will lend interest to the otherwise very interesting services.

Mrs. Prescott and two children of Newton, Mass., accompanied by Miss Mollie Boyd of New Haven, left today for a carriage trip through Temecula and those places of interest made familiar to all through Helen Hunt's Ramona, and will eventually drive as far as Santa Barbara.

The Pasadena Star, which shines so brightly should have added lustre now, as yesterday it was printed for the first time by the aid of a gas engine. The EVENING EXPRESS has the scoop on the Star in this matter as well as some other things, having been printed by gas force for many moons.

Preparations are still going on for sending the citrus exhibit to Chicago, although sufficient money is not as yet forthcoming. Many people, who have not given money, have given more than its equivalent in gratuitous services, and a warm-hearted interest in this scheme, which will surely benefit all Pasadena. Large donations of fruit have also been made.

### Personal.

T. C. Foster is expected home tomorrow.

Mrs. Ross and Miss Ross left for Seattle today.

Mrs. St. John, portrait painter of Los Angeles, is a guest of Mrs. Stevens.

S. J. White left today for San Fernando valley on business connected with the sale of valuable lands in that vicinity.

General Passenger Agent Wincup from Los Angeles was in town this morning to witness the departure of L. T. Towne in his private car.

## TELEGRAPHIC SPARKS.

Dr. Howard Crosby is dying at New York of pneumonia.

Dr. Vincent was found guilty at Fresno of the murder of his wife.

J. J. Mode, the brakeman injured in the wreck at Gila Bend, died Tuesday.

United States officials arrested several lottery ticket sellers at Milwaukee Tuesday.

Daniel Wells, one of the leaders in the Mormon church, died at Salt Lake City, Tuesday.

O'Connor accepts Teemer's challenge to row for $2400 a side and the championship.

Prospects are for Anna Dickinson's complete recovery, and she intends to go on the stage again.

John Dances, a negro, was lynched at Columbia, Ala., for attempted outrage on a white woman.

Billy Manning, once the champion light weight of California, was knocked out at Minneapolis by Charley Johnson.

J. M. Constable's fine summer residence at Oneonta, N. Y., burned Tuesday. Loss on house and furniture, $125,000.

General John C. Lee, at one time Lieutenant-Governor of Ohio and a conspicuous officer in Rosecrans' army during the war, died at Toledo, Tuesday.

U. S. Consul Tanner, who was stationed at Picton, Nova Scotia, is under arrest charged with criminal assault on the little daughter of a prominent citizen. The latter has also given Tanner a good beating.

At Holbrook, Ariz., Father J. P. Dolin, a Catholic priest, was shot by a drunken Mexican named Martin Chaeo. The Mexican has been arrested. The trouble arose over the order of the priest to a girl not to keep company with the Mexican.

The New York Children's Society has taken charge of a young Peruvian girl who had been bought and was a slave in the family of Consul General Quitana of Peru, who is stationed at New York. It is charged that Mrs. Quitana shamefully beat the girl.

The store of Lother & Arnold, at Ontario, Cal., was burglarized Monday night and $250 worth of goods taken. Two Chinamen, John Quong and Ling Quong, were arrested and confessed. They were bound over in $1000 each. The goods were recovered.

The latest railroad sensation is the story that the Baltimore and Ohio proposes to parallel the Pennsylvania system from one end to the other, forming an almost air-line route from Baltimore to Chicago, and reducing the distance from Pittsburg to the latter city by seventy-five miles.

A collision occurred between a freight and passenger train near Racine, Wis. Nearly all the passenger cars were derailed and caught fire. One sleeper and several cars were burned. Willis Andrews, fireman of the freight train, was buried under the wreckage, and his body has not yet been extricated. Several others were badly injured.

The only matter considered Tuesday by the Intercontinental Railway Commission was the perfection of plans and arrangements for sending three surveying parties to South and Central America to begin work in determining the route of the proposed road to South America. Nearly all the arrangements have been decided upon. The first work will commence in Guatemala.

It is reported that New York operators are working a May wheat corner in Chicago and their purchases are up in the millions. The St. Louis, northwest and heavy local speculators have a shortage of wheat which aggregates 30,000,000 to 40,000,000 bushels. If the clique holds half of this and succeeds in their supposed intention of working prices up to $1.25, the profits would aggregate all of $5,000,000.

From a street joke the grip has become generally a dangerous disease at Pittsburg. The death rate is swelling rapidly, and this month will break the record by an alarming increase of 50 per cent. The direct causes given on many certificates are grip, influenza, pneumonia, typhoid fever and diphtheria. The grip is daily growing more severe and the number of victims is nearing the five-thon and mark in this city and suburbs. Physicians are overworked and some have as high as forty to sixty cases of grip alone.

Last Friday several sportsmen were hunting in the vicinity of Switzer's Canon, near San Diego, when a shot was heard. Presently a wagon drove by and the hunters saw the body of a man in the wagon with his head full of shot. The driver said he had been accidentally shot, and he was taking the body to town. The hunters waited until Tuesday to see an account of the affair in the papers, but, not seeing it, reported the case to the police. The body never reached San Diego, and the officers are investigating the mystery.

### A Chance to Make Money.

Bright boys from 10 to 15 years old can earn considerable money by selling copies of the EVENING EXPRESS on the streets. They are ready for delivery at 4:30 p. m. at the mailing room, in the rear of the building, entrance from the alley on Fourth street. Copies are sold for 2½ cents, which enables boys to double their money on every paper sold.

The proof of the pudding is in eating." Try the "Wants," "For Sale," "Personal," etc., column of the EVENING EXPRESS for quick results. Five cents per line, or twenty cents per line per week.

---

# Dr. Kwong,

### The Celebrated Chinese Herb Physician,

HAS REMOVED HIS OFFICE FROM 227 S. MAIN ST. TO

## 416 SOUTH BROADWAY,

Between Fourth and Fifth, Los Angeles.

This renowned man has had an immense practice (covering a period of 25 years) both in China and America. He locates diseases through the pulse, and never fails to effect a permanent cure. He has Chinese herbs and medicines for sale, prepared by himself. All are cordially invited to call.

### Examination and Consultation Free.

Guarantees to Cure Catarrh, Ringworm and Piles of Long Standing

# LUMBER.

H. HILLER, Prest.          S. W. HILLER, Sec.

## LOS ANGELES LUMBER CO.,

(Successors to Los Angeles Storage, Commission and Lumber Co.)

### Dealers in Lumber, Cement, Fire Brick, Fire Clay, Etc., Etc.

San Pedro St., Bet. 4th and 5th, L. A.  [Telephone 162. P. O. Box 87.]

# DENTISTRY!

### FOR 60 DAYS ONLY,

The following prices:
Celluloid and Rubber Plates...$8 00 to $10 00
Gold Crowns..................... 5 00
Porcelain Crowns................ 5 00
Extracting without pain......... 50

Gold fillings and other operations at a great reduction for the next 60 days—simply to introduce our new office.



### DRS. POLLOCK & TUDOR, 107 N. Spring St. Schumacher Block.
2-21-3m

# NEW MEXICO COAL CO.

(Mines at Gallup, New Mexico.)

Wholesale and Retail Dealers in Coal.   Fuel of all kinds in stock.

WE QUOTE PRICES TODAY AS FOLLOWS:

One ton, sacked...........$11 50 | One ton, loose..........$10 50
Half ton, sacked.......... 6 00 | Half ton, loose......... 5 50
Quarter ton, sacked...... 3 25 | Quarter ton, loose...... 3 00
Single sack.............. 75c | Best Domestic Coal in the Market

### CHAS. A. MARRINER, Gen'l Mgr.
Telephone 855.        Yard Foot of First St.

## Park Commissioners' Ordinance, No. 1.

The Board of Park Commissioners of the City of Los Angeles, California, deeming an ordinance to be necessary for the regulation, use, and government of the parks and grounds under its management, and by virtue of the power vested in it, by the laws of the State of California, has passed and adopt the following ordinance, which shall be known as Park Commissioners' Ordinance Number One.

The Board of Park Commissioners of the City of Los Angeles do ordain as follows:

SECTION 1. No person shall trespass on the grounds within the limits of said parks.

SEC. 2. Within the limits of said parks all persons are hereby forbidden:—
1. To load, turn in or let loose any cattle, horses, goats, sheep, swine, dogs or fowls of any kind.
2. To carry or discharge firearms, firecrackers, rockets, torpedoes or other fireworks.
3. To cut, break, or in any way injure or deface any trees, shrubs, plants, buildings, monuments, structures, rocks, domes, fences, benches or other apparatus or property, or to write upon the same.
4. To cut or remove any wood, turf, grass, soil or rock.
5. To distribute any handbills or circulars, or to post, or to otherwise affix any bills, notices or other papers upon any tree or structure within the said parks or upon any fence, gate or inclosure thereof.
6. To bathe in or otherwise pollute the water of any pond, stream, lake or pool.
7. To chase, set snares for, catch, injure or destroy any rabbits, quail or other wild quadrupeds or birds; or to injure or maltreat any domesticated or other animals.
8. To make or kindle a fire of any kind.
9. To camp, lodge or tarry over night.
10. To ride or drive any horse or other animal, or to propel any vehicle elsewhere than on the roads or drives provided for such purpose.
11. To indulge in riotous, boisterous or indecent conduct or language.
12. To vend or sell, or offer for sale, any merchandise or article or thing whatsoever without the written consent of the Park Commissioners.
13. To hitch or fasten any horse or other animal, except at such places as shall be specially designated and provided for such purposes.
14. To play ball, fly kites, play football, or engage in other games, except at such places as shall be especially designated and provided for such purposes.
15. To ride or drive upon any of the roads or drives at a rate of speed exceeding that of a mile in six minutes or ten miles per hour; provided, that persons shall not be deemed to be forbidden by this section from riding or driving at a greater rate of speed than herein above designated upon such road or roads or portions thereof as shall be especially provided and set apart by the said Park Commissioners for the purposes of fast driving or speeding.
16. To ride or drive any wild horse or mule, or any breaking cart or other vehicle used in breaking horses.
17. To tail fortunes, or maintain or play at any game of chance, or maintain or ex hibit any gaming table or other instrument of gaming.
18. To build, put, place, have, keep, or maintain, or cause to be built, put, placed, kept or maintained any nuisance, or any fence, building, structure, obstruction or other thing which shall in any manner obstruct any part of said parks, or which shall in any way prevent, hinder or repair their full and free use and enjoyment.
19. To row or call on any pond, lake or water within any of the said parks of said city, except in the boats provided by said Board for that purpose, without first obtaining the consent of said Board, or the person appointed by said Board to take charge of said boats.
SEC. 3. No dray, truck, wagon, cart or other vehicle carrying or actually employed in carrying goods, merchandise, manure, soil or other article of commerce or trade, shall travel upon any of the drives of said parks, except such regular transfers, crossings and traffic roads as may be provided for such use.
SEC. 4. No person having the care or control of any dog shall suffer or permit such dog to enter or remain in the improved parks of the city, unless such dog be led by a line or chain of suitable strength and of not more than six feet in length.
SEC. 5. No public meeting and no public discussion or debate shall be held within the limits of said parks.
SEC. 6. No drunken, noisy, disorderly or offensive person shall be allowed within the said parks.
SEC. 7. No male person over the age of 10 years shall enter any ladies' toilet within the said parks or shall go into the vault of any such toilet; and no person shall enter or deface the walls of any toilet or structure within the said parks, or shall cut or write thereon any name, or any obscene or indecent or other language.
SEC. 8. Any company, society or organization of any kind, which is desirous of resorting to said parks in a body for the purpose of picnicing, and any military or other organized company destitute of parading within the said grounds, shall when the number of such company, society or organization shall exceed twenty-five persons, at least one day prior to the proposed date of such excursion or parade, report, or cause to be reported, to the superintendent of said parks or to the secretary of the Board of Park Commissioners.
SEC. 9. The drivers of all animals, teams or vehicles passing each other in opposite directions on any road in said parks shall keep to the right of the road in such way that each team or vehicle in passing shall have the other at the left hand.
SEC. 10. Any person attempting or equating upon any portion of said parks, who after written notice from the Secretary of the Board of Park Commissioners, shall neglect or refuse to depart therefrom within twelve hours after the receipt of such notice shall be deemed guilty of a misdemeanor.

SEC. 11. Whenever any person or persons shall have built, put, placed, erected or maintained upon any part of any of said parks, any nuisance, or any building, fence, structure or any thing that shall in any manner obstruct any part of said parks, or shall in any way prevent, hinder or impair the full and free use and enjoyment thereof, the Superintendent of said Parks and the superintendent of Streets of the City of Los Angeles are severally hereby authorized, directed and empowered summarily to abate all such nuisances and to remove all such fences, buildings, structures and things so obstructing the said parks. Should the material constituting such nuisance or obstruction appear to the officers removing the same to be of any pecuniary value, they may be removed for storage to such place as may be designated by the Park Commissioners.

SEC. 12. All animals and strays found trespassing upon said parks shall be driven or carried to the city pound and there turned over to the city poundmaster, and be subject to the rules governing such pound.

SEC. 13. Any person who shall violate any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine of not less than five dollars nor more than two hundred dollars, or by imprisonment in the County Jail for not less than five days nor more than six months.

SEC. 14. Power and authority is hereby given to the Superintendent and to the head gardiner of said parks, to the park police, and to any of the foremen employed in said parks, to arrest, detain and deliver to the proper authorities (or in their discretion to eject and expel from the said parks) any person or persons who shall violate or offend against any of the provisions of this ordinance, or of any other ordinances or rules that may hereafter be passed or adopted for the regulation and government of said parks.

SEC. 15. Whenever any person shall be arrested for an offence against any of the ordinances or rules governing the said parks, the Superintendent of said parks in his discretion, may release such person from custody upon receiving from him a deposit of not less than five, nor more than fifty dollars as bail or guarantee for such person's appearance in the proper court on the calling of the charge or case against him. All such moneys shall be forfeited by the failure of such arrested person to appear in said court on the calling of the charge and case against him. All moneys so forfeited shall be deposited in and become a part of the "Park Fund."

SEC. 16. This ordinance shall be signed by the Board of Park Commissioners and shall be published for the period of one day in the EVENING EXPRESS, a daily newspaper published in said City and County of Los Angeles, which newspaper is hereby selected for that purpose by said Park Commissioners, and thereupon and thereafter it shall take effect and be in force.

We hereby certify that the foregoing ordinance was adopted by the Board of Park Commissioners of the City of Los Angeles at its meeting of March 12th, 1891.

S. C. HUBBELL,
SUTHERLAND HUTTON,
H. L. WICKS,
Board of Park Commissioners of the City of Los Angeles.



### WHOLESALE MILLINERY

## THE SURPRISE!

I will duplicate any article in Millinery at San Francisco prices less 10 per cent for cash.

RETAIL.

Being able to do the above, which we guarantee to do, is proof sufficient that we always sell cheaper than our competitors.

FINE MILLINERY!
FRENCH FLOWERS!
COLORED FRENCH CHIPS!

Just as fine goods as any millinery store can buy, we sell cheaper than they can be bought elsewhere. Twenty per cent saved by dealing with us.

CHEAP GOODS!
Straw Bonnets, fancy braid........... 10c
Straw Bonnets, rough and ready...... 10c
Straw bonnets, sundowns............. 10c
Milan Sun Flats..................... 10c
Trimmed Children's Canton Hats...... 25c
Fine Black French Chip Hats......... 75c
500 doz. size 2 Lace Straw Hats, all shapes and all fresh goods, and latest styles, 25c to............................... 50c
100 doz. Daisy Wreaths (42 daisies)... 65c
200 doz. Violet Wreaths (42 violets)... 50c
No. 16 All Wool Silk Ribbon (all colors).. 10c
And many other articles too numerous to mention.

People have made a mistake and afterward regret it. No connection with next door.

TELEPHONE 518, EVENING EXPRESS, if you want an article in Millinery. "Wants," "For Rent," "For Sale," "Lost," "Found," etc. Five cents a line—six words to a line. Best advertising medium in the city.

---

# NONE SHALL BE LEFT!

Many have taken advantage of, while others are still asking about

# Our Great Slaughter Sale

Therefore we will continue the same until MARCH 31, at the

## PIONEER AMERICAN CLOTHING HOUSE!

SEE OUR SHOW WINDOWS FOR PRICES,
a few of which we quote as follows:

Nobby $20 Spring Overcoats for...............$15 00
Our best $20 Frock or Sack Suits for...... 14 00
Our best $10 Frock or Sack Suits for...... 7 00
And all other goods in proportion.

We Have Yet on Hand 175 Boys' and Children's Suits!
Which we are Closing Out AT LESS THAN COST to Retire from THAT Trade.

# ABERNETHY & TAFT,

117 South Spring St., Los Angeles.

# W. L. PACKARD

### SUCCESSOR TO

# HALL and PACKARD

Notwithstanding reports to the contrary, can still be found at the OLD STAND, selling Groceries cheaper than ever, and promises to save you money if you will get HIS prices before buying.

# 441-443 SOUTH SPRING STREET,

Los Angeles, Cal.

# NILES PEASE

IMPORTER AND DEALER IN ALL KINDS OF

### Eastern Parlor and Chamber Furniture, Carpets,

Oil Cloths, Linoleums, Window Shades, Etc.

### PRICES AS LOW AS THE LOWEST!
We Will Not Be Undersold.

New Nos. 337, 339 and 341 S. Spring St., Los Angeles, Cal

# CARPETS!

Oilcloth, Linoleum and Mattings.

### FURNITURE, DRAPERIES, SHADES, ETC.

THE NEWEST AND BEST ASSORTED STOCK IN SOUTHERN CALIFORNIA.

PRICES THAT DEFY COMPETITION.   FREIGHT PAID ON COUNTRY ORDERS.

# W. S. ALLEN,

## 332 AND 334 SOUTH SPRING STREET.

## A No. 7, 8-Hole Range Only $10.00.

SEE MY STOCK,
GET MY PRICE
BEFORE YOU BUY.
I have something handsome to show you

NO FINER STOVES MADE.
Stoves especially adapted for this climate.

Send for Illustrated Circular and Price List to

F. E. BROWNE,
136 S. MAIN St.,
Los Angeles.
Stoves sold on inst'lm'ts

# A RARE CHANCE!

Having made all the money we want we propose, during 1891, to extend an opportunity to our friends to participate with us in the benefits. With this laudable idea in view we have reduced the price of our unequaled

## ORANGE AND GRAPE LAND!

### From $200 Per Acre to $100 Per Acre.

And to people who will improve the land and plant fruit trees and vines the first year we make a discount of 20 per cent. All we ask you to pay now is

## $10 PER ACRE!

Giving you two, three and four years in which to pay the balance. Liberal discount to cash customers.

WATER—Abundant.  LOCATION—San Bernardino County, 5 miles north of Riverside, 8 miles west of the city of San Bernardino.   SOIL—Rich sandy loam.  ALTITUDE—1000 feet; almost frostless. We have 20,000 acres left of this fine orange land and want every acre planted in fruit trees and vines before the last day of next June, and propose to make this

## THE PRIZE COLONY!

THINK OF IT! The very best orange land in the heart of the orange belt, for $80 to $100 per acre, and on such terms! Go to Riverside, 5 miles south of us, or to Redlands, 10 miles east of us, and you will find that you must pay $250 to $500 per acre for land much inferior to ours.

# L. M. BROWN, 132 N. Spring St., Los Angeles,

—OR—

# THE SEMI-TROPIC LAND AND WATER CO.

RIALTO CAL.

# TAB 6

The Cleveland Leader (Cleveland, Ohio) · Mon, Jul 3, 1893 · Page 6
Downloaded on Nov 18, 2024
https://www.newspapers.com/image/1074326449/

the rules and regulations of this board.

Sec. 35 (Sec. 4.)—It shall be unlawful for any person to cut, injure or deface any tree, building, fence or other erection in the parks; to turn domestic animals or poultry of any description upon the parks or to permit them to wander therein; to carry firearms within, or to frighten or hurt animals or birds belonging to the parks, to hinder or interfere with men employed upon the parks. All persons found violating the provisions of this section or any of the rules, regulations or ordinances adopted by said board or the City Council, shall be guilty of a misdemeanor and shall be punished upon conviction before the Police Court of said city, upon complaint and proceedings as now had and provided by law in cases of misdemeanors and violations of city ordinances, by a fine not exceeding $50, and in default of payment be imprisoned not exceeding thirty days. And the jurisdiction of the Police Court of said city is hereby expressly extended to include all parks, park entrances and park driveways belonging to said city, and under the control of said board, whether within or without the corporate limits of said city. Said board of park commissioners, and their officers and employes, shall have power to make arrests for misdemeanors committed within the precincts of any park, park entrance, or park driveway under their management and control, whether within or without the limits of the city, or for the violation of any rules, regulations, or ordinances established by said board or City Council for the government of said parks. Said board of park commissioners shall have power to seize and impound any cattle, horses, mules, donkeys, goats, swine, sheep, or other animals, or any poultry of any description found running at large upon said parks, park driveways, or park entrances, to impose a penalty not to exceed $5 with reasonable expenses upon each animal or the poultry so seized, and to enforce payment thereof in such manner as the rules and regulations provide.

Sec. 36. (Sec. 5.) Any person violating

Copyright © 2024 Newspapers.com. All Rights Reserved.

The Cleveland Leader (Cleveland, Ohio) · Mon, Jul 3, 1893 · Page 6

Downloaded on Nov 18, 2024

https://www.newspapers.com/image/1074326449/



Copyright © 2024 Newspapers.com. All Rights Reserved.

# PICTURE OF CONTRAST.

## Dr. Talmage Discourses on Arrogance and Humility.

### THE PUBLICAN'S PRAYER.

#### An Analysis Proves That He Was Sure of His Sinfulness.

He, However, Expected No Relief Except Through God's Mercy—The Beauties of the Text From the Gospel of Luke.

BROOKLYN, July 2.—Rev. Dr. Talmage has selected as his subject for to-day a picture of contrast: "Arrogance and Humility," the text being Luke xviii, 13: "God be merciful to me a sinner."

No mountain ever had a more brilliant coronet than Mount Moriah. The glories of the ancient temple blazed there. The mountain top was not originally large enough to hold the temple and so a wall 600 feet high was erected, and the mountain was built out into that wall. It was at that point that Satan met Christ, and tried to persuade him to cast himself down the 600 feet...

---

## WHAT HAPPENED SATURDAY.

### A Brief Review of the More Important Local Events Mentioned in Sunday's Leader—Sunday News for Monday Readers.

A confession of enormous theft of city iron was made in Director Farley's office by Emil Prang and others.

Deputy United States Marshal Seymour made two arrests for an alleged violation of law.

Further testimony was taken in the Council committee's investigation of Directors Farley and McKinnie.

Preparations were made to insure the success of the reception to Rita Elandi by the Art Club at the Hollenden to-night.

Director Farley appointed Lieutenant Michael English to the police captaincy left vacant by Captain Hoehn's promotion.

Preparations for the great Saengerfest proceeded quietly but effectively. Everything will be in readiness for the reception contest on July 11.

Superintendents Patterson, of the Workhouse, and Mellen, of the Infirmary, were succeeded by Richard Butler and Edward Maloney, respectively.

Judge Hutchins decided several cases in error from the Police Court. He reversed the cases against Kohlas Bros., the rag dealers, and E. R. Taylor, the barber.

The final transfer of the Ursuline convent property on Euclid avenue was made by Mary Imping and other trustees to Mrs. Emily Woods Myers and Harry W. Myers.

Two long sessions of a special Board of Control committee were held, attention being paid to reducing the estimates of the city departments of the money they will require next year.

John Wilson, a newsboy, was arrested on a charge of setting fire to a pile of papers under the Cleveland, Canton & Southern Railway depot platform. He pleaded guilty before Judge Logue.

The International Epworth League conference was in session all day. A discussion over renewing the World's Fair exhibit provoked the hottest kind of a debate. Important resolutions were passed and important business transacted. It was decided to hold the next conference in Nashville, Tenn., in 1896.

### PROPOSED AMENDMENT TO THE CONSTITUTION OF OHIO.

#### LEGISLATIVE SINGLE DISTRICTS.

Section 1—Be it resolved by the General Assembly of the State of Ohio, That a proposition shall be submitted to the electors of this State at the next election, to be held on the second Tuesday in November, 1893, to amend Sections 1 to 11, inclusive, of Article XI of the Constitution of the State of Ohio, so that they shall read as follows:

---

## THE COURTS.

### Record for July 1, 1893.

#### UNITED STATES CIRCUIT COURT.

JUDGE RICKS.

5687—Third National Bank of Detroit vs. Columbia Brewing Company. Dismissed without record. Order nisi journal.

#### UNITED STATES DISTRICT COURT.

JUDGE RICKS.

Miscellaneous business transacted.

#### CUYAHOGA COUNTY COURTS.

#### CUYAHOGA CIRCUIT COURT.

JUDGES BALDWIN, CALDWELL, and HALE.

No court.

#### COMMON PLEAS COURT.

ROOM 1—JUDGE STONE.

---

RULES AND REGULATIONS for the Management, Protection, and Control of the Parks, Park Entrances, and Park Driveways of the City of Cleveland.

Section 1—The parks shall be open daily to all citizens, on absolutely equal terms, and none shall be given special privilege therein, or be permitted to make use of them for any purpose not strictly really common to all, and not in consonance with the proper uses of a park.

# TAB 7

Case: 25-2413, 04/22/2026, DktEntry: 44.4, Page 46 of 101

The Daily Item (Lynn, Massachusetts) · Tue, May 19, 1896 · Page 7
Downloaded on Nov 18, 2024

Newspapers
by ancestry
https://www.newspapers.com/image/945596781/

# Commonwealth of Massachusetts.

## METROPOLITAN PARK COMMISSION.

## RULES AND REGULATIONS FOR THE GOVERNMENT AND USE OF THE REVERE BEACH RESERVATION.

Rule 1. No person shall within said Reservation remove, disturb, cut, break, deface, defile or ill use any building, structure, fence, tree, bush, plant, turf or other thing belonging to the Commonwealth.

Rule 2. No person shall within said Reservation place and suffer to remain any piece of paper or other refuse, except in the receptacles designated therefor by said Commission.

Rule 3. No person shall within said Reservation discharge or have possession of any firearm, firecracker, torpedo or firework, or make any fire.

Rule 4. No person shall within said Reservation have possession of or

Copyright © 2024 Newspapers.com. All Rights Reserved.

The Daily Item (Lynn, Massachusetts) · Tue, May 19, 1896 · Page 7
Downloaded on Nov 18, 2024
https://www.newspapers.com/image/945596781/

## RULES AND REGULATIONS FOR THE GOVERNMENT AND USE OF THE REVERE BEACH RESERVATION.

Rule 1. No person shall within said Reservation remove, disturb, out, break, deface, defile or ill use any building, structure, fence, tree, bush, plant, turf or other thing belonging to the Commonwealth.

Rule 2. No person shall within said Reservation place and suffer to remain any piece of paper or other refuse, except in the receptacles designated therefor by said Commission.

Rule 3. No person shall within said Reservation discharge or have possession of any firearm, firecracker, torpedo or firework, or make any fire.

Rule 4. No person shall within said Reservation have possession of or drink any intoxicating liquor, or lie down upon the benches or go to sleep.

Rule 5. No person shall within said Reservation solicit the acquaintance of, or in any way annoy any other person, or play any game of chance, or have possession of any instruments of gambling, or do any obscene or indecent act.

Rule 6. No person shall within said Reservation play any musical instrument, or utter any profane, threatening, abusive or indecent language or loud outcry, or preach or pray aloud, or make any oration or harangue, or solicit any subscription or contribution, or make any political or other canvass.

Rule 7. No person shall within said Reservation move in a military or civic parade or procession or drill.

Rule 8. No person shall within said Reservation, except by written authority from said Metropolitan Park Commission, engage in business, or sell or expose for sale, or give away any goods, wares, merchandise or circulars, or post or display any sign, placard, flag or advertising device.

Rule 9. No person shall within said Reservation bathe, except in a proper costume and at the places designated therefor, and shall not loiter, or run about, or lie upon the beach in bathing costume.

Rule 10. No person shall within said Reservation drive any vehicle or animal attached to a vehicle at a rate faster than eight miles an hour, or ride any animal or cycle at a faster rate than ten miles an hour, or drive or ride any horse or animal not well broken and under proper control of the rider or driver, or drive or ride elsewhere than on the roadways and the beach.

Any person who violates any of the above rules shall be arrested, tried in court, and if convicted shall pay a fine of not exceeding twenty dollars ($20) for each offense, but no person shall be convicted of a violation of any of the above rules who shall satisfy the court that he or she was authorised by the Board of Metropolitan Park Commissioners, by lease or otherwise, to do the thing by reason of the doing of which he or she is charged with a breach of any of the foregoing rules.

All the ordinances of the town of Revere which shall be held to be applicable within said Reservation, and not inconsistent with the above rules, shall be enforced therein.

Copyright © 2024 Newspapers.com. All Rights Reserved.

## RESIDENCES BURNED.

(CONTINUED FROM PAGE 1.)

building burned as though it was filled with wax machines and all kinds, as an hour was in ruins. A shed adjoining another house on the same lawn, but nearer to Vernon street, also caught, but the blaze was extinguished.

There was a scarcity of hydrants and water in the immediate vicinity of the burning buildings, but it is doubtful if any facilities would have enabled the firemen to make head against the flames in the teeth of the fierce wind. While the Russell residence was going, the flames had been making head against the fireman at the Green cottage, and it shared the fate of the rest.

There is little that can be said in description of the fire. The spectacle was brief in each instance, and most of those who had any disposition to be useful

had something to do other than admire it. All of the burned residences were handsome and commodious structures, and stood in one of the most beautiful sites to be found along the North Shore. The Longfellow cottage was thoroughly rebuilt and enlarged a few years ago, and only last year the Duncan residence was enlarged and beautified at an expenditure of $3,000; it is said to have contained a number of valuable paintings. A few articles of furniture were saved from the Russell residence, but most of the contents of all five residences were destroyed.

A shower of hot embers fell from the grasp of the wind upon the Lodge estate, at the extreme end of Eastern point, and a humble bath house ignited and burned. So did rolls of costly fence in front of different residences, and considerable turf and shrubbery was defaced and spoiled by the trampling



THE BURNING OF THE GREENE HOUSE.

crowd. Aristocratic enclosures, whose gateways had always been securely guarded, were for the nonce thrown open as neither firemen nor spectators paid much attention to signs warning off trespassers. It is to be regretted that hoodlumism prevailed to an extent that compassed the practical destruction

THE RUSSELL COTTAGE.
Blazing in the Centre of Its Famous Lawn.

[The remainder of this dense newspaper text, including columns headed SAUGUS, CLIFTONDALE, WYOMA, SUPERFLUOUS HAIR, ITEM EXTRA, FOR SALE—The Finest Building Lots in Swampscott, HARDY & MOLLOY, TREMENDOUS Mark Down SALE, G. H. ROBIE, and various classified advertisements and local notices, is too fine to reproduce reliably.]



# TAB 8

Case: 25-2413, 04/22/2026, DktEntry: 44.4, Page 50 of 101

# REPORT

OF THE

# BOARD OF
# PARK COMMISSIONERS

OF THE

## CITY OF ROCHESTER, N. Y.

1888 to 1898.



WARREN · H · MANNING

UNION AND ADVERTISER PRESS.

Digitized by Google

94 REPORT OF PARK COMMISSIONERS

# PENAL ORDINANCES

## Relating to the Use and Government of the Public Parks and Parkways of the City of Rochester.

**Passed August 26, 1896.**

The Board of Park Commissioners of the city of Rochester do enact as follows :

### DEFINITIONS.

SECTION 1. The terms "parks" used herein shall be construed to include all lands and waters under the control of the Board of Park Commissioners of the city of Rochester, except parkways, and the term "said Board" shall be construed to mean the Board of Park Commissioners of said city.

### GENERAL RULES AS TO USE OF PARKS.

SECTION 2. The parks of the city of Rochester are for the benefit and pleasure of the public, and every person shall use said parks subject to the ordinances of said Board.

The roadways in the parks shall not be used by any vehicles except those employed for the purposes of pleasure ; the rides and bridle paths shall be used only by persons on horseback or bicycles, and the walks shall be used exclusively by pedestrians, except that baby carriages and invalid chairs and children's carts and tricycles may be propelled thereon

This section shall not apply to vehicles used by order of said Board.

The parks shall be closed from 11 o'clock P. M., until 5 o'clock A. M., during the summer season, and from 10 o'clock P. M., until 7 o'clock A. M., during the winter season ; and no persons except employes of said Board on duty, or members of said Board, shall go into, or remain in said parks, while closed. The summer season shall be from April 1st until November 15th, and the winter season shall be from November 15th until April 1st.

### ACTS PROHIBITED

SECTION 3. No person shall commit any of the following acts within said parks :

1. Commit any disorderly or immoral acts.
2. Be intoxicated.
3. Throw stones or missiles

Digitized by Google

4   Utter loud or indecent language.

5.  Play any game of cards or chance.

6.  Tell fortunes.

7.  Beg.

8.  Publicly solicit subscriptions.

9   Drive or lead a horse not well broken.

10. Allow any dog to run at large.

11  Throw or drain offensive substances into any park waters.

12. Bathe in park waters without having the body concealed by suitable covering extending from the knees to the shoulders.

### ACTS PROHIBITED WITHOUT PERMISSION.

SECTION 4.  No person shall commit any of the following acts within said parks without the consent of said Board, or some duly authorized person.

1.  In any manner injure any tree, plant, grass, flower, fruit, turf or structure.

2.  Keep or offer anything for sale.

3.  Play any music.

4.  Post or display any sign, banner or advertisement.

5.  Deliver any public speech.

6.  Solicit passengers for any boat or vehicle for hire.

7.  Obstruct in any way a roadway or path

8.  Discharge any firearm or fireworks or send up any balloon.

9.  Permit any animal, except horses and dogs, to enter said parks.

10. Ride or drive any animal or vehicle at a speed exceeding eight miles per hour.  This shall not apply to the vehicles of the fire or police departments, ambulances, nor vehicles used by physicians when actually engaged in responding to emergency calls or to driving on the " speedway " in Genesee Valley Park.

11. Hold any picnic at a place not designated by said Board for that purpose.

12. Hold any public meeting or engage in any marching or driving as members of a military, political or other organization.

13. Conduct any funeral procession nor vehicle containing the body of a deceased person.

14. Build any fire.

15. Write, paint or carve on any tree, bench or structure.

16. Climb any tree, nor tie any horse to a tree.

17. Enter any place upon which the words " No Admittance " shall be displayed.

18. Play baseball, tennis, nor any other game at a place not designated by said Board for that purpose.

19. Take ice from any park waters.

20. Fish in any park waters.

21. Bathe in any place not designated by said Board for that purpose.

Digitized by  Google

98 REPORT OF PARK COMMISSIONERS

22. Enter nor leave said parks except at the established ways of entrance and exit.

23. Place or propel any boat or other craft upon park waters.

24. Land from any boat at a place not designated by said Board for that purpose.

25. Carry any flowers or shrubs, firearm, sling-shot, axe, saw, shovel or spade within the following parks, viz.: Genesee Valley Park, Highland Park, Seneca Park east and Seneca Park west.

26. Occupy in any way the slopes of the river banks.

27. Violate the regulations of said Board relating to any building or place.

28. Injure or unnecessarily disturb any fish, water fowl, birds or animals.

29. Injure any notice posted by order of said Board.

### DISPOSITION OF VAGRANT ANIMALS.

SECTION 5. Pounds for temporarily restraining animals found running at large within said parks shall be established at such places as the Superintendent of Parks may designate

All animals found running at large within said parks contrary to the ordinances of said Board, may be seized by any person and conducted to any one of such pounds. Upon the impounding of any animal within a park pound, it shall be the duty of the Superintendent of Parks forthwith to notify the keeper of the city pound, who shall at once take and dispose of such animal in the manner provided by the penal ordinance of the city of Rochester relating to the disposition of vagrant animals.

### PENALTY FOR VIOLATION OF PARK ORDINANCES.

SECTION 6. Any violation of these ordinances shall be deemed a misdemeanor, and shall be punishable by a fine of not less than five dollars nor more than one hundred dollars, and in default of the payment of such fine, any person so convicted may be imprisoned in the Monroe County Penitentiary for a period not exceeding thirty days, or by both such fine and imprisonment.

### FORMER ORDINANCES REPEALED.

SECTION 7. The ordinances of said Board, passed January 26, 1891, and all ordinances inconsistent herewith, are hereby repealed.

Digitized by Google

# TAB 9

# NINTH ANNUAL REPORT

OF THE

# BOARD OF

# PARK COMMISSIONERS

OF

## OMAHA, NEBRASKA.



WARREN · H · MANNING

### FOR THE YEAR 1898.

OMAHA
A. L. STONECYPHER
1899

 Google

HARVARD UNIVER...

## Ordinance No. 4444.

An Ordinance Prohibiting the Doing of Certain Acts Within or Upon Parks, Parkways or Boulevards of the City of Omaha, and Providing Penalties for the Violation of the Provisions thereof.

Be it Ordained by the City Council of the City of Omaha:

Section 1. It shall be unlawful for any person within or upon any of the parks, parkways or boulevards of the City of Omaha to utter any loud or indecent language, to do any indecent or disorderly act, to be intoxicated; to bet, gamble or make wagers upon any game or games of cards or chance; to discharge any firearm or throw or cast any stone or missile by hand, sling shot, rubber gun or otherwise; to beg, publicly solicit subscriptions or tell fortunes for pay; to drive or lead a horse not well broken; to drive or lead cattle, hogs, sheep or any other animal; to allow any dog to run at large; to place or display any sign or advertisement; to obstruct any roadway or path; to enter or leave any park except at the established entrance-ways thereof; to conduct any funeral procession or vehicle containing the body of any deceased person except when the same is necessary by reason of the previous place of abode of the deceased; to build any fire; to write, paint or carve on or deface or injure any tree, bench or structure; to climb any tree; to tie any horse to a tree; to pick, cut or in any manner injure or destroy any plant, flower, fruit, turf or structure; to rob, injure, destroy or molest the nest of any bird, squirrel or other animal; to catch or disturb fish in the fountains or other waters of the park; to kill, poke sticks at, spit upon, throw at, threaten or in any manner tease, disturb or injure any fowl, fish, or animal kept in any park or the waters thereof; to drive or transport any cart, dray wagon, truck or other vehicle used for carrying goods, merchandise, building material, manure, dirt or other article; to ride or drive any animal or vehicle at a speed exceeding ten miles per hour; provided this shall not apply to the vehicles of the fire and police departments, ambulance or vehicles used by physicians when actually engaged in responding to an emergency call, or that portion of Florence boulevard lying between Ames avenue and Miller park, or any portion of the parks and boulevards that may hereafter be designated as "speed ways"; to drive any vehicle any place other than the designated carriage roads; to enter or remain in any park, between the hours of eleven o'clock p. m. and sunrise; to empty contents of ice cream freezers or throw salt or ice upon the grass.

Section 2. It shall be unlawful for any person, firm or corporation to commit any of the following acts within or upon the parks, parkways and boulevards of the city of Omaha without the consent of the Board of Park Commissioners, viz: to keep or offer anything for sale; to play any music; to deliver any public speech or hold any public meeting; to play base ball, tennis or any other game, except at the places designated for such purpose; to violate the regulations of said board relating to any building or place; to carry any fire arms, sling shot, ax, saw, shovel or spade within any park, except when rendered necessary by the place of abode of the person carrying same; to go on foot or otherwise upon the grass or turf where any prohibitory sign is posted; to construct or operate a line of street railway upon any park, or parkway or boulevard, or to enter thereon for the purpose of excavating or constructing a line of street railway, except at the points where such lines are now being operated; to dig holes, set poles or construct telegraph, telephone or electric light lines or enter upon any park, parkway or boulevard for such purpose; to discharge any fireworks or firearms

Section 3. Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor and upon conviction thereof, shall be fined in any sum not more than fifty dollars ($50.00) or imprisonment not more than thirty (30) days.

Section 4. That this ordinance shall take effect and be in force from and after its passage.

Passed May 17, 1898.

BEECHER HIGBY,
City Clerk.

W. W. BINGHAM,
President City Council.

Approved May 23, 1898.

FRANK E. MOORES,
Mayor

Digitized by Google

Original from
HARVARD UNIVERSITY

# TAB 10

Case: 25-2413, 04/22/2026, DktEntry: 44.4, Page 58 of 101

Newspapers
by ancestry

https://kansashistoricalopencontent.newspapers.com/
image/418839458/

Parsons Weekly Globe (Parsons, Kansas) · Mon, Jul 25, 1898 · Page 1
Downloaded on Nov 19, 2024

SEC. 1. For the government of Forrest Park in the city of Parsons, Ks., the following rules and regulations are hereby adopted:

First—Forrest Park being the property of said city, it shall be open to all persons upon equal terms.

Second—No privilege special in its character to be exercised within said park, shall be granted to any person.

Third—The gates of said park shall be closed at half past ten o'clock p. m. each and every night except when otherwise ordered by the park committee of said city.

Fourth—No person shall post or display any sign, banner, bill, or advertisement, or write upon, cut. mutilate or deface any building, bench statue, ornament, tree or building in. upon or belonging to said park, or use in an improper manner any water closet or other building therein.

Fifth—No person shall in any manner injure, disfigure. or mutilate the fence, around the buildings, trees, statuary, shrubs or growing plants within and belonging to said park.

Sixth—No person shall kindle, start or cause a fire within the limits of said park, except within the dwelling house belonging thereto.

Seventh—No person shall carry or discharge any fire-arm within said park.

Eighth—No male person shall enter. use or in anywise interfere with any water closet in said park. set apart and designed for the exclusive use of females.

Copyright © 2024 Newspapers.com. All Rights Reserved.


Newspapers
by ancestry

https://kansashistoricalopencontent.newspapers.com/
image/418839458/

Parsons Weekly Globe (Parsons, Kansas) · Mon, Jul 25, 1898 · Page 1
Downloaded on Nov 19, 2024

## City Council Proceedings.

The city council met last Saturday evening in adjourned session. Messrs Boyd, Gillias, McKee, Hume' and Wilson being present.

The object of the meeting was especially for the disposing of pending ordinances before council, which resulted in the passing of twenty-seven.

A petition was read regarding the connection of the electric light wire at the corner of 24th and Belmont streets for a street light, refered to the committee on lights.

Claims to the amount of $96 were allowed.

Resolution read regarding the curbing and macadamizing Crawford ave. between 14th and Central avenue.

Hurst & Co., granted the privilege to erect a poultry house on the M. K. & T. right-a-way just north of Busby's elevator.

Ordinance No. 832, an ordinance providing rules and regulations for the government of Forrest park and penalties for the violation thereof.

Be it ordained by the mayor and councilmen of the city of Parsons:

SEC. 1. For the government of Forrest Park in the city of Parsons, Ks., the following rules and regulations are hereby adopted:

First—Forrest Park being the property of said city, it shall be open to all persons upon equal terms.

Second—No privilege special in its character to be exercised within said park, shall be granted to any person.

Third—The gates of said park shall be closed at half past ten o'clock p. m. each and every night except when otherwise ordered by the park committee of said city.

Fourth—No person shall post or display any sign, banner, bill, or advertisement, or write upon, cut. mutilate or deface any building, bench statue, ornament, tree or building in, upon or belonging to said park, or use in an improper manner any water closet or other building therein.

Fifth—No person shall in any manner injure, disfigure, or mutilate the fence, around the buildings, trees, statuary, shrubs or growing plants within and belonging to said park.

Sixth—No person shall kindle, start or cause a fire within the limits of said park, except within the dwelling house belonging thereto.

Seventh—No person shall carry or discharge any fire-arm within said park.

Eighth—No male person shall enter, use or in anywise interfere with any water closet in said park, set apart and designed for the exclusive use of females.

Nineth—No person shall play any game with cards or with dice, or engage in gambling of any character within said park.

Tenth—No person shall introduce any spirituous, malt, fermented or intoxicating liquors of any kind within said park.

Eleven—No person shall climb any tree, nor affix a swing to any tree or trees within said park, except by permission of superintendent of said park.

Twelfth—No person shall fasten any horse or other animal to any tree, fence, shrub or building within said park, or to anything therein except to hitching posts provided therefore, nor shall any team, horse or other animal be left unattended when not so fastened.

Thirteenth—The park committee of said city is enpowered, in its discretion, to permit the use of said park for the purpose of holding pic-nic and social and fraternal gatherings, but political meetings shall not be permitten therein, nor shall said park be used for religious purposes, other than Sunday-school conventions and celebrations and religious meetings upon Sunday evenings in warm weather.

SEC. 2 Any person who shall do any act which by either of the provisions of Sec 1, of this ordinance is forbidden, shall be guilty of a misdemeanor, and, upon conviction thereof shall be punished by fine of not less than $5 nor more than $50 and shall be committed to the jail of said city until such fine and costs of prosecution are paid.

SEC. 3 The superintendent of said park is required to rigidly enforce the rules and regulations by Sec. 1 of this ordinance provided, and to arrest each and every person who shall be guilty of a violation of either of said regulations, and to take the persons by him so arrested before the Police Judge of said city and there make complaint against said person of the offense with which he is charged.

SEC. 4 It shall be the duty of persons in and about said park at any time when by the requirements of Rule 8 as provided in Sec. 1 hereof, the superintendent thereof shall declare his purpose to close the gates to the same, to immediately retire therefrom and any person failing or refusing ro do so shall be guilty of a misdemeanor and upon conviction thereof shall be punished as provided by Sec. 2 of this ordinance.

SEC. 5 This ordinance shall take effect and be in force from and after its publication.

## "GLOBE"

## 25 cents a month.

## 'PHONE 180

Copyright © 2024 Newspapers.com. All Rights Reserved.

# Parsons Evening Globe.

## Th e Daily Globe From Now Till January 1st For One Dollar---Cash in Advance Only!

*Volume 1. No 142.*     *Parsons, Kansas, Monday, July 25, 1893.*     *25 Cents a month.*

### LOCAL MENTION.

The new town of Ola, I. T., was named after Miss Ola Woods, of Oswego.

The PARSONS WEEKLY STAR published at this office, and the Kansas City Weekly Star for one year for 65 cents. All the world's news and Parsons news all for 65 cents a year.

Robert Singleton, one of the early citizens of Parsons, died at Kansas City Saturday night, of paralysis caused by a fall from the top stairway at his home in Kansas City. He was forty-nine years of age and leaves a wife and five children, his wife being a sister of Mrs. O. L. Hull and Mrs. Asa Smith, of this city. The remains were brought to Parsons and laid to rest in Oakwood cemetery.

#### Notice.

P. W. Blake has recently purchased a half interest in D. D. Ely's stock of furniture, stoves and queensware. In the future the business will be run under the firm name of Ely & Blake. And they invite all their old friends and patrons to call and see them at 217-219 South Central Ave., or in other words, opposite the Matthewson House.

#### Advertised letters.

There are advertised letters in the postoffice for E. H. Bryan, H. Beecher, Jeff Davis, W. O. D. Foley, Nathaniel Hunter, Mrs. J. Riley, Geo. Scott, Fill Selvin, Willie Smith, Miss Annie J Stewart, and Wm. S. Walker. Postal cards remain uncalled for for J. R. Russey., Sed Peachs, and W. S. Walker.

#### A Chicken Thief.

About three oclock Sunday morning as night watchman VanHorn was making his beat on Corning and 21st he noticed a man carrying a sack on his back, he called to him to stop, but he refused to do it, which caused the watchman to put his command into effect by firing three shots at the man one of the shots took effect, causing the man to fall to his knees, and loosing his bundle, which proved to be a sack of chickens. The watchman made chase but was unable to catch his prey, he however tracked his victim some distance. All day yesterday the police force was unable to locate this supposed thief, and were at a little loss to exactly know whom to seek but by noon yesterday they were able to tell who it was and had a slight idea where he was although were unable to locate him as his friends kept him pretty well concealed.

A guard was placed where it could see all the menuvers about the supposed place of the thiefs abode. The thief proved to be Chas. Giles, an ex-convict who broke into a railroad caboose some years ago, and was sent to the state prison for a term. He was captured today at 23d and Appleton, and is now at the city jail awaiting his trial. His wounds were dressed, but no probing was done to find the ball which lodged in his back, the wounds will not prove fatal. The chickens are in the hands of the city marshal at the jail waiting to be claimed by some one who has had the misfortune of losing them.

### E. & M.

This stands for **Ellis & Martin** and if your Furniture came from them it is all right. They have the best line,

REMEMBER, They show the Largest line of Carpets in the City. Also all kinds of DRAPERIES. Their 1893 Baby Carriages now on the floors.

1822-24 Forrest Ave.

#### General Repair Shop.

## J. H. ATCHLEY & Co.,

Upholstering and Repairing of Furniture. Carpets Sewed and Laid. Old ones Cleaned. Gasoline stoves repaired.
'Phone 178.     1814 Forrest Ave.

### PERSONAL MENTION.

Mrs. James Fletcher is on the sick list.

Mrs. Clark, living on Clark avenue is very sick.

Wm. Gaddis, of Matthewson, was in the city today.

N. E. Allen spent Sunday with his wife in Oswego.

L. J. Beagle had business in Cherryvale Saturday.

John Trinder was in the city yesterday from Sedalia, visiting his parents.

Mrs. Robt. Mosher, of Oswego, spent the Sabbath with Mrs. Judge Webb.

Misses Maude Churchill and Abbe Hogan spent Sunday with friends at St. Paul.

L. J. Beagle returned to-day from Winfield where he spent three days on business.

Robt. Meador and wife, of Matthewson, spent Sunday with relatives in the city.

J. F. Townsend of Girard, uncle of A. L. Taylor, driver of the fire department, spent Sunday in the city.

Rev. Bishop says that he is living on the fat of the land while his wife is away. In other words his neighbors are good to him.

O. D. Brown and daughter who have been visiting with C. W. and J. H. Sutton for the past few days left this morning for Winfield.

F. C. Neely and son Clyde, of Neosho twp., were pleasant callers while in the city to-day. They came in to have the latter's eyes treated by a specialist.

Fred Evans and wife of Ottawa, Ks., came down last Saturday evening to spend a few days with Fred parents, C. W. Evans and wife on West Johnson avenue.

W. F. Townsend, of Vincennes, Ind., cousin of A. L. Taylor, spent Sunday in Parsons. It has been fourteen years since Mr. Taylor had seen his cousin and it was a very pleasant surprise to him.

E. C. Clark, of Oswego, a prominent Republican of Labette county and nominee on the Republican ticket for county attorney, is in the city to visit his mother for a few days.

Miss Jennie Hull, who has been getting as d ing r m girl at he Ideal

restaurant for some time, has left for a months vacation before taking her fall work as a school teacher.

W. J. Wood went to Oswego Saturday evening on business. He has been elected a director of the Ola Coal & Mining Co., a recently organized company having a capital stock of $100,000 with headquarters, at Ola, I. T.

### City Council Proceedings.

The city council met last Saturday evening in adjourned session. Messrs Boyd, Gillias, McKee, Hume' and Wilson being present.

The object of the meeting was especially for the disposing of pending ordinances before council, which resulted in the passing of twenty-seven.

A petition was read regarding the connection of the electric light wire at the corner of 24th and Belmont streets for a street light, refered to the committee on lights.

Claims to the amount of $95 were allowed.

Resolution read regarding the curbing and macadamizing Crawford ave. between 14th and Central avenue.

Hurst & Co., granted the privilege to erect a poultry house on the M. K. & T. right-a-way just north of Busby's elevator.

Ordinance No. 832, an ordinance providing rules and regulations for the government of Forrest park and penalties for the violation thereof.

Be it ordained by the mayor and councilmen of the city of Parsons:

SEC. I. For the government of Forrest Park in the city of Parsons, Ks., the following rules and regulations are hereby adopted:

First—Forrest Park being the property of said city, it shall be open to all persons upon equal terms.

Second—No privilege special in its character to be exercised within said park, shall be granted to any person.

Third—The gates of said park shall be closed at half past ten o'clock p. m. each and every night except when otherwise ordered by the park committee of said city.

Fourth—No person shall post or display any sign, banner, bill, or advertisement, or write upon, cut, mutilate or deface any building, bench statue, ornament, tree or building in, upon or belonging to said park, or use in an improper manner any water closet or other building therein.

Fifth—No person shall in any manner injure, disfigure, or mutilate the fence, around the buildings, trees, statuary, shrubs or growing plants within and belonging to said park.

Sixth—No person shall kindle, start or cause a fire within the limits of said park, except within the dwelling house belonging thereto.

Seventh—No person shall carry or discharge any fire-arm within said park.

Eighth—No male person shall enter, use or in anywise interfere with any water closet in said park, set apart and designed for the exclusive use of females.

Nineth—No person shall play any game with cards or with dice, or engage in gambling of any character within said park.

Tenth—No person shall introduce any spirituous, malt, fermented or intoxicating liquors of any kind within said park.

Eleven—No person shall climb any tree, nor affix a swing to any tree or trees within said park, except by permission of superintendent of said park.

Twelfth—No person shall fasten any horse or other animal to any tree, fence, shrub or building within said park, or to anything therein except to hitching posts provided therefore, nor shall any team, horse or other animal be left unattended when not so fastened.

Thirteenth—The park committee of said city is empowered, in its discretion, to permit the use of said park for the purpose of holding pic-nic and social and fraternal gatherings, but political meetings shall not be permitted therein, nor shall said park be used for religious purposes, other than Sunday-school conventions and celebrations and religious meetings upon Sunday evenings in warm weather.

SEC. 2 Any person who shall do any act which by either of the provisions of Sec 1, of this ordinance is forbidden, shall be guilty of a misdemeanor, and, upon conviction thereof shall be punished by fine of not less than $5 nor more than $50 and shall be committed to the jail of said city until such fine and costs of prosecution are paid.

SEC. 3 The superintendent of said park is required to rigidly enforce the rules and regulations by Sec. 1 of this ordinance provided, and to arrest each and every person who shall be guilty of a violation of either of said regulations, and to take the persons by him so arrested before the Police Judge of said city and there make complaint against said person of the offense with which he is charged.

SEC. 4 It shall be the duty of persons in and about said park at any time when by the requirements of Rule 3 as provided in Sec. 1 hereof, the superintendent thereof shall declare his purpose to close the gates to the same, to immediately retire therefrom and any person failing or refusing ro do so shall be guilty of a misdemeanor and upon conviction thereof shall be punished as provided by Sec. 2 of this ordinance.

SEC. 5 This ordinance shall take effect and be in force from and after its publication.

### "GLOBE"

### 25 cents a month.

### 'PHONE 180

### Dr. PLANCK

Office rooms 12 & 13 Brown Block. Chronic Diseases a SPECIATY. Consulation FREE Catarrhal troubles treated at the rooms FREE during office hours, 9 to 11:30 a. m. and 2 to 5 p. m. Calls answered in the City and Country. Residence 1704 Appleton Ave. Telephone No. 189.

# TAB 11

# COMPILATION

### OF THE

# Charter and Ordinances

### OF THE

# CITY OF

# BATTLE CREEK, *Mich. Charles.*

## MICHIGAN

∴

.COMPILED AND PUBLISHED BY ORDER OF THE

COMMON COUNCIL

1908

*Press of Gage Printing Co., Ltd.*

 Google

 UNIVERSITY OF MICHIGAN

248        CHARTER AND ORDINANCES

be punished by a fine of not exceeding twenty-five dollars and cost of prosecution; and the court before whom such conviction shall be had may make a further sentence that in default of the payment thereof, within a time to be fixed by the court, such offender shall be imprisoned in the county jail or city prison, until such fine and costs be paid, not exceeding the term of twenty days.

SECTION 3. This ordinance shall take immediate effect without publication.

Approved July 3, 1899.

---

## REGULATION OF PARKS.

AN ORDINANCE TO REGULATE THE USE OF PUBLIC PARKS AND PUBLIC PLACES IN THE CITY OF BATTLE CREEK, AND TO PROVIDE FOR THE PROTECTION OF THE SAME AND OTHER PUBLIC PROPERTY THEREIN.

SECTION 1. Be it ordained by the common council of the city of Battle Creek, That no person shall break, cut, mutilate, injure, overturn, remove or carry away any tree, shrub, plant, flower, stone or stonework, bench, chair, seat, bower, stand, house, arbor, structure, fence or property or anything whatsoever in, upon or belonging to any park, square or open space in the city of Battle Creek, or in any street, avenue, highway, in, adjoining to, or around the same; nor shall any person climb up or upon any building, house, fence, table, seat or other structure, in said park, place or square; nor shall any person kill, disturb or molest, any bird, or

Digitized by Google        Original from UNIVERSITY OF MICHIGAN

bird's nest, or any fish or animal therein belonging to or being therein; nor shall any person paste, or affix or inscribe any hand-bill, sign, poster, card, device or inscription upon or against any fence, tree, structure or property of or in such park, place, square or high-way in or adjoining the same; nor shall any person disfigure or injure any sward, gravel, sand, turf or earth, or any tree, fence or structure therein, or adjoining thereto; nor shall any person fasten or hitch any animal to any tree, fence or structure in or upon the same; nor shall any person, corporation or company stretch or place any telephone, telegraph or other wire or wires of any kind through, over or across any such public place, park or square.

SECTION 2. No person shall deliver any oration, address, speech, sermon or lecture therein, unless he shall have first received permission from the common council of the city of Battle Creek so to do; nor shall any public meeting be held therein, unless leave is first obtained.

SECTION 3. No person shall allow or permit any domestic animal to go, be, or run at large within any such park, place, or square; nor shall any person carry any rifle, gun or other firearm of any kind within any park of the city of Battle Creek, and no dog shall be allowed therein, except when fastened or led by a cord or string, not exceeding six feet in length.

SECTION 4. No person shall use any threatening, obscene, profane or indecent language in any such park, open place, or square, or be guilty of any dis-orderly or indecent conduct; nor shall any person indulge in any games, acts or demeanors, calculating or intending to mar or disturb the feelings or enjoy-ment of the visitors attending such parks, places or

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

squares; nor shall any person or persons deposit any rubbish or refuse in or upon such park, place or square, except the same be deposited in waste baskets to be provided by the committee on parks; nor shall any person post, exhibit or distribute any advertisements, circulars or hand-bills therein; nor shall any peddler or petty dealer sell, or in any manner dispose of any article in or immediately adjoining any public park, place or square in said city, unless he shall first obtain express permission so to do from the common council of the city of Battle Creek.

SECTION 5. Every person who shall be convicted of any violation of the provisions of this ordinance shall, for each violation, be punished by a fine of not exceeding one hundred dollars and costs of prosecution; and the court before whom such conviction shall be had may make a further sentence that in default of the payment of such fine and costs, within a time to be fixed by such court, the person so convicted shall be imprisoned in the county jail or city prison until such fine and costs be paid, for a term not exceeding ninety days.

SECTION 6. This ordinance shall take immediate effect without publication.

Approved October 2, 1899.

Digitized by Google     Original from UNIVERSITY OF MICHIGAN

# TAB 12

Newspapers.com by ancestry
https://www.newspapers.com/image/946338983/



## AMBER SOAP

### A NEW BETTER QUALITY OF LAUNDRY SOAP

MADE BY THE MANUFACTURERS
OF IVORY SOAP.

THE PROCTER & GAMBLE CO.

FACTORIES:
IVORYDALE, OHIO.                    CINCINNATI.

## MONKEY BRAND SOAP

**CLEANS
BRIGHTENS
SCOURS
POLISHES
ANYTHING AND
EVERYTHING**

IN

HOUSE
FACTORY
SHOP AND
SHIPBOARD

Won't Wash Clothes

Everywhere

5c. a bar.

## TO LET.

Cheap TENEMENT of
3 Rooms and Pantry.

Rent $1.25 per week. In-
quire at 113 Grove Street.

## LYNN Business College

OPENS

Tuesday, Sept. 5, 1899.

Large Registration Assured.

Office Now Open for Visitors.

## FOR SALE.

JOHN H. MADDEN, 408 Union St.

## FOR SALE.

JOHN H. MADDEN, 408 Union St.

## YELLOWSTONE NATIONAL PARK and the GREAT LAKES

## COLORADO'S GOLD MINES

I. VAN BAALEN, DENVER, COLO.

## SUPERFLUOUS HAIR

## Two Hundred Dollars Reward

Newspapers
by ancestry
https://www.newspapers.com/image/946338983/

The Daily Item (Lynn, Massachusetts) · Thu, Aug 10, 1899 · Page 7
Downloaded on Apr 20, 2026

## Commonwealth of Massachusetts.

## METROPOLITAN PARK COMMISSION.

### Rules and Regulations for the Government and Use of the Charles River Reservation.

Rule 1 No person shall cut, break, remove, deface, defile, or ill-use any building, fence, tree bush, plant, turf or other thing herein, belonging to the Commonwealth, or have possession of any part thereof but this rule shall not prohibit the picking of wild flowers and edible berries in reasonable quantities for personal use.

Rule 2. No person shall throw any stone or other missile, or have possession of any firecracker, torpedo or firework, or make a fire, or except with written authority from said Metropolitan Park Commission, engage in business, sell or expose for sale, or give away any goods, wares or circulars or post, paint, affix or display any sign, notice, placard or advertising device.

Rule 3. No person shall accost or follow or otherwise annoy another person, or utter any profane, threatening or abusive language or loud outcry, or solicit any subscription or contribution or have possession of or drink any intoxicating liquor, or play any game of chance, or have possession of any instrument of gambling, or do any obscene or indecent act.

Rule 4. No person shall preach; or pray aloud; or make any oration or harangue, or any political or other canvass; or display a flag or banner; or discharge or have possession of any firearm; or move in a military or civic parade, drill or procession.

Rule 5. No person shall bathe except in a proper costume and at places designated therefor, and bathers shall not loiter or run about or lie upon the shore in bathing costume.

Rule 6. No person in charge of any animal, other than a dog, shall allow it to go upon the reservation unless such animal be used for pleasure travel on a

Copyright © 2026 Newspapers.com. All Rights Reserved.

# TAB 13

SECTION. DIVISION. BOOK.

3 . 946 . 15

# CITY DOCUMENT NO 12.

### INAUGURAL ADDRESS OF THE MAYOR,

### CITY GOVERNMENT OF 1901,

TOGETHER WITH THE

# = Annual Reports =

OF THE OFFICERS OF THE

# City of Quincy,

## MASSACHUSETTS

## FOR THE YEAR 1900.



1901
ADVERTISER STEAM JOB PRINT
No. 10 Chestnut St., Quincy.
QUINCY.

322

# Report of Park Commissioners

*To His Honor, the Mayor of the City of Quincy:*

The Board of Park Commissioners respectfully submits its report for the year of 1900.

The work of the Board the past year has been largely confined to the erection of a public bathhouse on the Ward Two playground; the making of a ball field at Ward four; the improvement of the Ward Three playground; the completion of the Ward Two playground work; the setting of edgestones around Ward Six playground; the maintenance of Merry Mount and Faxon Parks and the conferring with the Metropolitan Park Commission regarding the Boulevard.

## PUBLIC BATHHOUSE.

On petition from the Board the General Court passed an act allowing buildings containing an area of over 600 sq. ft. to be erected on the Parks and Playgrounds of this city. A public bathhouse having been advocated by the Board and Mayors Hall, Keith and Sears, at the request of the Board the Council appropriated $2000 for such a purpose. A building costing about $1950 has been erected on the Ward Two playgrounds. It is of artistic design, over 100 ft. long and contains 40 lockers, 4 shower baths, head house, boys' room, laundry, etc. It will be a free public bath for the use of men, women and boys and will be opened in June to the public.

325

fair price it is proposed to loam and sow down a part of this playground the coming season.

In order to continue the permanent work on the playgrounds the Council will be asked to transfer another sum of money from the unexpended playground balance to be expended under the direction of the Board.

## QUINCY SHORE RESERVATION AND FURNACE PARK PARKWAY.

The Metropolitan Park Commission has during the past year practically completed its takings for the Quincy Shore Reservation and Furnace Brook Parkway, commonly known as the Boulevard, which extends from Hancock street across the Neponset river marshes to near the old Felt mill, across Squantum street to the shores of Quincy bay, thence following the coast line to Rufes Hummock, thence across the National Sailor's Home marshes, skirting the northerly side of Pine island to and up the valleys of Black's Creek and Furnace Brook to the Blue Hill's Reservation.

## BY-LAWS.

The depredations in the different parks and playgrounds have increased to such an extent that a set of Rules and Regulations for the government of those places was adopted, in which the maximum penalty was fixed at $20 and a reward of $5 was offered for information which will lead to the conviction of the depredators. The Rules and Regulations follow :

Rule 1. No person shall discharge or have possession of any firearm, air gun, or any device for the taking or killing of birds or game in the Parks or Playgrounds.

Rule 2.—No teams for the carriage of merchandise are allowed in the Parks or Playgrounds.

Rule 3.—No person shall cut, break, remove, deface, defile, or ill-use any building, tree, bush, plant, turf or other thing

326

herein belonging to the city, or have possession of any part thereof.

Rule 4.—No person shall throw any stone or other missile ; or have possession of any firecracker, torpedo or firework ; or make a fire ; or sell, expose, for sale, or give away any goods, wares or circulars ; or post or display any sign, placard or advertising device, in any Park or Playground.

Rule 5.—No owner or keeper of a horse or cow or other grazing animal shall suffer the same to go at large, or feed upon any Park or Playground.

Rule 6.—No person shall engage in a picnic, game of ball, foot ball, base ball or other sport, upon any Park or Playground, except by permission in writing of the Board of Park Commissioners.

Rule 7.—No person shall place any structure, tent, post, fence, rubbish, gravel, stones, ashes, or other thing in any Park or Playground without a permit from the Board of Park Commissioners.

### SKATING RINK.

Through the courtesy of the trustees of the Greenleaf Land Associates a temporary dam was built across the Black's Creek tide gate, thus holding the fresh water back, making a fairly good skating rink. At some future time it is expected that a permanent dam will be put in raising the water to a height, which, while not endangering property, will ensure a large area of fresh water ice.

GEO. E. PFAFFMANN,
FRED. B. RICE,
JAS. S. WHITING,

Board of Park Commissioners.

# TAB 14

Newspapers
by ancestry

https://www.newspapers.com/image/29212677/

The Fort Wayne News And Sentinel (Fort Wayne, Indiana) · Thu, Oct 24, 1901 · Page 5

Downloaded on Nov 19, 2024

Sec. 10. That all bicycle riders upon the bicycle tracks in any of the parks in said pleasure driveway and park district of Fort Wayne shall go in one direction, always turning to the left, keeping the inside curve of the track to the left of the rider, and the riding of a bicycle upon any of said tracks in any other direction shall be deemed a violation of this ordinance.

All riders shall leave and enter said tracks at designated entrances. All riders upon any of the driveways and bicycle tracks in said parks shall stop when called upon to do so by any officer of the park district. Upon such days as may be indicated by the park officers upon cards posted in the parks, there shall be no riding upon the bicycle tracks faster than the rate of eight (8) miles an hour.

Sec. 11. No person shall discharge any firearm, or have possession of any firearm, within the limits of any public park.

Sec. 12. No person shall use profane, obscene, threatening or abusive language, or fight, or throw any stone or missile, or behave in a disorderly or improper manner, or commit any offense against decency or good morals in any public park.

Sec. 13. No person not an employe shall make a fire for any purpose within the bounds of any park, and no person shall chase, catch, injure, molest, or disturb any animal, bird or fish kept within any public park for the use, instruction or entertainment of the public, nor shall any person give or offer to give any such animal tobacco or other noxious articles.

Sec. 14. No person being the owner or

Copyright © 2024 Newspapers.com. All Rights Reserved.


https://www.newspapers.com/image/29212677/

The Fort Wayne News And Sentinel (Fort Wayne, Indiana) · Thu, Oct 24, 1901 · Page 5
Downloaded on Nov 19, 2024



## OFFICIAL COUNCIL PROCEEDINGS.

GENERAL ORDINANCE NO. ___

An ordinance requiring railway companies to construct and maintain safety gates and to provide flagmen at certain crossings within the corporate limits of the city.

COMMUNICATION FROM THE SPECIAL SEWER COMMITTEE.

FORT WAYNE, Ind., Oct. 28, 1901.

To the Honorable Mayor and Common Council.

PETITION.

FORT WAYNE, Ind., July 8, 1901.

To the Mayor and Common Council.

PETITION.

To the Honorable Mayor and Common Council of the City of Fort Wayne, Indiana.

Copyright © 2024 Newspapers.com. All Rights Reserved.

THE FORT WAYNE SENTINEL, THURSDAY, OCT. 24, 1901.

## On Her Feet

**PAIN ALL GONE.**

Pennsylvania Lines

WABASH
REVISED TIME TABLE.

NICKEL PLATE

L. S. & M. S. TIME CARD.

L., I. & W. RY.—TIME TABLE.

## OFFICIAL COUNCIL PROCEEDINGS.

GENERAL ORDINANCE NO. 123.

GENERAL ORDINANCE NO. 124.

COMMUNICATION FROM THE MAYOR.
SEWER COMMITTEE.

PETITION.

HUNTERS' RATES.

WANTED GOOD HOMES FOR CHILDREN.

FOR SALE.—CHEAP.

HYMENEAL EVENTS.

CURES RHEUMATISM AND CATARRH AFTER ALL ELSE FAILS—COSTS NOTHING TO TRY.

HILLER'S TESTIMONY.

## KABO CORSETS
### NO BRASS EYELETS

**Ladies Sin** against themselves in failing to note the full line of

### Kabo
Bias-Gored
Straight Front and
Modified
CORSETS

$1.00 to $10.00
Write For Catalog

**Very Little**

The Form-Reducing

### Kabo

Price, $2.50

Chicago Corset Co.

FOR SALE BY ALL FIRST-CLASS DEALERS

## Guns and Rifles.

## Loaded Shells.

## REPAIRING

## Roussey & Schneider,
Miller's Old Stand.

WHEN OTHERS FAIL, CONSULT . . . . .

## DR. WENGER,
SPECIALIST,

Dr. N. R. Wenger,
126 Calhoun Street,
FORT WAYNE, IND.

## L. O. Hull,
# WALL
# PAPER

# 90 Calhoun St.

# TAB 15

◀ Share

**NEWSPAPER**

# Image 5 of Bridgeton pioneer (Bridgeton, N.J.), May 7, 1903

Image provided by: **Rutgers University Libraries**

Link to the full image: https://www.loc.gov/resource/sn87068192/1903-05-07/ed-1/?sp=5



by order of the Commissioners.

Section 3. No person shall commit any of the following acts within said park:

1. Commit any disorderly or immoral acts.
2. Be intoxicated.
3. Throw stones or missiles.
4. Utter loud or indecent language.
5. Play any game of cards or chance.
6. Tell fortunes.
7. Drive or lead a horse not well broken.
8. Allow any dog to run at large.
9. Throw or drain offensive substances in the Park or into any Park waters.
10. Bathe in Park waters without having the body concealed by suitable covering extending from the knees to the shoulders.
11. In any manner injure any tree, plant, grass, flower, fruit, turf, fence or structure.
12. Build any fire.
13. Write, paint, carve or cut on any tree, bench, bridge or structure.
14. Post or display any signs or advertisements.
15. Carry or discharge any firearms, sling shots, air rifles, shotguns or rifles of any kind.
16. Injure or mutilate any sign or notice posted by the Commissioners.
17. Place or propel any boat or craft in the waters of the Park without a license from the Commissioners.
18. Climb any tree or tie a horse to a tree.
19. Injure or unnecessarily disturb any fish, water fowl, birds or animals.

Section 4. No person shall commit any of the following acts within said Park

have the right to operate the said street railway by any mechanical power except steam, and to erect, construct, apply, maintain and use such poles, wires, conduits or other devices for transmitting and using electrical or other forces as will provide for the traction of cars on said railway, and that this permission shall be construed to authorize the use and maintenance of what is known as the overhead trolley system.

Section 3. That said railway shall be relocated, constructed, operated and maintained in the public streets, highways, roads and places hereinbefore designated and at and along the parts thereof as shown and exhibited on the maps and descriptions of the route of the proposed relocation of parts or sections of said extension of said existing street railway of the said Traction Company, annexed to the said petition and filed with the City Recorder on the tenth day of March, nineteen hundred and three, except as the same may be herein changed and such changes herein specified; that the rails to be used in the construction, operation and maintenance of said railway tracks, shall be "T" rails, which shall be laid at Standard Pennsylvania Railroad gauge (four feet eight and one-half inches) and on proper cross ties.

Section 4. That said railway shall be completed within one year from the date of the acceptance of this ordinance by the said Traction Company, and in constructing said railway, said Company shall interfere as little as possible with the ordinary use of said streets, roads and highways; that in removing snow and ice from said tracks they shall not obstruct the use of said streets, roads and highways; that upon the laying of said tracks said Traction Company shall put the surface of the streets, roads and highways through which said railway is constructed in as good condition as the same was immediately before the laying thereof, and shall thereafter keep said streets and highways between said rails and for eighteen inches on each side thereof and said tracks in proper repair.

Section 5. That wherever and whenever it shall be necessary in the opinion of the City Council of the said city of Bridgeton, that drains or culverts shall be placed across the street or highways along the line of said railway, the same shall be erected and constructed under or beneath the tracks of the said railway, at the cost and expense of said Company of the kind and pattern and material designated by the said City Council; and that said Company shall keep said drains and culverts as well as those already constructed, in repair under its tracks and at all times open and free from all obstructions; and wherever and whenever it shall be necessary to take up any portion of said track for the purpose of laying or repairing said drains or culverts, the same shall be taken up and relaid, wholly at the expense of said Company.

Section 6. That if at any time hereafter, the city of Bridgeton shall pave, macadamise or construct any other kind of improved road upon any street or highway through which said railway is constructed, said Company shall immediately pave the space or construct a road bed similar to that constructed by said municipality, between their rails and for eighteen inches on each side of their tracks with like material to that selected by such municipality for the work done by them; said work to be done at the expense of said Company, and said Company shall thereafter keep said spaces in repair.

Section 7. That vehicles shall have the right to drive in, upon and across said tracks, provided they shall in no wise interfere with the running and operation of the cars of said Company, and provided that, as against said vehicles, the cars of said Company shall have the right of way.

Section 8. That whenever the grade of the surface of the aforesaid streets or highways through which said railways runs shall be lawfully changed by said city of Bridgeton, it shall be the duty of said Company to immediately place and construct its said tracks to conform with the surface of said streets and highways as changed at its own cost and expense; the grading between the rails and eighteen inches on each side of said tracks to be done at the expense of said Company.

Section 9. That in case the city of Bridgeton or any other corporation to whom proper authority so to do shall be granted, shall decide to construct, lay, relay or repair any water works, water pipes, gas mains, electrical conduits or sewers in said streets or highways, nothing in this ordinance shall be construed to abridge its or their right to dig up said streets or highways for that purpose, and that whenever it shall be necessary for any of the aforesaid purposes to remove any of said railway tracks, the same shall, upon reasonable notice, be removed and relaid at the cost and expense of said Traction Company.

Section 10. That if said Traction Company shall, without justifiable cause, after the completion of said railway, fail to run or operate said cars for the space of five consecutive days, then it shall and may be lawful for the said City Council of the city of Bridgeton to order said Company to remove its tracks from that portion of the streets or highways whereon it has failed to operate its said cars, and unless said Company shall forthwith remove the same and place such streets or highways in good repair and condition to the satisfaction of said City Council, then in such case the said city of Bridgeton shall have the right to remove the said tracks and repair the said streets or highways and to sell the material of the said Company removed therefrom, and from the proceeds of such sale pay the expense of such removal and sale with the costs touching the same, paying the surplus, if any, to the said Company or its legal representatives, and in case of a deficiency the said Company shall be liable for the same.

Section 11. That the city of Bridgeton shall not be liable for any accident or casualty which shall happen or occur at any time, to any person or property because or by reason of the construction or operation of the railway hereby located, through the carelessness or negligence of any of the officers, servants, agents or employes of said Company and said Company shall indemnify and save harmless the city of Bridgeton from any costs, loss or damage by reason thereof.

Section 12. That said Company shall pay the expense of preparing and advertising this ordinance, according to law, and that this ordinance shall not go into effect until such payment shall have been made; and that said Company shall make and execute over its common or corporate seal and have signed by its President, and attested by its Secretary, and filed with the City Recorder of the city of Bridgeton, within thirty days after receiving notice, in writing, of the final passage of this ordinance, an acceptance of this ordinance and all the terms, provisions, restrictions and regulations hereof and of every of them, and in default thereof it shall be understood and held that the Company declines to accept the same and thereupon all rights, powers and privileges to it granted hereby shall forever cease and be at an end in the same manner and with the same effect as if this ordinance had not been passed.

Section 13. That whenever said Company shall violate any of the provisions of this ordinance, they shall pay a penalty of twenty-five dollars; and for every continued violation thereof, after notice from the City Council of the city of Bridgeton, the penalty shall be twenty-five dollars for each and every day the violation continues after said Company shall have reasonable time to comply with said notice.

Section 14. That whenever herein the term railway is used it is intended to include the parts or sections of the proposed extension of the existing street railway of the said Traction Company to be relocated as hereinbefore mentioned and described.

Section 15. That this ordinance shall take effect upon due publication thereof according to law.

Passed by the City Council of the city of Bridgeton, at a stated meeting thereof, held Tuesday evening, April 14, A. D., 1903.

JOSEPH H. DEAL, President.

Attest:

FRANK L. HEWITT, City Recorder.

Approved April 14, 1903.

GEORGE HAMPTON, Mayor.

## Ordinance No. 126.

### An ordinance for the Regulation and control of the Tumbling Dam Park of the City of Bridgeton.

The City Council of the City of Bridgeton do ordain as follows:

Section 1. The term "Park" used herein shall be construed to include all lands and waters under the control of the Park Commissioners, and the term "Commissioners" shall be construed to mean the Park Commissioners.

Section 2. The roadways in the Park shall not be used by any vehicles except those employed for the purposes of pleasure; the rides and bridle paths shall be used only by persons on horseback, bicycles and pedestrians, and the walk along the East side of the raceway shall be used exclusively by pedestrians, except that baby carriages, invalid chairs and children's carts may be propelled thereon.

This section shall not apply to vehicles used by order of the Commissioners.

Section 3. No person shall commit any of the following acts within said park:

1. Commit any disorderly or immoral acts.
2. Be intoxicated.
3. Throw stones or missiles.
4. Utter loud or indecent language.
5. Play any game of cards or chance.
6. Tell fortunes.
7. Drive or lead a horse not well broken.
8. Allow any dog to run at large.
9. Throw or drain offensive substances in the Park or into any Park waters.
10. Bathe in Park waters without having the body concealed by suitable covering extending from the knees to the shoulders.
11. In any manner injure any tree, plant, grass, flower, fruit, turf, fence or structure.
12. Build any fire.
13. Write, paint, carve or cut on any tree, bench, bridge or structure.
14. Post or display any signs or advertisements.
15. Carry or discharge any firearms, sling shots, air rifles, shotguns or rifles of any kind.
16. Injure or mutilate any sign or notice posted by the Commissioners.
17. Place or propel any boat or craft in the waters of the Park without a license from the Commissioners.
18. Climb any tree or tie a horse to a tree.
19. Injure or unnecessarily disturb any fish, water fowl, birds or animals.

Section 4. No person shall commit any of the following acts within said Park without the consent of the Commissioners:

1. Keep or offer anything for sale.
2. Deliver any public speech.
3. Obstruct in any way a roadway or path.
4. Ride or drive any animal or vehicle at a speed exceeding the rate of eight miles per hour.
5. Hold any picnics at a place not designated by the Commissioners for that purpose.
6. Hold any public meeting.
7. Take ice from any Park waters.
8. Trap or catch muskrats.
9. Anchor or moor any boat along the channel of the raceway.
10. Play base ball, tennis or any other game at a place not designated by the Commissioners.
11. Build any wharf or landing on the banks of the lakes or along the raceway.
12. Bathe in any place not designated by said Commissioners.
13. Propel or drive any automobile or motor vehicle in the Park.

Section 5. Any person violating any of the provisions of this ordinance shall forfeit and pay a fine not exceeding one hundred dollars, and in default of the payment of such fine any person may be imprisoned in the county jail for a period not exceeding ten days.

Section 6. That this ordinance shall take effect immediately.

Passed at a stated meeting of the City Council, held Tuesday evening, April 14, A. D. 1903.

JOSEPH H. DEAL,
President of City Council.

Attest:,
FRANK L. HEWITT,
City Recorder.

Approved April 14, 1903.

GEORGE HAMPTON,
Mayor.

## Bridgeton and Millville Traction Company.

TIME TABLE.

Schedule in Effect Oct. 31, 1902.

BRIDGETON & MILLVILLE LINE.

Leave Bridgeton, 5.50, 7.00, 8.00, 9.30, 10.10, 11.00 a. m., 12.00, m., 1.00, 2.00, 3.00, 3.30, 5.00, 6.00, 7.00 8.00 9.00, 10.45 p. m.

Leaves Millville—5.50 8.05, 9.00, 10.10, 11.00 a. m 12.00, m., 1.05, 2.00, 3.00 4.00, 5.10, 6.00, 7.00, 8.00 9.20, 10.00, 11.30 p. m This schedule affords passengers opportunity to connect with practically all W. J. & S. S. trains at Millville to and from Vineland, Cape May, Ocean City and all other seashore points.

Baggage and express car leaves Bridgeton 8.00 a. m., and 12.00 m. Leaves Millville 10.10 a. m, and 3 p. m.

SUNDAY SCHEDULE

Leave Bridgeton at 8.00, 9.00, 10.00, 11.00 a. m. 12.00 m., 1.00, 2.00, 3.00, 4.00, 5.00, 6.00, 7.00 8.00, 9.00, 10.15 p. m.

Leave Millville 9.00, 10.00, 11.00 a. m. m., 1.00, 2.00, 3.00, 4.00, 5.00, 6.00, 7.00, 8.00 9.00 10.15 11.30 p. m.

BRIDGETON AND PORT NORRIS LINE,

GOING SOUTH.

Leave McGear's Siding Cor. Commerce and Laurel Streets at 5 o'clock a. m. and every hour thereafter until 10 o'clock p. m.

Leave Fairton P. O. at 19 minutes after each hour until 10.19 p. m.

Leave Cedarville P. O. at 30 minutes after each hour until 10.30 p. m.

Leave Newport P. O. at 43 minutes after each hour until 10.43 p. m.

Leave Dividing Creek P. O. at 6 o'clock a. m. and every hour thereafter until 11 o'clock p. m.

Arriving at Bivalve at 20 minutes after each hour.

GOING NORTH.

Leave Bivalve at 6.25 a. m. and 25 minutes each hour until 11.25 p. m.

Leave Davis House, Port Norris, at 4.35 a. m. and 35 minutes after each hour until 11.35 p. m.

Leave Dividing Creek P. O. 50 minutes after each hour until 11.50 p. m.

Leave Newport P. O. at 7.08 a. m. and 8 minutes after each hour until 12.08 p. m.

Leave Cedarville P. O. at 6.00 and 7.20 a. m. and 20 minutes after each hour until 12.20 p. m.

Leave Fairton P. O. at 6.15 and 7.35 a. m. and 35 minutes after each hour until 12.35 p. m.

Sunday schedule same as week days, except first car will leave Corner Commerce and Laurel Street, Bridgeton at 7 o'clock a. m. and first car going north will leave Bivalve 8.25 a. m.

LOCAL LINE.

Cars will leave Irving Avenue Station, Cottage Ave. and Atlantic St., and Central Railroad crossing, North Laurel Street at 6.40 a. m. and every 20 minutes thereafter until 10.20 p. m.

Cars will leave Cor. Commerce and Laurel Sts. for Irving Avenue Station, Atlantic St., and Central Railroad crossing, North Laurel street at 10.30 and 30 minutes past each hour. The North Laurel Street car leaving corner Commerce and Laurel Street at 30 minutes past the hour will run through to the Park. For South Avenue line see Bridgeton and Port Norris schedule. For East Bridgeton see Millville schedule.

Sunday schedule same as week days except first car will leave Irving Avenue station, Cottage Avenue and Central Railroad crossing at 8.20 a. m.

B. F HIRES, Gen Mgr.

Only
$5
Capacity
999,999,999

THE LocKe Adder

Fastest, simplest, handiest, most practical and durable, low priced, calculating machine.

Quickly Adds, Subtracts, Multiplies and Divides without error or mental labor.

Quickly Pays For Itself.

Adds all columns simultaneously. Capacity 999,999,999. Performs all computations that any higher priced machine will do.

Will last a life time. Price $5.00, prepaid. Descriptive booklet FREE. Agents wanted.

C.E. LOCKE MFG. CO., 2 Walnut St., Kensett, Iowa.

IF YOU WANT A FENCE

that is cheap, strong, neat, durable and recommends itself, examine that made at Mount Holly by the N. J. Fence Co. 500,000 feet being now in satisfactory use. Made of galvanized steel wire interwoven with cedar pickets, generally stained red. It will turn any stock, poultry, boys, &c. It will not sag when properly stretched. Pickets cannot be pulled out and there is no board under it. Posts may be from 10 to 16 ft. apart. Prices are from [illegible] to [illegible]c. per ft. Liberal terms to agents. Descriptive price list sent on application.

THE NEW JERSEY FENCE CO., MOUNT HOLLY, N. J.

PATENTS Protect your Ideas. Consultation free. Fee dependent on success. Est. 1864. MILO B. STEVENS & Co., 884-14th Street, Washington, D. C.

4 16 4w

## Ordinance No. 125.

An ordinance granting consent and permission to the BRIDGETON AND MILLVILLE TRACTION COMPANY to relocate certain parts or sections of the proposed extension of its existing street railway in the Third Ward of the city of Bridgeton, in the county of Cumberland, and state of New Jersey, the location, construction, operation and maintenance of which is authorized by Ordinance No. 123 of the City Council of the city of Bridgeton aforesaid, and to construct and operate by electric motive power, or other power except steam, and maintain said extension of its street railway in the city of Bridgeton aforesaid, in accordance with such relocation.

WHEREAS the BRIDGETON AND MILLVILLE TRACTION COMPANY, a corporation or body politic, duly incorporated by and existing under the laws of the State of New Jersey, made due application by petition to the City Council of the city of Bridgeton for permission to relocate certain parts or sections of the proposed extension of its existing street railway in the Third Ward of the city of Bridgeton aforesaid, the location, construction, operation and maintenance of which is authorised by Ordinance No. 123 of the said City Council of the city of Bridgeton aforesaid, and for permission to construct and operate by electric motive power or other power except steam and maintain the said extension of its street railway in the city of Bridgeton aforesaid, in accordance with such relocation, on the public streets and highways in said petition designated, to wit:

Atlantic Street, Belmont Avenue, Fayette Street, Hampton Street and West Avenue; which petition was in due form of law and accompanied by maps and descriptions of route of the parts or sections of said extension to be relocated, showing also the proposed location of the rails and tracks and the location of the poles in accordance with the description of the route of the parts or sections of said extension of said railway to be relocated, duly filed with the Secretary of State at Trenton; and the said City Council having designated the time and place when and where they would consider such application and petition and hear all persons interested for and against the same and having designated, as required by law, the places and times when and where notice thereof should be published and posted; and due proof being made before the City Council of the city of Bridgeton of such notices being published and posted, as required by law, and proof having also been made that the consent of the owners, in writing, of more than one-half of the amount in lineal feet of property fronting on the parts of the said public streets and highways over which it is desired to relocate and construct said parts or sections of said extension of said railway, executed and acknowledged as are deeds entitled to be recorded, have been and are now filed with the City Recorder of said city of Bridgeton; all which matters and things have been duly and regularly proved by testimony before the said City Council at a hearing upon such matters: and the hearing aforesaid, having been regularly fixed for Friday, the twenty-seventh day of March, nineteen hundred and three, at seven thirty o'clock P. M., at the Council Chamber in the City Hall in the city of Bridgeton aforesaid, as the time and place when and where said application and petition and all persons interested for and against the same would be heard and all persons having been heard for and against the same and the matters aforesaid considered, and the said City Council being of the opinion that the prayer of the said petition should be granted, therefore:

The said City Council of the city of Bridgeton do ordain as follows:

Section 1. That the BRIDGETON AND MILLVILLE TRACTION COMPANY shall have the right to relocate certain parts or sections of the extension of its existing railway within the city of Bridgeton aforesaid, the location, construction, operation and maintenance of which said extension is authorized by Ordinance No. 123 of the City Council of the city of Bridgeton aforesaid conformably, except as the same may be hereinafter changed and hereinafter specified, to the description of the route of the parts or sections of said railway to be relocated, showing the termini of such parts or sections, together with a map exhibiting the same, with the courses and distances thereof, duly filed in the office of the Secretary of the State of New Jersey, that is to say:

### DESCRIPTION OF ROUTE OF RELOCATION NO. 1.

This part or section of the proposed extension of said railway to be relocated is situate wholly within the Third Ward of the city of Bridgeton, county of Cumberland, and State of New Jersey, and begins at a point in the centre of Fourth Street, commonly known as West Avenue, and in the centre line of track of the Bridgeton and Millville Traction Company as located by Ordinance No. 123 aforesaid; thence along West Avenue aforesaid, by a curve of one degree to the right, a distance of one hundred and fifty-nine and three-tenths feet to a point of tangent; thence still along West Avenue aforesaid south, twenty-six degrees and forty-two minutes west, crossing Vine street, a distance of seventy-two and seven-tenths feet to a point in the southerly line of Vine street aforesaid; thence along and over the private right of way of the said Traction Company, the same course continued, a distance of four hundred and fifty and nine-tenths feet to a point of curve; thence curving to the left with a radius of fifty-three feet, eighty-four and two-tenths feet to a point of tangent; thence still over the private right of way of said Traction Company south, sixty-four degrees and eighteen minutes east, four hundred and twenty and two-tenths feet to the westerly terminus of Hampton street; thence the same course continued and along the centre of Hampton street aforesaid, a distance of three hundred and fourteen and nine-tenths feet to a point fifty and two-tenths feet easterly of the intersection of the centre line of Hampton street with the centre line of Lawrence street, being also in the centre line of track of said Bridgeton and Millville Traction Company as located by said Ordinance and there to end.

Said lines being the centre line of the tracks of said extension of said railway as proposed to be relocated and crossing all intersecting roads and streets.

### DESCRIPTION OF ROUTE OF RELOCATION NO. 2.

This part or section of the proposed extension of said railway to be relocated, is situate wholly within the city of Bridgeton aforesaid, and begins at a point in the centre of Fayette street and in the centre line of track of said Bridgeton and Millville Traction Company as located by said Ordinance No. 123 at a point fifty and eight-hundredths feet northerly from the intersection of the centre of Fayette street with the centre line of Cottage avenue; thence along Fayette street aforesaid south, twenty-five degrees and twenty-four minutes west, three hundred and thirty-seven feet to a point of curve; thence curving to the left with a radius of fifty-three feet, eighty-three and three-tenths feet to a point of tangent in the centre of Belmont avenue; thence along said avenue south, sixty-four degrees and forty minutes east, four hundred and twenty-three and six-tenths feet to a point of curve; thence curving to the left with a radius of fifty-three feet, eighty-three and three-tenths feet to a point of tangent in the centre of Atlantic street; thence along the same north, twenty-five degrees and twenty minutes east, three hundred and thirty-six and five-tenths feet to a point in the centre line of track of said Traction Company as now constructed and there to end.

Said lines being the centre line of the tracks of said extension of said railway as proposed to be relocated and crossing all intersecting roads and streets.

And the said BRIDGETON AND MILLVILLE TRACTION COMPANY is hereby authorised to relocate, construct, operate and maintain in the public streets and highways above designated, a single track street railway as above set forth and described.

Section 2. That the said Company shall have the right to operate the said street railway by any mechanical power except steam, and to erect, construct, apply, maintain and use such poles, wires, conduits or other devices for transmitting and using electrical or other forces as will provide for the traction of cars on said railway, and that this permission shall be construed to authorize the use and maintenance of what is known as the overhead trolley system.

Section 3. That said railway shall be relocated, constructed, operated and maintained in the public streets, highways, roads and places hereinbefore designated and at and along the parts thereof as shown and exhibited on the maps and descriptions of the route of the proposed relocation of parts or sections of said extension of said existing street railway of the said Traction Company, annexed to the said petition and filed with the City Recorder on the tenth day of March, nineteen hundred and three, except as the same may be herein changed and such changes herein specified; that the rails to be used in the construction, operation and maintenance of said railway tracks, shall be "T" rails, which shall be laid at Standard Pennsylvania Railroad gauge (four feet eight and one-half inches) and on proper cross ties.

Section 4. That said railway shall be completed within one year from the date of the acceptance of this ordinance by the said Traction Company, and in constructing said railway, said Company shall interfere as little as possible with the ordinary use of said streets, roads and highways; that in removing snow and ice from said tracks they shall not obstruct the use of said streets, roads and highways; that upon the laying of said tracks said Traction Company shall put the surface of the streets, roads and highways through which said railway is constructed in as good condition as the same was immediately before the laying thereof, and shall thereafter keep said streets and highways between said rails and for eighteen inches on each side thereof and said tracks in proper repair.

Section 5. That wherever and whenever it shall be necessary in the opinion of the City Council of the said city of Bridgeton, that drains or culverts shall be placed across the street or highways along the line of said railway, the same shall be erected and constructed under or beneath the tracks of the said railway, at the cost and expense of said Company of the kind and pattern and material designated by the said City Council; and that said Company shall keep said drains and culverts as well as those already constructed, in repair under its tracks and at all times open and free from all obstructions; and wherever and whenever it shall be necessary to take up any portion of said track for the purpose of laying or repairing said drains or culverts, the same shall be taken up and relaid, wholly at the expense of said Company.

Section 6. That if at any time hereafter, the city of Bridgeton shall pave, macadamise or construct any other kind of improved road upon any street or highway through which said railway is constructed, said Company shall immediately pave the space or construct a road bed similar to that constructed by said municipality, between their rails and for eighteen inches on each side of their tracks with like material to that selected by such municipality for the work done by them; said work to be done at the expense of said Company, and said Company shall thereafter keep said spaces in repair.

Section 7. That vehicles shall have the right to drive in, upon and across said tracks, provided they shall in no wise interfere with the running and operation of the cars of said Company, and provided that, as against said vehicles, the cars of said Company shall have the right of way.

Section 8. That whenever the grade of the surface of the aforesaid streets or highways through which said railways runs shall be lawfully changed by said city of Bridgeton, it shall be the duty of said Company to immediately place and construct its said tracks to conform with the surface of said streets and highways as changed at its own cost and expense; the grading between the rails and eighteen inches on each side of said tracks to be done at the expense of said Company.

Section 9. That in case the city of Bridgeton or any other corporation to whom proper authority so to do shall be granted, shall decide to construct, lay, relay or repair any water works, water pipes, gas mains, electrical conduits or sewers in said streets or highways, nothing in this ordinance shall be construed to abridge its or their right to dig up said streets or highways for that purpose, and that whenever it shall be necessary for any of the aforesaid purposes to remove any of said railway tracks, the same shall, upon reasonable notice, be removed and relaid at the cost and expense of said Traction Company.

Section 10. That if said Traction Company shall, without justifiable cause, after the completion of said railway, fail to run or operate said cars for the space of five consecutive days, then it shall and may be lawful for the said City Council of the city of Bridgeton to order said Company to remove its tracks from that portion of the streets or highways whereon it has failed to operate its said cars, and unless said Company shall forthwith remove the same and place such streets or highways in good repair and condition to the satisfaction of said City Council, then in such case the said city of Bridgeton shall have the right to remove the said tracks and repair the said streets or highways and to sell the material of the said Company removed therefrom, and from the proceeds of such sale pay the expense of such removal and sale with the costs touching the same, paying the surplus, if any, to the said Company or its legal representatives, and in case of a deficiency the said Company shall be liable for the same.

Section 11. That the city of Bridgeton shall not be liable for any accident or casualty which shall happen or occur at any time, to any person or property because or by reason of the construction or operation of the railway hereby located, through the carelessness or negligence of any of the officers, servants, agents or employes of said Company and said Company shall indemnify and save harmless the city of Bridgeton from any costs, loss or damage by reason thereof.

Section 12. That said Company shall pay the expense of preparing and advertising this ordinance, according to law, and that this ordinance shall not go into effect until such payment shall have been made; and that said Company shall make and execute over its common or corporate seal and have signed by its President, and attested by its Secretary, and filed with the City Recorder of the city of Bridgeton, within thirty days after receiving notice, in writing, of the final passage of this ordinance, an acceptance of this ordinance and all the terms, provisions, restrictions and regulations hereof and of every of them, and in default thereof it shall be understood and held that the Company declines to accept the same and thereupon all rights, powers and privileges to it granted hereby shall forever cease and be at an end in the same manner and with the same effect as if this ordinance had not been passed.

Section 13. That whenever said Company shall violate any of the provisions of this ordinance, they shall pay a penalty of twenty-five dollars; and for every continued violation thereof, after notice from the City Council of the city of Bridgeton, the penalty shall be twenty-five dollars for each and every day the violation continues after said Company shall have reasonable time to comply with said notice.

Section 14. That whenever herein the term railway is used it is intended to include the parts or sections of the proposed extension of the existing street railway of the said Traction Company to be relocated as hereinbefore mentioned and described.

Section 15. That this ordinance shall take effect upon due publication thereof according to law.

Passed by the City Council of the city of Bridgeton, at a stated meeting thereof, held Tuesday evening, April 14, A. D., 1903.

JOSEPH H. DEAL, President.

Attest:

FRANK L. HEWITT, City Recorder.

Approved April 14, 1903.

GEORGE HAMPTON, Mayor.

## Ordinance No. 126.

An ordinance for the Regulation and control of the Tumbling Dam Park of the City of Bridgeton.

The City Council of the City of Bridgeton do ordain as follows:

Section 1. The term "Park" used herein shall be construed to include all lands and waters under the control of the Park Commissioners, and the term "Commissioners" shall be construed to mean the Park Commissioners.

Section 2. The roadways in the Park shall not be used by any vehicles except those [illegible] for the purposes of pleasure; the [illegible] and bridle paths shall be used only by persons on horseback, bicycles and pedestrians, and the walk along the East side of the raceway shall be used exclusively by pedestrians, except that baby carriages, invalid chairs and children's carts may be [illegible] thereon.

This section shall not apply to vehicles used by order of the Commissioners.

Section 3. No person shall commit any of the following acts within said park:

1. Commit any disorderly or immoral acts.
2. Be intoxicated.
3. Throw stones or missiles.
4. Utter loud or indecent language.
5. Play any game of cards or chance.
6. Tell fortunes.
7. Drive or lead a horse not well broken.
8. Allow any dog to run at large.
9. Throw or drain offensive substances in the Park or into any Park waters.
10. Bathe in Park waters without having the body concealed by suitable covering extending from the knees to the shoulders.
11. In any manner injure any tree, plant, grass, flower, fruit, turf, fence or structure.
12. Build any fire.
13. Write, paint, carve or cut on any tree, bench, bridge or structure.
14. Post or display any signs or advertisements.
15. Carry or discharge any firearms, sling shots, air rifles, shotguns or rifles of any kind.
16. Injure or mutilate any sign or notice posted by the Commissioners.
17. Place or propel any boat or craft in the waters of the Park without a license from the Commissioners.
18. Climb any tree or tie a horse to a tree.
19. Injure or unnecessarily disturb any fish, water fowl, birds or animals.

Section 4. No person shall commit any of the following acts within said Park without the consent of the Commissioners:

1. Keep or offer anything for sale.
2. Deliver any public speech.
3. Obstruct in any way a roadway or path.
4. Ride or drive any animal or vehicle at a speed exceeding the rate of eight miles per hour.
5. Hold any picnics at a place not designated by the Commissioners for that purpose.
6. Hold any public meeting.
7. Take ice from any Park waters.
8. Trap or catch muskrats.
9. Anchor or moor any boat along the channel of the raceway.
10. Play base ball, tennis or any other game at a place not designated by the Commissioners.
11. Build any wharf or landing on the banks of the lakes or along the raceway.
12. Bathe in any place not designated by said Commissioners.
13. Propel or drive any automobile or motor vehicle in the Park.

Section 5. Any person violating any of the provisions of this ordinance shall forfeit and pay a fine not exceeding one hundred dollars, and in default of the payment of such fine any person may be imprisoned in the county jail for a period not exceeding ten days.

Section 6. That this ordinance shall take effect immediately.

Passed at a stated meeting of the City Council, held Tuesday evening, April 14, A. D. 1903.

JOSEPH H. DEAL,
President of City Council.

Attest: FRANK L. HEWITT,
City Recorder.

Approved April 14, 1903.

GEORGE HAMPTON,
Mayor.

## Bridgeton and Millville Traction Company.

TIME TABLE.

### Schedule in Effect Oct. 31, 1902.

BRIDGETON & MILLVILLE LINE.

Leave Bridgeton, 5.50, 7.00, 8.00, 9.30, 10.10, 11.10 a. m., 12.00, m., 1.00, 2.00, 3.00, 3.50, 4.30, 6.00, 7.00, 8.00, 9.00, 10.45 p. m.

Leaves Millville—6.50, 8.08, 9.00, 10.10, 11.00 a. m. 12.00, m., 1.00, 2.00, 3.00, 3.50, 5.10, 6.00, 7.00, 8.00, 9.30, 10.00, 11.30 p. m. This schedule affords passengers opportunity to connect with practically all W. J. & S. S. trains at Millville to and from Vineland, Cape May, Ocean City and all other sea shore points.

Baggage and express car leaves Bridgeton 8.00 a. m., and 12.00 m. Leaves Millville 10.10 a. m. and 3 p. m.

SUNDAY SCHEDULE.

Leave Bridgeton at 8.00, 9.00, 10.00, 11.00 a. m. 12.00 m., 1.00, 2.00, 3.00, 4.00, 5.00, 6.00, 7.00, 8.00, 9.00, 10.15 p. m.

Leave Millville 8.00, 10.00, 11.00 a. m. m., 1.00, 2.00, 3.00, 4.00, 5.00, 6.00, 7.00, 8.00, 9.00, 10.15 11.00 p. m.

BRIDGETON AND PORT NORRIS LINE.

GOING SOUTH.

Leave McGear's Siding Cor. Commerce and Laurel Streets at 5 o'clock a. m. and every hour thereafter until 10 o'clock p. m.

Leave Fairton P. O. at 18 minutes after each hour until 10.18 p. m.

Leave Cedarville P. O. at 30 minutes after each hour until 10.30 p. m.

Leave Newport P. O. at 43 minutes after each hour until 10.43 p. m.

Leave Dividing Creek P. O. at 6 o'clock a. m. and every hour thereafter until 11 o'clock p. m.

Arriving at Bivalve at 20 minutes after each hour.

GOING NORTH.

Leave Bivalve at 6.35 a. m. and 35 minutes each hour until 11.35 p. m.

Leave Davis House, Port Norris, at 6.35 a. m. and 35 minutes after each hour until 11.35 p. m.

Leave Dividing Creek P. O. 50 minutes after each hour until 11.50 p. m.

Leave Newport P. O. at 7.08 a. m. and 8 minutes after each hour until 12.08 p. m.

Leave Cedarville P. O. at 6.00 and 7.20 a. m. and 20 minutes after each hour until 12.20 p. m.

Leave Fairton P. O. at 6.15 and 7.35 a. m. and 35 minutes after each hour until 12.35 p. m.

Sunday schedule same as week days, except first car will leave Corner Commerce and Laurel Street, Bridgeton at 7 o'clock a. m. and first car going north will leave Bivalve 8.35 a. m.

LOCAL LINE.

Cars will leave Irving Avenue Station, Cottage Ave. and Atlantic St., and Central Railroad crossing, North Laurel Street at 6.40 a. m. and every 30 minutes thereafter until 10.30 p. m.

Cars will leave Cor. Commerce and Laurel Sts. for Irving Avenue Station, Atlantic St., and Central Railroad crossing, North Laurel street at 10.30 and 60 minutes past each hour. The North Laurel Street car leaving corner Commerce and Laurel Street at 30 minutes past the hour will run through to the Park. For South Avenue line see Bridgeton and Port Norris schedule. For [illegible] Bridgeton see Millville schedule.

Sunday schedule same as week days except first car will leave Irving Avenue station, Cottage Avenue and Central Railroad crossing at 8.00 a. m.

R. F HIRES, Gen Mgr.

Only $5 Capacity 999,999,999

THE Locke Adder

Fastest, simplest, handiest, most practical and durable, low priced, calculating machine. [illegible] Adds, Subtracts, Multiplies and Divides [illegible]

Quickly Pays For Itself.

[illegible]

C. E. LOCKE MFG. CO., 3 Walnut St., Kensett, Iowa.

IF YOU WANT A FENCE

[illegible]

THE NEW JERSEY FENCE CO., MOUNT HOLLY, N. J.

PATENTS Protect your Ideas. Consultation free. Fee dependent on success. Est. 1864. Milo B. Stevens & Co. 884-14th Street, Washington, D. C.

## Over the County

**Cedarville.**

Cedarville, Apr. 30. — Mrs. Mattie Bennett, of Woodbury, is visiting her sister Miss Lizzie Lummis.

Rob't Bateman is having a tin roof placed on his residence.

Miss Gertrude Marts and son were in town yesterday.

Mrs. Wm. Nixon spent yesterday in Bridgeton.

Mrs. Wm. Stevens spent yesterday shopping in Bridgeton.

Edith Sheppard is suffering with bronchitis.

Mrs. Walter Jerrell is entertaining Philadelphia relatives.

Baker Erb is having his new house carpeted ready for occupancy.

The Ladies Aid Society of the Baptist church will hold a plant, cake and pie sale on Saturday afternoon at the home of Miss Rhoda Mulford. Positively no cakes will be sold before two o'clock.

Cedarville, May 1—Phebe Cosier and wife visited the County building, on Wednesday.

Miss Lucy Sheppard is numbered among the sick.

The main road to Jones' Island is being plowed and graded.

Miss Ada Lycenberg is filling the vacancies in the Jones Island school caused by sickness.

Mrs. James Kates has been visiting her daughter in Bridgeton.

Mrs. Richard Grace spent yesterday out of town.

The High School Commencement will be held in Bateman's Hall, on Saturday evening, May 16th.

Don't forget the cake sale on Saturday afternoon, at two o'clock, at Miss Rhoda Mulford's.

Aubrey Grace has accepted a position as painter in Bridgeton.

Esq. D. C. Adams is having his chimneys repaired.

Cedarville, May 2—Miss Lizzie Lummis spent yesterday out of town.

Andrew Lore, a student in the medical department of Jefferson College, is home on his summer vacation.

Mrs. Ruth Whitaker has been visiting her brother in Woodbury.

Chas. Link, of Philadelphia, is spending a few days in town.

Mrs. Ruth Mulligan, of Bridgeton, has been visiting her mother.

James Danzenbaker had a horse taken sick while working on the road.

Lydia Paynter is numered among the sick.

The Junior Christian Endeavor societies of this village held a rally today, in the chapel of the Baptist church. Mr. Porter will give an interesting chalk talk.

Cedarville, May 4.—Miss Mossalene Shropshire, of Mauricetown, is spending some time with Mrs. B. F. Powell.

O. E. Simpkins and wife, of Bridgeton, spent Sunday in town.

Miss Anna Dickinson has been entertaining out of town relatives.

Mrs. Charles Brineshulte and Miss Lillie Brineshulte spent Saturday out of town.

Wm. Lummis and wife, of Philadelphia, have been visiting their mother Mrs. Harriet Lummis.

The ladies of the Baptist church realized a smart sum from the benefits of their cake sale on Saturday afternoon.

Dr. Joseph Husted, of Clayton, is visiting his father and having a few days rest after his illness.

Prof. Howard Marts spent Sunday in town.

Mrs. Benj. Roray spent Saturday with her sister, Miss Rhoda Mulford.

Cedarville, May 5.—Frank Emerson is numbered among the sick.

Rudolph Erb was married in Philadelphia, on Saturday last to a lady of that place. Mr. and Mrs. Erb have returned and taken up their residence in their newly furnished home.

Mrs. Edwin Mulford spent yesterday out of town.

Mrs. Sockwell, a very old lady is dangerously ill.

Mrs. A. J. Ogden and children are visiting in Dividing Creek.

Miss Lizzie Bowen was a Bridgeton visitor yesterday.

Every evening the graduates are rehearsing for the commencement to be held May 16th.

Misses Anna and Gertrude Garrison, of Dividing Creek, have been visiting in town.

Mrs. H. K. Sembower is able to be out again after an illness.

GRAIN-O
THE PURE
GRAIN COFFEE

The coffee habit is quickly overcome by those who let Grain-O take its place. If properly made it tastes like the best of coffee. No grain coffee compares with it in flavor or healthfulness.

TRY IT TO-DAY.

At grocers everywhere; 15c. and 25c. per package.

PARKER'S HAIR BALSAM

Cleanses and beautifies the hair. Promotes a luxuriant growth. Never Fails to Restore Gray Hair to its Youthful Color. Cures scalp diseases & hair falling. 50c, and $1.00 at Druggists

A prominent club woman, Mrs. Danforth, of St. Joseph, Mich., tells how she was cured of falling of the womb and its accompanying pains and misery by Lydia E. Pinkham's Vegetable Compound.

"DEAR MRS. PINKHAM:—Life looks dark indeed when a woman feels that her strength is fading away and she has no hopes of ever being restored. Such was my feeling a few months ago when I was advised that my poor health was caused by prolapsus or falling of the womb. The words sounded like a knell to me, I felt that my sun had set; but Lydia E. Pinkham's Vegetable Compound came to me as an elixir of life; it restored the lost forces and built me up until my good health returned to me. For four months I took the medicine daily and each dose added health and strength. I am so thankful for the help I obtained through its use."—MRS. FLORENCE DANFORTH, 1007 Miles Ave., St. Joseph, Mich.

A medicine that has restored so many women to health and can produce proof of the fact must be regarded with respect. This is the record of Lydia E. Pinkham's Vegetable Compound, which cannot be equalled by any other medicine the world has ever produced. Here is another case:—

"DEAR MRS. PINKHAM:—For years I was troubled with falling of the womb, irregular and painful menstruation, leucorrhœa, bearing-down pains, backache, headache, dizzy and fainting spells, and stomach trouble.

"I doctored for about five years but did not seem to improve. I began the use of your medicine, and have taken seven bottles of Lydia E. Pinkham's Vegetable Compound, three of Blood Purifier, and also used the Sanative Wash and Liver Pills, and am now enjoying good health, and have gained in flesh. I thank you very much for what you have done for me, and heartily recommend your medicine to all suffering women."—MISS EMMA SNYDER, 218 East Center St., Marion, Ohio.

"FREE MEDICAL ADVICE TO WOMEN."

Women would save time and much sickness if they would write to Mrs. Pinkham for advice as soon as any distressing symptoms appear. It is free, and has put thousands of women on the right road to recovery.

Mrs. Pinkham never violates the confidence thus entrusted to her, and although she publishes thousands of testimonials from women who have been benefited by her advice and medicine, never in all her experience has she published such a letter without the full consent, and often by special request of the writer.

$5000 FORFEIT if we cannot forthwith produce the original letters and signatures of above testimonials, which will prove their absolute genuineness.
Lydia E. Pinkham Medicine Co., Lynn, Mass.

BREAD TALK

is a subject of interest to every family,—rich or poor.

YEARS OF EXPERIENCE

has taught us just what the people most desire.

WE GIVE YOU

the benefit of this experience when you buy

GOLDEN BEAUTY FLOUR.

For sale by leading Grocers and Feed Merchants.

SITLEY & SON, INC., SOLE AGTS.,
CAMDEN, N. J.

GOODYEAR'S RUBBER GOODS!

Ladies' and Gents' Mackintoshes.
Fine Rubber Clothing.

GARDEN HOSE

Hose Reels, Lawn Sprinklers, Etc. Etc.

TOWN & BROTHERS
607 MARKET STREET PHILADELPHIA, PA

MORPHINE

Opium, Laudanum, Cocaine and all Drug Habits permanently cured, without pain or detention from business, leaving no craving for drugs or other stimulants. We restore the nervous and physical systems to their natural condition because we remove the causes of disease. A home remedy prepared by an eminent physician.

WE GUARANTEE A CURE FREE TRIAL TREATMENT

Confidential correspondence, especially with physicians, solicited. Write today.

Manhattan Therapeutic Association

Dept. A 1136 Broadway, New York City

# TAB 16

Case: 25-2413, 04/22/2026, DktEntry: 44.4, Page 82 of 101

Newspapers
by ancestry
https://www.newspapers.com/image/945845551/

The Daily Item (Lynn, Massachusetts) · Mon, Jul 13, 1903 · Page 9
Downloaded on Dec 10, 2024

# Commonwealth of Massachusetts.

## METROPOLITAN PARK COMMISSION.

# RULES AND REGULATIONS

### For the Government and Use of the

## KING'S BEACH RESERVATION.

Rule 1. No person shall enter or leave the parkway except at the regularly designated entrances.

Rule 2. No person shall dig up, cut, break, remove, deface, defile or ill-use any building, structure, fence, sign, bush, plant, turf, rock or other thing herein belonging to the Commonwealth, or have possession of any part thereof.

Rule 3. No person shall throw any stone or other missile; or have possession of or discharge any destructive weapon, firearm, firecracker, torpedo or firework; or make a fire; or throw or place upon the ground a lighted match, cigar or other burning substance; or post, paint, affix or display any sign, notice, placard or advertising device; or, except with written authority from said Metropolitan Park Commission, engage in business, sell, or expose for sale, or give away any goods, wares or circulars; or set a trap or snare; or injure or have possession of any wild animal or bird; or injure or disturb any bird's nest or eggs.

Rule 4. No person shall solicit the acquaintance of or annoy another person;

Copyright © 2024 Newspapers.com. All Rights Reserved.



The Daily Item (Lynn, Massachusetts) · Mon, Jul 13, 1903 · Page 9
Downloaded on Dec 10, 2024

https://www.newspapers.com/image/945845551/



## Commonwealth of Massachusetts.

### METROPOLITAN PARK COMMISSION.

## RULES AND REGULATIONS

#### For the Government and Use of the
### KING'S BEACH RESERVATION.

Rule 1. No person shall enter or leave the parkway except at the regularly designated entrances.

Rule 2. No person shall dig up, cut, break, remove, deface, defile or ill-use any building, structure, fence, sign, bush, plant, turf, rock or other thing herein belonging to the Commonwealth, or have possession of any part thereof.

Rule 3. No person shall throw any stone or other missile, or have possession of or discharge any destructive weapon, firearm, firecracker, torpedo or firework; or make a fire; or throw or place upon the ground a lighted match, cigar or other burning substance; or post, paint, affix or display any sign, notice, placard or advertising device; or, except with written authority from said Metropolitan Park Commission, engage in business, sell, or expose for sale, or give away any goods, wares or circulars, or set a trap or snare; or injure or have possession of any wild animal or bird; or injure or disturb any bird's nest or eggs.

Rule 4. No person shall solicit the acquaintance of or annoy another person; or utter any profane, threatening, abusive or indecent language or loud outcry; or solicit any subscription or contribution; or have possession of or drink any intoxicating liquor; or play any game of chance; or have possession of any instrument of gambling; or do any obscene or indecent act, or preach, or pray aloud; or make an oration or harangue, or any political or other canvass; or display a flag or banner, or move in a military or civic parade, drill or procession; or lie down upon a bench or go to sleep thereon; or play any musical instrument except by written authority from said Metropolitan Park Commission.

Rule 5. No person shall bathe except in a proper costume and at places designated therefor, or loiter or run about or lie upon the beach or shore in bathing costume.

Rule 6. No person shall ride or drive an animal or vehicle except upon the driveways, or on portions of the beach where such travel is not prohibited, or upon other than the right-hand side of the road except when passing another animal or vehicle, or past an animal or vehicle except to the left thereof, or across a road unless the right of way is given to all other animals or vehicles, or by the side of more than one vehicle, or ride a cycle past an animal or vehicle going in the same direction without sounding a bell, or hitch a horse or other animal to a fence, tree, bush or shrub.

Rule 7. No person shall ride or drive an animal not well broken and under proper control; or ride or drive an animal or vehicle faster than 10 miles an hour, or coast with a cycle or sled down any hill.

Rule 8. No person in charge of any animal, other than a dog, shall allow it to go upon the Reservation unless such animal be used for pleasure travel on a way or place provided therefor.

Rule 9. No person shall have or allow a vehicle for carrying merchandise, or a vehicle in use for carrying merchandise or articles other than the equipments proper for a pleasure vehicle, or a hearse, or any vehicle in a funeral procession, except upon a traffic road, or to gain access by the shortest way from the nearest street to the front entrance of a house facing on the Reservation.

Rule 10. No person shall stop an animal or vehicle so as to obstruct a parkway, boundary road or driveway, or a sidewalk or crossing thereof, or so as to prevent the passing of other vehicles, or otherwise than lengthwise with a parkway, boundary road or driveway and close to the sidewalk thereof.

Rule 11. No person having charge of an animal or vehicle shall neglect or refuse to stop, place, change the position of or move said animal or vehicle as directed by a police officer.

Rule 12. No person having charge of an animal shall allow the same to stand without some proper person to take charge of the same, except that an animal hitched to a place provided therefor or to a weight of not less than twenty pounds, may be allowed to stand unattended for not more than five minutes.

Rule 13. No person shall place upon the Reservation any lobster pot, lobster car, seine, net or other apparatus employed in fishing, or any fish or parts or refuse thereof, or any offensive or other thing.

# Wants, To Let, Board, Rooms, Etc.

# REAL ESTATE ON THE MARKET.

## WANTED

A strong YOUNG MAN to work in a grocery store. Apply to B. H. WATSON, 320 Union St., Lynn.

## WANTED.

Wanted at once, men to work on ice wagons. Apply to O. E. Hunt, foreman. THE LYNN ICE CO., 19 Bowler street.

**HELP WANTED—FEMALE**

## GIRLS WANTED.

Between 18 and 21 Years.

Apply to C. A. BEAL, 77 Charles street, city.

## WANTED

Closers and Back Strap Stitchers, Top Stitcher on button boots, Stayer on Union special machine.

HENNESSEY & THOMPSON

## WANTED AT ONCE.

Morley Button Operator

FAUNCE & SPINNEY

## WANTED.

CLOSERS and STAYERS.

LUDDY & CURRIER.

**SITUATIONS WANTED—MALE**

**SITUATIONS WANTED—FEMALE**

**WANTED—MISCELLANEOUS**

## TO LET
96 South Common St.

## TO LET.

## TO RENT

**FOR SALE—MISCELLANEOUS**

## FOR SALE.

## FOR SALE.

## Upright Piano
$100.00

Connoly's Warerooms, 174-176 Liberty St.

**CLAIRVOYANTS**

**JUNK DEALERS**

## WANT YOUR FORTUNE TOLD BY A

**REGISTERED PHYSICIANS**

**LOST.**

## General Electric Employees

## Desirable Building Lot
(100x50) For Sale

## Will You Miss

a good investment? Two houses in fine repair and nice lot. Autumn St., Lynn. For sale at a bargain.

## Waldo Thompson & Son,
74 Exchange Street, Lynn.

## MONEY TO LOAN.

## Borrow Money

City Loan Co. - 107 Central Ave.

## Money to Loan
— ON —
REAL ESTATE
Fire Insurance:
Strongest Companies.
Notary Public.

## Wm. J. Barry,
343 Union Street,
TELEPHONE
Lynn.

## Protect Your Home.

JOHN H. MADDEN

**REAL ESTATE FOR SALE**

**WEST LYNN**

## One Acre of Land

**WEST LYNN**

## MARSHALL, 274 Union Street

$1600
$2500
$2200
$6500
$1600

## BRESNAHAN & FEEHAN,
Tel. 1057-3.      27 Central Square

BARGAINS

$1300
$2850
$2500
$3300
$2150
$4000

## BEACH BLUFF

Modern eight room house, large lot on Beach Bluff Ave., for sale. ALL NEW.

## Waldo Thompson & Son,
74 Exchange Street.      Lynn.

## FOR SALE

## J. W. SOUTHWORTH
357 ESSEX STREET.

## Save Your Rent Money

$1200. EASY TERMS.

## Robert S. Sisson & Co.
211-212 New

## FOR SALE

E. W. WEBSTER, 167 Market St.

WE WANT TO SELL THE
## 5-Room Cottage
590 Walnut Street

$1200. EASY TERMS.

## Frank W. Atkins,
15 CENTRAL AVENUE.

**Commonwealth of Massachusetts.**
METROPOLITAN PARK COMMISSION.

RULES AND REGULATIONS
For the Government and Use of the
KING'S BEACH RESERVATION.

CITY OF LYNN.



**DAILY PUZZLE PICTURE.**

"Oh, brother, look at the squirrel!" Find the brother and squirrel.



# TAB 17

Newspapers
by ancestry

https://www.newspapers.com/image/945846394/

The Daily Item (Lynn, Massachusetts) · Mon, Jul 20, 1903 · Page 6
Downloaded on Nov 19, 2024

# Commonwealth of Massachusetts.

## METROPOLITAN PARK COMMISSION.

# Rules and Regulations

### FOR THE GOVERNMENT AND USE OF THE

## LYNN SHORE RESERVATION.

Rule 1. No person shall enter or leave the Reservation except at the regularly designated entrances.

Rule 2. No person shall dig up, cut, break, remove, deface, defile, or ill-use any building, structure, fence, sign, bush, plant, turf, rock or other thing herein, belonging to the Commonwealth, or have possession of any part thereof.

Rule 3. No person shall throw any stone or other missile; or have possession of or discharge any destructive weapon, firearm, firecracker, torpedo or firework; or make a fire; or throw or place upon the ground a lighted match, cigar or other burning substance; or post, paint, affix or display any sign, notice, placard or advertising device; or, except with written authority from said Metropolitan Park Commission, engage in business, sell, or expose for sale, or give away any goods, wares, or circulars; or set a trap or snare; or injure or have possession of any wild animal or bird; or injure or disturb any bird's nest or eggs.

Copyright © 2024 Newspapers.com. All Rights Reserved.

Case: 25-2413, 04/22/2026, DktEntry: 44.4, Page 88 of 101


Newspapers
by ancestry
https://www.newspapers.com/image/945846394/

The Daily Item (Lynn, Massachusetts) · Mon, Jul 20, 1903 · Page 6
Downloaded on Nov 19, 2024

## Commonwealth of Massachusetts.

### METROPOLITAN PARK COMMISSION.

# Rules and Regulations

#### FOR THE GOVERNMENT AND USE OF THE

### LYNN SHORE RESERVATION.

Rule 1. No person shall enter or leave the Reservation except at the regularly designated entrances.

Rule 2. No person shall dig up, cut, break, remove, deface, defile, or ill-use any building, structure, fence, sign, bench, plant, turf, rock or other thing herein, belonging to the Commonwealth, or have possession of any part thereof.

Rule 3. No person shall throw any stone or other missile; or have possession of or discharge any destructive weapon, firearm, firecracker, torpedo or firework; or make a fire, or throw or place upon the ground a lighted match, cigar or other burning substance; or post, paint, affix or display any sign, notice, placard or advertising device; or, except with written authority from said Metropolitan Park Commission, engage in business, sell, or expose for sale, or give away any goods, wares, or circulars; or set a trap or snare; or injure or have possession of any wild animal or bird, or injure or disturb any bird's nest or eggs.

Rule 4. No person shall solicit the acquaintance of or annoy another person; or utter any profane, threatening, abusive or indecent language or loud outcry, or solicit any subscription or contribution, or have possession of or drink any intoxicating liquor; or play any game of chance; or have possession of any instrument of gambling; or do any obscene or indecent act; or preach or pray aloud; or make an oration or harangue; or any political or other canvass; or display a flag or banner, or move in a military or civic parade, drill or procession; or lie down upon a bench or go to sleep thereon; or play any musical instrument except by written authority from said Metropolitan Park Commission.

Rule 5. No person shall bathe except in a proper costume and at places designated therefor, or loiter or run about or lie upon the beach or shore in bathing costume.

Rule 6. No person shall ride or drive any animal or vehicle except upon the driveways, or on portions of the beach where such travel is not prohibited, or upon other than the right hand side of the road except when passing another animal or vehicle or past an animal or vehicle except to the left thereof, or across a road unless the right of way is given to all other animals or vehicles, or by the side of more than one vehicle, or ride a cycle past an animal or vehicle going in the same direction without sounding a bell, or hitch a horse or other animal to a fence, tree, bush or shrub.

Rule 7. No person shall ride or drive an animal not well broken and under proper control, or ride or drive an animal or vehicle faster than ten miles an hour, or coast with a cycle or sled down any hill.

Rule 8. No person in charge of any animal other than a dog, shall allow it to go upon the Reservation unless such animal be used for pleasure travel on a way or place provided therefor.

Rule 9. No person shall have or allow a vehicle for carrying merchandise, or a vehicle in use for carrying merchandise or articles other than the equipments proper for a pleasure vehicle, or a hearse, or any vehicle in a funeral procession, except upon a traffic road, or to gain access by the shortest way from the nearest street to the front entrance of a house facing on the Reservation.

Rule 10. No person shall stop an animal or vehicle so as to obstruct a parkway, boundary road or driveway, or a sidewalk or crossing thereof, so as to prevent the passing of other vehicles, or otherwise than lengthwise with a parkway, boundary road or driveway and close to the sidewalk thereof.

Rule 11. No person having charge of an animal or vehicle shall neglect or refuse to stop, place, change the position of or move said animal or vehicle as directed by a police officer.

Rule 12. No person having charge of an animal shall allow the same to stand without some proper person to take charge of the same, except that an animal hitched to a place provided therefor or to a weight of not less than twenty pounds, may be allowed to stand unattended for not more than five minutes.

Rule 13. No person shall place upon the Reservation any lobster pot, lobster car, seine, fishing-net or other apparatus employed in fishing, or any fish or parts or refuse thereof, or any offensive or unclean substance.

Rule 14. No person owning or in charge of a boat shall allow the same to remain on the Reservation for more than five minutes.

Rule 15. No person shall refuse, or neglect to obey any reasonable direction of a police officer.

Any person violating any one of the above rules is liable to a fine of twenty dollars for each offence.

The Reservations, parkways and roads under the control of the Metropolitan Park Commission are public property and it is the duty of every person to see that the above rules are observed, and to call the attention of the police to any violation thereof.

Copyright © 2024 Newspapers.com. All Rights Reserved.

## WIFE IN COURT.

**Eldredge Sentenced Immediately.**

## "HAVERHILL JOE" MURPHY GOES TO FARM

Will Not Heed the Judge's Warning to Keep Away From Lynn in the Future.

### THE POPE'S ILLNESS.

Reference to His Serious Illness Made in all the Catholic Churches on Sunday.

### RAMPOLLA'S POSITION.

What and by Whom Are the Papal Powers Conferred on the Cardinal.

### PRESIDENT TOUCHED DEEPLY

Exalted Character of Pontiff Commanded Respect of All Christendom.

### THE NEWS IN LYNN.

Bells of the Catholic Churches Tolled—Tributes of the Clergy.

### IN STATE OF COMA.

End of Holy Father Seemed Inevitable from First Hour of the Morning.



REV. JOHN C. HARRINGTON,
Rector of St. Joseph's Parish.

## At St. Mary's Church.

### Rev. Jean B. Parent,

### FUNERAL MASSES

Will Be Celebrated in All Catholic Churches in America.

### FROM STATE DEPARTMENT.

Secretary Hay Sends Expression of Regret on the Part of the President.

### LEO XIII.'S CAREER.

Sketch of the Life and History of the Head of the Roman Catholic Church.

### RECEIVER APPOINTED.

John B. Newhall in Charge of Affairs of the North Shore Publishing Company.

### LOCAL MENTION.

### RECENT DEATHS.

## HAS GIVEN UP STAMP.

### CURTIS & SEVERQUIST.

**Commonwealth of Massachusetts.**

METROPOLITAN PARK COMMISSION.

## Rules and Regulations

FOR THE GOVERNMENT AND USE OF THE LYNN SHORE RESERVATION.

### SALEM VETERAN DIED OF BURNS

### CUTTERS' OUTING.

The K. of L. Men of Brophy Bros.
Shoe Factory Go to Lynnfield.

### MAY PROSECUTE REVERE.

State Officer Neal Says Gambling and Liquor Selling Must Be Stopped.

### The Fourteenth Infantry Stays.

### SUPERFLUOUS HAIR

### BIRTHS.

### DEATHS.

New York Stocks—2.30 P. M.

BOZODONT
Tooth Powder

Special Bargains and Double Stamps
Ladies' Under Muslin Sale


At DICK & CO.'S,

# TAB 18

# 44th and 45th ANNUAL REPORTS

——OF THE——

# Board of Park Commissioners

——TO THE——

## Mayor and City Council of Baltimore

·——FOR THE——

## FISCAL YEARS ENDING DECEMBER 31, 1903, 1904.



BALTIMORE, MD.
WM. J. C. DULANY COMPANY,
CITY PRINTERS.

1905.

Google

# APPENDIX *E*

*Rules and Regulations for the Government of the*
*Parks and Squares.*
*(Revised 1904.)*

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

# Rules and Regulations for the Government of the Parks and Squares of Baltimore.

## PUBLIC PARK REGULATIONS.

### I.

The public parks being the property of the people, shall be open to all persons upon absolutely equal terms.

### II.

No special privilege, except as hereinafter provided for, shall be given for any purpose whatever.

### PUBLIC PARKS—RULES AND REGULATIONS.

1. No person or persons shall have or give any theatrical entertainment, nor shall any parade, procession, public gathering or public meeting of any kind take place in any public park unless authorized by the Board of Park Commissioners, under a penalty of a fine of not less than fifty dollars, nor more than one hundred dollars, to be forfeited and paid by the person in charge of said theatrical entertainment, parade, procession, public gathering or public meeting of any kind violating this rule in whole or in part.

2. No person shall post or display any sign, banner or advertisement, write upon, cut, mutilate or deface any building, bench, statue, ornament or tree, nor use in an improper way any water-closet in the public parks, under a penalty of not less than five nor more than ten dollars for each and every offense.

3. No person shall in any manner injure the enclosures of said parks, under penalty of a fine of five dollars for each and every offense in addition to the cost of repairing the injury,

 Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

4. No person shall make a fire for any purpose within the bounds of said parks, under a penalty of a fine of five dollars for each and every offense.

5. If any person shall carry or discharge any firearm within the public parks, such person shall forfeit and pay five dollars for each and every offense.

6. No person shall enter a water closet set apart for the use of the opposite sex, under a penalty of a fine of not less than five nor more than ten dollars for each and every offense.

7. Each and every person guilty of impropriety of conduct, or who shall commit any offense against decency or good morals in said parks, shall forfeit and pay a fine of not less than five nor more than fifty dollars for each and every offense.

8. No person shall curse or swear, or use abusive language, or fight, or throw any missile, or behave in a disorderly manner in said parks, under penalty of a fine of five dollars for each and every offense.

9. Gambling in any form, or playing cards in said parks, is prohibited under penalty of a fine of five dollars, to be forfeited and paid by each one of the parties engaged in the game.

10. No person shall have spirituous, malt or fermented liquors in any of said parks, nor in any of the squares, roads or places, now or hereafter under the jurisdiction of the Board of Park Commissioners, either for his own use or for sale, nor use, sell or give away the same, under a penalty of a fine of not less than five dollars for each and every offense.

11. Any person found intoxicated in said parks shall forfeit and pay a fine of five dollars for each and every offense, and the gatekeepers are directed to prevent the ingress of such persons.

12. No person shall chase deer, set snares or traps for catching squirrels, rabbits, birds or fish within said parks,

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

under penalty of a fine of five dollars for each and every offense.

13. No person shall injure, molest or disturb any animal kept within the said parks, either for use or for the entertainment and instruction of the public, or for any purpose, nor shall any person give or offer, attempt to give to any such animal, tobacco or other noxious article, or anything prohibited, nor feed fish or throw stones or rubbish of any kind into any lake or pond, or on any road of said parks, under penalty of a fine of not less than five nor more than twenty dollars for each and every offense.

14. No person shall foul in any manner any spring or water course, or bathe or wash in any lake, pond, spring or fountain of said parks, under penalty of a fine of not less than five nor more than ten dollars for each and every offense.

15. No person shall climb a tree nor attach a swing to any tree, nor remove or change any bench or seat from its place in said parks, under penalty of a fine of five dollars for each and every offense.

16. No person shall stand, slide, sit or roll upon any slope of said parks, or otherwise injure or deface the same by throwing anything thereon or down the same, under a penalty of a fine of five dollars for each and every offense.

17. No person shall open any of the cases, or handle any of the contents of said cases, or disturb in any way the collection of articles of interest or of natural history contained in the Maryland Building at Druid Hill Park, or that may now or hereafter be contained in any of the public parks, under penalty of not less than five nor more than fifty dollars for each and every offense.

18. No person shall trespass on ground guarded by rail, or stand or sit upon any of the low guard fences or inclosures, or other fences in any of the Parks, under a penalty of not less than five nor more than twenty dollars for each and every offense.

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

144                    REPORT OF THE

19. Hitching posts having been provided, no person shall fasten a horse to a tree, or leave the same unattended, or be permitted to bring led horses within the limits of said Parks, or a horse that is not harnessed or attached to a vehicle, or mounted by a rider, or a horse ridden for other than pleasure purposes, under penalty of a fine of five dollars for each and every offense.

20. No person, whether living within the limits of any of the parks or outside of them, shall permit their chickens or other fowls to run at large in the Parks, under penalty, after one warning, of five dollars for each and every offense.

21. If any cattle, hogs, horses, sheep, goats, dogs or other animals, shall be found trespassing within the confines of any of the public parks or squares, the same shall be impounded, and their owner or owners shall forfeit and pay, with the cost of maintenance of the same, a fine of five dollars for each and every offense.

In the case of dogs their entry shall not be considered a trespass provided they be secured by a collar with chain or cord always attached, and always held in the hand of the owners or attendants, or provided they be in pleasure vehicles.

22. No person shall pull any flowers or fruit, whether wild or cultivated, cut down or girdle any tree or sapling, break limbs or branches of trees, or bark trees, or injure any shrubbery or plants whatever in said parks, under penalty of a fine of not less than five dollars nor more than one hundred dollars for each and every offense.

23. No person shall handle or disturb plants in any conservatory, greenhouse, propagating house or nursery in any of the public parks, under penalty of a fine of not less than five dollars nor more than fifty dollars for each and every offense, and no flowers either cut or uncut, or plants of any kind, shall be removed from any park, propagating or green-


Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

house under the control of the present Park Board without an order of the Board signed by the President.

24. No person shall set up any booth or table for the "sale" of any article whatever unless by the permission of the Superintendent of the park for such times as he may consider proper, nor shall any person ask or solicit pecuniary assistance or aid in said parks, under penalty of a fine of five dollars for each and every offense.

25. No picnic shall take place in the said parks without a written permit first obtained from the Local Superintendent in charge of said parks, in which shall be designated the place where it is to be held. If any person shall attempt to hold a picnic without such permit such person shall forfeit and pay a fine of five dollars.

*Note A*. Picnics permitted in said parks for Sunday and secular schools must always be accompanied by their respective teachers and masters, who will be held personally responsible for all infringements by the scholars of these Rules and Regulations, in the penalties severally prescribed herein.

26. No person shall disturb any picnics in said parks, or intrude him or herself without the consent of those in charge of it, under a penalty of a fine of five dollars for each and every offense.

*Note B*. Parties holding picnics in the said parks are expected to clean up the ground that has been occupied by them on quitting it, and not leave paper to be blown about.

*Note C*. The experience of the Commission renders the enforcement of the above Regulations in regard to picnics indispensable to the preservation of the property and the comfort and protection of the visitors.

27. No game of base ball, foot ball or other field game shall take place in the said parks without written permission for the purpose having been first obtained from the Local Super-

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

intendent in charge of the park, and no person shall practice ball or intrude himself upon the players while the game is in progress, under penalty of a fine of five dollars for each and every offense.

28. All vehicles other than pleasure carriages, as distinguished from wagons, carts and drays, are prohibited within said Parks, except when employed in the business of the Parks, under penalty of a fine of five dollars for each and every offense.

Carriages or vehicles of any description, being used for funeral purposes, whether following a hearse or following one after the other in funeral procession, and all carriages or other vehicles unoccupied, or occupied for any other than pleasure purposes, are hereby expressly declared not to be pleasure carriages within the meaning of this rule.

29. (Repealed.)

30. No person shall ride or drive upon the grass, footways or elsewhere than on the roads for the use of carriages, equestrians and cyclers in the said parks and squares, under a penalty of a fine of five dollars for each and every offense.

Horseback-riding will, however, be permitted during all daylight hours through the woods of Druid Hill Park and also over the turf of the large field to the north of the Pumping Station to the west thereof, and over the ground from the present bridle path coming up to the large tree on the hill opposite the Superintendent's residence to the intersection with the roads running to the Green Spring avenue and the Pimlico gates; also over the ground westerly from the intersection of the road and bridle path at present used, running northerly through the woods to the high service reservoir.

31. No person shall drive or ride a horse or cycle faster than at the rate of *eight miles an hour* in said park, under penalty of a fine of five dollars for the first offense and twenty dollars for each succeeding offense.

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

*Note D.* When carriages, equestrians or cyclers meet, they shall respectively keep to the right as the law of the road.

32. Bicycles and tricyles, when ridden, shall be strictly confined to the roadways in the parks, and shall be controlled by the same rules as govern horsed vehicles and equestrians, and shall keep and pass to the right when meeting the same; and when passing a carriage or equestrian from the rear such passing must be on the left side and at a moderate speed. Bicyles and tricycles shall not travel at a speed faster than eight miles au hour, nor more than two abreast; in all cases they shall be required to have attached to their bicycles or tricycles a suitable bell; they shall, when riding, also be required to carry a lantern and display a light therefrom in front, from one-half hour after sunset, under a penalty of a fine of five dollars for each and every offense.

Bicycles and tricycles may be trundled through the public parks at all hours on the walks or in the roads, provided that at no time shall two or more bicycles or tricycles be trundled abreast, under penalty of two dollars fine for offender.

Owing to danger and accidents of daily occurrence, all persons desiring to be taught to ride a bicycle or tricycle may receive instructions only on the Mall, in Druid Hill Park, and such places in other parks as may be designated.

Coasting on bicycles and tricycles is positively prohibited within any of the public parks between the hours of 12 noon and 9 P.M. A violation of this rule will subject the offender to a fine of not less than two dollars nor more than five dollars for each and every offense.

I. Coasting will not be permitted at any time on any roads in the public parks, except on bicycles and tricycles equipped with an efficient brake.

II. No bicycle or tricycle shall have attached to it more than one bell, which bell shall not be more than three inches in diameter.

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

148                    REPORT OF THE

III. No bicycle or tricycle shall have attached to it any device capable of producing an unusual or objectionable sound.

IV. Riding crosswise on the roads, and curving to and fro, is forbidden, and a hold on the handle bar must be constantly maintained while in motion.

A violation of the four immediate preceding rules, or any of them, will subject the offender to a fine of two dollars for each and every violation.

33. Vehicles of every description, drawn or propelled by any power, shall, unless provided with a proper light attached to the left hand side of the vehicle, from one-half hour after sunset till midnight be restricted to use the following roads and drives lighted by electricity, to wit:

Beginning at the entrance to Latrobe avenue; thence to the road generally known as South drive; thence along the said South drive to a point where it intersects the Lake drive, and thence along the direct road on the south side of Druid Lake to Swann avenue, with the right of egress and ingress to and from Eutaw Place entrance and the Madison avenue entrance, and thence northerly along Swann avenue to the Washington statue, and thence along the road generally known as the Pimlico drive to the Reisterstown turnpike, with the right of egress and ingress to and from Druid Hill avenue entrance.

Also beginning at the point as aforesaid, made by the intersection of the Lake Drive and the South Road Drive on the south side of Druid Lake, and thence along the road generally known as the Lake Drive, encircling Druid Lake, to the place of beginning.

A violation of this rule will subject the offender to a fine of five dollars for each and every offense.

34. Hereafter no manure cart or hay wagon, or any other than pleasure vehicles, shall use the Green Spring avenue road at any other hours than the hours commencing at 12 o'clock midnight and ending at 6 o'clock A.M.

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

A violation of this rule shall subject the offender to a fine of five dollars for each and every offense.

35. No person shall coast, slide or ride down any of the hills or inclined surfaces of the Green Spring avenue road upon any toboggan, sled, hand-sled, sledge, double-decker, or other vehicle on runners, designed or used for travel upon snow and ice with its own momentum, and without being drawn by animal or other power, under a penalty of a fine of five dollars for each and every offense.

By order of the

Baltimore, 1904.        BOARD OF PARK COMMISSIONERS.

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN