# TAB 19

Newspapers
by ancestry

https://www.newspapers.com/image/576697312/

Muncie Evening Press (Muncie, Indiana) · Thu, Jul 7, 1904 · Page 2
Downloaded on Nov 19, 2024

Sec. 3. No person shall pull, pluck, break or touch any flowers or fruit, cut down, girdle or break down any sapling tree, shrub or plant; break, or bend limbs or branches of trees, or bark trees, or bend, pluck, handle or injure any trees, flowers, shrubs or plants whatever, or limbs, twigs or leaves thereof or climb any tree in any public park.

Section 4. No person shall discharge any fire-arms, or have possession of any fire-arms, within the limits of any public park.

Sec. 5. No person shall use profane, obscene, threatening or abusive language, or fight, or throw any stone or missile, or behave in any disorderly or improper manner, or commit any offense against decency or good morals in any public park.

Copyright © 2024 Newspapers.com. All Rights Reserved.


Newspapers
by ancestry

https://www.newspapers.com/image/576697312/

Muncie Evening Press (Muncie, Indiana) · Thu, Jul 7, 1904 · Page 2
Downloaded on Nov 19, 2024

of Indiana, will, at its regular meeting on the 20th day of July, 1904, receive sealed proposals for the improvement of the alley extending from the east curb line of Elm street to the west curb line of Madison street, and lying between Jackson and Adams street.

Said alley to be made in accordance with the plans and specifications therefor on file in the office of the City Civil Engineer of said city. Said improvement to be fully completed on or before the 1st day of September, 1904.

A bond of $100 with surety good and sufficient to the satisfaction of the City Clerk, must accompany each bid. All bids to be made on printed blank forms to be furnished by the City Civil Engineer of said city.

Said council reserves the right to reject any and all proposals.

By order of the Common Council.
R. G. HICKOK, City Clerk.

## An Ordinance

An Ordinance Regulating the Use and Enjoyment of Parks, Park Grounds and Park Ways of the City of Muncie, Providing Penalties for the Violation of the Same.

Section 1. Be it ordained by the Common Council of the City of Muncie, Indiana. That the park or parks shall be open to the public from 5 a.m. until 11 p.m. each day and no person other than employes shall be permitted to remain therein except when open as herein specified, and no person at any time shall enter or leave any park in any vehicle except by the established entrances or drives.

Sec. 2. No person shall write, cut, mutilate or deface in any manner any building fence, bench, masonry, statue, ornament or tree in any public park.

Sec. 3. No person shall pull, pluck, break or touch any flowers or fruit, cut down, girdle or break down any sapling tree shrub or plant, break or bend limbs or branches of trees, or bark trees or bend, pluck, handle or injure any trees, flowers, shrubs or plants whatever, or limbs, twigs or leaves thereof or climb any tree in any public park.

Sec. 4. No person shall discharge any fire-arms, or have possession of any fire-arms within the limits of any public park.

Sec. 5. No person shall use profane obscene, threatening or abusive language, or fight, or throw any stone or missile, or behave in any disorderly or improper manner, or commit any offense against decency or good morals in any public park.

Sec. 6. No person, not an employe, shall make a fire for any purpose within the bounds of any park, and no person shall chase, catch, injure, molest or disturb any animal, bird, or fish kept within any public park for the use, instruction or entertainment of the public, nor shall any person give or cause to give any such animal tobacco or other noxious article.

Sec. 7. No person, being the owner or having the control, of the same shall suffer or permit any chicken, ducks, geese, hogs, cattle, horses, sheep or goats or other animals or fowls, to stray in to, run at large or trespass upon any public park.

Sec. 8. No person shall fasten a horse to a tree or bush or building or leave the same unattended, or be permitted to bring or lead a horse within the limits of any public park or a horse that is not harnessed and attached to a vehicle or mounted by a rider.

Sec. 9. All vehicles other than pleasure carriages, as distinguished from wagons, carts and drays are prohibited within any public park, except when employed in the business of said parks and no vehicle or horse shall be permitted to stand upon the drives or any part thereof to the obstruction of the way.

Sec. 10. Bicyclers and tricyclers shall be strictly confined to the roadways of the public parks and be controlled by the same rules which govern automobiles and horsed vehicles and equestrians and must keep and pass to the right when meeting the same. When passing a carriage or equestrain from the rear in the front it must be done on the left side, and at a speed not to exceed four miles per hour. Bicycles and tricyclers must not travel more than two abreast nor without displaying a light in front, if it be one-half hour after sunset, and carrying regular bicycle or tricycle bells at all times.

Sec. 11. Where carriages, automobiles, equestrains or cyclers meet they shall respectfully keep to the right.

Sec. 12. No person shall ride or drive upon the grass, foot ways or elsewhere than on the roads for the use of carriage, equestrian and cyclers.

Sec. 13. No person shall ride or drive a horse, bicycle, carriage, automobile or locomobile within any park faster than at the rate of six miles an hour.

Sec. 14. No public picnic shall be held in any park without a written permit of the superintendent, in which it shall be designated the place where it is to be held. Picnics permitted for Sunday and secular schools must always be accompanied by their respective teachers and masters, who will be held personally responsible for all infringements by the scholars of these rules. No person shall intrude him or herself upon a picnic without consent of those in charge of it, nor disturb any picnic within said park. Parties holding picnics in said parks must clean up the grounds that have been occupied by them and remove all paper and litter.

Sec. 15. No person shall be allowed to sleep on the benches of any park, nor to beg, tell fortunes or play at any game of chance or within any instrument of gaming therein gambling and playing cards in any form are prohibited in such parks.

Sec. 16. No person shall introduce spirituous, malt or fermented liquors into any public park, either for his own use, or for sale, nor use, sell or give away the same.

Sec. 17. No person shall bring a dog into any public park.

Sec. 18. No military, civic or other company shall be permitted to parade, drill or perform within any park and military evolution or movements without consent of the Park Commission, and no public meetings or public discussions of any subject, religious, social, political or other kind of discussions of any kind shall be held within the limits of any public park without the consent of the Park Commissioners.

Sec. 19. No funeral procession or hearse or any vehicle carrying the body of a deceased person shall be allowed within any park.

Sec. 20. No person other than employes shall bring upon any park any tree, shrub or plant, nor any newly planted branch or portion of a tree, shrub or plant, and no person shall notch, saw or otherwise affix any bill, notice, sign or other paper or sign upon any structure or thing within the parks, nor upon any of the plants enclosing the same or any part thereof.

Sec. 21. No person shall go upon the grass lawn or turf of any park where signs inscribed "Keep off the grass" have been posted by the superintendent.

Sec. 22. No person shall bathe, wash or fish in or go or send or ride any animal into any artificial waters of any park, nor feed or disturb any of the fish, water fowls or other birds or animals kept in such parks, or throw stones or rubbish of any kind into any lake, pond, fountain, or animal cage or any roadway of any park, provided, however, that it shall be lawful for any purpose of said park to feed such animals, fowls and fish.

Sec. 23. Portions of the park, known as McCulloch park, shall be set apart by the superintendent for ball, croquet or other games and where no such portion of any park is set apart the games as aforesaid no game of baseball shall be played without the written consent of the superintendent and no person shall practice ball or intrude himself upon the players while a game is in progress.

Sec. 24. No person shall attach a swing to any tree within any park without the consent of the superintendent.

Sec. 25. No person shall sell or offer for sale any article whatever within any park without first having obtained written consent of the Board of Park Commissioners, provided that it shall be the duty of said park Commissioners to arrange for the establishment and location of one or more refreshment stands within the park known as McCulloch park.

Sec. 26. No intoxicated person shall be permitted within any public park.

Sec. 27. No male person shall enter any water closet set apart for ladies within any park.

Sec. 28. Any person violating any of the provisions of this ordinance shall upon conviction thereof be fined in any sum not exceeding $100.

Sec. 29. Officers and employes of any park within this city are hereby invested with police powers, and it is hereby made the duty of such officers and employes to enforce these rules and to that end they are empowered to make arrests.

Sec. 30. The City Council of the City of Muncie shall at their last regular meeting in March in each year hereafter by election or by resolution select or appoint some suitable person as superintendent of the public parks, of said city, to serve as such for the term of one year and until his successor is selected and qualified, provided that by a concurrence of a majority of said council said superintendent may be removed at any time and upon such removal or in the event of the death of such superintendent it shall be lawful to fill such vacancy at any regular called meeting of the council.

Sec. 31. This ordinance shall be in force from and after its publication for two weeks once each week, in the Muncie Daily Times.

State of Indiana, City of Muncie, ss:
I, R. G. Hickok, Clerk for and in the City of Muncie, County of Delaware, and State of Indiana, do hereby certify that the above and foregoing is a true and complete copy of an ordinance passed by the Common Council, on Monday the 25th day of June, 1904.

Witness my hand and the seal of said city, this 28th day of June, 1904.
(Seal) R. G. HICKOK,
Clerk, City of Muncie.

## An Ordinance

An Ordinance to Restrict the Speed at Which Automobiles and Locomobiles May Be Propelled Within This City.

Be it ordained by the Common Council of the City of Muncie, in the State of Indiana.

That it shall be unlawful to propel upon any street or public highway in his city, any automobile, or locomobile at a higher speed than eight miles per hour within the business district of the city of Muncie as shown by the present fire limits of said city, and twelve miles per hour within; said city outside of such fire limits, and that any person violating the provisions of this ordinance shall be fined for each offense, in any sum not exceeding twenty dollars.

State of Indiana, City of Muncie, ss:
I, R. G. Hickok, Clerk of the City of Muncie, County of Delaware and State of Indiana, do hereby certify that the above and foregoing ordinance was passed by the Common Council on Monday, the 25th day of June, 1904.

Witness my hand and seal this 28th day of June, 1904.
(Seal) R. G. HICKOK,
Clerk, City of Muncie.

### NOTICE TO CONTRACTORS.

Curb and Gutter.

Notice is hereby given that the Common Council of the city of Muncie, in the county of Delaware, in the state of Indiana, will, at its regular meeting on the 20th day of July, 1904, receive sealed proposals for the construction of a combined cement curb and gutter on each side of West Jackson street from the west curb line of Liberty street, west to the east line of Liberty avenue.

Said curb and gutter to be made in accordance with the plans and specifications therefor on file in the office of the City Civil Engineer of said city. Said improvement to be fully completed on or before the 1st day of November, 1904.

A bond of $100 with surety good and sufficient to the satisfaction of the City Clerk, must accompany each bid. All bids to be made on printed blank forms to be furnished by the City Civil Engineer of said city.

Said council reserves the right to reject any and all proposals.

By order of the Common Council.
R. G. HICKOK, City Clerk.

Copyright © 2024 Newspapers.com. All Rights Reserved.

PAGE TWO.

THE TIMES, MUNCIE, INDIANA THURSDAY, JULY 7, 1904.

# COLUMBIA TALKING MACHINES

We are prepared to show you the best line of these goods now offered at low prices. Also extra records in cylinder and discs. New pieces as well as the old favorites.

## GRAPHOPHONE CONCERTS

### EVERY SATURDAY AND MONDAY EVENING

At the store, where we invite the public to hear some really choice music. Also bring your friends.

# WACHTELL'S

110 and 112 West Washington

## YOUR WANT

Whatever it is the surest way to make it known is to tell it here. Thousands of people will see your "Want Ad." in THE TIMES and as a medium through which the seller may reach the buyer, the house owner the desirable tenant or purchaser it is unequalled.

TIMES WANT ADS. COST BUT ONE-HALF CENT A WORD EACH INSERION. NO ADS. TAKEN FOR LESS THAN TEN CENTS.

### MISCELLANEOUS.

Your husband will never again mention "Mother's Bread" if you insist on your grocer sending you Muncie Baking company's Bread.

### WANTED.

WANTED—Business men in need of office help to know that you can be supplied quickly by calling Indiana Business College, new 'phone 67. Typewriters rented. Chas. C. Cring, Gen'l Mgr. J. D. Brunner, Pres. Fudge's corner.

### FOR SALE.

FOR SALE—Ladies' writing desk. 820 North Jefferson street.

### FOR RENT.

FOR RENT—Furnished rooms, 520 North Jefferson street.

FOR RENT—Possession about July 6, six-room cottage, 820 North Walnut street. Apply at Times office.

FOR RENT—For the summer, furnished house of six rooms and bath, four squares from Fudges' corner. Address, with references, W. C. P., care of Times.

FOR RENT—Five room house, centrally located. Room 2, Anthony.

## COMMERCIAL CLUB GAVE ROBERT SCOTT PRESENT

To show its appreciation of the work accomplished for the organization by him, the Commercial club last night presented Robert Scott with a fine traveling bag on the eve of his departure for a visit of several months in Europe. C. M. Kimbrough made the presentation speech. Mr. Scott departs this morning for New York City, from which port he will sail Saturday for England.

## BUSINESS DIRECTORY

### SUMMER SCHOOL

Now open in all departments. Bookkeeping, Shorthand, Typewriting, Common Branches of all kinds. Good Teachers. Enroll now. New 67; old 25. MUNCIE BUSINESS COLLEGE, Fudge's Corner, opposite the McNaughton. J. D. Brunner, Pres. Chas. C. Cring, Gen. Mgr. Typewriters Rented.



PIANOS DEERLING ORGANS
PH. A.

John W. Ryan.    Thos. L. Ryan.

### RYAN & RYAN, ATTORNEYS.

Corporation, Bankruptcy and Patent Law.
163 JOHNSON BLDG.

### WILL P. KOONS

### ATTORNEY-AT-LAW, AND NOTARY PUBLIC.

Room 2, Anthony Block, Muncie, Ind.

## A NEW LODGE IS INSTITUTED

The Pioneer lodge of Knights and Ladies of Honor was installed in the city last evening. The order is one of the oldest in the fraternal world and has lodges throughout the United States. Officers were elected in the local lodge last night. A large class will receive the work next Thursday night and more at a later date. The lodge has not secured a hall but temporarily is using the Red Men's hall.

Two Baltimore firms have the handling of contracts for 10,000 pounds of Maryland tobacco for the French government.

### RUMOR MONGERS BUSY

#### Situation at the Seat of War Not Very Clear.

Liao Yang, July 7.—A battle is proceeding twenty-five miles from here. Numbers of wounded are being brought in from the mountains. Evidently the engagement is a severe one. It is believed that the Japanese are continuing their advance with the object of cutting off Mukden.

St. Petersburg, July 7.—In the absence of official news from the seat of war the rumor mongers are busily at work. Reports of heavy fighting above Kai Chau have spread through the city, but they probably had their origin in foreign telegrams, as the war office is without information on the subject.

The situation in the zone of hostilities is not clear. Unofficial reports seem to indicate a lack of decision on the part of the Japanese, some of them saying that the Japanese are advancing and others that they are retreating.

The rains apparently have ceased for the moment, but there is a strong conviction that on the eve of torrential rains the Japanese will not risk a general advance from the mountains down on the plains, where in the event of defeat it would be almost impossible to extricate themselves. On the other hand, best-informed military circles believe that nothing but a superior force or imperative necessity as to transport conditions would compel the Japanese to relinquish passes which they obtained after so much laborious effort.

The siege of Port Arthur, the holding and fortifying of the mountain passes, a juncture of the forces of Generals Kuroki and Oku and possibly an extension of their lines to the west coast of Liao Tung in order to force out the Russians from New Chwang so that they may secure a new base there, is conservatively regarded as the Japanese program for the next two months.

#### Fierce Bayonet Contest.

General Kuroki's Headquarters in the Field, via Fusan, July 7.—On July 4 two battalions of Russians attempted to break through the Japanese outposts at the northern entrance of Mo Tien pass. Before daylight they surrounded an outpost of eighty men at the foot of a hill and charged the trench above. A bloody encounter with bayonets, lasting a quarter of an hour, ensued. The Russians attacked the trench three times, but were driven up the valley by a Japanese reinforcements, leaving many dead and wounded. An observer saw fifty lying in front of the trench.

#### Desperate Attempt Frustrated.

Tien Tsin, July 7.—Advices have been received that at 9 p. m. on last Sunday four Japanese destroyers made a determined attempt to enter Port Arthur and attack the Russian fleet. The destroyers were discovered by the shore batteries. One of the destroyers war sunk under Golden hill, another under shore battery No. 22, and a third one had its funnel shot away. The fourth one succeeded in effecting a retreat.

### THE NATIONAL GAME

#### What Was Done Yesterday in the Three Big Leagues.

NATIONAL LEAGUE.
At Boston, 2; Brooklyn, 3.
At Philadelphia, 3; New York, 13.
At Pittsburg, 3; Chicago, 4.
At St. Louis, 3; Cincinnati, 6. Second game, St. Louis, 6; Cincinnati, 6.

AMERICAN LEAGUE.
At New York, 7; Philadelphia, 1.
At Washington, 0; Boston, 3.

AMERICAN ASSOCIATION.
At St. Paul 7; Columbus, 5.
At Minneapolis, 5; Louisville, 4.
At Kansas City, 1; Indianapolis, 0.
At Milwaukee-Toledo—Rain.

#### Two Children Drowned.

Bradford, Pa., July 7.—Charles Rasor and George White, aged respectively ten and nine years, were drowned last evening while playing on a raft in an old reservoir near South avenue.

### MARKET REPORT

#### Prevailing Prices for Grain and Livestock on July 6.

Indianapolis Grain and Livestock.
Wheat—Wagon, $1.00; No. 2 red, firm, $1.01. Corn—Steady; No. 2 mixed, 48½c. Oats—Steady; No. 2 mixed, 38½c. May—Clover, $9@10; timothy, $9.25@11.00; millet, $8@9. Cattle—Steady at $4.00@5.35. Hogs—Quiet at $2.75@5.60. Sheep—Steady at $3.25@4.90. Lambs—Steady at $4.25 @5.60.

At Cincinnati.
Wheat—Firm; No. 2 red, $1.06¼. Corn—Easy; No. 2 mixed, 50½c. Oats—Dull; No. 2 mixed, 41c. Cattle—Active at $2.75@6.25. Hogs—Active at $3.75@5.75. Sheep—Dull at $2.75@3.50. Lambs—Strong at $4.00@7.25.

Livestock at Chicago.
Wheat—No. 3 red, $1.02. Corn—No. 2, 47¾@48½c. Oats—No. 2 39½c. Cattle—Steady; steers, $3.00@5.90; stockers and feeders, $2.75@4.35. Hogs—Steady at $4.60@5.67¼. Sheep—Steady at $2.50@5.25. Lambs—Steady at $5.00@7.40.

At New York.
Cattle—Active at $4.00@5.50. Hogs—Active at $4.40@5.80. Sheep—Active at $3.50@5.90. Lambs—Steady at $6.00@8.25.

East Buffalo Livestock.
Cattle—Slow at $3.75@5.25. Hogs—Active at $4.60@5.60. Sheep—Active at $3.25@4.75. Lambs—Steady at $4@7.25.

### NOTICE TO CONTRACTORS.

#### Sidewalk Improvement.

Notice is hereby given that the Common Council of the city of Muncie, in the county of Delaware, in the state of Indiana, will, at its regular meeting on the 11th day of July, 1904, receive sealed proposals for the improvement of the sidewalk on the east side of Mulberry street from the north line of lot No. 8 in block 22, in the Whitely Land company's second addition, north to the south line of lot 73 in block 22, in the Whitely Land company's second addition.

Said sidewalk to be made in accordance with the plans and specifications therefor on file in the office of the City Civil Engineer of said city. Said improvements to be fully completed on or before the 1st day of August, 1904.

A bond of $25 with surety good and sufficient to the satisfaction of the City Clerk must accompany each bid. All bids to be made on printed blank forms to be furnished by the City Civil Engineer of said city.

Said Council reserves the right to reject any and all proposals.

By order of the Common Council.
R. G. HICKOK, City Clerk.

### NOTICE TO CONTRACTORS.

#### Sidewalk Improvement.

Notice is hereby given that the Common Council of the city of Muncie, in the county of Delaware, in the state of Indiana, will, at its regular meeting on the 11th day of July, 1904, receive sealed proposals for the improvement of the sidewalk on the west side of Mulberry street from the north line of lot No. 8 in block 23, in the Whitely Land company's second addition, north to the south curb line of Myrtle avenue.

Said sidewalk to be made in accordance with the plans and specifications therefor on file in the office of the City Civil Engineer of said city. Said improvements to be fully completed on or before the 1st day of October, 1904.

A bond of $25 with surety good and sufficient to the satisfaction of the City Clerk, must accompany each bid. All bids to be made on printed blank forms to be furnished by the City Civil Engineer of said city.

Said Council reserves the right to reject any and all proposals.

By order of the Common Council.
R. G. HICKOK, City Clerk.

### NOTICE TO CONTRACTORS.

#### Sidewalk Improvement.

Notice is hereby given that the Common Council of the city of Muncie, in the county of Delaware, in the state of Indiana, will, at its regular meeting on the 11th day of July, 1904, receive sealed proposals for the improvement of the sidewalk on the west side of Mulberry street from the north curb line of Columbia avenue, north to the south line of lot No. 9 in block 23, in the Whitely Land company's second addition.

Said sidewalk to be made in accordance with the plans and specifications therefor on file in the office of the City Civil Engineer of said city. Said improvements to be fully completed on or before the 1st day of October, 1904.

A bond of $25 with surety good and sufficient to the satisfaction of the City Clerk, must accompany each bid. All bids to be made on printed blank forms to be furnished by the City Civil Engineer of said city.

Said Council reserves the right to reject any and all proposals.

By order of the Common Council.
R. G. HICKOK, City Clerk.

### NOTICE TO CONTRACTORS.

#### Sidewalk Improvement.

Notice is hereby given that the Common Council of the city of Muncie, in the county of Delaware, in the state of Indiana, will, at its regular meeting on the 11th day of July, 1904, receive sealed proposals for the improvement of the sidewalk on the east side of Mulberry street from a point $3 feet north of the north line of Wysor street north to the south line of the Whitely Land company's second addition.

Said sidewalk to be made in accordance with the plans and specifications therefor on file in the office of the City Civil Engineer of said city. Said improvements to be fully completed on or before the 1st day of October, 1904.

A bond of $50 with surety good and sufficient to the satisfaction of the City Clerk, must accompany each bid. All bids to be made on printed blank forms to be furnished by the City Civil Engineer of said city.

Said Council reserves the right to reject any and all proposals.

By order of the Common Council.
R. G. HICKOK, City Clerk.

### NOTICE TO CONTRACTORS.

#### Sidewalk Improvement.

Notice is hereby given that the Common Council of the city of Muncie, in the county of Delaware, in the state of Indiana, will, at its regular meeting on the 11th day of July, 1904, receive sealed proposals for the improvement of the sidewalk on the east side of Mulberry street from a point No. 23 in block No. 15 in the Whitely Land company's second addition, north to the south curb line of Maple avenue.

Said sidewalk to be made in accordance with the plans and specifications therefor on file in the office of the City Civil Engineer of said city. Said improvements to be fully completed on or before the 1st day of October, 1904.

A bond of $25 with surety good and sufficient to the satisfaction of the City Clerk, must accompany each bid. All bids to be made on printed blank forms to be furnished by the City Civil Engineer of said city.

Said Council reserves the right to reject any and all proposals.

By order of the Common Council.
R. G. HICKOK, City Clerk.

### NOTICE TO CONTRACTORS.

#### Alley Improvement.

Notice is hereby given that the Common Council of the city of Muncie, in the county of Delaware, in the state of Indiana, will, at its regular meeting on the 11th day of July, 1904, receive sealed proposals for the improvement of the alley extending from the east curb line of Elm street to the west curb line of Madison street, and lying between Jackson and Adams street.

Said alley to be made in accordance with the plans and specifications therefor on file in the office of the City Civil Engineer of said city. Said improvements to be fully completed on or before the 1st day of December, 1904.

A bond of $25 with surety good and sufficient to the satisfaction of the City Clerk, must accompany each bid. All bids to be made on printed blank forms to be furnished by the City Civil Engineer of said city.

Said Council reserves the right to reject any and all proposals.

By order of the Common Council.
R. G. HICKOK, City Clerk.

## An Ordinance

An Ordinance Regulating the Use and Enjoyment of Parks, Park Grounds and Park Ways of the City of Muncie, Providing Penalties for the Violation of the Same.

Section 1. Be it ordained by the Common Council of the City of Muncie, Indiana: That the park or parks shall be open to the public from 4 a. m. until 11 o'clock on each day and no person other than such persons shall be permitted to remain therein except when upon the permit, and shall not permit any person or any vehicle to travel by the established entrances or walks.

Sec. 2. No person shall within, cut, mutilate or deface in any manner any building, fence, bench, statuary or other ornament or any tree in any public park.

Sec. 3. No person shall pull, pluck, break or injure any flower, shrub or plant, or dig in any ground, break or bend limbs or branches of trees, or mark, bruise or wound, pluck, handle or injure any trees, flowers, shrubs or plants whatsoever, or bathe, fish or go in any public park.

Section 4. No person shall discharge any firearms or leave possession of any firearms within the limits of any public park.

Sec. 5. No person shall use profane language, threatening or abusive language, or fight, or throw any stone or missile, or behave in any disorderly or improper manner, or commit any offense against peace and good morals in any public park.

Sec. 6. No person shall use or employ said park for the use purpose of the benefit of any park, and no person shall disturb any animal, bird, or fish kept within any public park for the amusement or entertainment of the public, nor shall any person give or serve or give any such animal or bird any other articles of food.

Sec. 7. No person being the guest or having the business of the same shall suffer to permit any chicken, duck, goose, hogs, cattle, horses, sheep, or goats or other animals or fowls to stray in to run at large, or trespass upon any public park land.

Sec. 8. All police officers, employees and caretakers or distinguished from visitors, guests and guards are prohibited within any public park, except when employed in the business of said park, and no vehicle or horse shall in any manner be permitted to stand upon the drives or any part thereof in the obstruction of the way.

Sec. 9. Bicycles and tricycles shall be strictly confined to the roadways of the public parks and be controlled by the same rules which are used by other equipments and none-beset by the night, stay solely down and away from all aqueducts from the rest of the public; and shall operate a carriage or apparatus from the rest of the Park Board. Barricading and trespass signs will be placed at each gate when necessary.

Sec. 10. When carriages, automobiles or appurtenances or vehicles meet they shall respectfully keep on their right.

Sec. 11. No person shall ride or drive upon the grass, foot ways or elsewhere than on the roads for the use of carriages, equestrians and cyclers.

Sec. 12. No person shall ride or drive a horse, bicycle, carriage, automobile or locomobile within any park faster than at the rate of six miles an hour.

Sec. 13. No public picnic shall be held in any park without a written permit of the superintendent, in which it shall be designated the place where it is to be held. Picnics permitted for Sunday and secular schools must always be accompanied by their respective teachers and masters, who will be held personally responsible for all infringements by the scholars of these rules. No person shall intrude into or invade upon a private without consent of those in charge of it, nor disturb any person within said park. Parties holding parties in said parks must clear up the grounds that have been occupied by them before having any person be allowed to sleep on the benches of any park, nor on any foot furrows or rest on any fence or chairs or within any instrument of gaming thereto, gambling and playing cards in any form are prohibited in such parks.

Sec. 14. No person shall introduce spirituous, malt or fermented liquors into any public park, either for his own use, or for sale, nor use, sell or give away the same.

Sec. 17. No person shall bring a dog of any public park.

Sec. 18. No military, civic or other company shall be permitted to parade, drill or perform within any park and military evolution or movements with the consent of the Park Commission, nor any public meetings or public discussions of any subject, religious, social, political or other kind of discussion of any kind shall be held within the limits of any public park without the consent of the Park Commission.

Sec. 19. No funeral procession or hearse or any vehicle carrying the body of a deceased person shall be allowed within any park.

Sec. 20. No person other than employees shall bring upon any park any tree, shrub or plant, nor any newly planted branch or portion of a tree, shrub or plant, and no person shall point, post or otherwise affix any bill, notice, sign or other paper or sign any structure or thing within the parks, nor upon any of the gates enclosing the same or any part thereof.

Sec. 21. No person shall go upon the grass lawn or turf of any park where signs inscribed "Keep off the grass" have been posted by the superintendent.

Sec. 22. No person shall bathe, wash or fish in or go or send or ride any animal into any artificial waters of any park, nor feed or disturb any of the fish, water fowl or other birds or animals kept on such parks, or throw stones or rubbish of any kind into any pond, fountain, or animal cage or the roadway of any park, provided, however, that it shall be lawful for any citizen of said park to feed such fish, fowls and fish.

Sec. 23. Portions of the park, known as McCulloch park, shall be set apart for the amusement of ball, croquet or other games and where no such portion of any park is set apart for games or otherwise in or upon any portion of any park for the establishment and location of one or more refreshment stands within the park known as McCulloch park.

Sec. 24. No colored or person shall sell or exhibit within any public park.

Sec. 25. No shall any person shall settle or name chosen set apart for ladies within said parks.

Sec. 26. Any person violating any of the provisions of this ordinance shall upon conviction thereof be fined in any sum and recovering fine.

Sec. 27. Officers and employees of any park within this city are hereby entrusted with police powers, and it is hereby made the duty of such officers and employees to enforce these rules and in that end they are empowered to make arrests.

Sec. 28. The City Council of the City of Muncie shall at their last regular meeting in March in each year hereafter in election or by resolution appoint for or appoint some suitable person or superintendent of the public parks of said city, to serve as such for the term of one year and until his successor is selected and qualified provided that in a construction of a majority of said council, said superintendent may be removed at any time and upon such removal or in the event of the death of such superintendent it shall be lawful to fill such vacancy at any regular called meeting of the council.

Sec. 29. This ordinance shall be in force from and after its publication for two weeks, once each week, in the Muncie Daily Times.

State of Indiana, City of Muncie, ss:
I, R. G. Hickok, Clerk for and in the City of Muncie, County of Delaware and State of Indiana, do hereby certify that the above and foregoing is a true and complete copy of an ordinance passed by the Common Council of Muncie, the 6th day of June, 1904.

Witness my hand and the seal of said city, this 7th day of June, 1904.
(Seal)    R. G. HICKOK,
Clerk, City of Muncie.

## An Ordinance

An Ordinance to Restrict the Speed at Which Automobiles and Locomobiles May Be Propelled Within This City.

Be it ordained by the Common Council of the City of Muncie, in the State of Indiana:

That it shall be unlawful to propel upon any street or public highway in this city any automobile, or locomobile of a higher speed than eight miles per hour within the business district of the city of Muncie as shown by the present fire limits of said city, and twelve miles per hour within, said city outside of such fire limits, and that any person violating the provisions of this ordinance shall be fined for each offense, in any sum not exceeding twenty dollars.

State of Indiana, City of Muncie, ss:
I, R. G. Hickok, Clerk of the City of Muncie, County of Delaware and State of Indiana, do hereby certify that the above and foregoing ordinance was passed by the Common Council on Monday, the 25th day of June, 1904.

Witness my hand and seal this 26th day of June, 1904.
(Seal)    R. G. HICKOK,
Clerk, City of Muncie.

### NOTICE TO CONTRACTORS.

#### Curb and Gutter.

Notice is hereby given that the Common Council of the city of Muncie, in the county of Delaware, in the state of Indiana, will, at its regular meeting on the 25th day of July, 1904, receive sealed proposals for the construction of combined cement curb and gutter on such side of West Jackson street from the west curb line of Liberty street north to the east curb line of Elgin avenue.

Said curb and gutter to be made in accordance with the plans and specifications therefor on file in the office of the City Civil Engineer of said city. Said improvements to be fully completed on or before the last day of November, 1904.

A bond of $25 with surety good and sufficient to the satisfaction of the City Clerk, must accompany each bid. All bids to be made on printed blank forms to be furnished by the City Civil Engineer of said city.

Said Council reserves the right to reject any and all proposals.

By order of the Common Council.
R. G. HICKOK, City Clerk.



# BICYCLES

## Meet With Us And Talk it Over

YOU MAY WANT A WHEEL FOR A NICE, COOL SPIN THESE SUMMER DAYS, HERE'S SOME PRICES.

Banner Wheels . . . . . . $20.00
Day Wheels . . . . . . $25.00
Dayton Wheels . . . . . . $25.00
National Wheels . . . . . . $35.00
Columbia Wheels . . . . . . $50.00

We also have a fine repair room with expert men and turn out your work rapidly and in satisfactory manner.

# WACHTELL'S

110 and 112 West Washington

# TAB 20

Case: 25-2413, 04/22/2026, DktEntry: 44.5, Page 6 of 99

Newspapers
by ancestry
https://www.newspapers.com/image/64408635/

The Winfield Daily Free Press (Winfield, Kansas) · Wed, Jan 20, 1904 · Page 4
Downloaded on Nov 19, 2024

First Published in Winfield Daily Free Press, Jan. 20, 1904.

## ORDINANCE NO. 649.

An ordinance regulating Island Park of the city of Winfield.

Be it ordained by the Mayor and Councilmen of the City of Winfield:

SECTION 1. That the following rules and regulations be and the same are hereby adopted for the government of Island Park, in the City of Winfield, to-wit:

1. No person shall carry or discharge firearms in the park.

2. No person shall write upon or mark or deface in any manner or use in any improper way any building or hall, tree, water closet, park seat, fence, or anything pertaining to the park.

3. No person shall drive or ride

Copyright © 2024 Newspapers.com. All Rights Reserved.

Newspapers
by ancestry

https://www.newspapers.com/image/64408635/

The Winfield Daily Free Press (Winfield, Kansas) · Wed, Jan 20, 1904 · Page 4
Downloaded on Nov 19, 2024

First Published in Winfield Daily Free Press, Jan. 20 1904

## ORDINANCE NO. 649.

An ordinance regulating Island Park of the city of Winfield.

Be it ordained by the Mayor and Councilmen of the City of Winfield:

SECTION 1. That the following rules and regulations be and the same are hereby adopted for the government of Island Park, in the City of Winfield, to-wit:

1. No person shall carry or discharge firearms in the park.

2. No person shall write upon or mark or deface in any manner or use in any improper way any building or hall, tree, water closet, park seat, fence, or anything pertaining to the park.

3. No person shall drive or ride upon the grass or foot ways or elsewhere than upon the roads for the use of carriages and equestrians in said park.

4. No person shall drive or ride faster than at the rate of six miles an hour.

5. No person shall break, cut, mutilate or injure, remove or carry away any tree, shrub, plant, flower, stone or stonework, bench, chair, seat, bower, stand, structure, fence or property or anything whatsoever, in Island Park, in this city, or any street, avenue or highway around the same.

6. No person shall commit a nuisance or any offence against decency and good morals therein.

7. No person shall throw stones or rubbish of any kind into any lake, pond or stream.

8. No person shall chase, kill, set snares for or catch any rabbits, squirrels, birds, fish or any animal or thing belonging to said park or kept therein.

9. No person shall bring any dog or other pet animal into the park unless fastened or led with a cord not exceeding ten feet in length.

10. No person shall set up any advertising sign, paste or affix or inscribe any hand bill, poster, card, advertising device or inscription to or upon or against any fence, structure o property of or on such park or highway surrounding the same.

11. No person shall curse, swear, yell or use abusive language, or fight or throw stones, or behave in a riotous or disorderly manner.

12. No loitering, fishing or congregating of people will be allowed on any bridge or approach to said park.

13. No person shall set up any booth or table for sale of any article whatever, without written authority from the Mayor.

14. No person shall foul in any manner any spring or drinking fountain or stream.

15. No person shall fasten a horse or other animal to a tree therein or in the highway surrounding the same.

16. Carriages, equestrians and bicyclists when meeting shall keep to the right as the law of the road.

17. Gambling and playing cards are prohibited

18. No person shall make an open fire for any purpose on the grounds or park, except park employees, when so directed by the Mayor.

19. No persons or person shall render any music, vocal or instrumental, or deliver any oration, address, speech sermon or lecture in said park without a permit of the Mayor.

20. No person shall walk or go upon any grass plot, lawn, or any other place prohibited by the park committee, or permit any domestic animal to go or run at large in said park, and all such animals shall be taken up and impounded, and if not claimed within ten days, sold and the facts of such animals being found running at large shall be evidence of such permission by the owner thereof.

21. No person shall be allowed to tresspass on the grounds of the park.

22. No picnic shall take place in the park without a permit being obtained for the purpose from the Mayor.

23. No person shall disturb any picnic or intrude himself or herself upon it without the consent of those composing it.

24. No person whether living within the limits of the park or outside of them, shall permit domestic fowls to run at large in the park.

25. All racing with horses or vehicles is prohibited at any time.

26. Bicycles and tricycles shall be restricted to the use of the roadways and be controlled by the same laws which govern vehicles and equestrians and must pass to the right when meeting the same. When passing a carriage or equestrian from the rear to the front, it must be done to the right side and at a moderate speed. Bicycles and tricycles must not travel more than two abreast.

27. No person shall parade, exhibit or distribute any advertisements, circular or hand bill therein, or any peddler or petty dealer sell or in any manner dispose of any article in or adjoining said park without written authority from the Mayor.

28. Nothing in the above shall prevent the Mayor from giving the privilege of a day to any school, church or association to sell refreshments.

29. The keeper and watchman of this park shall be sworn in as special police and be instructed with the enforcement of the provisions of this Ordinance, and shall at all times have the assistance of the regular police force in carrying out the same.

30. Any person violating any of the provisions of these rules and regulations shall be deemed guilty of a misdemeanor, and upon conviction

We dont depend on big words and al

# WHE

Our wheels stand on their own me durability If your buggy needs new of good ones. Satisfaction guarantee

## DAVIS, IRVIN

Horse Shoers, Blacksmi

703 NORTH

Copyright © 2024 Newspapers.com. All Rights Reserved.

# $2,000.00 Wanted

**The above amount must be raised in the next twenty days. I must have the money and my stock must furnish it, and in order to secure this amount I have arranged to place before the public such bargains that a glance will convince them of their merits and of course bring the desired results. I do not propose to offer my patrons old "carried over" goods and use this means of disposing of them, but instead will turn over my entire stock to the bargain loving people for their inspection and approval. Nothing but cash goes, but it goes a long way, as a glance will show.** *THIS IS A SALE ON HONOR. WE DARE COMPARISON. WE SPURN COMPETITION.*

## Shoes

| | |
|---|---|
| During this sale we offer the celebrated Nettleton, also the Johnson & Murphy $5.00 and $6.00 Shoe at | **$4.00** |
| You are all familiar with the merits of the Crossett Shoe—every pair guaranteed, $4.00 values go at | **2.95** |
| Same make in lighter Shoe, $3.50 values go at | **2.80** |
| Same make, same guarantee, $3.00 values go at | **2.30** |
| Ladies' fine Patent Kid—Patent Corona or Dongola, latest styles, $3.50 and $4.00 values go on sale at | **2.80** |
| All ladies' latest styles and patterns, $3.00 values go at | **2.30** |
| Easy, comfortable, stylish, durable, $2.50 values go at | **1.95** |
| No Shoe reserved, all go, $2.00 values go at | **1.65** |

## Gents' Furnishings

| | |
|---|---|
| It is not necessary to go into details relative to the J. B. Stetson Hat. You all know the goods. It is among the bargains, $4.50 values go at | **$3.25** |
| The Beaver is also included, $3.00 values go at | **2.25** |
| The Keystone with its merits, $2.50 values go at | **1.95** |
| The Liberty with its good points, $2.00 values go at | **1.60** |
| We have quite a selection of Men's Shirts, something fine in this line, $1.50 values go at | **1.10** |
| A few to select from in this line, $1.00 values go at | **.80** |
| You can find a bargain here, 75c values go at | **.60** |
| Something cheaper, but good goods, 50c values go at | **.40** |

**Nothing reserved. Gloves, Collars, Neckties, Suspenders, Handkerchiefs, etc., at prices in proportion.**

*You can't afford to miss these bargains*
*Come early*
*First choice*

**This Sale Opens Saturday, Jan. 23, and Closes Saturday, Feb. 13**

WALTER MARTIN
**809 Main Street**

*You all need something in this line. Why not avail yourself of these offers? At least drop in and look them over*

First Published in [illegible]

ORDINANCE NO. 649.

An ordinance regulating Island Park of the city of Winfield.

Be it ordained by the Mayor and Councilmen of the City of Winfield.

SECTION 1. That the following rules and regulations be and the same are hereby adopted for the government of Island Park, in the City of Winfield, to-wit:

1. No person shall carry or discharge firearms in the park.

2. No person shall write upon or mark or deface in any manner or use in any improper way any building or hall, tree, water closet, park seat, fence, or anything pertaining to the park.

3. No person shall drive or ride upon the grass or foot ways or elsewhere than upon the roads for the use of carriages and equestrians in said park.

4. No person shall drive or ride faster than at the rate of six miles an hour.

5. No person shall break, cut, mutilate or injure, remove or carry away any tree, shrub, plant, flower, stone or stonework, bench, chair, seat, bower, stand, structure, fence or property or anything whatsoever, in Island Park, in this city, or any street, avenue or highway around the same.

6. No person shall commit a nuisance or any offence against decency and good morals therein.

7. No person shall throw stones or rubbish of any kind into any lake, pond or stream.

8. No person shall chase, kill, set snares for or catch any rabbits, squirrels, birds, fish or any animal or thing belonging to said park or kept therein.

9. No person shall bring any dog or other pet animal into the park unless fastened or led with a cord not exceeding ten feet in length.

10. No person shall set up any advertising sign, paste or affix or inscribe any hand bill, poster, card, advertising device or inscription to or upon or against any fence, structure or property of or in said park or highway surrounding the same.

11. No person shall curse, swear, yell or use [illegible] or throw stones, or behave in a [illegible] or disorderly manner.

12. No [illegible] will be allowed on any bridge or approach to said park.

13. No person shall [illegible] whatever, without written authority from the [illegible].

14. No person shall [illegible] manner any [illegible]

15. No [illegible] the highway [illegible]

16. Carria[illegible] the roads as [illegible]

17. [illegible] are prohibited.

18. No person shall make an open fire for any purpose on the grounds or park, except park employees, when so directed by the Mayor.

19. No persons or person shall render any music, vocal or instrumental, or deliver any oration, address, speech, sermon or lecture in said park without a permit of the Mayor.

20. No person shall walk or go upon any grass plot, lawn, or any other place prohibited by the park committee, or permit any domestic animal to go or run at large in said park, and all such animals shall be taken up and impounded, and if not claimed within ten days, sold and the facts of such animals being found running at large shall be evidence of such permission by the owner thereof.

21. No person shall be allowed to trespass on the grounds of the park.

22. No picnic shall take place in the park without a permit being obtained for the purpose from the Mayor.

23. No person shall disturb any picnic or intrude himself or herself upon it without the consent of those composing it.

24. No person whether living within the limits of the park or outside of them, shall permit domestic fowls to run at large in the park.

25. All racing with horses or vehicles is prohibited at any time.

26. Bicycles and tricycles shall be restricted to the use of the roadways and be controlled by the same laws which govern vehicles and equestrians and must pass to the right when meeting the same. When passing a carriage or equestrian from the rear to the front, it must be done to the right side and at a moderate speed. Bicycles and tricycles must not travel more than two abreast.

27. No person shall parade, exhibit or distribute any advertisements, circular or hand bill therein, or any peddler or petty dealer sell or in any manner dispose of any article in or adjoining said park without written authority from the Mayor.

28. Nothing in the above shall prevent the Mayor from giving the privilege of a day to any school, church or association to sell refreshments.

29. The keeper and watchman of this park shall be sworn in as special police and be instructed with the enforcement of the provisions of this ordinance, and shall at all times have the assistance of the regular police force in carrying out the same.

30. Any person violating any of the provisions of these rules and regulations shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be fined in any sum not exceeding $50.00.

SECTION 2. Ordinance number 484 and all parts of ordinances conflicting with the above are hereby repealed.

SECTION 3. This Ordinance shall take effect and be in full force and effect from and after its publication in the Winfield Daily Free Press.

Passed January 18th, 1804.
Approved January 18th, 1904.

W. O. JOHNSON, Mayor.
Attest: EARL M. HARTLEY,
[SEAL.] City Clerk.

### Marriage Licenses.

| | |
|---|---|
| A. B. Smelser, Winfield | 33 |
| Hattie Arnett, Winfield | 22 |
| W. T. Lyons, Quinland, O. T. | 25 |
| Maud G. Boggs, Winfield | 22 |

### Card of Thanks.

I desire to thank the citizens of Winfield who contributed so liberally toward assisting me to start in business. Your kindness will never be forgotten.

EVERETT RIDGEWAY.

The New International Encyclopedia.

### Skin Comfort.

Brown's Witch Hazel Cream, and Brown's Hand Lotion are everybody's friends during the chap season. You are sure to have rough, chapped and irritated skin sometime during several months to come. Why not keep a remedy on hand that is quick and certain to relieve.—Brown Drug Co., 805 Main street.

**HIDES and FURS**

Will pay the market price for above. We also carry all grades of Rock Salt, in lump and fine for stock and meat salting.

JOHN NICKEL
110 West 9th.

The New International Encyclopedia by Dodd, Mead & Co., of Chicago.

[illegible] depend on big words and alluring promises to get to sell you

**WHEELS**

[illegible] wheels stand on their own merits and speak for themselves for [illegible]. If your buggy needs new wheels let us put you on a set [illegible] good ones. Satisfaction guaranteed.

DAVIS, IRVIN & IRVIN
Horse Shoers, Blacksmiths, Carriage Makers
[illegible] NORTH MAIN

HILL VIEW.

| | |
|---|---|
| Month ending | Jan. 8, 1904 |
| School District Number | 31 |
| Enrollment for month | 13 |
| Average daily attendance | 11 |

Names of those not absent nor tardy for month: Lela and Arthur Bonewell, Roy Cantrell, Hazel Taylor.

Teacher's name........Sophie M. Hall

### A Woman's Blessing.

Wine of Life will cure your troubles. Try a bottle and get your money back if not satisfied. Price $1.00. For sale by R. B. Bird, druggist.

BEAVER RIDGE.

| | |
|---|---|
| Month ending | Jan. 8, 1904 |
| School District Number | 58 |
| Enrollment for month | 25 |
| Average daily attendance | 16 |

Names of those not absent nor tardy for month: Arthur Gilliland.

Teacher's name...... Dulcie Hatfield

Mr. Wm. S. Carne of California, Md., suffered for years from rheumatism and lumbago. He was finally advised to try Chamberlain's Pain Balm, which he did and it effected a complete cure. For sale by all druggists.

UNION RIDGE.

| | |
|---|---|
| Month ending | Jan. 1, 1904 |
| School District Number | 138 |
| Enrollment for month | 28 |
| Average daily attendance | |

Names of those not absent or tardy for month: Prentis and Blanche Mark, Everett and Bertie French.

Teacher's name.......Ethelynn Tarr

When bilious try a dose of Chamberlain's Stomach and Liver Tablets and realize for once how quickly a first-class, up-to-date medicine will correct the disorder. For sale by all druggists.

I will make you special prices on musical instruments for the next 30 days. Violins $2 to $25, Guitars $3 to $15, Mandolins $2.50 to $15.—J.N. Harter, the druggist.

### A Famous Remedy for Sick Headache.

The cause of this complaint is not in the head at all, it comes from the stomach. A stomach that has become clogged by over-eating, drinking, or abuse in any manner will warn you by bringing on sick headache. Cure the pains and distress in the stomach and the headache will stop of itself. All bilious attacks, dyspepsia, belching, bad taste in the mouth, muddy complexion and yellow eyes are cured by this remedy. It is called Dr. Gunn's Improved Liver Pills, one for a dose, and is sold by druggists all over the U. S. for 25c. a box. For sale by W. A. Farringer, druggist.

Fresh celery and parsnips at Pratt & Gillock's.

WILMOT.

| | |
|---|---|
| Month ending | Jan. 8, 1904 |
| School District Number | 149 |
| Enrollment for month | 37 |
| Average daily attendance | |

Names of those not absent nor tardy: Clyde Watt, Roy Teter, Hazel and Elanora Stephens, Veda Smith, John and Harry Nicely, Lawrence Miller, Flossie Lewis, Mabel Kennedy, Alice Carson, Bessie Cayton.

Teacher's name..........F. V. Brown

### Back Broken.

A weak back is an indication of Bright's disease. Don't let any symptom of Bright's disease present itself. Use DeBell's Kidney Pills. They are the only kidney medicine that positively cures all diseases arising from disordered kidneys, such as weak back, backache and other kidney troubles. Every box warranted. Price, 35c. per box. For sale by R. B. Bird.

MAPLE CITY.

| | |
|---|---|
| Month ending | Jan. 8, 1904 |
| School District Number | 85 |
| Enrollment for month | 36 |
| Average daily attendance | 31 |

Names of those not absent nor tardy for month: Fern and Joe Thomas, Edna Bell, Clark and Irvin Killingsworth, Mattie Benton.

Teacher's name.... Mina L. Adams

### A Lingering Cold

Is quickly cured by Bunsen's Pine Tar Cough Honey. Also a specific for lagrippe, whooping cough, bronchitis and all throat and lung affections. Try Bunsen's Pine Tar Cough Honey today and you will be pleased with the result. No cure, no pay. Price 25 and 50c. At R. R. Bird's druggist.

FAIRVIEW.

| | |
|---|---|
| Month ending | Jan. 8, 1904 |
| School District Number | 21 |
| Enrollment for month | 1[illegible] |
| Average daily attendance | 1[illegible] |

Names of those not absent nor tardy for month: Leota and Gladys Curfman, Lillie, Willie and Clarence Long, Lula and George Poucher, Alma Rogers, Lewis and Willie Smith.

Teacher's name..... Nellie H. Sickles

### Found a Cure for Indigestion.

I use Chamberlain's Stomach and Liver Tablets for indigestion and find that they suit my case better than any dyspepsia remedy I have ever tried and I have used many different remedies. I am nearly fifty-one years of age and have suffered a great deal from indigestion. I can eat almost anything I want to now.—Geo. W. Emory, Rock Mills, Ala. For sale by all druggists.

### Congratulations.

Mr. John H. Collom, editor of the Garland, Texas, News, has written a letter of congratulation to the manufacturers of Chamberlain's Cough Remedy as follows: "Sixteen years ago when our first child was a baby he was subject to croupy spells and we were very uneasy about him. We began using Chamberlain's Cough Remedy in 1887, and finding it such a reliable remedy for colds and croup, we have never been without it in the house since that time. We have five children and have given it to all of them with good results. One good feature of this remedy is that it is not disagreeable to take and our babies really like it. Another is that it is not dangerous and there is no risk from giving an overdose. I congratulate you upon the success of your remedy." For sale by all druggists.

GRAND PRAIRIE.

| | |
|---|---|
| Month ending | Jan. 12, 1904 |
| School District Number | 8 |
| Enrollment for month | 28 |
| Average daily attendance | 18 |

Names of those not absent nor tardy for month: Phebe and Victor Taylor, George Parrett, William Raton, Hazel Thompson.

Teacher's name..... Mary E. Baldwin

### A Prisoner in Her Own House.

Mrs. W. H. Layha. of 1001 Agnes ave., Kansas City, Mo., has for several years been troubled with severe hoarseness and at times a hard cough, which she says, "would keep me indoors for days. I was prescribed for by physicians with no noticeable results. A friend gave me a part of a bottle of Chamberlain's Cough Remedy with instructions to closely follow the directions, and I wish to state that after the first day I could notice a decided change for the better, and at this time after using it for two weeks, have no hesitation in saying that I am entirely cured." This remedy is for sale by all druggists.

RED TOP.

| | |
|---|---|
| Month ending | Jan. 8, 1904 |
| School District Number | 133 |
| Enrollment for month | 15 |
| Average daily attendance | 13 |

Names of those not absent nor tardy for month: Ca[illegible] Isenagle, Hazel McQuiston, Le[illegible] and Lucy Lehman, May Linnens, Frank Wikoff.

Teacher's name. .. Ruth Mendenhall

### A Cold in the Head

Is simply a mild form of catarrh. Use that which cleanses and heals the diseased membrane. Bunsen's Catarrh Cure is the remedy. Cures catarrh easily and pleasantly, contains no mercury or other injurious drugs. It is quickly absorbed, gives instant relief and opens and cleanses the nasal passages. Regular size 50c. Ask your druggist for free sample and pamphlet telling about catarrh. For sale by R. B. Bird, druggist.

# TAB 21

◁ Share

**NEWSPAPER**

# Image 5 of The Birmingham age-herald (Birmingham, Ala.), August 20, 1906

Image provided by: **University of Alabama Libraries, Tuscaloosa, AL**

Link to the full image: https://www.loc.gov/resource/sn85038485/1906-08-20/ed-1/?sp=5

Section 1. Be it ordained by the Mayor and Aldermen of Birmingham, That no person shall enter or leave any of the public parks of the city of Birmingham except by the gateways; no person shall climb or walk upon the walls or fences thereof; no person shall turn or lead any cattle, horses, goat, swine or other animals into any of such parks; no person shall carry firearms or throw stones or other missiles within any of such public parks; no person shall cut, break or in any way injure or deface trees, shrubs, plants, turf or any of the building, fences, bridges or other construction or property within any of such parks; no

# STRICT LAW APPLIES TO BIRMINGHAM PARKS

### Ordinance Prohibits Many Things in Order to Maintain Decorum and Protect Property.

As much interest is manifested in the law to be observed by persons visiting the city parks and the power given to the commissioner the ordinance adopted last month is here reproduced.

Section 1. Be it ordained by the Mayor and Aldermen of Birmingham, That no person shall enter or leave any of the public parks of the city of Birmingham except by the gateways; no person shall climb or walk upon the walls or fences thereof; no person shall turn or lead any cattle, horses, goat, swine or other animals into any of such parks; no person shall carry firearms or throw stones or other missiles within any of such public parks; no person shall cut, break or in any way injure or deface trees, shrubs, plants, turf or any of the building, fences, bridges or other construction or property within any of such parks; no person shall expose any article or thing for sale within any of such parks, nor shall any hawking or peddling be allowed in any part of any such parks calculated to provoke a breach of the peace, nor shall any person tell fortunes or play at any game of chance at or with any table or instrument of gaming nor commit any obscene or indecent act therein; no person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within such park nor upon any gate or inclosure thereof; no person shall play upon any musical instrument, nor shall any person take into, carry or display in any such public park any flag, banner, target or transparency; no military company shall parade, drill or perform therein any military or other evolutions or movements; no person shall light, make or use any fire in any such public park; no person shall go upon the grass, lawn or turf of the parks, except when and where the word "common" is posted, indicating that persons are at that time and place at liberty to go on the grass.

Sec. 2. Be it further ordained, That the boards of park commissioners may direct that any of the entrances to the public parks be closed at any time, and when so closed in obedience to such directions no person shall enter at any such place.

Sec. 3. Be it further ordained, That any person violating any provision of or contained in any section of this ordinance shall be punished as provided in section 805 of the city code.

Sec. 4. Be it further ordained, That this ordinance is in addition to, and shall not be construed as repealing ordinances in regard to parks and public places now in effect.

THE AGE-HERALD, MONDAY, AUGUST 20, 1906.     5

## High Art

Anybody can make money

Saving is the real high art

You can best cultivate the art by having a savings account with

**Birmingham Trust & Savings Co.**

---

### THE WEATHER.

Washington, August 19.—Following is the forecast for Alabama: Local rains Monday and Tuesday; light south winds.

### RAILROAD WORLD.

Alfred Walter, president of the Seaboard, has issued a statement that he would not resign, and that he had no intentions of doing so in the near future.

### POLITICAL NOTES

Dr. R. M. Cunningham, candidate for governor, returned yesterday morning from Marengo county, and after spending a few hours at his home at Ensley left on the Central of Georgia train at 4 o'clock for Russell county, where he is billed to make three speeches today.

### DR. PRICE'S WHEAT FLAKE CELERY FOOD

Is made by a physician and chemist and leader of the world in pure food products. Its daily use helps to regulate the bowels.

10 cents a package.

For sale by all Grocers

---

## CATHOLIC SERVICES LARGELY ATTENDED

### Part of Weber's Mass Rendered by Choir

### FATHER COYLE PREACHES

Discusses Statement Frequently Made, "One Religion is As Good As Another"—About Intolerance and Bigotry.

The four masses at St. Paul's church yesterday were well attended. At the 10:30 o'clock service the choir sang the Kyrie Eleison and the Agnus Dei from Weber's mass in G. Miss Van Marknitze, solo soprano, was in exceptionally fine voice and Mr. Herbert, the solo baritone, was also in excellent form.

The Rev. Father Coyle, pastor of the church, was the celebrant and preacher.

---

## CHISOLM TO BE GIVEN A PRELIMINARY TODAY

The preliminary hearing of Alex R. Chisolm, charged with stealing $100,000 from the First National bank, will be commenced this morning at 9:30 o'clock before United States Commissioner R. B. Watts in the government building.

At the same time W. L. Sims, manager for Gilbert & Clay, and C. M. Hayes, bookkeeper for Mr. Sims, will be placed on trial charged with complicity.

## LEDGER'S CONTEST WAS VERY SPIRITED

### THIRTY-TWO YOUNG WOMEN THROUGHOUT THE STATE WILL BE GIVEN FREE TRIPS TO VARIOUS POINTS.

If the thirty-two young women who were winners in the Birmingham Ledger's popularity contest are not altogether the loveliest bunch of maidens in the state of Alabama, it will not be because of the opinion of their myriad admirers.

---

## JIM JOHNSON WAS SHOT IN STOMACH

### WOUNDED MAN, WHO WAS SHOT SATURDAY NIGHT, WAS IN SERIOUS CONDITION AND NOT EXPECTED TO LIVE LAST NIGHT.

Jim Johnson of Morris was shot in the stomach at that place on last Saturday night at about 10:30 o'clock by a man whose name could not be learned. He is not expected to live.

### GEORGE BEARD DIES OF RECENT INJURIES

#### Young Man Was Badly Burned By Oil Explosion at His Home on First Avenue.

George Beard, the young man who was so severely burned some days ago by the explosion of an oil can, died last night at a late hour at the St. Vincent's hospital from the effects of his injuries.

### LEEDS STORE ROBBED.

#### About $300 Worth of Goods Were Taken Saturday Afternoon.

A letter has been received by the police department from Leeds, stating that the general merchandise store of Williamson & Sons at that place had been robbed yesterday afternoon of goods aggregating in value about $300.

### DEATHS AND FUNERALS.

#### Herbert T. O'Gahany.

Herbert T. O'Gahany, aged 37 years, died suddenly yesterday noon at the residence of his parents, Mr. and Mrs. L. A. O'Gahany, at 1252 St. Charles street, from meningitis.

#### O. A. CLARK INJURED.

##### Mechanic In Southern Railway Shops Meets With Serious Accident.

O. A. Clark, a mechanic employed in the shops of the Southern railway, early this morning sustained a painful accident.

#### Ora Belle Laguire.

Ora Belle Laguire, the 11-months-old daughter of Mr. and Mrs. J. H. Laguire, died Saturday night at the family residence at Boulevard station, on the North Bessemer and South Ensley car line.

#### George W. Baker.

George W. Baker, aged 61, died Sunday morning at his home in Pratt City.

---

## LABOR DAY PLANS ABOUT COMPLETED

### Event to be Celebrated on a Large Scale

### LARGE CROWD EXPECTED

Many Organizations to Be in Line. Assistant Marshals Appointed. Charles P. Neill Speaks at East Lake.

Preparations for the celebration of Labor day, Monday, September 3, were practically completed at a meeting of the general committee yesterday morning in Trades Council Hall on Twentieth street.

#### Three Grand Divisions.

#### To Draw for Positions.

#### Assistant Marshals.

Chief Marshal John Horan yesterday announced his assistant marshals as follows: In. M. Edwards, first division; W. W. Bradbury, second division; Ed. Martin, third division; George Roan, aide to chief marshal.

#### The Prizes.

---

## "Putting Money Ahead Puts Worry Behind"

When you have your savings deposited in a perfectly safe bank like the Citizens Savings Bank, where every dollar loaned is amply secured by improved city realty mortgages or other high-class securities, you put worries behind you.

### CITIZENS SAVINGS BANK

2003 FIRST AVENUE. Birmingham.

---

## STRICT LAW APPLIES TO BIRMINGHAM PARKS

### Ordinance Prohibits Many Things in Order to Maintain Decorum and Protect Property.

An unusual interest is manifested in the law as it is observed by persons visiting the various parks of the city.

#### ENJOYABLE BANQUET.

### Southern Coffee Co. Entertains Jobbers and Traveling Men

The Southern Coffee company tendered a banquet to the jobbers and traveling men of Birmingham in their new building at 1625 Avenue A Saturday afternoon from 1 to 3 o'clock.

#### Officers Arrest Frank McGhee.

---

## DEPUTY KILLED IN CRAP GAME RAID

### Abernathy Dies Soon After He Was Shot

### CONFLICTING STATEMENTS

Shooting Occurred at Littleton—Two Negroes in Jail Charged With the Murder—Deputy Sheriff Abernathy Highly Esteemed.

Deputy Sheriff E. R. Abernathy of Blossburg, who was shot in raiding a negro crap game at Littleton about 1 o'clock yesterday morning, died from the wounds an hour later. He was shot in the breast and in the thigh.

#### Negroes Captured.

#### Abernathy Highly Respected.

#### American Guild.

---



## And Safety

This bank pays 4 per cent interest on savings and time deposits and compounds it semi-annually.

Its guarantees to depositors are sound and careful management, an exceptionally strong board of directors and total resources of $3,500,000.

## American Trust and Savings Bank.

First Avenue and Twentieth Street Birmingham, Ala.

### Safety and



# TAB 22

# REVISED ORDINANCES
## OF 1907-8

# Charter and Ordinances

OF THE

# City of Ann Arbor

*66591*

PRINTED BY AUTHORITY
OF THE COMMON COUNCIL.

COMPILERS:
J. W. DWYER
S. W. BEAKES

ANN ARBOR, MICHIGAN
1908

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

lots or premises, shall fail to come to the notice of the owner, owners, agent or agents thereof, and such notice has expired, or if such owner, owners, agent or agents shall not within thirty days make such connections, the city shall then cause such connections to be made, and the expense thereof shall be assessed upon the property for the benefit for which connection was made, and such assessment shall be a lien upon the said property nntil paid, and such lien shall have the same force and effect as is provided in case of other special assessments.

SEC. 19. This ordinance shall take effect and be in force from and after legal publication.

---

## PARKS.

### An Ordinance Relative to Parks, Boulevards and Lawn Extensions Within the City of Ann Arbor, Michigan.

(Passed October 7, 1907; approved October 16, 1907.)

*The Common Council of the City of Ann Arbor ordain:*

SECTION 1. No swine, goat, cattle or other animals excepting horses, shall be permitted on the roadways.

SEC. 2. No sleighs or sled shall be drawn on the roadways without sufficient number of bells attached to give warning of its approach.

SEC. 3. No fast driving or speeding permitted, except upon places set apart for the purpose.

SEC. 4. No placard, notice or advertisement of any kind or nature shall be distributed, posted or attached to anything movable or immovable on park or Boulevard property.

Digitized by Google     Original from UNIVERSITY OF MICHIGAN

SEC. 5. No driveway connecting the Boulevard with any premise shall be constructed except by special permit of the Board.

SEC. 6. No bicycle, wheelbarrow, handcart or other vehicle or any horse or other animal shall be permitted on the foot-walks, sidewalks, grass plats or planting places.

SEC. 7. No sport or exercise shall be indulged in that is liable to frighten horses, injure travelers or embarrass the passage of vehicles.

SEC. 8. No gambling shall be permitted.

SEC. 9. No booth, tent, stall or other structure shall be erected for any purpose, and no hawking or peddling shall be done or article or thing exposed for sale except by permission of the Board of Park Commissioners.

SEC. 10. Picnics may be held in such parts of the Parks as shall be designated for that purpose, subject to such regulations as may be made by the Board, but no refreshments of any kind shall be permitted to be sold or offered for sale in connection therewith; and no person shall join any picnics without the consent of the persons of whom it shall be composed, or shall in any manner disturb or interfere with the same.

SEC. 11. No indecent exposure of person, disorderly conduct, noise, riot or breach of the peace, nor the use of obscene language will be permitted.

SEC. 12. No person shall solicit passengers for hire excepting upon special permit of the Board.

SEC. 13. No person shall enter any building, enclosure or space upon which the words "no admittance" or similar sign is posted.

SEC. 14. No person shall stand, walk, ride or lie upon any place laid out and appropriated for shrub-

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

bery or grass when there shall have been placed thereon a sign forbidding the same.

SEC. 15.   No person wearing spiked or cleated shoes shall stand or walk upon any lawn or lawn extension in any public street.

SEC. 16.   No person shall fire or discharge any gun or pistol; carry fire-arms, kindle or build fires or throw stones or other missiles.

SEC. 17.   No person shall fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of an explosive character without written permission from the Board of Park Commissioners.

SEC. 18.   No dead carcass, ordure, filth, dirt, stone, wood, ashes, garbage, matter, substance or rubbish of any kind shall be placed or deposited in any public park or space.

SEC. 19.   No animal shall be tied to any tree, shrub, building or other park fixture in any public park, space or lawn extension, except as provided therefor.

SEC. 20.   No tree, shrub, or plant shall be plucked, broken, trampled or climbed upon, peeled, cut, defaced, removed, destroyed or injured in any manner.

SEC. 21.   No fence, bridge, building or other structure or property of any kind shall be defaced, cut, written upon, removed or in any manner injured or destroyed.

SEC. 22.   No person shall dig, remove or carry away any sward, sand, earth or material of any kind.

SEC. 23.   Intoxicated persons not permitted on Park property.

SEC. 24.   No person shall molest or in any manner disturb or annoy the fish or other animals which may be placed in any fountain, pool or basin in any public park or space.

Digitized by Google          Original from UNIVERSITY OF MICHIGAN

SEC. 25.  The driveways of the parks known as "Cedar Bend Park" and "The Glen" or "Cedar Bend Ave." are hereby set aside for the exclusive use of horses and light carriages.

SEC. 26.  No person or persons shall drive or propel any automobile or any other motor vehicle on the driveways of the parks known as "Cedar Bend Park" and "The Glen," or "Cedar Bend Ave."

SEC. 27.  The person or persons in charge of the public parks or spaces shall have and possess the powers of policemen, and it is hereby made the duty of such person or persons to observe that the provisions of this ordinance are strictly complied with, and to make complaint to the Justice Court for any violation of its provisions.

SEC. 28.  Any person violating any of the provisions of this ordinance shall be punished by a fine not exceeding fifty dollars for each offense, and on imposing such fine, the court may make a further sentence that in default of the payment of such fine, the offender may be imprisoned in the common jail for the County of Washtenaw until the payment thereof, for any period not exceeding thirty days.

This ordinance shall take effect and be in force on and after ten days from legal publication.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# TAB 23

Case: 25-2413, 04/22/2026, DktEntry: 44.5, Page 19 of 99



# CHARTER

### AND

## GENERAL ORDINANCES

#### OF THE

## CITY OF PORTLAND, OREGON

### IN FORCE APRIL 15, 1910

BY AUTHORITY OF

The Council of the City of Portland, Oregon

## 1910

482            GENERAL ORDINANCES OF

## ORDINANCE NO. 17196.

An Ordinance to prevent the disposition of bottles, rags, swill or other material of a similar nature at the crematory.

The City of Portland does ordain as follows:

**(Removal—Unlawful.)**

Section 1. That it shall be unlawful for any person to give, sell or dispose of in any manner whatever or take away or remove any bottles, rags, swill or any other material that is hauled to the crematory to be incinerated.

**(Penalty.)**

Section 2. Any person violating any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof before the Municipal Court shall be fined not less than twenty-five ($25.00) dollars, nor more than two hundred and fifty ($250.00) dollars, or by imprisonment in the city jail not less than ten (10) nor more than ninety (90) days.

Passed the Council, December 12, 1907.

December 24, 1907.

The foregoing Ordinance was submitted to the Mayor December 13, 1907, and not being approved by him or returned with his reasons for not approving it within ten days thereafter has therefore become a law as if he had approved it, as provided by Section 50 of the Charter.

<div align="right">

A. L. BARBUR,<br>
Auditor of the City of Portland.

</div>

## ORDINANCE NO. 17197.

An Ordinance prescribing Rules and Regulations governing the use of Public Parks and Plazas in the City of Portland.

The City of Portland does ordain as follows:

Section 1. That the following rules and regulations governing the use of Public Parks and Plazas in the City of Portland be and are hereby adopted:

**(Rules and Regulations.)**

Rule I. No person shall enter or leave any enclosed Public Park or Plaza except at the regular designated entrance.

Rule II. No person shall dig up, cut, break, remove, deface, defile, or illuse any building, structure, fence, sign, bush, plant, turf, rock, or other thing belonging to the parks or plazas of the City of Portland or have in possession any part thereof.

Rule III. No person shall throw any stone or other missile; or have in his possession or discharge any destructive weapon, fire-arm, firecracker, torpedo or fire works; or make a fire or throw or place upon the ground a lighted match, cigar, or other burning substance; or post, paint affix, or display any sign, notice, placard, or any advertising device; or except with written authority of the Park Board, engage in any business, sell or expose for sale or give away any goods, wares, or circulars; or set a trap for, snare, injure, or have in possession any wild animal or bird; or injure or disturb any bird's nest or eggs; or in any way annoy or injure any bird, or animal belonging to or in the keeping of the city.

Rule IV. No person shall within the limits of any park or plaza belonging to the City of Portland solicit any subscription or contribution; or make any political or other canvas; or solicit the acquaintance of or annoy another person or utter any profane, threatening abusive or indecent language or loud outcry; or drink any intoxicating liquor; or use or have in his possession any device or instrument of gambling; or do any indecent or obscene act. And further no person except by written authority of the Park Board shall preach or pray aloud or make any oration or harangue in any public park or plaza; or play upon any musical instrument; or move in any military or civic parade.

Rule V. No person shall stand or lie down upon a bench or go to sleep thereon, or sit,, stand, climb over or lie down upon any railing, balustrade, wall or fence.

Rule VI. No person owning or having the care or control of any dog shall suffer or permit such dog to enter the City Park and any police officer may take and impound any such dog found therein.

Rule VII. No person shall ride or drive any animal not well broken or under proper control over or upon any road or driveway within any public park or square within the City of Portland; and no person shall ride or drive therein any animal or vehicle at a speed greater than eight miles an hour.

Rule VIII. No vehicle other than pleasure vehicles shall be permitted in or upon any park, except such as may be employed by the City of Portland.

Rule IX. No person shall stop any animal or vehicle so as to obstruct any driveway or walk or crossing thereof; or so as to prevent the passing of other vehicles; or otherwise than length wise with a driveway and close to the side thereof.

484          GENERAL ORDINANCES OF

Rule X. No person having charge of an animal or vehicle shall allow the same to stand for more than twenty minutes or without a proper person in charge of the same; except that an animal hitched to a place provided therefor or to a weight of not less than 20 pounds may be allowed to stand unattended for not more than five minutes.

Rule XI. No animal attached to a vehicle or otherwise shall be hitched to a fence, tree, bush, or shrub in any public park or plaza.

Rule XII. No automobile or other vehicle propelled by other than animal power shall be allowed within any public park or plaza between the hours of sunset and eight o'clock A. M. on the day following.

Rule XIII. No person shall drive an automobile or other vehicle propelled by other than animal power within any public park at a rate of speed exceeding eight miles per hour; and upon approaching a crossing or intersection of ways and in turning a corner or a curve in any public park every person operating such vehicle shall signify such approach by sounding a bell gong, bugle or whistle.

Rule XIV. No automobile or other vehicle propelled by other than animal power shall be allowed within any public park or plaza except upon the driveways, and no such vehicle shall leave City Park by the Washington street entrance.

Rule XV. No person driving or operating an automobile or other vehicle propelled by other than animal power shall refuse to stop or move such vehicle when directed to do so by a police officer.

Rule XVI. Any improved park, plaza, or ground belonging to the City of Portland may be closed and visitors excluded therefrom after the hour of nine o'clock P. M. of each day.

RULE XVII. All persons visiting public parks or plazas of the City of Portland are expected to observe any reasonable direction of any police officer on duty in such park or plaza in the same manner as if such direction were embodied in a specific rule.

**(Penalty.)**

Section 2. Any person violating any of the rules given above is liable to a fine of not less than five dollars and not more than twenty dollars for each offense, or punishment by imprisonment in the city jail not less than five days nor more than twenty days.

Passed the Council, December 12, 1907.

Approved, December 14, 1907.

HARRY LANE, Mayor.

# TAB 24

Case: 25-2413, 04/22/2026, DktEntry: 44.5, Page 25 of 99

# THE COMPILED

# Charter and Ordinances

## OF THE

# CITY OF WATERBURY



PUBLISHED BY AUTHORITY OF THE CITY



PRESS OF
THE WATERBURY EVENING DEMOCRAT
1913

## AN ORDINANCE CONCERNING PARKS.

*Be it Ordained by the Board of Aldermen of the City of Waterbury:*

**§ 1. Animals in. Restriction de.** No domestic animals, except dogs, shall be permitted to enter or go at large in any of the public parks of the City of Waterbury, either with or without a keeper. Dogs must be held in leash by the owners, otherwise they may be killed by any park keeper, special constable or policeman.

**§ 2. Acts Prohibited.** No person shall pick any flowers, foliage or fruit, or cut, break, dig up, or in any manner mutilate or injure any tree, shrub, plant, grass, turf, railing, seat, fence, structure, or other thing in any of said parks, or cut, carve, paint, mark or paste on any tree, stone, fence, wall, building, monument, or other object therein, any bill, advertisement or inscription whatsoever.

\* **§ 3. Fireworks. Throwing Missiles.** No person shall carry or have any firearms in any of said parks, and no firearms shall be discharged from, or into any of the same. No stone or other missile shall be thrown or rolled from, into, within or upon any of said parks, except in such place as the Board of Public Works may designate as a ball field, in playing games in which a ball is used.

*\*G. S. 1285.*

**§ 4. Riding or Driving. Speed Regulation.** No person shall ride or drive on any road within any of said parks at a faster gait than eight (8) miles per hour, and this shall apply to the use of cycles.

**§ 5. Conduct. Regulation de.** No threatening, abusive, boisterous, insulting or indecent language, or ges-

308    ORDINANCES OF CITY OF WATERBURY.

ture, shall be used in any of said parks, nor shall any oration, harangue, or other public demonstration be made unless by special authority of the Board of Public Works.

**§ 6.  Sale of Articles in.  Regulated.**  No person shall expose any article or thing for sale in any of said parks, unless licensed therefor by said Board of Commissioners of Public Works.

**§ 7.  Bathing.**  No person shall bathe naked or otherwise in any water in, or adjacent to, any of said parks, or be naked within any of said parks, except in such places and subject to such regulations as the Board of Commissioners of Public Works may, from time to time, specially designate.

**§ 8.  Fires.**  No persons, unless by authority of said Board of Commissioners of Public Works, shall light, kindle, or use any fire in any of said parks.

**§ 9.  Riding and Driving.  Restrictions de.**  No person shall ride, or drive, upon the grass, lawns or foot paths of any of said parks.

**§ 10.  Animals, Birds, Etc.  Injuries to Forbidden.**  No person shall disturb or injure any bird, bird's nest or eggs, or any squirrel or other animal within any of said parks.

\*    **§ 11.  Fireworks.  Use of Prohibited.  Exception.**  No person shall discharge or set off, on or within any of said parks, any fire-crackers, torpedoes, rockets or other fireworks, except by license from the said Board of Commissioners of Public Works.

*\*G. S., Sec. 1286.*

**§ 12.  Removing Dirt, Etc., Prohibited.**  No person shall remove or dig up any dirt, stones, rock or other

thing whatsoever, make any excavation, quarry any stone, or lay or set off any blast, or cause or assist in doing any of said things, within any of said parks, without the special order or license of said Board of Commissioners of Public Works.

§ 13. Depositing Rubbish, Etc., Forbidden. No bottles, broken glass, ashes, waste paper, or other rubbish, shall be left in any of said parks, except at such a place or places as may be specially designated by the Board of Commissioners of Public Works.

§ 14. Vehicles Carrying Freight, Etc. Entry Forbidden. No cart, wagon, dray truck or other vehicle, carrying lumber, stone, brick, or any other goods, merchandise, or articles of freight, or which is commonly used for the carriage thereof, shall, except in the service of the Board of Commissioners of Public Works, enter any part of said parks.

§ 15. Hitching Horse to Trees, Etc. No horse shall be hitched to any shrub or tree in any of said parks.

§ 16. Automobiles and Motor Vehicles. No automobile or other motor vehicle shall be taken into or driven upon any of the public parks of said city.

* § 17. Penalty. Any person violating any section of this Ordinance shall forfeit and pay a penalty to the city of not more than twenty dollars.

* *Passed and adopted April 15, 1907.*
*Approved April 17, 1907.*

§ 18. Seats for Women. Reservation of. Whenever seats or benches shall be placed upon the "Green," so-called, duly marked and designated as reserved for wo-

310    ORDINANCES OF CITY OF WATERBURY.

men, no other person, unless accompanying a woman or women, shall occupy any of such seats or benches.

**§ 19. Penalty.** Any person violating the provisions of Section 18 of this Ordinance shall be fined not more than ten dollars ($10.00).

Passed and adopted August 19, 1907.
Approved August 21, 1907.

# TAB 25

Newspapers
by ancestry
https://www.newspapers.com/image/391564340/

The Times Leader (Wilkes-Barre, Pennsylvania) · Fri, Jul 12, 1907 · Page 2
Downloaded on Nov 19, 2024

...ure or disturb any bird's nest or eggs.

Section 4. No person shall commit any of the following acts within said parks or parkways, without the previously obtained consent of the Commission:

1. In any manner, pull, or break, any flower, fruit, plant, tree, grass, turf, pump or water fixtures, or other structure.

2. Carry or discharge any firearms or fireworks or send up any balloons.

3. Ride or drive any animal or vehicle at a speed exceeding eight miles per hour. This shall not apply to the vehicles of the Fire or Police Departments, Ambulances nor vehicles used by physicians when actually engaged in responding to emergency calls.

4. Keep or offer anything for sale.

5. Play any music.

6. Deliver any public speech.

7. Hold any public meeting or engage in any marching or driving, as members of a military, political or other organization.

8. Conduct any funeral procession or vehicles containing the body of a deceased person.

9. Solicit or invite passengers for hire for any boat or vehicle.

10. Build any fire.

11. Take ice from any park waters.

12. Fish in any park waters.

13. Enter any place where the words "No Admittance" or "Keep Off" shall be displayed.

14. Enter or leave except at the established ways of entrance and exit.

15. Occupy in any way the slopes of the river bank, except as a landing place.

16. Hold any picnic at a place not designated for that purpose.

17. Play base ball, tennis nor any other game or sport at a place not designated for that purpose.

18. Bathe in any place not designated by the Commission.

19. Violate the regulations relating to the use of any building or place.

20. Injure any notice posted by order of said Commission.

Section 5. Any persons violating any of...

Copyright © 2024 Newspapers.com. All Rights Reserved.

Newspapers
by ancestry
https://www.newspapers.com/image/391564340/

The Times Leader (Wilkes-Barre, Pennsylvania) · Fri, Jul 12, 1907 · Page 2
Downloaded on Nov 19, 2024



### RULES AND REGULATIONS

Section 1. The parks of the City of Wilkes-Barre are under the care and mastery of the Park Commission, and all persons who may visit the parks shall submit to the rules of the Park Commission.

The roadways in the parks shall be used by any vehicle except those employed for the purpose of pleasure or recreation and by pleasure-seekers on horseback.

The walks and foot-bridges shall be used exclusively by pedestrians, except that baby carriages, invalid chairs and children's carts may pass thereon, but loafing or prolonged standing shall not be allowed on the same.

This section shall not apply to vehicles used by order of the Commission.

Automobiles may be forbidden to run in all or part of any park or parkway at the option of the Commission, which shall in that case post legible notices at the entrances of said park or parkway.

The parks shall be closed from 12 o'clock midnight till sunrise, and all persons found lounging between these hours may be arrested for trespass.

Section 3. No person shall commit any of the following acts within the parks or parkways:

1. Commit any disorderly or immoral acts.
2. Be intoxicated, or have possession of or drink any intoxicating liquor.
3. Throw stones or missiles.
4. Utter loud, profane, offensive or indecent language.
5. Solicit the acquaintance of or annoy another person.
6. Play any game of cards, or chance, or have possession of any instrument of gambling.
7. Tell fortunes.
8. Beg.
9. Publicly solicit subscriptions.
10. Drive or lead a horse not well broken.
11. Allow any horse to run at large.
12. Throw, deposit or drain any offensive substance of any kind on or into any park, parkway, fountain, spring or other park waterway or deposit waste paper, fruit refuse, lunch baskets or other refuse in any place save the receptacles therefor.
13. Throw or place upon the ground a lighted match, cigar or other burning substance.
14. Sell any intoxicating liquors in any park or along any parkway.
15. Bathe in park waters without having the body concealed by suitable covering extending from the knees to the shoulders.
16. Write, paint or carve on any tree, bench or structure.
17. Climb any tree, or tie any horse to a tree, bush, shrub or fence.
18. Permit any animal except horses and dogs to enter said parks.
19. Obstruct in any way a roadway or path.
20. Lie down on a bench or go to sleep thereon.
21. Post or display any sign, notice, placard, banner or advertisement.
22. Injure or unnecessarily disturb any fish, water fowl, birds or animals, or injure or disturb any bird's nest or eggs.

Section 4. No person shall commit any of the following acts within said parks or parkways, without the previously obtained consent of the Commission:

1. In any manner, pull or break, any flower, fruit, plant, tree, grass, turf, pump or water fixtures, or other structure.
2. Carry or discharge any firearms or fireworks or send up any balloons.
3. Ride or drive any animal or vehicle at a speed exceeding eight miles per hour. This shall not apply to the vehicles of the Fire or Police Departments. Ambulances nor vehicles used by physicians when actually engaged in responding to emergency calls.
4. Keep or offer anything for sale.
5. Play any music.
6. Deliver any public speech.
7. Hold any public meeting or engage in any marching or driving, as members of a military, political or other organization.
8. Conduct any funeral procession or vehicles containing the body of a deceased person.
9. Solicit or invite passengers for hire for any boat or vehicle.
10. Build any fire.
11. Take ice from any park waters.
12. Fish in any park waters.
13. Enter any place where the words "No Admittance" or "Keep Off" shall be displayed.
14. Enter or leave except at the established ways of entrance and exit.
15. Occupy in any way the slopes of the river bank, except as a landing place.
16. Hold any picnic at a place not designated for that purpose.
17. Play base ball, tennis nor any other game or sport at a place not designated for that purpose.
18. Bathe in any place not designated by the Commission.
19. Violate the regulations relating to the use of any building or place.
20. Injure any notice posted by order of said Commission.

Section 5. Any persons violating any of the foregoing rules and regulations shall, upon conviction thereof before the mayor or any alderman of the city, be sentenced to pay a fine of not more than fifty dollars ($50), and the costs of prosecution, and in default of the payment thereof be imprisoned in the jail of Luzerne County for a period not exceeding thirty (30) days.

By order of the
WILKES-BARRE PARK COMMISSION.

Copyright © 2024 Newspapers.com. All Rights Reserved.

2    FRIDAY, JULY 12, 1907.    THE WILKES-BARRE RECORD.    FRIDAY, JULY 12, 1907.

## RECORD CITY BRANCHES.

### EMPLOYMENT WANTED.

### FOR SALE.

### LOST.

### STOLEN.

### REWARD.

### FOUND.

### DOGS FOR SALE.

### FINANCIAL.

### BONDS FOR SALE.

### SEALED PROPOSALS.

### MALE HELP WANTED.

### FEMALE HELP WANTED.

### AGENTS WANTED.

### HELP WANTED—BOTH SEXES.

### HORSES FOR SALE.

### HORSES WANTED.

### PIANOS FOR SALE.

### WANTED TO BUY.

### HOUSES FOR RENT.

### FLATS FOR RENT.

### ROOMS FOR RENT.

### OFFICES FOR RENT.

### STORE FOR RENT.

### COTTAGES FOR RENT.

### FOR RENT—MISCELLANEOUS.

### FOR SALE OR RENT.

### WANTED—TO RENT.

### REAL ESTATE FOR SALE.

### LUZERNE COUNTY COURT HOUSE

### FOR SALE—MISCELLANEOUS.

### FARMS FOR SALE.

### COTTAGES FOR SALE.

### MISCELLANEOUS WANTS.

### RULES AND REGULATIONS.

### BUSINESS OPPORTUNITIES.

### ROOM AND BOARD WANTED.

### DISSOLUTION OF PARTNERSHIP.

### REAL ESTATE.

### BIDS WANTED.

### RESORTS.

### REAL ESTATE FOR SALE.



EXTRA TO-DAY 2 FOR 1    EXTRA TO-DAY 2 FOR 1



## BEE HIVE
### THE UNDERSELLING STORE.

# FRIDAY
## BARGAIN BULLETIN





### Gloves
Greatest Bargain ever heard of, Fowne's Double Tip Silk Gloves, elbow length, in black, tan, white, mode, grey and navy blue,
**$1.49 Quality for $1.**

### Dress Skirts
Women's Cream Mohair Skirts, full pleated bottoms, with straps of same material,
**$4.98 Value For $3.49.**

| HOUSE DRESSES | CHILDREN'S DRESSES |
|---|---|
| Shirt Waist Suits in light madras, percales and seersuckers, tucked waist, full skirt. **$1.49 Value For 98c.** | Children's Dresses in percales and French madras, low or high neck, ages 2 to 6 years. **69c Value 48c.** |

### Children's Dresses
Children's Dresses in French ginghams, plain colors, plaids or stripes. Also natural linen, blouse, suspender or Russian style, ages 6 to 14 years.
**$1.25 Values. Special at 89c.**

| SKIRTS | GOWNS |
|---|---|
| Women's fine Muslin Skirts, lace or embroidery trimmed. **Special at 89c.** | Women's Muslin Night Gowns, high or low neck, nicely trimmed. **49c.** |

### Men's Underwear
Men's extra fine quality Balbriggan Underwear, all sizes.
**Special at 24c.**

| HOSIERY | HOSIERY |
|---|---|
| Children's Black Hose, narrow and wide ribbed, all sizes. **11c.** | Women's fine Gauze or Lace Hose, in white, tan or black. **23c.** |

### BELTS
White Embroidered Wash Belts, with steel or gilt buckles, 9c.

| RIBBED VESTS | CAPS |
|---|---|
| Women's good quality Ribbed Vests, lace trimmed neck, sleeveless. **10c.** | Children's white Lawn Caps, trimmed in lace and tucks. **23c.** |

### RIBBONS
Wide plaid Ribbons, all silk, just the thing for sashes and hat trimmings.
**To-day 19c.**










### RESORTS.
Miller Cottage and Annex
Columbia Hotel
NEW CLARION
The Frontenac
THE NEW LELANDE
HOTEL STERLING
Prosser House
The Albemarle

### REAL ESTATE FOR SALE.
Bank Savings Never Made a Millionaire, It Was Real Estate.

### This is Only a Reminder
that we BUY, SELL and RENT real PROPERTY, and insure it against FIRE.

## THE DENNISTON-CALLAHAN CO.,
"The Real Estate Men"

# TAB 26

# ORDINANCES

## OF THE

# CITY OF FLINT

## MICHIGAN



*Printed by Authority of the Common Council
of the City of Flint*

*Compiled by*
JOHN H. FARLEY, City Attorney
1925
FLINT, MICHIGAN

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

## ORDINANCE No. 109

AN ORDINANCE to Regulate and Prescribe the Use of the Parks, Boulevards and Other Public Places in the City of Flint.

*The City of Flint Ordains:*

SECTION 1. No person shall place any building or obstruction of any kind on any public park, public ground or boulevard within the City of Flint.

SECTION 2. No person shall take down, climb over, interfere with, disturb, displace, mar, deface or injure any rails, posts, chains or fences enclosing any public ground or park, or within the limits of any public boulevard within the City of Flint.

SECTION 3. No person shall play at any game or sport in any enclosed public park, ground or on any boulevard, except as hereinafter provided and excepted.

SECTION 4. No person shall climb, peel, cut, deface, remove, injure or destroy any tree in any public park or ground or on any boulevard within the City of Flint or tie or pasture any animal on the grass or in any public park ground or boulevard within said city.

SECTION 5. No person shall pluck, break, trample or interfere with any flower, plant or shrub in any public park, ground or boulevard.

SECTION 6. No person shall take, remove or carry away any sward, gravel, sand, turf or earth in any public park, ground or boulevard.

SECTION 7. No person shall place or deposit any dead carcass, filth, dirt, stone or other matter or substance on any public park, ground or boulevard.

SECTION 8. No person shall hang, post, place or put any bill, notice, sign, placard, carpet or other incumbrance on any tree, fountain, post, railing, fence or other erection in or surrounding any public park, ground or boulevard.

353

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

SECTION 9. No person shall wade into, or throw any wood, sand, stone or other substance into any basin, pool or fountain in any public park, ground or boulevard.

SECTION 10. No person or persons shall play at any game or games whatever in or upon any public park, ground or boulevard: *Provided, however,* That ball, cricket, lawn tennis and other games of recreation may be played upon such portion of the parks as may be designated and under such rules as may be prescribed upon first obtaining a permit from the Park Board.

SECTION 11. No person shall hawk or peddle any goods or articles of any nature or description within any of the public parks, grounds or boulevards without first obtaining a permit so to do from the Park Board.

SECTION 12. Picnics may be held in such parts of the parks upon permit as shall be designated for that purpose, subject to such regulations as may be made by the Board, and no refreshments of any kind shall be permitted to be sold or offered for sale in connection therewith except as hereinbefore provided, and no person shall join any such picnic without the consent of the persons of whom it shall be composed, or shall in any manner disturb or interfere with the same.

SECTION 13. No indecent exposure of person, disorderly conduct, noise, riot, or breach of the peace nor the use of obscene language will be permitted in any public park, ground or boulevard.

SECTION 14. No person shall stand, walk, ride or lie upon any place laid out and appropriated for shrubbery or grass when there shall have been placed thereon a sign forbidding the same in any public park, ground or boulevard.

SECTION 15. No person shall play upon any musical instrument, except by authority of the Park Board, nor carry or display any flag, target or transparency, and no person shall do or perform any act tending to congregate persons in any public park, ground or boulevard.

SECTION 16. No person shall fire or discharge any gun or pistol, carry fire arms, kindle or build fires, or throw stones or other missiles within any public park, ground or boulevard.

354

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

SECTION 17. No person over the age of fourteen years shall use any of the swings or teeters within the public parks, grounds or boulevards, or wherever the same may be placed by the Park Board for the use of children, and no person in the use of said swings and teeters shall stand in or upon the same.

SECTION 18. No person shall ride or drive on any of the walks or foot-paths of any public park, nor shall any person be allowed to drive or propel any automobile or other means of conveyance on any of the public parks of the said city at a greater rate of speed than five (5) miles per hour.

SECTION 19. The person or persons in charge of the public parks, grounds and boulevards, under authority of the Park Board of the City of Flint, shall have and possess the powers of policemen and it is hereby made the duty of such person or persons to enforce the observance of the provisions of this ordinance and upon violation of the provisions of this ordinance by any person to forthwith make complaint before one of the Justices of the Peace of the City of Flint.

SECTION 20. Any violations of the provisions of this ordinance shall be punished by a fine not exceeding $100.00 or imprisonment in the county jail not exceeding ninety days, or both such fine and imprisonment in the discretion of the court before whom the offender shall be tried.

Approved June 16th, 1908.

H. C. SPENCER,
*Mayor.*

355

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# TAB 27

Case: 25-2413, 04/22/2026, DktEntry: 44.5, Page 39 of 99

Case: 25-2413, 04/22/2026, DktEntry: 44.5, Page 40 of 99

Share

NEWSPAPER

# Image 6 of The evening times (Grand Forks, N.D.), September 21, 1908

Image provided by: **State Historical Society of North Dakota**

Link to the full image: https://www.loc.gov/resource/sn85042373/1908-09-21/ed-1/?sp=6

Section 2. No person shall commit any of the following acts within any of the parks of the above named district:

1. Ride or drive or guide or operate any vehicle upon any part of any park other than the roads provided for such purpose.

2. Ride or drive or operate or guide any vehicle in a reckless manner or at a rate which endangers the safety or comfort of other persons.

3. Be intoxicated or having intoxicating liquor in his possession.

4. Throw stones or missiles.

5. Utter loud, profane or indecent language.

6. Hunt, trap or in any manner catch, kill or injure any animal or bird.

7. Bathe in any water in or adjacent to a park except when properly clothed and in such place as may be designated by the board for this purpose.

8. Permit any animal to run at large.

9. Play any game of cards or chance or gamble in any manner.

10. Beg or tell fortunes or carry on any similar occupation.

11. Carry or discharge any firearm, airgun, sling shot or other similar weapon.

12. Write, paint or carve upon or otherwise deface any tree, structure, furniture or fixture, or displace any furniture or fixture.

13. Enter upon any portion of a

## LEGAL NOTICE

### Ordinance No. 7

An ordinance regulating the use of the parks of the park district of the city of Grand Forks, N. D.

Be it enacted by the park commissioners of the park district of the city of Grand Forks, N. D.:

Section 1. The provisions herein made are for the regulation of the parks of the park district of the city of Grand Forks, N. D., by the public and nothing herein contained shall operate to restrain or hinder the park commission, its members or employes in the performance of any duty pertaining to their office.

Section 2. No person shall commit any of the following acts within any of the parks of the above named district:

1. Ride or drive or guide or operate any vehicle upon any part of any park other than the roads provided for such purpose.

2. Ride or drive or operate or guide any vehicle in a reckless manner or at a rate which endangers the safety or comfort of other persons.

3. Be intoxicated or having intoxicating liquor in his possession.

4. Throw stones or missiles.

5. Utter loud, profane or indecent language.

6. Hunt, trap or in any manner catch, kill or injure any animal or bird.

7. Bathe in any water in or adjacent to a park except when properly clothed and in such place as may be designated by the board for this purpose.

8. Permit any animal to run at large.

9. Play any game of cards or chance or gamble in any manner.

10. Beg or tell fortunes or carry on any similar occupation.

11. Carry or discharge any firearm, airgun, sling shot or other similar weapon.

12. Write, paint or carve upon or otherwise deface any tree, structure, furniture or fixture, or displace any furniture or fixture.

13. Enter upon any portion of a park which may be temporarily closed to the public.

14. Hitch or fasten any horse except in such place as may be designated by the board for this purpose.

15. Leave any paper or refuse except in the receptacles provided therefor.

16. Hold any picnic except in such place as may be designated therefor.

17. Build any fire.

18. Injure or remove any notice posted by order of the commission.

19. Play any game except in a place designated for it by the commission.

20. Obstruct any roadway or path.

21. Be in any park after 11 p. m. or before 6 a. m.

Section 3. No person shall perform any of the following acts within any of said parks without first receiving permission therefor from the president of the board of commissioners or of some person authorized by the board, and such permission shall always be conditioned on the observance of all the regulations which may be made with reference to each case:

1. Keep or offer anything for sale.

2. Play any music.

3. Post or display any sign, banner or advertisement.

4. Hold any public meeting, deliver any public speech or participate in any parade or other public demonstration.

5. Solicit passengers for any vehicle for hire.

Section 4. Any person violating any of the provisions of this ordinance shall, upon conviction thereof, be subject to a fine of not more than $10 or by imprisonment in the county jail of Grand Forks county, N. D., for a term not exceeding 10 days.

Section 5. All ordinances and parts of ordinances inconsistent with this ordinance are hereby repealed.

Section 6. This ordinance shall take effect and be in force from and after its passage, approval and publication.

—W. P. Davies,
Vice Pres. and Acting President

Attest:
—W. V. O'Connor
Secretary and Clerk.

## CARNIVAL OPENS EARLIER

**Big Event to Commence on Monday Instead of Tuesday as Has Been Advertised.**

The dates of the street carnival to be held in Grand Forks have been changed, the event to open one day earlier than advertised. This will result in the carnival being opened on the afternoon of William Taft's visit to the city. In consequence of the fact that the carnival opens a day earlier, or on September 28, it will be closed on Friday.

PAGE SIX.　　　THE EVENING TIMES, GRAND FORKS, N. D.　　　MONDAY, SEPTEMBER 21, 1908.

## GIRLS ORGANIZED A BUCKET BRIDGE AT FIRE

### Walhalla Young Ladies Show Their Ability by Assisting Department

During the progress of a fire Sunday morning in Walhalla, which for a time threatened to destroy a large portion of the business district, the young ladies of the city formed a bucket brigade, rendering valuable aid in extinguishing the flames. The fire was becoming dangerous when the ladies decided on the organizing of a bucket brigade. They handled the buckets filled with water in a rapid fashion, and did a great deal towards stopping the progress of the fire which had already done a large amount of damages.

The origin of the fire is unknown. Two buildings were destroyed, being occupied by Mrs. M. L. Stafford, milliner and William Campbell, confectioner. A third building, occupied by William Beaudry was damaged considerably.

The fire commenced at 1:30 o'clock, and driven by a high wind, gained rapidly. The Campbell and Stafford buildings were completely destroyed, while the Beaudry building was badly scorched. The fire department received the assistance of the citizens in putting out the fire, the girls taking part in the fight also.

There was $350 in insurance on the Campbell building and $200 on the stock. On the Stafford building $550 in insurance was carried while $450 was carried on the stock.

## EMPIRE THEATRE

### MONDAY AND TUESDAY, SEPT. 21-22

The Most Famous Olympian Gymnasts in the World

## THE FOUR NIGHTONS

Monday and Tuesday Only---In addition to the regular program. The Four Nightons will give only one performance each evening. Their act goes on at 8:45.

### Prices---10, 20 and 30 Cents

## The Ideal Stopping Place

Model fireproof structure. No better furnished hotel in the west.

All the latest improvements and conveniences and located in the very business center.

Hotel Dacotah has always enjoyed an enviable reputation for its high standard—both as to the character of its guests and the excellence of its cuisine.

Large sample rooms. Most home like lobby in the city. Meet your U. C. T. friends there. An ideal stopping place the year round. Rates $2.00 to $4.00 per day.

## HOTEL DACOTAH
### GRAND FORKS, · NORTH DAKOTA

## HAD LONG HUNTING TRIP

Clarence Sheppard and E. M. Stimson Cover 600 Miles by Team—Arrived Saturday Night.

Clarence Sheppard and E. M. Stimson arrived in the city Saturday evening after a hunting trip which has extended over about three weeks, they leaving Grand Forks on the opening day of the season and have been hunting ever since. During the three weeks they have covered a large amount of territory, driving from Grand Forks up to the Turtle mountains in McHenry county. In all they covered about 600 miles by the team route. They had a complete camping outfit with them, pitching their camp every night. The horses were shipped back home from Berwick.

## HAD BAD AUTO ACCIDENT

Attorney T. S. Becker's Car Burned When Overturned on Hill—Occupants Escape.

Attorney T. S. Becker of Williston had a rather exciting automobile accident in McKenzie county while enroute from Shaffer to Williston. He has been in attendance at the preliminary hearing in the McKenzie county murder case and with the stenographer was enroute home in the auto. They had made good time but got a late start, darkness overtaking them. In attempting to climb a hill the machine went shore on power, the car starting backwards, going into the ditch and overturning. Both occupants escaped with minor bruises but the auto caught fire and was completely destroyed. An insurance of $1,000 was carried.

Attorney Becker and his companion were obliged to walk about nine miles to shelter.

### Help Wanted.

A young man who has had some experience in the printing business can secure a steady position by calling on the Times news room foreman.

## EXTRA VOTE OFFER CLOSED SATURDAY NIGHT

### Only Three More Weeks Are Left of the Big $3,000 Contest

The extra vote offer which closed last night, resulted in bringing to the lead, candidates who have heretofore occupied a much less conspicuous position, but who by their seal and enthusiasm had no trouble in securing enough votes to bring them much nearer the coveted goal.

But although the extra vote offer has closed, the daily polling of votes does not let up one whit. Many of the contestants have increased their vote totals quite materially.

Those who are thinking of subscribing for the Times or renewing their subscriptions should look over the list of candidates in the contest and then turn in their subscriptions and give the votes allowed to their favorites.

Nothing will please a candidate in this race more than a few thousand votes.

But while the extra vote offer has closed, there is still three more weeks of the contest, and of course three weeks are going to tell the story and mean success or failure to all the candidates. And it is up to the candidates themselves to decide which it shall be. A great many of the contestants have gone far on the road to victory during the special vote offer, but still no one is so far in the lead that the others cannot easily catch up.

The first few weeks of a contest of this kind are only the start, and it takes that long to get all the people interested, but now that they have become interested it is an easy matter to get votes. Just let them know you are in the race to win and you will see how nobly they will rally to your aid.

Tell your friends and acquaintances about the prizes for which you are working. Get those who have not already done so to come down to the Times office and look at the $500 piano, and at the hundred dollar diamond rings, and then tell them about the thirty horse power touring car which will be here in a few days, or if you are ambitious and want to go to business college or to study music, enthusiastic they will become for you to have what you wish and they will be glad to help you win whatever you have set your heart upon.

Three weeks work is not much but you will be surprised to see how much you can accomplish in that time if you do your best.

## PLAN FOR TAFT'S COMING

Taft-Sherman Club of Grand Forks Will Make Arrangements at First Meeting Tonight.

The first meeting of the recently organized Taft-Sherman club will be held this evening in the Grand Forks county court house at which time plans for the reception of William Howard Taft candidate for president of the United States, on his visit here next Monday afternoon will be made. There will also be the enrollment of new members and the gathering should be a very large one.

The plans for William Taft's visit in the city are maturing rapidly, and indications are that the Republican standard bearer will be given a great reception in this city.

The Grand Forks county central committee is engaged in sending out notices to all sections of the state and this should result in many thousands of loyal Republicans and others coming here to hear the speaker.

## MAY HAVE SOME TROUBLE

Red River at Very Low Stage—Boats Will Experience Difficulties if It Drops Much More.

The water in the Red river is at present at a very low stage and is still going down as a result of the continued dry weather. The Red River Transportation company, operating a line of boats on the river, has not had much trouble as yet from the low water but if it gets much lower, there may be considerable difficulty in making the trips. The company has been doing an immense business this fall and the falling of the water below the point of allowing navigation would mean considerable of a loss to the concern.

### ENJOYED THE HUNT

Party at Rock Lake Had a Fine Time Hunting.

Rock Lake Ripples: Ed. Lakeman, Stanley Hubley, Sam Brown and C. E. Sorlie, a Grand Forks shoe merchant, formed a jolly hunting party at Rock Lake last week and the first of this week. The party went to Fish Lake, intending to spend their outing at that place, but as there was no hunting or fishing, changed their plans and drove over to Rock Lake. They had a very successful trip, bagging 373 ducks and 75 chickens. Mr. Sorlie caused considerable excitement when he shot a large pelican; Stanley was found with his head stuck into a clump of bushes about a quarter of a mile down the lake and Ed. was pulled out from under a hay stack. Sam Brown found a pair of waders, he also claims he found a "penticaster" but couldn't get it. The party entertained Walter Hill, son of J. J. Hill, and Dr. Thompson of St. Paul and Dr. Crovers and Postmaster Daily of Devils Lake at their camp Sunday and Monday. They all report an excellent time.

## BIG BAPTIST CONVENTION

Annual State Gathering Will be Held in Fargo Commencing on Tuesday Morning.

The delegates to the twenty-fifth annual gathering of the North Dakota Baptist association from the First Baptist church of Grand Forks will leave the city tomorrow for Fargo to be in attendance, the convention opening in the morning and continuing four days.

Especial interest is centered in the array of speakers from outside of the state which is announced as follows: Rev. L. C. Charles, D. D., of New York, field secretary of the Home Mission society.

Rev. J. A. Francis, D. D., of New York, national evangelist of the Home Missionary society.

Rev. John M. Moore, D. D., of Boston, secretary of the Young People's Forward Movement in Missions.

Rev. George T. Webb, D. D., national secretary of the B. Y. P. U. A.

Rev. Joe P. Jacobs of Kansas City, district secretary of the American Baptist Publication society.

Rev. D. D. Proper, D. D., district secretary of the American Baptist Home Mission society.

Harry W. Jones, Esq., of Minneapolis, who will represent the Baptist Brotherhood movement.

Rev. H. W. Tilden, D. D., of Pierce, S. D.

Rev. Frank Peterson, D. D., of Minneapolis, district secretary of the Missionary union.

## REMOVAL CASE IN COURT

Case Involving Removal of County Seat From Rolla to Rolette Up Tuesday.

The matter of the removal of the county seat of Rolette county will come before Judge Templeton in the district court at Devils Lake Tuesday. At that time the order to show cause, issued some time since by Judge Cowan, will be returnable and the county commissioners and auditor of Rolette county will be compelled to show cause why the proposition of removing the county seat from Rolla to Rolette will not be placed on the general election ballot in November.

Because of the proceedings in the supreme court, the hearing in Devils Lake tomorrow may be adjourned. The supreme court case comes up on Friday at Bismarck. Judge Templeton and Attorney Geo. A. Bangs, the latter appearing for Rolette, will leave this city for Devils Lake Tuesday morning.

## HOLD UNMAILABLE MATTER

People Persist in Mailing Tinsel Cards on Which Additional Postage is Collected.

The Grand Forks postoffice, and in fact every postoffice, still continues to find tinseled postal cards in the mail, although every effort is being made to tell the people that such matter is unmailable. Tinseled cards have caused the officials considerable trouble. This morning fourteen were taken from the local mails, the addressee being sent a card telling of the mailing of the card and asking that a 2-cent stamp be forwarded in order that the card can be delivered. Thus it costs the person to whom such a card is sent, four cents to secure it.

## EAST GRAND FORKS

### Here From Euklneck.
Emil Omang of Makinock is in the city today for a visit with friends.

### Gone to Key West.
Mrs. L. B. Hiler has gone to Key West where she will visit for several days with relatives.

### Pay Day.
Today is pay day on the Northern Pacific and all in the city share in the festive occasion.

### Entertained.
Mr. and Mrs. Patrick Sullivan entertained in honor of Mr. and Mrs. T. M. Connoly who leave Thursday for their home at Spokane, Wash.

### Here for Week.
Miss Vivian Jarvis returned to her home at Fisher after a week's visit in this city with friends.

### Left for Home.
Mrs. John Gieffer, who has been spending several days at the home of J. C. Sherlock, has left for her home at Saskatchewan, Saskatoon, Can.

### Gone to Columbus.
Mr. and Mrs. Timothy Ryan and daughter have gone to Columbus, Ohio, where they will visit with relatives.

### Funeral Held.
The funeral of Mrs. Nordlund was held from the Swedish Lutheran church at 4 o'clock yesterday afternoon.

### New Fixtures.
New fixtures are being installed by the Minnesota Brewing company in the new Hagen building which has been leased by the brewing company.

### Sheriff to Be.
Sheriff Daniels to be, was the recipient of much congratulation this morning on his success at the recent primary election in receiving the nomination for sheriff. Mr. Daniels spent the morning in East Grand Forks attending to business matters and left for Crookston on the noon train.

### Bound Over.
G. W. Murphy, charged with larceny, William Johnson claiming that he stole $10 from him was bound over to the district court by decision of Judge Sullivan today, which was rendered after taking the matter under advisement. There was some question as to Murphy's guilt at first, but later developments investigated showed that the man was guilty and he was bound over on $100 bonds which he failed to furnish and therefore was taken to the county jail at Crookston.

## JOHN KETTER WAS LAID TO REST TODAY

### Funeral of Aged Resident Was Held This Morning From Sacred Heart Church

The funeral of John J. Ketter took place this morning from the Sacred Heart church at 10 o'clock, largely attended by relatives and sorrowing friends of the prominent resident of this city. Mr. Ketter breathed his last Saturday afternoon after an illness of several weeks of complications combined with old age.

Mr. Ketter came to this country from Luxemburg in 1882, locating in Acton, N. D. In 1898 Mr. Ketter came to this city and since that time has resided here at the home on North Fourth street. The deceased leaves besides a sorrowing widow, one son, Nick Ketter, and six daughters, Mrs. Hugh Dunlevy, Mrs. John Vosler, Mrs. C. A. Brown of Edgemont, S. D., Sister M. Paul of Duluth and Mary Ketter.

As he died, so did he live. He was a man of sterling character and strong personality. He was true to what he believed was right and just, and once the convictions were established, he held to them with tenacity. Strong men learned to admire him for his nobleness of character and friend and foe alike found in himself to be admired and respected. As the shadows lengthened and the twilight of his life settled on him, he composed his soul for the destiny which he knew was his. Increasing years made sweeter the soul of the aged man, and realizing that his work was done, he awaited the final summons. His life was full of deeds of kindness and ministrations of love and mercy.

### Sheriff Here.
Sheriff Gonyea is in the city today from Crookston to attend to business matters.

### Infant Dies.
The infant child of Mr. and Mrs. Patrick Powers living near this city died this morning.

### Here From Honeyford.
Ole Quistine of Honeyford is spending the day in the city attending to business matters.

### LEGAL NOTICE

#### Ordinance No. 7

An ordinance regulating the use of the parks of the park district of the city of Grand Forks, N. D.

Be it enacted by the park commissioners of the park district of the city of Grand Forks, N. D.:

Section 1. The provisions herein made are for the regulation of the parks of the park district of the city of Grand Forks, N. D., by the rules and nothing herein contained shall operate to restrain or hinder the park commission, its members or employes in the performance of any duty pertaining to their office.

Section 2. No person shall commit any of the following acts within any of the parks of the above named district:

1. Ride or drive or guide or operate any vehicle upon any part of any park other than the roads provided for such purpose.

2. Ride or drive or operate or guide any vehicle in a reckless manner or at a rate which endangers the safety or comfort of other persons.

3. Be intoxicated or having intoxicating liquor in his possession.

4. Throw stones or missiles.

5. Utter loud, profane or indecent language.

6. Hunt, trap or in any manner catch, kill or injure any animal or bird.

7. Bathe in any water in or adjacent to a park except when properly clothed and in such place as may be designated by the board for this purpose.

8. Permit any animal to run at large.

9. Play any game of cards or chance or gamble in any manner.

10. Beg or tell fortunes or carry on any similar occupation.

11. Carry or discharge any firearm, airgun, sling shot or other similar weapon.

12. Write, paint or carve upon or otherwise deface any tree, structure, furniture or fixture, or displace any furniture or fixture.

13. Enter upon any portion of a park which may be temporarily closed to the public.

14. Hitch or fasten any horse except in such place as may be designated by the board for this purpose.

15. Leave any paper or refuse except in the receptacles provided therefor.

16. Hold any picnic except in such place as may be designated therefor.

17. Build any fire.

18. Injure or remove any notice posted by order of the commission.

19. Play any game other than in a place designated for it by the commission.

20. Obstruct any roadway or path.

21. Be in any park after 11 p. m. or before 5 a. m.

Section 3. No person shall perform any of the following acts within any of said parks without first receiving permission therefor from the president of the board of commissioners or of some person authorized by the board, and such permission shall always be conditioned on the observance of all the regulations which may be made with reference to each case:

1. Keep or offer anything for sale.

2. Play any music.

3. Post or display any sign, banner or advertisement.

4. Hold any public meeting, deliver any public speech or participate in any parade or other public demonstration.

5. Solicit passengers for any vehicles for hire.

Section 4. Any person violating any of the provisions of this ordinance shall, upon conviction thereof, be subject to a fine of not more than $10 or by imprisonment in the county jail of Grand Forks county, N. D., for a term not exceeding 10 days.

Section 5. All ordinances and parts of ordinances inconsistent with this ordinance are hereby repealed.

Section 6. This ordinance shall take effect and be in force from and after its passage, approval and publication.

—W. P. Davies, Vice Pres. and Acting President.

Attest: —W. V. O'Connor, Secretary and Clerk.

## CARNIVAL OPENS EARLIER

### Big Event to Commence on Monday Instead of Tuesday as Has Been Advertised

The dates of the street carnival to be held in Grand Forks have been changed, the event to open one day earlier than advertised. This will result in the carnival being opened on the afternoon of William Taft's visit to the city. In consequence of the fact that the carnival opens a day earlier, or on September 24, it will be closed on Friday.

## METROPOLITAN THEATRE

### One Night MONDAY, SEPT. 21st

### Back Once More

Third engagement of Kirk La Shelle's big production of Henry Blossom's Comedy

## "CHECKERS"

With the Same Cast, Headed by Hans Roberts and Dave Braham, Junior.

This is the same company seen here before and the only one which has ever presented this fascinating racing play with a record of 14 different engagements in New York.

### Prices—$1.50, $1.00 75c, 50c

## METROPOLITAN THEATRE

### Thursday, Sept. 24

H. H. FRAZEE Presents
The Popular Comedian
### Mr. James J. Corbett
In the Successful Comedy in Three Acts
## "Facing the Music"
Supported by a Company of Unusual Excellence.

### Prices, $1.00, 75c, 50c, 25c

## SOUTH END Meat Market
BURTON & ALLEN, Props.

We sell choice meats at lowest prices for cash only.

Telephones { Northwestern 8295. Tri-State 123L.

## East Side JEWELER
Will Open a New Stock on or About
### MONDAY, SEPTEMBER 21
SAM WISEMAN, Proprietor, DeMers Avenue.

## LENOX HOTEL
### FURNISHED ROOMS BY DAY or WEEK
Sam Olson, Prop.
DeMers Avenue, East Grand Forks, Minn.

## COLUMBIA Hotel and Restaurant
American and European Plans
RATES 35 to $1.50
Seventy-five Furnished Rooms
OPEN DAY AND NIGHT
Oscar Knudson, Prop.

## NEW YORK HOTEL and Restaurant
MATHESON & KORING
European Plan.
MEALS AT ALL HOURS
All Delicacies of the Season.
OPEN DAY AND NIGHT
Steam Heated.



Fresto and Weyman in the College Boy's Eccentricities, at the Empire Theatre this week.

"KEEP YOUR EYE ON THE MACHINE." The chilly, uncertain days of Fall are a good time to keep your eye on your "digestive machinery." Fortify yourself against bowel disorders by eating

## SHREDDED WHEAT BISCUIT

with hot milk and cream every morning for breakfast. Sweetens and cleanses the stomach and keeps the bowels healthy and active. Your grocer sells it.

Heat in Oven Before Serving.

# TAB 28

Newspapers
by ancestry
https://www.newspapers.com/image/513696339/

The La Crosse Tribune (La Crosse, Wisconsin) · Sat, Jun 12, 1909 · Page 4
Downloaded on Nov 19, 2024

## Rules and Regulations of the Parks of the City of La Crosse, Wisconsin.

Rule I—No person shall enter or leave any enclosed public park or plaza except at the regular designated entrances.

Rule II—No person shall dig up, out, break, remove, deface, defile or ill use any building, structure, fence, sign, bush, plant, turf, rock or other thing belonging to the parks or plazas of the city of La Crosse or have in possession any part thereof.

Rule III—No person shall throw any stone or other missile; or have in his possession or discharge any destructive weapon, firearm, firecracker, torpedo, or firework, or make a fire or throw or place upon the ground, a lighted match, cigar or other burning substance; or post, paint, affix or display any sign, notice, placard or any advertising device or, except with written authority of the park board, engage in any business, sell or expose for sale or give away any goods, wares or circulars; or set a trap for, snare, injure or have in possession any wild animal or bird; or injure or disturb any bird's nest or eggs; or in any way annoy or injure any bird or animal belonging to or in the keeping of the city.

Rule IV—No person shall with-

Copyright © 2024 Newspapers.com. All Rights Reserved.


https://www.newspapers.com/image/513696339/

The La Crosse Tribune (La Crosse, Wisconsin) · Sat, Jun 12, 1909 ·
Page 4
Downloaded on Nov 19, 2024

## PARK RULES ARE ADOPTED BY BOARD

### Session this Afternoon Acts Approvingly on Iwerson's Suggestions for Set of Rules

At a meeting this afternoon the board of park commissioners adopted the following set of park rules which had been drawn up and submitted by Park Superintendent Iwerson, to govern all La Crosse parks:

**Rules and Regulations of the Parks of the City of La Crosse, Wisconsin.**

Rule I—No person shall enter or leave any enclosed public park or plaza except at the regular designated entrances.

Rule II—No person shall dig up, out, break, remove, deface, defile or ill use any building, structure, fence, sign, bush, plant, turf, rock or other thing belonging to the parks or plaza of the city of La Crosse; or assist in possession any part thereof.

Rule III—No person shall throw any stone or other missile; or have in his possession or discharge any destructive weapon, firearm, firecracker, torpedo, or firework, or make a fire or throw or place upon the ground, a lighted match, cigar or other burning substance; or post, paint, affix or display any sign, notice, placard or any advertising device or, except with written authority of the park board, engage in any business, sell or expose for sale or give away any goods, wares or circulars; or set a trap for, snare, injure or have in possession any wild animal or bird; or injure or disturb any bird's nest or eggs; or in any way annoy or injure any bird or animal belonging to or in the keeping of the city.

Rule IV—No person shall, within the limits of any park or plaza belonging to the city of La Crosse, solicit any subscription or contribution, or make any political or other canvass; or solicit the acquaintance of or annoy another person, or utter any profane, threatening, abusive or indecent language or loud outcry; or drink any intoxicating liquors; or use or have in his possession any device or instrument of gambling; or do any indecent or obscure act. And further, no person except by written authority of the park board, shall preach or pray aloud or make any oration or harangue in any public park or plaza; or play upon any musical instruments; or move in any military or civic parade.

Rule V—No person shall stand or lie down upon a bench or go to sleep thereon; or sit, stand, climb over, or lie down upon any railing, balustrade, wall or fence.

Rule VI—No person owning or having the care or control of any dog shall suffer or permit such dog

to enter the city parks except attached to a line, rope, etc.

Rule VII—No person shall ride or drive any animal not well broken or under proper control over or upon any road or driveway within any public park or square within the city of La Crosse; and no person shall ride or drive therein any animal or vehicle at a speed greater than eight miles an hour.

Rule VIII—No vehicle other than pleasure vehicles shall be permitted in or upon any park, except such as may be employed by the city of La Crosse.

Rule IX—No person shall stop any animal or vehicle so as to obstruct any driveway or walk or crossing thereof; or so as to prevent the passing of other vehicles; or otherwise than lengthwise with a driveway and close to the side thereof.

Rule X—No person having charge of an animal or vehicle shall allow the same to stand for more than twenty minutes or without a proper person in charge of the same; except that an animal hitched to a place provided therefor or to a weight of not less than 20 pounds may be allowed to stand unattended for not more than five minutes.

Rule XI—No animal attached to a vehicle or otherwise shall be hitched to a fence, tree, bush or shrub in any public park or plaza.

Rule XII—No automobile or other vehicle propelled by other than animal power shall be allowed within any public park or plaza between the hours of sunset and eight o'clock a. m. of the day following.

Rule XIII—No person shall drive an automobile or other vehicle propelled by other than animal power within any public park at a rate of speed exceeding eight miles per hour and upon approaching a crossing or intersection of ways and in turning a corner or a curve in any public park every person operating such vehicle shall signify such approach by sounding a bell, gong, bugle or whistle.

Rule XIV—No automobile or other vehicle propelled by other than animal power shall be allowed within any public park or plaza except upon the driveways.

Rule XV—No person driving or operating an automobile or other vehicle propelled by other than animal power shall refuse to stop or move such vehicle when directed to do so by a park police officer.

Rule XVI—Any improved public park, plaza, or ground belonging to the city of La Crosse may be closed and visitors excluded therefrom after the hour of nine o'clock p. m. of each day.

Rule XVII—All persons visiting public parks or plazas of the city of La Crosse are expected to observe any reasonable direction of any park employe, or police officer on duty in such park or plaza in the same manner as if such direction

were embodied in a specific rule.

Penalty.—Any person violating any of the rules given above is liable to a fine of not less than five dollars ($5.00) nor more than twenty dollars ($20.00) for each offense, or punishment by imprisonment in the city jail not less than five days nor more than twenty days.

La Crosse, Wis., June 1, 1909.
BOARD OF PARK COMMISSIONERS.

### NORTH SIDE IN BRIEF

Miss Kate Kohl of Caledonia is the guest of Miss Ruth Graake at 833 Rose street.

Mrs. B. Gunderson will entertain the Ladies' Aid society of the Trinity Lutheran church, Tuesday afternoon, at the church parlors.

Mrs. Allen Chaberg and daughter of S. Dakota, are visiting at the home of A. O. Black, 1319 Livingston street.

The Men's Society of the Charles Street Lutheran church were entertained Friday evening by the Markling brothers.

Mr. and Mrs. T. J. Felner, 1620 George street have returned from a trip to Winona.

Chauncey Morley of Viroqua, Wis., is visiting at the home of F. A. Morley, 1437 Charles street.

The "Cradle Roll" held at the Caledonia Street M. E. church Thursday afternoon was attended by about twenty babies and their mothers. A short program was rendered after which refreshments were served.

Misses Anastasia and Bernice Felner, 1620 George street, have returned from Winona.

Miss Della Miller of St. Paul is visiting at the home of her grandparents, Mr. and Mrs. G. J. Snell, 1802 Charles street.

Miss Evelyn Huntley is in the city from Bangor to spend Sunday.

Mr. George Felzer, 1620 George street, has returned from Winona, Minn.

Mr. Arthur Miller of St. Paul is visiting relatives in the city.

Mr. Wm. Hanson, car clerk at the "O" has returned from a business trip to Calvert.

### WRECKER SENT TO HOLD UP BRIDGE

Incessant rains of the past week are causing trouble with the railroads in the southern part of the state. The little streams are rising rapidly and the necessary precautions are being taken by the railroad companies. Yesterday the wrecking outfit of the Burlington was sent to Prairie du Chien to raise one of the bridges in that vicinity which threatens to be washed out if the water in the stream continues to rise. At Lynxville the axle of one of the driv-

---

## NELSON'



### HERE'S THE B

| | | |
|---|---|---|
| $65.00 Seamless French Wilton 9x12 | $55.00 | $25.00 |
| $60.00 Seamless French Wilton 9x12 | $50.00 | $25.00 |
| $55.00 Seamed French Wilton 9x12 | $45.00 | $22.50 |
| $42.00 Wilton, 9x12, at | $36.00 | $22.50 |
| $40.00 Wilton, 9x12, at | $34.00 | $20.00 |
| $37.50 Wilton, 9x12, at | $32.50 | $19 and |
| $35.00 Wilton, 9x12, at | $29.50 | $17.00 |
| $32.50 Seamless Wilton 9x12, at | $25.00 | $16.00 |
| $30.00 Axminster, 9x12, at | $24.00 | $15.00 |
| $27.50 Axminster, 9x12, at | $22.50 | $14.00 |
| $25.00 Axminster, 9x12, at | $19.00 | $13.50 |
| $27.50 Body Brussels, 9x12, at | $21.00 | $12.00 |


OUT OF THE HIGH
RENT DISTRICT
SAVE THE
DIFFERENCE

## NE

## NE

---

## You Will to Know

...ave met this pianist you ...not having known him ...many ways, he is the ...anist in the world. He can ...practically every piece ...ver written, for in his ...000 pieces.

...this pianist's playing ...tion." Edward Grieg said ...e and interesting." Dr. ...s, "Even the thought of ...lmost like a fairy tale." ...own author and musical ...nitely preferable to the ...fted amateur."

He is anyone who owns a

## a Piano

...ANO in your home you ...laying as is ordinarily ...and you can hear it when ...rthermore you may your ...l thus enjoy the greatest ...ord—the pleasure of per-

...d look over our stock. Don't ...buy because you ask us to ...

...ance we carry and are al...em.

...to play your favorite



...eithold,

...ain Street.

Copyright © 2024 Newspapers.com. All Rights Reserved.

THE LA CROSSE TRIBUNE — SATURDAY, JUNE 12, 1909.

# THE COMPLETE NEWS OF THE NORTH SIDE TODAY

## CARNIVAL CLOSES SUCCESSFULLY HERE

### Kline Company Ends Week Show Midst Crowds and the Clink of Money

#### DO A THRIVING BUSINESS

Despite Rainy Weather at Opening Success Has Attended the North Side Show

Tonight marks the close of one of the most successful carnivals which the North Side Amusement association has ever secured.

The weather during the first part of the week was rather unfavorable and the rain was incessant, but in spite of this the carnival did good business. The latter part of the week has been excellent for showing purposes and the crowds which have thronged the streets nightly have been enormous.

All the entertainments report that they have showed to good business while in the city. The animal show which was tied up here by the Milwaukee railway was put on for the first time last evening. The show consists of a large number of animals which have been well trained and are handled by capable men.

The little Russian prince seems to be the favorite with the feminine show-going public, probably because he so openly admits that he is looking for one of the famous American beauties who want to annex a title in return for some cash. His matrimonial proclivities probably arouse the curiosity of the fair sex. The little Russian prince, is not very handsome but he says he has the title.

The carnival company will leave tomorrow for Aberdeen, South Dakota where they will show next. The many friends of the Kline company will have another opportunity of seeing the shows the last week in August when they will show in Winona.

#### JUNE FESTIVAL.

The annual June festival of the United Trinity Lutheran church will be held June 18. At the present time the success of the affair seems to be assured. The committee on arrangements is composed of O. R. Julsberg, Andrew Olson, Annie Juerson, Edward Drake, Christ Hammersborg, Ed Knutson, O. Semmingson and Nels Munkebye.

Mrs. Ed. Wheeler, 827 Rose street, is seriously ill.

## A Pianist You Will Be Glad to Know



WHEN you have met this pianist you will regret not having known him sooner. In many ways, he is the greatest pianist in the world. He can play for you practically every piece of music ever written, for in his repertory are over 15,000 pieces.

Paderewski has heard this pianist's playing and says, "It is perfection." Edward Grieg said it was "Most admirable and interesting." Dr. Richard Strauss writes, "Even the thought of it still appears to me almost like a fairy tale." Gustav Kobbe, well-known author and musical critic, says, it is "Infinitely preferable to the playing of the most gifted amateur."

Who is this pianist? He is anyone who owns a

## Pianola Piano

With a PIANOLA PIANO in your home you can hear such piano-playing as is ordinarily only heard in concert, and you can hear it whenever you want to. Furthermore you may yourself be this pianist and thus enjoy the greatest pleasure music can afford—the pleasure of personally producing it.

¶ Come in anytime and look over our stock. Don't think you have to buy because you ask us to show you our line.

We are proud of the pianos we carry and are always glad to display them.

Ask the clerks to play your favorite

## Fred Leithold,

### 325 Main Street.

## PARK RULES ARE ADOPTED BY BOARD

### Session this Afternoon Acts Approvingly on Iwerson's Suggestions for Set of Rules

At a meeting this afternoon the board of park commissioners adopted the following set of park rules which had been drawn up and submitted by Park Superintendent Iwerson, to govern all La Crosse parks:

**Rules and Regulations of the Parks of the City of La Crosse, Wisconsin.**

Rule I—No person shall enter or leave any enclosed public park or plaza except at the regular designated entrances.

Rule II—No person shall dig up, out, break, remove, deface, defile or ill use any building, structure, fence, sign, bush, plant, turf, rock or other thing belonging to the parks or plazas of the city of La Crosse, or have in possession any part thereof.

Rule III—No person shall throw any stone or other missile; or have in his possession or discharge any destructive weapon, firearm, firecracker, torpedo, or firework, or make a fire or throw or place upon the ground, a lighted match, cigar or other burning substance; or post, paint, affix or display any sign, notice, placard or any advertising device or, except with written authority of the park board, engage in any business, sell or expose for sale or give away any goods, wares or circulars; or set a trap for, snare, injure or have in possession any wild animal or bird; or injure or disturb any bird's nest or eggs; or in any way annoy or injure any bird or animal belonging to or in the keeping of the city.

Rule IV—No person shall, within the limits of any park or plaza belonging to the city of La Crosse, solicit any subscription or contribution, or make any political or other canvass; or solicit the acquaintance of or annoy another person, or utter any profane, threatening, abusive or indecent language or loud outcry; or drink any intoxicating liquors; or use or have in his possession any device or instrument of gambling; or do any indecent or obscure act. And further, no person except by written authority of the park board, shall preach or pray aloud or make any oration or harangue in any public park or plaza; or play upon any musical instruments; or move in any military or civic parade.

Rule V—No person shall stand or lie down upon a bench or go to sleep thereon; or sit, stand, climb over, or lie down upon any railing, balustrade, wall or fence.

Rule VI—No person owning or having the care or control of any dog shall suffer or permit such dog to enter the city parks except attached to a line, rope, etc.

Rule VII—No person shall ride or drive any animal not well broken or under proper control over or upon any road or driveway within any public park or square within the city of La Crosse; and no person shall ride or drive therein any animal or vehicle at a speed greater than eight miles an hour.

Rule VIII—No vehicle other than pleasure vehicles shall be permitted in or upon any park, except such as may be employed by the city of La Crosse.

Rule IX—No person shall stop any animal or vehicle so as to obstruct any driveway or walk or crossing thereof; or so as to prevent the passing of other vehicles; or otherwise than lengthwise with a driveway and close to the side thereof.

Rule X—No person having charge of an animal or vehicle shall allow the same to stand for more than twenty minutes or without a proper person in charge of the same; except that an animal hitched to a place provided therefor or to a weight of not less than 20 pounds may be allowed to stand unattended for not more than five minutes.

Rule XI—No animal attached to a vehicle or otherwise shall be hitched to a fence, tree, bush or shrub in any public park or plaza.

Rule XII—No automobile or other vehicle propelled by other than animal power shall be allowed within any public park or plaza between the hours of sunset and eight o'clock a. m. of the day following.

Rule XIII—No person shall drive an automobile or other vehicle propelled by other than animal power within any public park at a rate of speed exceding eight miles per hour and upon approaching a crossing or intersection of ways and in turning a corner or a curve in any public park every person operating such vehicle shall signify such approach by sounding a bell, gong, bugle or whistle.

Rule XIV—No automobile or other vehicle propelled by other than animal power shall be allowed within any public park or plaza except upon the driveways.

Rule XV—No person driving or operating an automobile or other vehicle propelled by other than animal power shall refuse to stop or move such vehicle when directed to do so by a park police officer.

Rule XVI—Any improved public park, plaza, or ground belonging to the city of La Crosse may be closed and visitors excluded therefrom after the hour of nine o'clock p. m. of each day.

Rule XVII—All persons visiting public parks or plazas of the city of La Crosse are expected to observe any reasonable direction of any park employe, or police officer on duty in such park or plaza in the same manner as if such direction were embodied in a specific rule.

Penalty—Any person violating any of the rules given above is liable to a fine of not less than five dollars ($5.00) nor more than twenty dollars ($20.00) for each offense, or punishment by imprisonment in the city jail not less than five days nor more than twenty days.

La Crosse, Wis., June 1, 1909.
BOARD OF PARK COMMISSIONERS.

### ●●●●●● NORTH SIDE IN BRIEF ●●●●●●

Miss Kate Kohl of Caledonia is the guest of Miss Ruth Granke at 933 Rose street.

Mrs. S. Gunderson will entertain the Ladies' Aid society of the Trinity Lutheran church, Tuesday afternoon, at the church parlors.

Mrs. Alice Cashery and daughter of S. Dakota, are visiting at the home of A. O. Black, 1319 Livingston street.

The Men's Society of the Charles Street Lutheran church were entertained Friday evening by the Marking brothers.

Mr. and Mrs. T. J. Felzer, 1420 George street have returned from a trip to Winona.

Chauncey Morley of Viroqua, Wis., is visiting at the home of F. A. Morley, 1437 Charles street.

The "Cradle Roll" held at the Caledonia Street M. E. church Thursday afternoon was attended by about twenty babies and their mothers. A short program was rendered after which refreshments were served.

Misses Anastasia and Bernice Felzer, 1420 George street, have returned from Winona.

Miss Della Miller of St. Paul is visiting at the home of her grandparents, Mr. and Mrs. G. J. Snell, 1602 Charles street.

Miss Evelyn Huntley is in the city from Bangor to spend Sunday.

Mr. George Felzer, 1420 George street, has returned from Winona, Minn.

Mr. Arthur Miller of St. Paul is visiting relatives in the city.

Mr. Wm. Hanson, car clerk at the "O" has returned from a business trip to Calvert.

## WRECKER SENT TO HOLD UP BRIDGE

Incessant rains of the past week are causing trouble with the railroads in the southern part of the state. The little streams are rising rapidly and the necessary precautions are being taken by the railroad companies. Yesterday the wrecking outfit of the Burlington was sent to Prairie du Chien to raise one of the bridges in that vicinity which threatens to be washed out if the water in the stream continues to rise. At Lynxville the axle of one of the driving trucks snapped causing a small wreck to the outfit. Fortunately no one was hurt. The slight damage was repaired and the wrecker was able to proceed on its way to the scene of the work. The bridge will be elevated so that it will be out of reach of the rising waters. The danger of a washout at that place will thus be eliminated.

## NORTH SIDE CHURCHES

**German Evangelical Lutheran.** Emanuel German Evangelical Lutheran church, corner of Avon and St. Paul streets. Rev. C. M. Thurow, pastor. Morning services at 10 a. m. Sunday school at 9 a. m.

**Norwegian Lutheran.** Corner Charles and Sill streets. Rev. E. O. Vik, pastor. Confirmation services at 10:30 a.m. Sunday school at 9 a. m.

**Bethel Norwegian Church.** Bethel Norwegian Lutheran church, corner Sill and George, O. L. Christenson, pastor. Evening service 10:30 a. m. Sunday school at 9 a. m. Prayer meeting Wednesday evening.

**Tabernacle Baptist Church** Tabernacle Baptist Church corner Clinton and Avon. Rev. G. W. Fogg, pastor. Morning worship at 10:30. The pastor will speak on the "Carnival of Life." Sunday school at noon. B. Y. P. U. at 6:45. "The Noble Life of Frances Willard." Evening service at 7:45. Rev. D. W. Hulbert, D. D. of Wauwatosa, will speak on "La Crosse's Greatest Need, Not Money, Not Churches."

**St. Peter's Church.** Logan and Avon streets. Rev. C. N. Moller. Services at 3 p. m.

**Caledonia Street M. E.** Caledonia Street Methodist Episcopal, Rev. A. V. Ingham, pastor. Morning worship at 10:30.

**German M. E. Church.** Corner Clinton and Berlin streets. Rev. W. J. Ritter, pastor. Sermon at 10:30 a. m. Sunday school at 9:15 a. m.

**North Presbyterian.** Corner Logan and Avon streets. Rev. A. A. Randall, pastor. Sermon at 10:30 a. m. Evening service 7:45.

**Norwegian Methodist.** Norwegian Methodist church, corner Berlin and Sill streets. Rev. Gideon Olson, pastor. Regular services.

**Trinity Lutheran Church.** Trinity Lutheran church on Avon street, Rev. T. T. Hoverstad, pastor.

Services Sunday morning at 10:30. English services in the evening at 7:30. Sunday school at 9 a. m.

**Scandinavian Baptist.** Scandinavian Baptist church, cor.

[column continues] ... per Charles and Logan streets. Iver Larson, pastor. Services at 10:30 a. m. Sunday school at 12 m. Ed Fores, superintendent. B. Y. P. U., 6.30 p. m. Evening service, 7:30.

## NELSON'S MAMMOTH RUG SALE

### STARTS MONDAY



We've had a wonderful season. Our rug sales have been enormous. We knew they would be when we placed our orders and we bought immense quantities. In spite of the enormous selling we still have a great stock of fine rugs to choose from. We've marked them down, 'way down, to wind up the spring selling with the greatest series of rug bargains La Crosse has seen in years.

## HERE'S THE BARGAIN LIST—READ IT!

| | | | |
|---|---|---|---|
| $65.00 Seamless French Wilton 9x12 | $55.00 | $25.00 Body Brussels, 9x12, at | $19.50 |
| $60.00 Seamless French Wilton 9x12 | $50.00 | $25.00 Wilton Velvet, 9x12, at | $19.00 |
| $55.00 Seamed French Wilton 9x12 | $45.00 | $22.50 Wilton Velvet, 9x12, at | $17.00 |
| $42.00 Wilton, 9x12, at | $36.00 | $22.50 Brussels, 9x12, at | $18.00 |
| $40.00 Wilton, 9x12, at | $34.00 | $20.00 Brussels, 9x12, at | $16.00 |
| $37.50 Wilton, 9x12, at | $32.50 | $19 and $18 Brussels, 9x12, at | $15.00 |
| $35.00 Wilton, 9x12, at | $29.50 | $17.00 Brussels, 9x12, at | $14.00 |
| $32.50 Seamless Wilton 9x12, at | $25.00 | $16.00 Brussels, 9x12, at | $13.50 |
| $30.00 Axminster, 9x12, at | $24.00 | $15.00 Brussels, 9x12, at | $12.00 |
| $27.50 Axminster, 9x12, at | $22.50 | $14.00 Brussels, 9x12, at | $11.00 |
| $25.00 Axminster, 9x12, at | $19.00 | $13.50 Brussels, 9x12, at | $9.00 |
| $27.50 Body Brussels, 9x12, at | $21.00 | $12.00 Brussels, 9x10-6, at | $8.75 |

**INGRAIN CARPETS**

Best All Wool 75c Ingrains ... 55c
Best All Wool 65c Cotton Chains ... 45c
Extra Heavy 50c Union ... 35c
35c Agate Carpet, fast colors ... 26c
65c Fiber Matting and wool and fiber 43c
Making and laying 5c extra.

**VELVET CARPETS**

$1.00 Velvet Carpets ... 75c
$1.25 Wilton Velvet Carpets ... $1.00
$1.35 Wilton Velvet Carpets ... $1.10
$1.50 Wilton Velvet Carpets ... $1.20
90c Brussels Carpets ... 70c
Making 5c extra. Sizing 5c extra.

## OUT OF THE HIGH RENT DISTRICT SAVE THE DIFFERENCE

# NELSON'S

### 206-208 Main Street

## Pennsylvania Ear Masseur

### The Great Cure for Deafness and Ear Diseases

#### Free Demonstrations In La Crosse

Mr. J. L. Nohner, representing the Pennsylvania Ear Masseur, a modern invention for the treatment of deafness and ear diseases. The only rational and reasonably reliable instrument ever devised for the cure of deafness. Its basic principle is scientific and its mode of operation is by air compression under vibration. The vibratory air is forced by direct contact with the drum membrane and the paralyzed muscles and nerves of the ear are forced into action by a process that would be utterly impossible by any other mechanical device, and the treatment is so effective and sure in action that the paralyzed and damaged organs are worked upon by a powerful force which is harmless, absolutely painless and of lasting effect. No matter how thick the drum membrane may be or how completely it has fallen or how securely the little bones of the ear have grown together, his treatment draws them loose, vibrates them to flexibility, restores the drum membrane to tenacity and renders it sensitive to sound. The treatment is scientific and it is positively effective in each and every case.

This Ear Masseur, while practically a new invention, has however been used by some of the leading Eastern specialists ever since it has been on the market, but not until recently has it been convenient to demonstrate it to the suffering individual patient direct. Some remarkable cures have been made and every well selected case can be cured by it. The arrangement is so complete that any one can use it and it will not require more than about five minutes each treatment, morning and evening, for a few weeks or a few months until the worst cases will be cured. The machine can be run by compressed air, by water, hand power or any other power and requires no assistance. No matter how long you have been deaf, who has doctored you nor what treatment you have had, this masseur will cure you positively, permanently, and cure you to stay cured. Thousands of people are being cured, and thousands will continue to be cured.

A free demonstration by Mr. J. L. Nohner at the Stoddard on June 16 and 17, 1909, will be given to all interested and those who call on him any time on above date. You take no risk and if you are not satisfied convinced there is no harm done as no enemies made. Mr. Nohner does not represent himself as a physician nor does he come to sell these instruments direct his desire is to demonstrate to you the great cure the results of the Pennsylvania Ear Masseur, and if you are convinced after receiving the demonstration then he will receive your order charging you a small deposit, to assure good faith, and the instrument can be shipped to you, to be paid for when received. The terms are as reasonable.

Remember the date and tell your friends or anyone you know who are suffering with any form of ear disease, ringing, roaring or noise in the ears, of this valuable demonstration.

Special to The Tribune.

Mr. Nohner will visit Winona, Minn., and the following cities in this state. Those desiring to get this wonderful invention and receive a free demonstration are cordially invited to call upon him as dated here below:

Winona, at Winona Hotel, June 14th and 15th.; La Crosse, at the Stoddard, June 16th and 17th.; Madison, at Park Hotel, June 18th and 19th.; Milwaukee, at The Pfister, June 21st to 26th.; Racine, at Racine Hotel, June 28th and 29th, Sheboygan, at Grand Hotel, June 30th and July 1st.; Green Bay, at Beaumont, Hotel, July 2 and 3rd, Oshkosh at The Tremont. July 5th and 7th.; Fond du Lac, at New Irving, July 8th and 9th.

# TAB 29

# Forty-Sixth Annual Report

## OF THE

# City of Burlington

## Vermont



## For the Year Ending December 31

# 1910

BURLINGTON:
FREE PRESS PRINTING COMPANY,
1911.

## BOARD OF PARK COMMISSIONERS,

### BURLINGTON, VT.

### RULES AND REGULATIONS.

The Board of Park Commissioners, by virtue of the authority vested in them, hereby make and ordain the following rules and regulations for the management of the parks of the city of Burlington. Any person who shall violate any of the following rules and regulations, will be liable to the penalties prescribed for the violation of the ordinances of the City of Burlington.

1. No person shall walk upon the grass in any park whenever a notice shall be posted forbidding it.

2. No person shall climb upon a tree, statue, fountain, fence, gate, or railing in any park, or use any structure or apparatus there in any way other than that for which it was intended.

3. No person shall cut, break, or otherwise injure any tree, or shrub, or any part thereof; nor cut, pluck or remove any plant or flower in the beds in any street or park.

4. No person shall cut, write upon, deface, defile or otherwise injure any building, fence, statute, fountain, seat or other structure upon any park.

5. No person shall hitch a horse or other animal to any tree, shrub or fence; nor leave a horse untied or tied within reach of a tree or shrub.

6. No person shall trap or catch any birds or animals; nor disturb their nests or habitations in any park.

7. No person shall deposit boxes, paper or waste of any kind upon the walks or grounds of any public park, nor in any fountain or waters thereof nor in any manner defile or pollute the same; but shall place all such waste in receptacles provided therefor.

8. No person shall throw sticks, stones or other missiles in any park; nor light a fire for any purpose, therein.

9. No person shall commit a nuisance within the limits of any park.

10. No person shall use or enter any apartment established for persons of the opposite sex exclusively.

11. No person shall carry or discharge firearms, firecrackers, torpedoes, or fireworks in any park; but this prohibition shall not apply to the display of fireworks under municipal authority.

12. No person shall use intoxicating beverages in any park nor offer such to any person; nor sell, offer, or expose for sale any goods or wares except under a written license from the Board of Park Commissioners.

13. No person shall post or display any sign, placard, flag, or advertising device in a park, without a license.

14. No person shall play any game of chance or have possession of any instrument of gambling in any park.

15. No person shall utter profane, threatening, abusive, or indecent language, or do any obscene or indecent act; nor follow or otherwise annoy any other visitor in any park.

16. No person shall drive or propel a bicycle, tricycle, automobile or other vehicle, in any park, excepting on the regular carriage roads.

17. No person shall ride or drive a horse, bicycle, automobile, or other vehicle, at a rate faster than eight miles an hour in any park.

18. No persons shall hold any public meeting or gathering for political purposes, nor make any oration, speech or harangue in any park, except by written permission of the Mayor or of the Board of Park Commissioners.

19. No person shall refuse to obey such orders or requests of the park commissioners or of the superintendent, care taker, or other agents of the commissioners, as shall have for their object the preservation of the parks and their contents or the maintenance of order and decorum within the limits of the park.

20. No person shall cut, prune, or remove any shade tree or shrub in the streets or public parks except with the approval and consent of the Board of Park Commissioners or of the duly appointed tree warden or city forester.

21. All planting of trees in the streets shall be with the approval and in accordance with the rules of the Board of Park Commissioners, who shall have the power to prescribe how such trees shall be planted, at what distance apart, and of what variety. All trees shall be provided with supports and guards whenever, in the opinion of the Board of Park Commissioners, or its agents, such supports or guards may be desirable.

22. No person shall plant any tree or shrub in any street which has been declared by the Commissioners to be undesirable or detrimental.

23. No person or corporation shall attach any wire, stay or support to any tree except by the consent and approval of the Board of Park Commissioners.

24. No board, card, or any notice or advertisement, shall be attached to any shade tree.

25. No person shall permit a horse to injure or deface any shade tree, shrub, or any structure, under the penalties prescribed by the laws of the State.

Adopted by the Board of Aldermen, June 9, 1910,

Attest:

M. C. GRANDY, Clerk.

Approved June 15, 1910.

JAMES E. BURKE, Mayor.

## BOARD OF CEMETERY COMMISSIONERS,

### BURLINGTON, VT,

### RULES AND REGULATIONS.

### SECTION I.

#### CEMETERY RULES.

1. Lake View Cemetery will be open from 7.00 o'clock a. m., until sunset. Green Mount and Elmwood Cemeteries from 7.00 a. m., until sunset during the season. All persons must leave the grounds before the gates are closed.

2. No trucks or heavy wagons will be allowed inside the grounds except by special permission from the Superintendent, unless bringing material for work to be done in the cemetery.

3. No fast driving will be allowed in the grounds.

4. Bicycles, motor cycles or automobiles are allowed within the grounds only by permission from the superintendent.

5. Dogs not permitted.

6. Persons with firearms not permitted.

# TAB 30

Newspapers
by ancestry
https://www.newspapers.com/image/1083691835/

The Gleaner (Henderson, Kentucky) · Wed, Jan 18, 1911 · Page 8
Downloaded on Nov 19, 2024

at 4.8 per cent from the waterworks commissioners.

An ordinance governing Atkinson park was adopted on its first reading It provides that there shall be no hunting in the park, that no person shall carry or discharge firearms and that dogs shall not be allowed to' run in the park.

Copyright © 2024 Newspapers.com. All Rights Reserved.

PAGE EIGHT. WEDNESDAY MORNING, JANUARY 18, 1911.

# A BANK DIVIDEND

of 20 per cent would make you want to get your hands on some of that Bank's Stock---wouldn't it?

Well, that's just the kind of a dividend you're picking up when you get some of OUR Stock---in our BIG DISCOUNT SALE that we're running right now.

A $20 Kuppenheimer or Society-Brand Suit or Overcoat for $16.00 is a dividend worth while. A 20 per cent "pick-up."

A $7.50 Boy Suit for $6.00 is another example of money well saved as well as of money well spent.

---THERE'S A REASON---

why people answer our ads---They know we have what we advertise at the advertised prices--we'll have something else of interest tomorrow---Look for it. It will be worth your time.

## ALBERT LIEBER & CO

THE ONE PRICE OUTFITTERS.

# MANN BROS

# Executor's Sale

Literally took the town by storm yesterday--the rush was terrific and incessant---the enthusiasm unbounded---it was a most gratifying demonstration of public endorsement of this stupendous merchandising event.

# 7 More Day's

## All Winter Goods Must Be Sold

Thousands of dollars worth of winter merchandise will be sold during this week.

Winter is less than three weeks old, and will be with us for sometime to come.

Now is the time to buy Winter Wearing apparel away below price.

YOU MISS MUCH, IF YOU OVERLOOK THIS SALE

## ENGINEER BALL SUCCEEDS SELF

**RE-ELECTED CITY ENGINEER BY THE VOTE OF SEVEN TO FIVE.**

## CONTENTION OVER LEASE

**COUNCILMAN COMPTON AGAIN SPRINGS $1,000 SALOON LICENSE ORDINANCE—DOCUMENT LAID ASIDE.**

The several weeks the city has been practically without a city engineer. Robert Ball, who has been the engineer for several years, was defeated for the place by Leslie Cheatham, who declined to accept. Mr. Ball has been merely acting in that capacity until his successor could be named. Tuesday night, by a vote of seven to five, he was named as his own successor.

Mayor Thompson brought the matter up and stated that in justice to Mr. Ball an election should a held at once. Mr. Mundo made a motion to defer the matter until the next meeting. Mr. Stewart amended to go into an election. The vote on the amendment stood. Aye—Galloway, Brown, White, Stewart, McClellan, Dade and Metzner, 7. Nay—Mundo, Nodcutt, Sights and Compton and Conaway, 5.

The vote stood: For Ball—Brown, White, Stewart, McClellan, Dade, Metzner and Conaway, 7. For Teeme—Mundo, Norcutt, Sights and Compton, 4. For Alexander—Galloway, 1.

Mrs. Larey's petition asking for a renewal of the lease held by her husband since 1901, was read, and after a long discussion, was referred to a committee composed of Galloway, Stewart and Mundo, who was appointed by the Mayor to investigate the report.

Mr. Mundo said he was of the opinion that the city needed the ground worse than they needed the money. He said the city had no lot on which to store rock or any other articles needed by the city. Dr. Galloway wanted to give the renewal and charge $60 per year. Mayor Thompson said he saw no sense in the city leasing a piece of ground for $60 per year when the lease was renting it for $192 per year. The old contract was read and showed that the lease was granted to William Labrey in 1901, during Mayor Thompson's former term.

It stated that Mr. Labrey was to have the use of the ground for a period of ten years and to pay $15 a year for the first five and $25 per year for the last five.

On Mr. Compton's motion, City Attorney Taylor and the public works committee were instructed to investigate the matter of all city property along the river and other places that was being appropriated by citizens.

Mr. Compton presented an ordinance on its first reading fixing the saloon license for selling liquor at retail at $1,000, and for selling near-beer and malt ale at $500. The ordinance also provides for a committee to be known as the license committee, to be appointed as other standing committees. The duties of the committee will be to investigate all applications for a saloon license and to report to the Council and say whether or not the license should be granted, and the reasons why.

Mr. Compton stated he did not offer the ordinance for a vote to be taken Tuesday night, but merely wanted to acquaint the members with the provisions of the ordinance.

Mayor Thompson said that if any one moves the adoption of the ordinance he would be compelled to take the vote on its first reading. No motion was made and the ordinance was laid aside.

Councilmen White, Dade, Mundo and Street Inspector Jennings and City Engineer Ball were appointed as a committee to investigate street rollers, with a view of purchasing a new one. Councilman Galloway said the city could spend $2,000 in a better way and that the old roller would do all the work required by the city for many years to come.

A report by the clerk showed several of the departments had overdrawn the amounts set aside. It also showed that the city had a balance of $707.18 in the bank.

Mayor Thompson, Clerk Adams and Councilman White were appointed to learn the amounts needed in the departments which had overdrawn, and to make up the deficit from the contingent fund.

A motion made by Mr. White which was adopted, to request a loan of $1,000 at 4.8 per cent from the waterworks commissioners.

An ordinance governing Atkinson park was adopted on its first reading. It provides that there shall be no hunting in the park, that no person shall carry or discharge firearms and that dogs shall not be allowed to run in the park.

## NONAGENARIAN HAS HIS "THIRD" EYESIGHT.

FRANKLIN, Ky., Jan. 17.—A remarkable case of third eyesight is reported from Allen county, where Darius Hendricks, aged ninety years, who has been partially blind for the past twenty-five years, can now read the finest print with the ease of a youth of twenty. Mr. Hendricks was a teacher in the public schools more than a half a century ago.

## CHAMP CLARK AND HARMON

(Continued from First Page.)

### CHAMP CLARK'S SPEECH AT BALTIMORE.

BALTIMORE, Md., Jan. 17.—Declaring that the gathering of Democrats was not for the purpose of achieving harmony but for the maintenance of harmony already achieved, Rep. Champ Clark, of Missouri, leader of the minority in the House and assured of the Speakership of the Next Congress, warned the Democratic conference here today that much remained to be done to assure Democracy a secure hold on what it has already had attained. Even more was necessary, he cautioned, to make certain of the further political gains which he declared be due the party.

"When we analyze the figures of the last election," he said, "it will be seen that the result was not so much a victory for the Democrats as a defeat for the Republicans. Our success was the result largely of the stay-at-home vote. Therefore, we are really in a state of probation. The country has concluded to give us another chance to demonstrate our fitness to conduct the government after sixteen years of exclusion from power.

"Really we are in a state of probation. We hold our destiny in our own hands. We have a golden opportunity. Coupled with it are grave responsibilities. If we are equal to the opportunity, if we meet the responsibilities with wisdom, courage and patriotism, we will have a long lease of power."

At the outset of his remarks Mr. Clark admitted that the victory of November was a surprise to the rank and file of the Democratic party. He added that with the inspiration born of victory the party had "more than an even chance of sweeping the country from to sea in 1912."

"This glorious result can be accomplished," he continued, "by the very simple process of carrying out religiously the promises which we made in order to win last November. Even if we were not disposed to redeem our promises as a matter of principle, when we look upon the wreck of the Republican party we have a most valuable object lesson of the low state to which a great organization may fall by a failure to live up to its promises, because all those who having eyes see and having ears hear, know that the G. O. P. was brought to death's door because in 1909 it failed to do what in 1908 it proceeded to do. Unless we desire to share its fate we would do well not to follow its bad example."

Resenting the imputation that the Democratic party was a party of agitation, Mr. Clark pointed out that...

## CHAMP CLARK

### AND HARMON

(Continued from First Page.)

Thursday of the present week would see the Democrats of the House in conference in Washington to select the Democratic members of the Ways and Means Committe. This accomplished, he said, the members would proceed to the consideration of the tariff and when the next Congress convened there would be ready a systematic and thoroughly considered plan for revision.

"There are two ways of revising the tariff," he continued, "one by a general bill, the other by particular bills for particular items. The consensus of opinion among Democrats seems to be that the latter is the preferable method and that we should proceed to revise it by separate bills, taking the most obnoxious schedules first."

There is to be no drastic or ill-advised tinkering with the tariff laws, Mr. Clark assured his hearers, and he referred sharply to criticism that any such plan was in contemplation.

"No sane man desires to injure any ligitimate business interest," he said, "and all talk to the effect that anybody desires to injure ligitimate business is the wicked, revengeful and reckless utterances of the standpatters who, having been thrown out by reason of their own sins of omission and commission are desperately anxious to get in again.

"To those who understand somewhat of the tariff question it is perfectly clear that it requires a vast amount of work to prepare for a wise and systematic and reasonable revision of the tariff and that the same amount of preparation and information is necessary whether the revision is to be accomplished by one general bill or through separate bills for separate schedules; for at last a general bill would be practically the sum total of the separate bills."

Economy in the conduct of the public business was another ante-campaign promise that the party would carry out, Mr. Clark averred.

"The curtailment of appropriations," he acknowledged, "will prove perhaps difficult as the reduction of the tariff, but that both can be accomplished, there can be little doubt, for this year Democrats animated by the determination to work harmoniously together and by the hope of approaching victory—a victory which will restore Democratic supremacy in every department of the government."

Mr. Clark concluded by repeating his warning that harmony and fulfilled pledges were necessary for continued Democratic success. He said that so far as the Democratic party is concerned more depends on the action of the Sixty-second Congress than on any that has met since the Forty-fourth.

## OREGON TOWN DESTROYED.

SEATTLE, Wass., Jan. 17.—The following message, being sent from Marshfield, Ore., to Roseburg was picked up by the wireless station here early this morning:

"Have just been informed that the town of Gardiner, Ore., is totally destroyed by fire. No doubt many people in distress. Almost impossible for us to reach them immediately."

## SLIPPED NOOSE FROM HIS NECK

(Continued from First Page.)

**COMMONWEALTH ATTORNEY WILL PROSECUTE MOB MEMBERS.**

(By Associated Press.)

SHELBYVILLE, Ky., Jan. 17.—Commonwealth Attorney Charles Sanford has announced he will take up the probe of Sunday's lynching before the grand jury which convenes on Monday, and that if, after sufficient evidence has been presented, the jury refuses to indict, he will ask the court to dismiss the jury and call another jury of men who will indict the members of the mob.

## MULES SELL HIGH AT ELIZABETHTOWN.

ELIZABETHTOWN, Ky., Jan. 17.—There was a new record made Monday in the mule market of Elizabethtown, which has long been recognized as the leading mule market of the State. Rod Warfield purchased three carloads of twenty mules each from Bond Bros. at $260 per head, making the entire lot bring close to $16,000. The mules will be shipped to the Atlanta, Ga., market.

Two hundred and fifty dollars per head was the previous high-water mark.

## AN EASY CLIMB.

Miss Annie S. Peck, the distinguished scholar and mountain climber, described in one of her addresses in Boston on mountaineering the strange effect that some mountains have on some men.

"In a word," she said, "it is an effect of mendacity. Thus, in a Boston club one mountaineer said to another:

"'So Smith, fat Smith, actually climbed Mont Blanc?'

"'Smith? Not he!' the other mountaineer replied.

"'But he said he did.'

"'True; but in September, on his return from Chamonix, he only said he'd been to the foot of Mount Blanc. Since then he's gradually lied himself all the way up to the top.'"

## HIS OPINION.

"Do you believe there really is any such thing as platonic affection, Henpeck?"

"Well," said Henpeck, scratching his head reflectively, "I believe that after five or six strenuous years of married life one can see...

# NOTICE.

Our representative, Mr. Hugh Robards, can be found at the Old Tobacco Exchange Building, Main street. He is prepared to pay top market prices for unspoiled tobacco, both fired and unfired. Fired tobacco purchased by him will be received at the David Clark factory, corner Second and Water Sts., unfired tobacco at the Edwing Hodge factory, Cor. Third and Alvasia Sts. Farmers will do well to see him before selling.

## THE IMPERIAL TOBACCO COMPANY OF KENTUCKY.
(Incorporated.)

## HEAVY SNOW FALLS IN MONTGOMERY COUNTY.

MT. STERLING, Ky., Jan. 17.—One of the heaviest snows of the winter fell over this county last night and is six to eight inches deep with drifts in places. The weather is very severe on stock. Roads in places are almost impassable.

## THE POINT OF VIEW.

Teacher—Tommy, how many is the half of eight?

Tommy—On top or sideways?

Teacher—What do you mean by on top or sideways?

Tommy—Why, half from the top of it is nothing, and half of it sideways is three.

## DR. W. M. FLOYD.

Practice Limited to EYE, EAR, NOSE AND THROAT.
Third Floor O. V. Bank.

## JONES REPAIR SHOP

I am now prepared to do all kinds of

### Vehicle Repairing

Give me a trial. Satisfaction guaranteed.

HORSESHOEING A SPECIALTY.
431 First St.   Cumb. Phone
Next to German Church

## Clifford Shopbell & Co.

ARCHITECTS-FURNITURE BLDG.
Evansville, Indiana.
Successors to Harris & Shopbell.
Telephone 48.

Office Phone 455.   134½ Main Street.
J. H. BAUGHMAN, M. D.
Genito-Urinary and Rectal Diseases.
Office in Fendrich Building, Corner Main and Fourth Streets Evansville, Indiana.

# TAB 31



# CITY OF NEW BRITAIN
## CONNECTICUT

---

# CITY CHARTER
### AND AMENDMENTS

# WATER WORKS CHARTER
### AND AMENDMENTS

# ACTS OF THE GENERAL ASSEMBLY
### RELATING TO THE WATER, SEWER, STREET AND SUBWAY DEPARTMENTS

---

# 1914

Eastern Printing & Publishing Company
New Britain, Conn.

254                      CHAPTER XXIII.

# Chapter XXIII.

## RULES AND REGULATIONS FOR WALNUT HILL PARK.

**Be it ordained by the Common Council of the City of New Britain:**

1. No person shall enter or leave the park except by the regular approaches thereto; nor walk upon any grass border of any walk or driveway; nor walk among or through shrubs, flowers or other plantings; nor climb any terrace or bank; nor cross any lawn whenever a notice shall be conspicuously posted forbidding such crossing.

2. No person shall drive or propel any bicycle, motorcycle, automobile or other vehicle in the park, excepting on regular carriage roads.

3. No horses, bicycles, motorcycles, automobiles, other vehicles or teams shall be ridden or driven in the park faster than at a rate of ten miles an hour.

4. No person shall drive or lead any heavy team, business wagon or cart (unless upon park business) upon any of the park driveways, with the exception of the main road running direct from Park Place to the corner of Grand and Griswold streets.

5. No person shall remove, cut, break or otherwise injure any tree or shrub or any part thereof; nor cut, pluck or otherwise remove any blossom or part of any plant or flower.

6. No person shall climb or get upon any tree, statue, fountain, fence, gate or railing in the park; nor use any structure therein in any way so as to deface or mar same in any manner.

7. No person shall cut, write upon, deface or otherwise injure any building, fence, fountain, seat or other structure within the park.

8. No person shall sleep upon, lie upon or overturn any seat in the park; nor shall men occupy any seats that may be designated as reserved for women and children.

9. No person shall disturb or injure any bird's nest or eggs, nor any squirrel or other animal within said park.

10. No person shall play ball or similar games in the park, except upon such portions thereof as may be set apart for that purpose.

11. No person shall scatter or leave any paper, rag, garbage or other litter, nor throw any stick, stone or other missile on any portion of the park.



RULES AND REGULATIONS FOR WALNUT HILL PARK.

12. No threatening, abusive, boisterous, insulting or indecent language or gesture shall be used in said park.

13. No oration, harangue or other public demonstration shall be made, nor any public exhibition be held, except by permission of the board of park commissioners.

14. No intoxicating liquors shall be brought into or used within said park.

15. No person shall sell or offer for sale anything in said park, except by written license from the board of park commissioners; nor post, nor display any sign, placard, flag or advertising device without such license.

16. No person shall discharge or carry firearms; nor discharge firecrackers, torpedoes or fireworks within the park, except by license from said board of park commissioners; nor make any fire therein without such license.

17. There shall be no loitering in the park between the hours of 11 o'clock at night and 6 o'clock in the morning; but this shall not prohibit persons from using the regular walks and driveways in passing from one part of the city to another.

18. No person shall deface or injure any notice placed by the board of park commissioners upon the park.

The foregoing are in addition to such prohibitions and penalties as are provided by the laws of this state and the ordinances of this city.

Adopted by the common council, March 15, 1911; approved March 21, 1911, and became a law by publication, April 1, 1911. (N. B. Record.)

# TAB 32

# REVISED
# ORDINANCES

OF THE

## CITY OF SIOUX CITY

1922

THE LIBRARY OF THE

AUG 23 1932

UNIVERSITY OF ILLINOIS.

PUBLISHED BY AUTHORITY OF THE
## CITY COUNCIL

Revised, Arranged and Indexed by
### FRED H. FREE
CITY ATTORNEY

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

# Title IV --- Department of Parks and Public Property

## CHAPTER 1.

### Control and Maintenance of Parks.

### ORDINANCE NO. H-2224.

AN ORDINANCE providing rules and regulations for the management, protection and control of parks and park property within the limits of the city of Sioux City, Iowa.

Be It Ordained by the City Council of the City of Sioux City, Iowa:

Sec. 329. **Speeding.** No person shall ride or drive in parks at a rate of speed exceeding eight (8) miles per hour. (Ord. H-2224, § 1.)

Sec. 330. **Automobiles.** Automobiles and all motor vehicles must drive slow around turns in drives, where signs are posted. The chauffeur, when meeting or overtaking any horse which may become restive, shall take every precaution by stopping or otherwise to avoid danger.

Chauffeurs must in all cases take the right fork of road where drives divide.

Every motor vehicle shall, during the period from one-half hour after sunset to hour of closing parks, display at least two lighted lamps on the front end and one on the rear of such motor vehicle, which rear lamp shall always display a red light visible from the rear. (Ord. H-2224, § 2.)

Digitized by  Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

192        REVISED ORDINANCES, 1922

Sec. 331. **Animals at Large.** No swine, goats, cattle, fowls, dogs or other animals of any kind shall be permitted in parks, except dogs on leash accompanied by attendant and saddle horses and horses hitched to pleasure vehicles. (Ord. H-2224, § 3.)

Sec. 332. **Traffic.** No heavy traffic shall be permitted on park drives. (Ord. H-2224, § 4.)

Sec. 333. **Advertising.** No vehicle displaying any placard or advertisement of any kind shall be driven on roadways for advertising purposes. No placard, notice or advertisement of any kind or nature shall be distributed, posted or attached to anything movable or unmovable on park property. (Ord. H-2224, § 5.)

Sec. 334. **Bicycles.** No velocipede, bicycle, tricycle, motorcycle, wheelbarrow, handcart or other vehicle or any horse or other animal shall be permitted on the footwalks, sidewalks, grass plots or planting places. (Ord. H-2224, § 6.)

Sec. 335. **Animals Tied.** No animal shall be tied to any tree, shrub, lamp-post, fire hydrant, building or other park fixture except as provided therefor. (Ord. H-2224, § 7.)

Sec. 336. **Picnics.** Picnics may be held in such part of parks as designated by park department. In all cases a permit must be taken out designating purpose of same. No refreshments of any kind shall be sold in connection therewith and no person shall join any such picnic without the consent of the persons of whom it shall be composed, or shall in any manner disturb or interfere with the same. (Ord. H-2224, § 8.)

Sec. 337. **Peddling and Selling.** No booth, tent, stall or other structure shall be erected for any purpose, and no hawking or peddling shall be done or article or thing exposed for sale, except when special permit is given by superintendent of parks and public property. (Ord. H-2224, § 9.)

Sec. 338. **Meetings and Gatherings.** Permits desig-

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

nating the nature and purpose of the meeting or gathering shall be taken out for the holding of all meetings and gatherings in parks. (Ord. H-2224, § 10.)

Sec. 339. **Sports and Exercises.** No sport or exercise shall be indulged in that is liable to frighten horses, injure travelers or embarass the passage of vehicles or lead to the destruction of trees, shrubs, flowers, grass, fences, rails or park property of any kind. Games such as baseball, football and others of that nature shall not be played in any parks, unless places for such games shall at any time designated by the department of parks. (Ord. H-2224, § 11.)

Sec. 340. **Conduct.** No indecent exposure of person, disorderly conduct, noise, riot or breach of peace, nor the use of obscene language shall be permitted in parks. (Ord. H-2224, § 12.)

Sec. 341. **Trespassing.** No person shall stand, walk, ride, or lie upon any place laid out and appropriated for shrubbery or grass where there shall have been placed thereon a sign forbidding the same. (Ord. H-2224, § 13.)

Sec. 342. **Animals Molested.** No squirrels or birds of any kind shall be killed, caught or molested in any manner. (Ord. H-2224, § 14.)

Sec. 343. **Trees and Flowers.** No tree, plant, shrub, or flower (wild or cultivated) shall be plucked, broken, trampled or climbed upon, peeled, cut, defaced, removed, destroyed or injured in any manner. (Ord. H-2224, § 15.)

Sec. 344. **Defacement of Property.** No buildings, fences, fountains, seats, benches or other structure or property of any kind shall be defaced, cut, written upon, removed or in any manner injured or destroyed. (Ord. H-2224, § 16.)

Sec. 345. **Firearms and Fireworks.** No person shall fire or discharge any gun or pistol; carry firearms, kindle or build fires or throw stones or other missiles in parks, or fire, discharge or set off any rocket, cracker, torpedo or other fireworks or things containing any substance of an explosive character. (Ord. H-2224, § 17.)

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

Sec. 346. **Intoxicated Persons.** Intoxicated persons shall not be permitted on park property. (Ord. H-2224, § 18.)

Sec. 347. **Intoxicating Liquors.** No person or persons shall have in their possession, or shall drink any intoxicating liquor on park property. (Ord. H-2224, § 19.)

Sec. 348. **Lakes and Fountains.** No basin, pool, lake or fountain shall be fouled by stone, wood or other substance or bathed in or waded into. (Ord. H-2224, § 20.)

Sec. 349. **Bathing.** Only such places as designated for the purpose of swimming and bathing shall be used for that purpose subject to the following rules and regulations:

Suits must be worn at all times; only suits furnished free of charge by park department or similar suits shall be used. Bathing and swimming shall be permitted only between the hours of 10 a. m. and 9 p. m. (Ord. H-2224, § 21.)

Sec. 350. **Refuse.** No refuse such as paper, luncheon wrappers, litter, etc., shall be put, thrown or strewn on park property except in receptacles provided for this purpose. (Ord. H-2224, § 22.)

Sec. 351. **Seats and Benches.** No person shall move or drag seats and benches from place to place nor shall large crowds congregate and occupy single seats and benches. (Ord. H-2224, § 23.)

Sec. 352. **Camping.** Camping shall not be permitted. (Ord. H-2224, § 24.)

Sec. 353. **Permits.** Where permits are necessary they shall be issued at office of parks and public property, properly signed by the superintendent of parks. (Ord. H-2224, § 25.)

Sec. 354. **Closing Hours.** No person or persons shall after the hours of 11 p. m. be permitted to occupy any part or parts of Sioux City park property. (Ord. H-2224, § 26.)

Sec. 355. **Penalty.** Any person who shall violate any of the provisions of this ordinance or who participates or

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

aids in any of the acts prohibited by this ordinance shall be guilty of a misdemeanor and upon conviction thereof shall be punished by a fine not exceeding One Hundred Dollars ($100.00) or imprisonment in the county jail not exceeding thirty (30) days. (Ord. H-2224, § 27.)

Passed September 23, 1911.

## CHAPTER 2.

### Cemeteries.

### ORDINANCE NO. G-6269.

AN ORDINANCE regulating and restricting the burial of the dead, and providing penalty for violation thereof, and especially repealing Ordinances No. G-6181, No. G-1513 and No. F-5000.

Be It Ordained by the City Council of the City of Sioux City, Iowa:

Sec. 356. **Burials.** That hereafter no dead human body or bodies shall be buried within the limits of the city in any other place or locality than in the Floyd Cemetery, the Floyd Cemetery annex (original filing), Logan Park Cemetery, Mount Calvary Cemetery, Mount Sinai Cemetery, Hebrew Cemetery, blocks 120, 121, 122, 123, 124, 125, 126, 169, 170, 171, 172, 173, 174, 175, 190, 192, 193, 194, 195, 196, 239, 240, 241, 242, 243, 244, and 245 in Floyd Cemetery Annex (second filing), and in a cemetery about to be formed under the title of Graceland Park Cemetery to be located upon the west half of the southwest quarter (W½ SW¼) of Section five (5), and the northeast quarter of the northeast quarter (NE¼ NE¼) of Section seven (7), and all that part of the northwest quarter (NW¼) of Section eight (8) lying west of the west line of the Lakeport road, described as follows: Commencing at the northwest corner of said Section eight (8), thence running south along the section line 20 chains, thence east and parallel with the south line of said section about 21 chains

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

# TAB 33

Newspapers
by ancestry

https://www.newspapers.com/image/754109898/

Daily Sun-News (Sunnyside, Washington) · Thu, Aug 17, 1911 · Page 6
Downloaded on Nov 19, 2024

voucher shall, when accompanied by detailed statement of such expenditures, be certified to the Town Clerk who shall issue warrants drawn on the Park Fund and the same shall be paid by the Treasurer out of any money in the Park Fund not otherwise appropriated.

Section 5. Neither cattle, horses, goats, swine or other animals shall be turned into any of said parks, public squares or public grounds by any person. All persons are forbidden to carry firearms or throw other missles within any one of the public parks or other public grounds of the town. All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences or other structures or property within or upon any of said parks or public grounds.

Section 6. Any person or persons who shall within the town of Sunnyside, willfully or carelessly pull down,

Copyright © 2024 Newspapers.com. All Rights Reserved.

Case: 25-2413, 04/22/2026, DktEntry: 44.5, Page 68 of 99



Daily Sun-News (Sunnyside, Washington) · Thu, Aug 17, 1911 · Page 6
Downloaded on Nov 19, 2024

https://www.newspapers.com/image/754109898/

## ORDINANCE NO. 172.

An ordinance relating to parks, parkways, boulevards, public squares, protection of trees and shrubs; giving the Park Commission full authority in the management of parks and the planting of trees and providing penalty for the violation thereof:

Be it ordained by the Council of the Town of Sunnyside:

Section 1. There shall be a Park Fund, which shall consist of

First: Such gifts, bequests and devises as may be given, bequeathed, devised to the Town of Sunnyside for the purpose of parks, parkways, boulevards, public squares or any ornament thereof.

Second: Such annual tax levied not less than one mill on the dollar as may be provided by the town council.

Third: Any other appropriation that the town council may make to such fund from time to time.

Fourth: The rents, issues and profits derived from any property, which may be held or received in trust for said town for squares, parks, parkways, boulevard purposes and the proceeds received from the sale thereof.

Section 2. The management and control of all the public squares and parks of the town, and all park drives, parkways, boulevards, play or recreation grounds, and also the planting of shade trees along the streets, are hereby vested in the Board of Park Commissioners. It shall have power to designate lands and grounds to be used and appropriated for such purposes, and cause the same to be platted and surveyed and plats thereof filed in the office of the town Engineer, to devise, adapt and lay out parks, squares, park drives, parkways and boulevards, play or recreation grounds in and adjacent to the town and from time to time extend the same and add thereto; to grade, improve, ornament and maintain the same; to locate and maintain buildings, monuments and structures therein, and shall in the name of the town accept all devises and bequeaths; to provide for securing, growing and maintaining trees, plants, flowers and other attractions therein; to grant concessions and privileges therein under such restrictions and for such compensation as it shall prescribe, the revenue of which shall go to the town Park Fund, provided that no such concession or privilege shall be in violation of any of the town ordinances. The Board shall have power to designate to the town council any street or highway of the town which it may desire to have widened, improved and selected as a park drive, parkway or boulevard, and the town council may thereupon, by ordinance, so select such street to be used for a park drive, parkway or boulevard; such street or highway shall become and be for all purposes a park drive, parkway or boulevard, as may have been determined and thereafter the same shall be subject to the rules and regulations as may from time to time be in force therefor.

Section 3. The Board of Park Commissioners shall have exclusive power to employ and pay all superintendents, employees and other persons as may be necessary for maintaining, improving and controlling all park property and boulevards; and it shall on or before the 10th day of August of each year, prepare and submit to the Town Council for approval and adoption, an estimate of the amount of money which may be required for the improvement and maintenance of parks, parkways, public squares and boulevards for the succeeding year.

Section 4. The Board of Park Commissioners shall alone have authority to spend the park funds, and all expenditures on account of property designated in this manner, shall be made upon vouchers approved by the Board of Park Commissioners thru its president and secretary. Each voucher shall, when accompanied by detailed statement of such expenditures, be certified to the Town Clerk who shall issue warrants drawn on the Park Fund and the same shall be paid by the Treasurer out of any money in the Park Fund not otherwise appropriated.

Section 5. Neither cattle, horses, goats, swine or other animals shall be turned into any of said parks, public squares or public grounds by any person. All persons are forbidden to carry firearms or throw other missiles within any one of the public parks or other public grounds of the town. All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences or other structures or property within or upon any of said parks or public grounds.

Section 6. Any person or persons who shall within the town of Sunnyside, willfully or carelessly pull down, girdle, break or otherwise injure or destroy any fruit, ornament or shade tree, shrub, plant or turf being the property of another or who shall cut down, girdle, break or otherwise injure or destroy any ornament of another, shade tree, plant or tree, standing or growing on any public ground or any street, avenue, alley, sidewalk, park or promenade of the town of Sunnyside, or cut or otherwise injure or destroy the turf thereof, or who shall willfully cut down, lap, girdle, break, destroy, injure or carry away any tree or shrub whatsoever, being on the land not owned or controlled by such person or persons, or who shall hitch, fasten or cause or suffer to be hitched or fastened, any animal under the control or in the service of such person or persons, to any ornament, shade tree, plant or shrub in or upon any street, avenue, alley, sidewalk, park, public square or other public place in the town of Sunnyside, or suffer or permit any such animal to remain so hitched or fastened after any such animal is so hitched or fastened; or who shall stop, hitch or fasten or suffer or cause to be stopped, hitched or fastened any such animal near any such tree, plant or shrub, that such animal can bite or injure such tree, plant or shrub, shall upon conviction of any such offense, be fined not more than $50.00 nor less than $10.00 and pay the cost of prosecution and be confined in the town jail until such fine and costs are paid. Providing nothing herein shall be so construed as to prevent the owner or agent of the property along side of from trimming any such tree, plant or shrub in the proper manner or at the proper time of the year for such trimming.

Section 7. The Town Marshal or any deputy or the superintendent of parks and tree warden, shall have the power to arrest any person who shall violate this ordinance and cause him to be committed for examination.

Section 8. This ordinance shall take effect and be in force from and after its passage and publication.

Passed by the Town Council this 14th day of August, 1911.

Approved by the Mayor this 14th day of August, 1911.

J. B. GEORGE, Mayor

Attest: L. W. BATES, Town Clerk.

## NOT COAL LANDS, UNDER HIGH LINE PROJECT.

Department of The Interior, U. S. Land Office at North Yakima, Washington, July 7, 1911.

Notice is hereby given that Robert A. Marquis, of Black Rock, Wash., who, on May 14, 1906, made homestead entry No. 5152, serial No. 01854, for W½ SW¼ and W½ NW¼, Section 30, Township 12 N., Range 22 E. W., Meridian, has filed notice of intention to make Final five year Proof, to establish claim to the land above described before United States Land Office, at North Yakima, Washington, on the 23rd day of August, 1911.

Claimant names as witnesses: John Cuddie, of Black Rock, Wash.; James Skidmore, of North Yakima, Wash.; Albert L. Jenkins, of Toppenish, Wash.; James G. Wright, of Wapato, Wash.

HARRY Y. SAINT,
8-6- Register.

## MONEY TO LOAN.

Unlimited money for farm loans, R. O. Lichty, Sunnyside, Wash. 42-tf-



## THE QUESTION SOLVED

That question as to how to determine the validity of the title of the proposed real estate purchase is solved by having an abstract made of it. Our abstracts are absolutely correct they give a full, complete history of the title and are safe guides to go by as regards the titles of property.

Be safe by having one of OUR ABSTRACT BEFORE YOU BUY.

FIDELITY ABSTRACT & TITLE Co.

S. H. SCHREINER

P. O. Block. Phone 341.

"Insist on Fidelity Abstracts."

Copyright © 2024 Newspapers.com. All Rights Reserved.

PAGE SIX      THE SUNNYSIDE SUN, THURSDAY, AUGUST 17, 1911.

# REFRIGERATORS

$30.00 Regular, Sale Price $22.75
25.00 " " " 18.75
27.50 " " " 19.75
20.00 " " " 15.00
15.00 " " " 11.25

Not many left, but while they last at above prices.

## Amundson Hardware Co.

## Water Will Be Turned Off Mabton Pressure Pipe, Oct. 1

The following notice to patrolmen has been issued by the U. S. R. S., and is self-explanatory:

"Owing to the fact that the break in the Mabton pressure pipe at the point where it passes under the Yakima river can only be successfully and economically repaired during the month of October, while the river is at its lowest stage, it is probable that the water will be turned out of the Mabton pressure pipe on October 1st, for the purpose of making such repairs, and that it will be impossible to give water service under the Mabton division after that date.

"You will therefore notify any water users on your patrol beat who are preparing land for seeding, in order that they may know what to expect."—Signed: R. K. TIFFANY, Acting Project Engineer.

### Osteopaths Issue a Defiant Challenge.

Flinging defiance to the medical profession of Chicago in the treatment of disease, the American Osteopathic association, in a resolution unanimously endorsed by 1,200 representatives of the association at the Hotel La Salle, yesterday challenged

the American Medical association, the American Institute of Homeopathy and the American Association of Eclectic Medicine to a competitive test.

Pneumonia and typhoid fever are the diseases selected for the test by the osteopaths. Each faction, it is stipulated, shall be entitled to the treatment of 100 cases each. The Cook County hospital and the Bellevue hospital of New York are the places recommended for the test.

"The challenge is to demonstrate the superiority of osteopathic treatment under impartial auspices," said Dr. Joseph H. Sullivan of Chicago, framer of the resolution, "and is directed at the allopaths, the homeopaths and eclectics. Physicians of three drug schools are to be arranged on one side and the non-drug men on the other."

A million dollar institute in Chicago for the advancement of the osteopathic research may be the outcome of the convention. For this purpose $100,000 has already been subscribed, while double this amount has been pledged.

Dr. Arthur G. Hildreth of St. Louis, president of the association, presided at the meeting yesterday.—Chicago Record Herald.

FOR FLUME BUILDING—And all work in the line of irrigation and leveling land and running levels, see Frank O. Gorton, north end of Sixth street, Sunnyside. 18 Year's experience. 8-tf

## Your Table Silver

should have the heaviest possible plate of pure silver at a moderate price.

### Community Silver

has. The designs are handsomest. Let us show them to you.

### R. S. Calkin, Jeweler
Watch Repairing Our Specialty

## SAY!

Did You See Dad Chambers on the Fourth with His Girls? Weren't They all Right? I Guess Yes.

Now he has something else to tell you THAT IS A LITTLE STORY ABOUT

# LIME

THE CASCADE LUMBER CO.
Has something that beats them all

Come down and let me tell you about it. You all know the number. Just across the R. R. tracks

## CASCADE LUMBER CO.

### ORDINANCE NO. 172.

An ordinance relating to parks, parkways, boulevards, public squares, protection of trees and shrubs; giving the Park Commission full authority in the management of parks and the planting of trees and providing penalty for the violation thereof:

Be it ordained by the Council of the Town of Sunnyside:

Section 1. There shall be a Park Fund, which shall consist of:

First: Such gifts, bequests and devises as may be given, bequeathed, devised to the Town of Sunnyside for the purpose of parks, parkways, boulevards, public squares or any ornament thereof.

Second: Such annual tax levied not less than one mill on the dollar as may be provided by the town council.

Third: Any other appropriation that the town council may make to such fund from time to time.

Fourth: The rents, issues and profits derived from any property, which may be held or received in trust for said town for squares, parks, parkways, boulevard purposes and the proceeds received from the sale thereof.

Section 2. The management and control of all the public squares and parks of the town, and all park drives, parkways, boulevards, play or recreation grounds, and also the planting of shade trees along the streets, are hereby vested in the Board of Park Commissioners. It shall have power to designate lands and grounds to be used and appropriated for such purposes, and cause the same to be platted and surveyed and plats thereof filed in the office of the town Engineer, to devise, adapt and lay out parks, squares, park drives, parkways and boulevards, play or recreation grounds to and adjacent to the town and from time to time extend the same and add thereto; to grade, improve, ornament and maintain the same; to locate and maintain buildings, monuments and structures therein, and shall in the name of the town accept all devises and bequeaths; to provide for securing, growing and maintaining trees, plants, flowers and other attractions therein; to grant concessions and privileges therein under such restrictions and for such compensation as it shall prescribe, the revenue of which shall go to the town Park Fund, provided that no such concession or privilege shall be in violation of any of the town ordinances. The Board shall have power to designate to the town council any street or highway of the town which it may desire to have widened, improved and selected as a park drive, parkway or boulevard, and the town council may thereupon, by ordinance, so select such street to be used for a park drive, parkway or boulevard; such street or highway shall become and be for all purposes a park drive, parkway or boulevard, as may have been determined and thereafter the same shall be subject to the rules and regulations as may from time to time be in force therefor.

Section 3. The Board of Park Commissioners shall have exclusive power to employ and pay all superintendents, employees and other persons as may be necessary for maintaining, improving and controlling all park property and boulevards; and it shall on or before the 10th day of August of each year, prepare and submit to the Town Council for approval and adoption, an estimate of the amount of money which may be required for the improvement and maintenance of parks, parkways, public squares and boulevards for the succeeding year.

Section 4. The Board of Park Commissioners shall alone have authority to spend the park funds, and all expenditures on account of property designated in this manner, shall be made upon vouchers approved by the Board of Park Commissioners thru its president and secretary. Each voucher shall, when accompanied by detailed statement of such expenditures, be certified to the Town Clerk who shall issue warrants drawn on the Park Fund and the same shall be paid by the Treasurer out of any money in the Park Fund not otherwise appropriated.

Section 5. Neither cattle, horses, goats, swine or other animals shall be turned into any of said parks, public squares or public grounds by any person. All persons are forbidden to carry firearms or throw other missiles within any one of the public parks or other public grounds of the town. All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences or other structures or property within or upon any of said parks or public grounds.

Section 6. Any person or persons who shall within the town of Sunnyside, willfully or carelessly pull down,

girdle, break or otherwise injure or destroy any fruit, ornament or shade tree, shrub, plant or turf being the property of another or who shall cut down, girdle, break or otherwise injure or destroy any ornament of another, shade tree, plant or tree, standing or growing on any public ground or any street, avenue, alley, sidewalk, park or promenade of the town of Sunnyside, or cut or otherwise injure or destroy the turf thereof, or who shall willfully cut down, tap, girdle, break, destroy, injure or carry away any tree or shrub whatsoever, being on the land not owned or controlled by such person or persons, or who shall hitch, fasten or cause or suffer to be hitched or fastened, any animal under the control or in the service of such person or persons, to any ornament, shade tree, plant or shrub in or upon any street, avenue, alley, sidewalk, park, public square or other public place in the town of Sunnyside, or suffer or permit any such animal to remain so hitched or fastened after any such animal is so hitched or fastened; or who shall stop, hitch or fasten or suffer or cause to be stopped, hitched or fastened any such animal near any such tree, plant or shrub, that such animal can bite or injure such tree, plant or shrub, shall upon conviction of any such offense, be fined not more than $50.00 nor less than $10.00 and pay the cost of prosecution and be confined in the town jail until such fine and costs are paid. Providing nothing herein shall be so construed as to prevent the owner or agent of the property along side of from trimming any such tree, plant or shrub in the proper manner or at the proper time of the year for such trimming.

Section 7. The Town Marshal or any deputy or the superintendent of parks and tree warden, shall have the power to arrest any person who shall violate this ordinance and cause him to be committed for examination.

Section 8. This ordinance shall take effect and be in force from and after its passage and publication.

Passed by the Town Council this 14th day of August, 1911.

Approved by the Mayor this 14th day of August, 1911.

J. R. GEORGE, Mayor

Attest: L. W. BATES, Town Clerk

### NOT COAL LANDS, UNDER HIGH LINE PROJECT.

Department of The Interior, U. S. Land Office at North Yakima, Washington, July 7, 1911.

Notice is hereby given that Robert A. Marquis, of Black Rock, Wash., who, on May 14, 1906, made homestead entry No. 5152, serial No. 01854, for W½ SW¼ and W½ NW¼, Section 20, Township 12 N, Range 22 E. W., Meridian, has filed notice of intention to make Final five year Proof, to establish claim to the land above described before United States Land Office, at North Yakima, Washington, on the 23rd day of August, 1911.

Claimant names as witnesses: John Cuddle, of Black Rock, Wash.; James Skidmore, of North Yakima, Wash.; Albert L. Jenkins, of Toppenish, Wash.; James G. Wright, of Wapato, Wash.

HARRY Y. SAINT, Register. 8-6

### MONEY TO LOAN.

Unlimited money for farm loans. R. C. Lichty, Sunnyside, Wash. 52-tf



# THE QUESTION SOLVED

That question as to how to determine the validity of the title of the proposed real estate purchase is solved by having an abstract made of it. Our abstracts are absolutely correct, they give a full, complete history of the title and are safe guides to go by as regards the titles of property. Be safe by having one of OUR ABSTRACT BEFORE YOU BUY.

## FIDELITY ABSTRACT & TITLE Co.

S. H. SCHREINER

P. O. Block.    Phone 341.

"Insist on Fidelity Abstracts."

## Don't You Know

that it is cheaper to pay $3.50 for a good screen door that will last from three to five years than it is to pay $2.00 for one each year? We guarantee window and door screens.

Porch screening a specialty    **Sunnyside Planing Mill**    G. R. Gochnour, Manager

# LOANS

## On Farm and City Property

Washington Irrigation Company's Business all done through this office.

We are in a position to make any amount of a loan quickly, providing your abstract shows clear title and security is sufficient.

LET US WRITE YOUR INSURANCE.

## Sunnyside Land & Investment Company,

BARNES BLOCK, SUNNYSIDE, WASHINGTON.

### NOT COAL LAND.

Department of The Interior, U. S. Land Office at North Yakima, Washington, July 8, 1911.

Notice is hereby given that Mrs. Cora Rogers, of Toppenish, Washington, who, on May 22, 1906, made homestead entry No. 5158, serial No. 0812, for NW¼ of Section 32, Township 12 North, Range 22 East Willamette Meridian, has filed notice of intention to make Final five year Proof, to establish claim to the land above described, before the Register and Receiver, U. S. Land Office, at North Yakima, Washington, on the 22nd day of August, 1911.

Claimant names as witnesses: James W. Right, of Black Rock, Wash.; John Cuddle, of Black Rock, Wash.; Mrs. Bowinkem, of Black Rock, Wash., Mrs. Iva Davis, of Toppenish, Wash.

HARRY Y. SAINT, Register. 8-6

### ORDER TO SHOW CAUSE.

In the Superior Court of the State of Washington, in and for the County of Yakima.—In Probate.

In the matter of the estate of Jessie E. McConnell, deceased.

Whereas, George F. McConnell, administrator of the estate of Jesse E. McConnell, deceased, has petitioned this court for an order to mortgage the real estate of said estate, hereinafter described, for the sum of three thousand five hundred dollars, for the reasons set forth in said petition. It is now therefore ordered, that Friday, the 25th day of August, 1911, at the hour of eleven o'clock a. m. be and the same is hereby fixed as the time of hearing on said petition, and it is ordered that all persons interested in said estate appear before this court, at the Court House, at North Yakima, at said time, and show cause, if any, why an order to mortgage said estate should not be granted according to the said petition; and that due notice hereof be given by publication in the Sunnyside Sun, a newspaper published at Sunnyside, Yakima County, Washington.

The real estate of said estate which it is proposed to have mortgaged is described as follows: The East half of the Southeast quarter of the Southeast quarter and the West half of the Southwest quarter of the Southeast quarter, of Section Thirty-one, (31), Township Ten (10) North, Range Twenty-three (23) E. W. M., together with the water right thereof, and excepting the right-of-way of the government appliwar.

Dated at North Yakima, Washington, July 22nd, 1911.

THOMAS E. GRADY, Judge. 10-4-

### NOTICE OF SHERIFF'S SALE OF REAL ESTATE UNDER SPECIAL EXECUTION.

In the Superior Court of the State of Washington, in and for Yakima County.

J. W. Stephens, plaintiff, vs. Charles W. Gibbons and Nellie S. Gibbons his wife, Robert E. Cavette and Jane Doe Cavette, his wife, Review Publishing Company, a corporation, Stone-Fisher Company, a corporation and I. B. Turnell, defendants.

Under and by virtue of a special execution and order of sale issued out of and under the seal of the Superior Court of the State of Washington, in and for said County, on the 25th day of July, 1911, upon a judgment rendered in said Court on the 25th day of July, 1911, in favor of J. W. Stephens, plaintiff and against Charles W. Gibbons, Nellie S. Gibbons, his wife, Robert E. Cavette and Jane Doe Cavette, his wife, Review Publishing Company, a corporation, Stone-Fisher company, a corporation and I. B. Turnell, defendants, for the sum of $652, 45, together with costs and increased costs, and to me directed and delivered commanding me to sell the following described property to satisfy said judgment, to-wit:

The South half of Lot Fifteen (15) in Block Forty-nine (49) of the town of Sunnyside, Washington, according to the official plat thereof of record in the ffoice of the Auditor of Yakima County, Washington, together with water right and appurtenances thereunto belonging.

Notice is hereby given, That on Saturday, the 26th day of August, 1911, at 1 o'clock in the afternoon of said day, I will sell the above described property, or so much thereof as may be necessary to satisfy said judgment, together with attorney's fees, interests, costs and increased costs, in all amounting to the sum of $671.35.

Said sale will take place at the front door of the Court House at North Yakima, in said County and State, and will be at public auction for cash in hand to the highest and best bidder.

Dated at North Yakima, Washington, this 25th day of July, 1911.

J. W. DAY, Sheriff. By W. P. Murphy, Deputy. 10-5-

## THE UNION BANK
INCORPORATED
GRANGER, WASH.

Capital,    - - -    $25,000.00

A General Banking Business Transacted
F. H. Lloyd, Pres.    A. W. Johnson, Vice Pres.
A. C. Snowden, Cashier

M. W. Schlosser    E. B. Crisswell

## SCHLOSSER & CRISSWELL.....

### WELL DRILLING

See us before you Drill.

All Work Guaranteed.

## I. W. COLBY
PROPRIETOR

### City Transfer Co.

Draying and Teaming. All kinds of freighting. All orders given prompt attention.

# TAB 34

Newspapers
by ancestry

https://kansashistoricalopencontent.newspapers.com/
image/479935553/

The Atchison Daily Globe (Atchison, Kansas) · Fri, Nov 14, 1913 · Page 8
Downloaded on Nov 19, 2024



## Check Your Weapons.

It will cost you a fine of from $10 to $100 to discharge or carry fire-arms in Jackson park from now. You can't even go through the park hunting or return that way. An ordinance to the above effect was passed last night, and the police judge can impose a jail sentence in addition to a fine. Boys have been shooting rabbits and squirrels in the park.

Copyright © 2024 Newspapers.com. All Rights Reserved.

# To prevent disease— resist disease germs

SMALLPOX is prevented by vaccination — the injection of vaccine. DIPHTHERIA is prevented by the injection of anti-toxin.

These enable the body to produce substances which prevent the growth of smallpox and diphtheria germs in the blood.

There are many other diseases, nearly, if not quite as dangerous, and far more common — typhoid fever, the grippe, bronchitis, pneumonia, catarrh, rheumatism, and a score of others — that can be prevented less painfully and more easily by making the body strong to resist germ infection.

Rexall TRADE MARK

# Olive Oil Emulsion

(With Hypophosphites)

Is designed for the prevention as well as the relief of disease — by enabling the body to overcome the *germs*. It, at the same time, strengthens and tones the nerves, nourishes the blood, puts the entire system into a proper healthy condition to combat and successfully resist disease.

Every person not in perfect health has incipient germs of some distressing ailment in his or her system.

Cold weather, over-work, excesses of any kind, are liable to bring about just the conditions under which those latent disease germs will get the upper hand, and put you on your back "down sick."

You who are run-down, tired-out, *nervous*—

You who, though not sick enough to give up, *still don't feel good*—

You who are apparently well, and *want to stay well*—

Take home a bottle of Rexall Olive Oil Emulsion to-day, and use it as a means to *get well and keep well*.

Rexall Olive Oil Emulsion is a real nerve-food tonic.

In this it is different from most other so-called "tonics" which either have no food value and do nothing more than temporarily stimulate you, leaving you in a worse condition than before or, having food value, still are so unpleasant to take that many people can't keep them down.

Rexall Olive Oil Emulsion is pleasant to take. The Hypophosphites it contains tone the nerves. The pure Olive Oil nourishes both nerves and blood.

Rexall Olive Oil Emulsion strengthens you; puts snap and ginger and vitality into your system. It makes you feel better and stronger. It improves your digestion and your bowel action.

*It contains no alcohol nor any dangerous or habit forming drugs.*

It is guaranteed to be just as represented above — to do all that is claimed above — to satisfy you in every way, or your money back without quibble or question.

Enough for full two weeks' treatment, $1.00.

Sold only at The Rexall Stores — the World's greatest Drug Stores — and always with a full guarantee of complete satisfaction, or your money back.

Sold in this community only at

The Rexall Store

WALTERS & BEHRENS
500 Commercial St. Atchison, Kansas

Rexall means "King of All"

## WHITE WAY CONTRACT LET

At last night's meeting of the city council the bid of the Thayer Foundry Co., $2,920, for the installation of the Commercial street White Way, from Fifth to Ninth, was accepted; also the Thayer company's bid of $630, for the installation of the White Way on Commercial from Fourth to Fifth. There was but one other bidder, the Woodhouse-Stein company, which asked $3,000 for the larger job, and $800 for the smaller.

There is a makeshift White Way in existence now, between Fourth and Fifth, and the $630 will bury the now overhead wires in this block, in underground conduits and make the White Way uniform with the balance of the street.

At the Thayer bid it will cost Commercial street property owners just about $1 a front foot to install the White Way. They will pay in advance, according to an agreement entered into last evening, so that the council will have funds to pay the Thayer company, when the work is done.

It will be impossible, Will Thayer says, on account of past delays, to get the White Way going for the holidays this year. There will be ten ornamental poles to the block. Each pole will contain a cluster of five Tungsten lights. Four of the lights will be of 60-candle power each and will burn until 10:30 p. m. The fifth, or top lamp, will be 100-candle power, and will shine all night. On Saturday nights the 10:30 lamps will be on until 11 p. m. There will be 88 clusters in all, from The Byram to the Harwi building, and on Third street, from Commercial street to the depot. The cost for current will be $28 per cluster, annually. Less a saving that will be effected by abolishing the arc lamps, now on Commercial street, the annual increase of the city's lighting bill, on account of the White Way, will be $2,718. Property owners pay only for the installation; the city must furnish the juice out of the general revenue fund.

Something of a row with representatives of the Commercial club on one hand and the Booster club, on the other, preceded the acceptance of the Thayer bid. The legality of the White Way petition, covering the territory west of Fifth street, having been attacked, Frank Harwi, president of the Commercial club, and Secretary Austin, of the club, ably defended it. Figures were given in support of their claim that the petition contained a legal majority and then some; 1,430 feet out of 2,230 owned by resident property owners. One objection of the Booster club was sustained by City Attorney Brown. It was that the city couldn't legally let the Thayer contract with no funds in the treasury to pay the bill. Jake Wallenstein asked if it would be legal if the property owners who want the White Way advance the money to the city. The attorney said Nebraska courts had decided a similar case, and held a city council that had acted upon an advance of funds blameless, but said the question had never been raised in Kansas. The council decided it would take the chance, and a motion to accept the Thayer bid carried, with but one dissenting vote. Councilman Martin voted "no." Walter Ostertag, of the Booster club, said the putting up of the cost of installation by property owners suited him, but still insisted that the petition was illegal. A roll call on the motion to accept the bid was ordered at the request of Mr. Ostertag, who said it was desired in the interest of possible individual liability suits. Henry Helferk, of Branchton, said the objection of the outlying districts is not the 15 cents annually on each $1,000 of taxable property, which the White Way will cost, but that places like Branchton are demanding better lights and street crossings, and not getting them, although their taxes have trebled in the last fifteen years.

Mayor Finney to the big audience: "I am glad to see so many of you here, but would like to see your quarrel done away with. I would like to have seen such a crowd here when the rotten water and rotten lighting contract was made."

**Check Your Weapons.**

It will cost you a fine of from $10 to $100 to discharge or carry firearms in Jackson park from now. You can't even go through the park hunting or return that way. An ordinance to the above effect was passed last night, and the police judge can impose a jail sentence in addition to a fine. Boys have been shooting rabbits and squirrels in the park.

**First Step for Viaduct.**

A first step in a legal battle to make the railroads rebuild the Sixth street viaduct was taken, when a resolution was offered to change the grade of the alley back of the Exchange National bank, so that the north approach can be extended and the grade reduced. It is proposed to fill the alley to a level with the loading platform of the Howard factory. The resolution was referred to the improvement committee. Tom Moxley, employed by the city to help City Attorney Brown in the viaduct litigation, says the change of grade is necessary to begin with on Sixth street. B. D. Zimmerman was before the council last night with a plea that the viaduct be opened for light vehicles.

George W. Foland, of Coffeyville, was given authority to locate oil tanks near Eleventh and Utah avenue, and the state board of control was given authority to use Second street, north of M, in extending city water mains to the Orphans' home.

A motion by Councilman Clarke to remove the arc light from Fourteenth and Atchison and substitute four Mazda lights along Fourteenth, was referred to the revenue committee.

Do you know Atchison has a street named Violet? It is back of the convent, and some call it South Tenth. Colored people live there, and have asked the council to do some ditching to keep storm water from the hills off them.

Bids for sidewalks in Northwest Atchison were above the estimate and were rejected.

# Low Rates South

## Tuesdays

November 4 and 18, December 2 and 16

| | | From Chicago | From St. Louis | | | From Chicago | From St. Louis |
|---|---|---|---|---|---|---|---|
| St. Augustine, | Fla. | $36.05 | $29.40 | Hilliard .... | Fla. | $33.05 | $29.50 |
| Ft. Lauderdale | " | 44.20 | 37.50 | Sanford ... | " | 36.50 | 31.45 |
| Gainesville .. | " | 36.30 | 29.20 | Titusville ... | " | 38.00 | 31.95 |
| Ocala ..... | " | 36.30 | 31.45 | Miami ..... | " | 44.95 | 38.20 |
| Fort Myers .. | " | 36.50 | 31.45 | Orlando .... | " | 36.50 | 31.45 |
| Palatka .... | " | 36.40 | 28.75 | Tampa ... | " | 36.50 | 31.45 |
| West Palm Beach | " | 42.90 | 36.25 | Pensacola ... | " | 30.10 | 20.85 |
| Kissimmee .. | " | 36.50 | 31.45 | De Funiak Spgs. | " | 31.75 | 24.25 |
| Deland .... | " | 36.50 | 31.45 | Marianna ... | " | 31.75 | 24.25 |
| Bay Minette . | Ala. | 30.10 | 20.85 | Biloxi ..... | Miss. | 31.25 | 22.00 |
| Panama City . | Fla. | 33.75 | 28.40 | Gulfport ... | " | 31.25 | 22.00 |
| New Orleans . | La. | 33.00 | 23.75 | Greenville .. | Ala. | 28.75 | 20.40 |
| Mobile .... | Ala. | 30.10 | 20.85 | Evergreen .. | " | 20.85 | 20.85 |

*Proportionately Low Rates to Many Other Points in*

**Alabama, Florida, Georgia, Tennessee and Mississippi**

Liberal Return Limit and Stop-Over Privileges (304)

R. C. WALLIS, D. P. A., St. Louis
P. W. MORROW, N. W. P. A., Chicago
Louisville & Nashville R. R.

**Additional Local News.**

Dr. Pitts, occulist and aurist, Simpson building.

Dick Ferguson is able to be at his shop occasionally.

Be sure to read the notice in this issue of H. C. Berry's public sale at Lancaster.

David Clinton Benton, age 50, and Mrs. Mary Baldwin, age 52, of Hutchinson, were married Wednesday.

"The wise man buys a Ford and puts the 'difference' in the bank," says O. B. Woody, of Caughey & Woody.

A colored girl, who was living with a young white man, was ordered to leave the city yesterday, and left, taking trunk, baggage and all.

We hope that the name Lockwood-Hazel Co. is synonimous with printing to you, for we want you to think of us every time you think of good printing.

This is hungry weather. You will want a good dinner Sunday and here's a tip: Buy it of Shufelt & Metz. Everything there in the way of fresh vegetables, poultry, fruit, etc.

St. Joe, Kansas City and Leavenworth are yelling loudly against the Rock Island's decision to remove several passenger trains and plugs along the Missouri river, and Atchison might as well join the chorus.

A tip to the wi[illegible] should be su[illegible]cient. Chief Coleman is [illegible]hin[illegible] a Park street man who is calling [illegible] too frequently on a married wom[illegible] and is hoping that the man wi[illegible] back into the even tenor of his [illegible] and not compel the police departm[illegible] to spring a sensation. The of[illegible] man has a wife and children and [illegible] wife is a worthy woman and no[illegible] serving of neglect from him. No[illegible] reported this case to Chief Col[illegible] He has observed the conduct of [illegible] man with his own eyes, and has [illegible] solved that those two homes shall n[illegible] be shattered.

Due to the unusually he[illegible] traf[illegible] on the Omaha division of the [illegible] Pacific, an extra trick dispatcher [illegible] been put on the day shift at [illegible] City, and the position of night [illegible] dispatcher has been created an[illegible] B. Lane has been appointed to [illegible]. Extra yard clerks are also being [illegible] to work in the Falls City yards, and the force of freight handlers at Falls City is being increased. How[illegible] only a fair number of shopmen [illegible] employed in the Falls City shops.

Miss Lucile Meyer, age 16 [illegible] daughter of Albert Meyer, who li[illegible] three miles south of Huron, died [illegible] morning, after a lingering illness [illegible] kidney trouble. The funeral [illegible] held from the Methodist church [illegible] Lancaster Sunday at 3 o'clo[illegible] and [illegible] burial will be in the Lan[illegible]er cemetery.

Only One "BROMO QUININE" That is LAXATIVE BROMO QUININE. Look for the signature of E. W. GROVE. Cures a Cold in One Day, Cures Grip in Two Days. 25c.

*Plan Early Your Trip to*

# California

Plan to go this Winter to the land of warmth and roses—away from the cold and snows.

The best way—via Rock Island Lines.

**Choice of Three Routes**

Via El Paso and New Mexico—the direct route of lowest altitudes—in connection with the E. P. & S. W. and Southern Pacific; via Colorado Scenic Route to Salt Lake City—thence Western Pacific through Feather River Canyon; via Colorado Scenic Route to Salt Lake City and Ogden—thence Southern Pacific.

Let me help you plan your trip.

Rock Island

J. A. STEWART,
General Passenger Agent,
Topeka, Kansas

## CITY NEWS.

Collection of News Paragraphs and Advertisements.

Retrenchment recently caught 28 carmen at Horton.

Drs. Preston, specialitsts kidney, bladder and rectal diseases.

Saturday evening special: Chi[illegible] 50 cen vests and pants for 25 cents. Lake's.

Engineer John O'Connor has Fred Shippee's run, while Mr. Shippee is laying off.

One way of solving the meat problem is to call Ruhlman. He can suggest what you want.

Tomorrow $1.49 gets a guaranteed [illegible] syringe and hot water bottle at Byrne's Pha[illegible]

Fred Croon, now employed at nights in the round house at the shops, will soon become a fireman.

Sam Hartman, a farmer, has killed so many skunks recently that his neighbors are threate[illegible]

Whereabouts of D. H. Koons, a carman, are unknown at the shops. Mrs. Koons has moved from West Atchison to Branchton.

Whenever Joe Schott thinks of his three nephews, Frank, August and William Ruhleder, he sticks out his chest with pride, and with good reason, too. These three young men are exceptionally nice and capable. William, the last one to arrive from Germany, came here four years ago, didn't know an English word from a doodle bug, and went to work in the Kessler-Barbee saddlery, beginning at the bottom. He studied costs in particular, and now is cost clerk of the establishment, and Herman Kessler says he is the best cost clerk he ever had. William is now able to talk English as good as any one.

Ben McKinzer, a colored man who is laid up with injuries he received when he fell from a wagon, can speak German fluently, Tom Clark says. McKinzer, for twenty-five years, has been employed on the William Hess farm north of Shannon, and learned to speak German from the Hess family. As stated in last night's Globe, McKinzer fell on his head, sustaining a fracture to one of the vertebrae and he is now paralyzed, but has a chance to recover.

Motorcycle messengers. Phone 132.

Candy from Gore's always makes a hit with the girls.

Doc Bonnell was in the city to-day, [illegible] Christmas gifts.

Engineer Harry Heisey feels weak in the back, and is laying off.

Loren Buchanan is now firing on the north end of the Omaha division.

For $14.98 you get a $23.50 Axminster rug at Intfen's Furniture store.

Your eyes deserve specialized effort; that's why we specialize. Stone Optical Co.

Roy Koontz has recovered from the shock, and has returned to his work at the shops.

Charles Scoville, who once held a big revival in Atchison, is now conducting a meeting in Arkansas City.

While doing your Christmas shopping early do not forget to order your coal from the Fletcher Coal Co. Phone 12.

Anheuser-Busch and Heim's Special beers in kegs and cases. Special messenger service for small orders. Parsons & Co., phone 177.

Farmers are at work cutting down the hill east of Irish Point school house between the Joe Watowa and Vanderweide farms. Five or six teams are being used.

The assurance that you have a reliable film in your camera is worth everything to you. Then you should bring your kodak finishing to us for expert service. Kaff & Stowe.

Talking about school pranks: When a Doniphan county man was a school boy he removed all of the pins from the dress of the girl who sat in front of him, and when she got up her dress fell off her.

Another one of The Globe's friends is Jack Degan. He mailed eight items to this department the other day. The other day. The only thing wrong with Jack is that since he quit work and became night caller at the shops he has become too fat for convenience.

Judge Casey's term as postmaster doesn't expire until a year from January, and Paul Tonsing may get in line for the place long before that. Still, it will be safer to put your money on John Taylor, Lon Orr, Joe McCrum, Jake Walker or some other talent.

**Pain in Back and Rheumatism**

Torment thousands of people daily. Don't be one of these sufferers when for so little cost you can get well rid of the cause. Foley Kidney Pills begin their good work from the very first dose. They exert so direct an action on the kidneys and bladder that the pain and torment of back ache, rheumatism and kidney trouble is soon dispelled. Walters & Behrens.

George Glick, a grandson of the late George W. Glick, a former governor of Kansas, is now quarter back on the Princeton University football team. Last night's Kansas City Star said of him: "A Kansas City boy is playing quarter back on the Princeton University football team this year. He is George W. Glick, 19 years old, a son of F. H. Glick, Kansas City real estate dealer, and a grandson of the late George W. Glick, ex-governor of Kansas. Young Glick was one of the stars in last Saturday's game, which went to Harvard by the narrow margin of a field goal. He attended the Woodland school until 10 years old and then went to the Mohegan Lake school, New York, where he prepared for college. This is his second year at Princeton. "I didn't know my son was on the regular team until I learned it in the news dispatches," the father said to-day. "He's the sort of boy who doesn't write much about his affairs. That's not saying he does not write, however. All fathers get letters from their sons at college at stated intervals. The requests for remittances seldom miss."

A man named Greer, several years ago head of the car department at the Central Branch shops, is now a traveling representative of McCord & Co., a Chicago railway supply house, and G. H. Barber says it is a splendid position. Brady, who also was head of the car department here, is employed by the Iron Mountain at Alexandria, La., and Fitzpatrick, who was also foreman of the car department here, is now employed by the Cottonbelt at St. Louis.

**Could Not Write.**

Versailles, Ky.—Mrs. Elisha Green, of this place, says: "I could not write all the different pains I had, when I first tried Cardui. I could scarcely walk. Now I am able to run the sewing machine and do my work; and the neighbors tell me the medicine must be good for I look so much better." Cardui is a specific, pain-relieving, tonic remedy, for women. In the past 50 years it has been found to relieve women's unnecessary pains, and female misery, for which over a million suffering women have successfully used it. Try Cardui for your troubles. It will help you. At the nearest drug store.

ATCHISON PAVING BRICK CO. O. M. Halligan, Pres.; W. T. Wolters, Vice Pres.; W. H. Hutton, Sec. Treas.; J. S. Bowley, Supt. Manufacturers of Paving, Sidewalk, Sewer and Foundation Brick. Prices and samples on application. Best paving brick in the West at lowest prices.

# AUTOMOBILE BARGAINS

Why pay big prices when we can furnish you special reductions in new and guaranteed used cars of all sorts and sizes? Big stock always on hand at prices ranging from $150 up. Write us today stating the size car you want and we will quote you prices that will surprise you.

MID-WEST SALES CO. Largest Dealers in the Southwest in Used Cars. 1703 McGee St., Kansas City, Mo.

NO OFFICER OR DIRECTOR of the Exchange National Bank, of Atchison, is a borrower from it. We do a conservative banking business and are in a position to take care of all business entrusted to us in a satisfactory manner. We solicit the accounts of the farmers and business men. Our bank was established in 1859, is a United States, State and County Depository. Our capital is $200,000; stockholders' liability, $200,000; surplus and profits, $132,950; total amount for protection of depositors, $532,950.

CLIP THIS COUPON

# FREE COUPON

IMPERIAL EMBROIDERY PATTERN OUTFIT

PRESENTED BY

THE GLOBE

To indicate you are a regular reader you must present Six Coupons like this one.

THE IMPERIAL EMBROIDERY OUTFIT is guaranteed to be the greatest collection and biggest bargain in patterns ever offered. The 160 patterns have a retail value of 10 cents each, or more than $10.00 in all. Bring SIX Coupons and 68 cents to this office and you will be presented with One Complete Outfit, including Book of Instructions and one All Metal Hoop. The 68 cents is to cover duty, express, handling and the numerous overhead expenses of getting the package from factory to you.

*N. B.—Out of Town Readers will add 7 cents extra for postage and expense of mailing.*

# TAB 35

# THE CITY OF OKLAHOMA CITY, OKLAHOMA

# CHARTER

### AND

# REVISED GENERAL ORDINANCES

## JANUARY 1, 1913

A Compilation of Certain Revised Ordinances of The City of Oklahoma City, Passed, to take Effect upon their Publication Herein, and All Other Ordinances of a General Nature Now in Force, in Said City, Except the "Building Code" which is Published Under Separate Cover.

Compiled, Revised and Indexed (Under Direction of the Board of Commissioners of Said City) by V. V. Hardcastle, Assistant in the Office of the Municipal Counselor.

Digitized by Google

Original from
HARVARD UNIVERSITY

322 PARKS

## ARTICLE II.

## PARKS, ETC. REGULATION.

SECTION
990 Traffic; certain thoroughfares.
991 Lights; vehicles.
992 Bicycles; carry lights.
993 Turn to left.
994 Vehicles on road.
995 Danger signals.
996 Vehicle stopping.
997 Limit of speed.
998 House moving.
999 Certain permits; deposits.
1000 Animals; attended, etc.
1001 Fast driving, etc.
1002 Animals, etc.; restricted to certain places.
1003 Hitching to trees.
1004 Deposits of dirt, etc.
1005 Deposits of building material.
1006 Red lights.
1007 Games regulated.
1008 Certain sports.
1009 Fire arms; missiles, etc.
1010 Selling and advertising.
1011 Injury to trees, etc.
1012 Bicycles, etc. on paths.
1013 Vehicles; use limited.

SECTION
1014 Disorderly conduct.
1015 Sidewalk construction.
1016 Driveways; how improved.
1017 Foot-ways.
1018 Fences and barriers.
1019 Vehicles in certain places.
1020 City forrester.
1021 Trees to be trimmed.
1022 Trees; permits to plant.
1023 Same; permits to remove.
1024 Same; guards around.
1025 Permit to attach wires, etc.
1026 Wires; contact.
1027 Interference with City Forrester.
1028 Permits to be specific.
1029 Parking; control; improvement.
1030 Special improvement petition.
1031 Same; notice to improve.
1032 Failure; tax warrant, etc.
1033 Tax warrant; penalty, etc.
1034 Saving clause.
1035 Punishment.

**Section 990. Traffic Restricted on Certain Thoroughfares.**
No omnibus, wagon, cart, dray, truck, or other vehicle for carrying goods, merchandise, manure or any other articles, except such as are engaged in repairing or constructing said parks, boulevards, streets, avenues or driveways shall be allowed to enter upon any boulevard, parkway, street, avenue or park road reserved from heavy traffic by the Board of Park Commissioners of Oklahoma City, Oklahoma: Provided, however, that wagons or other vehicles carrying goods, merchandise or other articles to or from any house or premises abutting upon any of such boulevards, parkways or streets, shall be permitted to enter thereon, at the cross street nearest to said house or premises, in the direction in which the same are moving, and deliver or receive such goods, merchandise or other articles, but shall not proceed thereon, further than the nearest cross street thereafter; but this provision shall not apply to any of the driveways within the limits of the parks, and said boulevards, parkways, avenues, streets or

Digitized by Google          Original from HARVARD UNIVERSITY

use of public parks or parkways, as pleasure grounds by the people, for the purpose of recreation, under such reasonable rules and regulations as may be prescribed by the Board of Park Commissioners.

**Section 1008. Certain Sports Forbidden.** No person shall engage in any sport upon any boulevard, avenue, street, parkway, park road or driveway, under the control or supervision of the Board of Park Commissioners, which will be likely to frighten horses, injure passengers, or embarrass the passage of vehicles thereon.

**Section 1009. Fire Arms, Missiles, Etc., Forbidden.** No person shall fire or discharge any gun, or pistol, or carry fire arms, or throw stones or other missiles, or fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks, or things containing any substance of an explosive character, within any park, boulevard, avenue, street, parkway or driveway, of this city, under the control or supervision of the Board of Park Commissioners, except upon a permit, first duly obtained, or authority previously granted, by said Board, and subject to such rules and regulations as said Board may establish.

**Section 1010. Selling, Advertising, Etc., Restricted.** No person shall expose any article or thing for sale, or do any hawking or peddling, or distributing hand-bills, or erect any sign board or posts, or affix any notice, or bill, or other writing or printing, on any tree, lamp post, hydrant, curbstone, sidewalk, coping, flagstone, fence, wall, building, or other places in any park, boulevard, avenue, street, parkway, park road, driveway, or other public grounds, under the control or supervision of the Board of Park Commissioners. Nor shall any person drive any animal, or vehicle displaying an advertising placard of any kind; nor shall any person, display any placard or advertisement, of any kind, upon or along any boulevard, avenue, street, parkway, park road, or in any park, or other public grounds, under the control and management, of the Board of Park Commissioners.

**Section 1011. Injury to Trees, Plants, Etc.** No person shall cut, break or in any way injure, or deface, any of the trees, shrubs, plants, turf, grass, lamp posts, fences, bridges, buildings, or other constructions of property in or upon any park, boule-

Digitized by Google    Original from HARVARD UNIVERSITY

# TAB 36

# LAWS OF CALIFORNIA

— AND —

# ORDINANCES OF THE COUNTY

— AND —

# CITIES OF
# LOS ANGELES COUNTY

# RELATING
# TO MINORS

In Effect January 1st., 1914

COMPILED AND PRINTED BY ORDER OF THE
BOARD OF SUPERVISORS OF SAID COUNTY

J. D. FREDERICKS     H. S. G. McCARTNEY     JOHN L. RICHARDSON

*Compilers*

Standard Printing Company
211 New High St.

Digitized by Google

Original from
UNIVERSITY OF MINNESOTA

upon conviction, shall be punishable in a fine not to exceed One Hundred Fifty ($150.00) Dollars, or by imprisonment in the city jail of the City of Monrovia for a period not to exceed fifty (50) days, or by both such fine and imprisonment.

(Ordinance No. 448.)

## AN ORDINANCE OF THE BOARD OF TRUSTEES OF THE CITY OF MONROVIA REGULATING PUBLIC PARKS, PUBLIC PLACES AND THE USE OF MONROVIA CANYON PARK BELONGING TO THE CITY OF MONROVIA AND FIXING A PENALTY FOR THE VIOLATION THEREOF, AND CREATING A BOARD OF PARK COMMISSIONERS FOR SAID CITY OF MONROVIA, AND REPEALING ORDINANCE NO. 314 OF SAID CITY.

The Board of Trustees of the City of Monrovia do ordain as follows:

Section 1. That the rules and regulations hereinafter prescribed shall govern the public parks and public places of the City of Monrovia, and also use of Monrovia Canyon Park belonging to the City of Monrovia.

Section 2. That within the limits of any said parks or public places, or within the limits of Monrovia Canyon Park, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit:

1. To lead, or let loose any cattle, horse, mule, goat, sheep, swine or fowl of and kind.

2. To carry or discharge any firearms, firecrackers, rockets, torpedoes or any other fireworks, or air gun or slingshot.

3. To cut, break, injure, deface, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, bench or other structure, apparatus or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant, or flower; or to mark, or write upon any building, monument, fence, bench or other structure.

4. To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

5. To distribute any handbills, or circulars, or to post, place or erect any bills, notice, paper or advertising device or matter of any kind.

6. To swim, bathe, wade in, or pollute the water of any stream, pond, lake or fountain, or to deposit or throw in any stream or in the bed thereof, any dead animal, or part thereof, or any papers, trash or rubbish of any kind, or any vegetable or animal matter of any kind, or to do or permit to be done any

Digitized by Google    Original from UNIVERSITY OF MINNESOTA

154      ORDINANCES RELATIVE TO MINORS

act or thing that will impair or imperil the purity or wholesomeness of any water designed for household or domestic use, or to cause or permit any horse, mule or other animal to go into such water.

7. To make or kindle a fire for any purpose, except at such places in said Monrovia Canyon Park as may be specially provided and designated for such purpose by the Superintendent thereof, and no fire shall be built or started at any time above the Falls in Saw Pit Canyon in said Monrovia Canyon Park.

8. To camp or lodge therein.

9. To ride or drive any horse, or other animal, or to propel any vehicle, cycle, or automobile elsewhere than on the roads or drives provided for such purpose.

10. To indulge in riotous, boisterous, threatening or indecent conduct, or abusive, threatening, profane, or indecent language.

11. To sell, or offer for sale, any merchandise, articles or thing, whatsoever, without the written consent of the Board of Trustees of said city.

12. To hitch or fasten any horse, or other animal, except at a place specially designated and provided for such purpose.

13. To ride or drive any horse or animal not well broken and under perfect control of the driver.

14. To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, or other device, for money, chips, credit, or any other representative of value, or to maintain or exhibit any gambling or other instrument of gambling or gaming.

15. To practice, carry on, conduct, or solicit for any trade, occupation, business, or profession, without the permission of the Board of Trustees of said city.

16. To play or engage in any game, excepting as such place as shall be especially set apart for that purpose.

17. To remain, stay or loiter in any public park or public place or in said Monrovia Canyon Park between the hours of 11:00 P. M. and 5:00 o'clock A. M. of the following day.

Section 3. It shall be unlawful for any person to throw, deposit, place or leave in or upon any public park or public place or at any place within said Monrovia Canyon Park any waste papers, cans, bottles, trash, refuse or rubbish of any kind, except in a receptacle provided for such purpose by the City of Monrovia.

Section 4. It shall be unlawful for any male person over eight years of age to enter or use any water-closet for women in a public park.

Digitized by Google      Original from UNIVERSITY OF MINNESOTA

Section 5. It shall be unlawful for any persons to assemble, collect or gather together in any walk, driveway, passageway or pathway in any park or in any other place set apart for the travel of persons or vehicles in or through any park or to occupy the same so that the free passage or use thereof by persons or vehicles passing along the same shall be obstructed in any manner.

Section 6. It shall be unlawful for any male person over the age of eight years to occupy any bench or seat, or to stay, loiter or remain in any pavilion, or other structure in any park which shall be reserved and designated by the Board of Park Commissioners for the use of women and children only.

Section 8. All employees in public parks are hereby given the power and authority of special policemen, for the purpose of making arrests for any violation of the provisions of this ordinance.

Section 12. Any person who shall violate any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punishable by a fine not exceeding One Hundred Dollars ($100.00), or by imprisonment in the city jail of the City of Monrovia for a period not exceeding fifty (50) days, or by both such fine and imprisonment.

(Ordinance No. 605.)

## AN ORDINANCE OF THE BOARD OF TRUSTEES OF THE CITY OF MONROVIA FORBIDDING THE WEARING OR CARRYING OF CONCEALED WEAPONS WITHIN SAID CITY OF MONROVIA.

The Board of Trustees of the City of Monrovia do ordain as follows:

Section 1. It shall be unlawful for any person, except a peace officer or a person actually traveling through the City of Monrovia, to wear or in any manner carry concealed upon his person, any dirk, bowie knife, sword cane, loaded or unloaded gun, loaded or unloaded pistol, loaded or unloaded revolver, or any black jack, sand bag, billie, slingshot, sling bat, brass knuckles, metal knuckles, or any other dangerous or deadly weapon.

Section 2. Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine of not less than Five Dollars ($5.00), nor more than Three Hundred Dollars ($300.00), or by imprisonment in the city jail for a period of not less than five days, nor more than three months, or by both such fine and imprisonment.

(Ordinance No. 575.)

Digitized by Google      Original from UNIVERSITY OF MINNESOTA

# TAB 37

# ANNUAL REPORT

## For the Year

## 1914

———

# METROPOLITAN
# PARK DISTRICT OF
# TACOMA

THE LIBRARY OF THE

FEB 18 1937

UNIVERSITY OF ILLINOIS

## FOR THE FISCAL YEAR
## ENDING DEC. 31, 1914

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

# RULES AND REGULATIONS.

1. No person shall enter or leave any of the city parks by other than the established ways.

2. No person shall walk, ride or drive upon the grass, nor pick, cut, break or take any flower or plant; nor cut, break, or in any way injure or destroy any shrub or tree in any of the city parks.

3. No person shall cut, break, mark upon, or in any way injure, deface or disfigure, any of the buildings, bridges, band stands, seats, fences, gates or other property belonging to the city parks.

4. No camp fires or other outdoor or open fires shall be lighted or made anywhere in the city parks, except in places prepared for such purposes.

5. No person shall post, paint or affix any placard, bill, notice, sign or advertisement within the limits of the city parks; nor distribute nor offer for sale any papers, circulars, cards or printed or written matter in any park or parkway.

6. No intoxicating liquor of any kind or nature shall be brought within the limits of the city parks. No exception to this rule will be made and any person or persons found violating same will be prosecuted.

7. No paper boxes, food, litter, trash or material of any kind shall be thrown on the grass, walks or driveways, but shall be placed in the receptacles for that purpose. The comfort stations and toilets shall not be defaced or improperly used, nor the plumbing thereof stopped up or injured.

8. No person shall ride, drive, operate or propel any automobile, motorcycle, bicycle, carriage or other vehicle or horse upon the grass or foot walks of the parks.

9. No automobile, motorcycle, carriage or other vehicle or horse shall be driven, ridden or propelled in any of the driveways of the parks at a speed in excess of TEN miles per hour, nor to exceed THREE miles per hour over all bridges and crossings.

10. No public picnic of more than one hundred persons and no band procession or military company or organization calculated to attract a large concourse of people shall be allowed in any of the parks without a written permit from the Commissioners of the Metropolitan Park District.

11. No cattle, horses, mules, swine, goats, dogs or fowls shall be turned into or allowed to run at large upon any park or parkway under the control of the Metropolitan Park District; nor shall any dog or other animal be permitted to enter any lake or waters of the parks.

12. No person, other than the park policeman or employes, shall be permitted to carry any firearms within the parks; nor shall any person be allowed to hunt in any of said parks, or discharge any gun or other firearm of any description; nor shall any person be allowed to throw stones or other missiles in the parks, or into any lake or waters of said parks.

13. No person shall tease or torment any bird or animal in the parks. Visitors are requested not to feed the animals, as they are sufficiently fed at regular hours by the keepers.

14. No person shall build any dock, boat house or structure upon the beach, nor anchor nor attach any float or wharf to the shores at Point Defiance Park nor keep for rent or hire any sail boat, motor boat or row boat upon any water under the control of the Metropolitan Park District, save as expressly authorized in writing by the Board and under such control and restrictions as it may impose.

Digitized by  Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

15. No person shall peddle, hawk, sell or offer for sale within the limits of any city park any goods, wares, refreshments or other articles without the written consent of the Metropolitan Park District.

16. No person will be allowed to loiter in the parks after 10 p. m.

17. All law abiding citizens are requested to aid in the enforcement of these rules. The park policemen, park foremen and any peace officers present are authorized to make arrests for the violation of any of these Rules and Regulations, and to take the offender before the Police Court of the City of Tacoma.

City Ordinance 520 of the City of Tacoma provides:

"That any person violating any of the Rules and Regulations of the Board of Park Commissioners shall be guilty of a misdemeanor and punished by a fine of not less than $5.00 nor more than $100.00."

By Order of the

BOARD OF COMMISSIONERS
METROPOLITAN PARK DISTRICT OF TACOMA

THE LIBRARY OF THE
FEB 18 1937
UNIVERSITY OF ILLINOIS



Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

# TAB 38

Newspapers
by ancestry
https://www.newspapers.com/image/608234567/

The Long Beach Telegram and The Long Beach Daily News (Long Beach, California) · Sat, Aug 28, 1915 · Page 11
Downloaded on Nov 19, 2024

Sec. 3. That it is hereby declared to be unlawful and a misdemeanor for any person, or persons, as principals, agents, employees or otherwise to do, to aid in doing, or cause to be done, any of the acts, hereinafter specified, within the limits of any Public Park of the City of Long Beach:

1. To lead or let loose any cattle, horse, mule, goat, sheep, hog, dog, or fowl, except that dogs may be led by a cord or chain not more than six feet in length.

2. To carry or discharge firearms, fire-crackers, rockets, torpedoes, or any other fire works without a written permit of the Commissioner of Public Affairs.

3. To cut, break, injure, deface, remove, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, bench, or other structure, apparatus or property;

4. To pluck, pull up, cut, take or

Copyright © 2024 Newspapers.com. All Rights Reserved.


https://www.newspapers.com/image/608234567/

The Long Beach Telegram and The Long Beach Daily News (Long Beach, California) · Sat, Aug 28, 1915 · Page 11
Downloaded on Nov 19, 2024

CITY OFFICIAL ADVERTISING

### ORDINANCE NO. B-30

An Ordinance Providing for the Maintenance and Regulating the Use of the Public Parks of the City of Long Beach; Providing for Officers and Employees in Connection Therewith; Fixing Their Compensation and Defining Their Duties; Repealing Ordinances Nos. 55 (New Series), 79 (New Series), 86 (New Series), A-261, B-14 and All Ordinances, and Parts of Ordinances, in Conflict Herewith; and Providing a Penalty for the Violation of This Ordinance.

The Legislative Body of the City of Long Beach ordains as follows:

Section 1. That all of the Public Parks of the City of Long Beach and all of the offices and employees in connection therewith shall be under the supervision of the Commissioner of Public Affairs.

Sec. 2. That neither all nor any portion of any of the Public Parks of the City of Long Beach shall be leased or let for commercial purposes or used for the conduct of any business or occupation; provided however that this provision shall not apply to that portion of the Public Park now used by the Salt Lake Depot nor to the temporary use of the Public Parks by civic or religious bodies under proper restrictions and limitations, and upon permit of the Commissioner of Public Affairs.

Sec. 3. That it is hereby declared to be unlawful and a misdemeanor for any person or persons, as principals agents employees or otherwise to do, to aid in doing, or cause to be done any of the acts, hereinafter specified within the limits of any Public Park of the City of Long Beach:

1. To lead or let loose any cattle, horse mule goat, sheep, hog, dog, or fowl except that dogs may be led by a cord or chain not more than six feet in length

2. To carry or discharge firearms, fire-crackers, rockets, torpedoes, or any other fire works without a written permit of the Commissioner of Public Affairs

3. To cut, break, injure, deface remove, or disturb any tree, shrub plant, rock building, cage, pen, monument, fence bench, or other structure, apparatus or property;

4. To pluck, pull up, cut, take or remove any shrub bush, plant, flower, wood, turf, grass, soil, rock, sand or gravel

5. To distribute, post or display any hand bills, circular, notices papers or other advertisements of any kind

6. To swim, bathe, wade in, or pollute the water of any fountain, pond, lake or stream;

7. To make or kindle a fire for any purpose without a written permit of the Commissioner of Public Affairs.

8. To camp or lodge without a written permit of the Commissioner of Public Affairs;

9. To ride or drive any horse or other animal;

10. To hitch, or fasten any horse or other animal except at places provided for such purposes;

11. To ride or drive at a rate of speed exceeding four miles per hour over the roads or drive-ways;

12. To ride or drive any horse or animal not well broken or not under perfect control of the driver over the roads or drive-ways;

13. To drive any dray truck, wagon cart, peramulator or other traffic vehicle carrying or regularly used or employed in carrying goods, wares, merchandise, lumber, machinery, oil, manure, dirt, sand, soil or any article of trade or commerce or any offensive article or material whatsoever over the parks or the roads or drive-ways therein,

14. To ride, drive or propel any automobile motorcycle bicycle or other vehicle except on the roads or drives provided for that purpose; except that the above section shall not apply to invalid chairs, tricycles or baby carriages

15. To indulge in riots, boisterous, threatening or indecent conduct;

16. To use abusive, threatening, profane or indecent language;

17. To sell or offer for sale any merchandise article or thing whatsoever;

18. To solicit for patronage, or conduct any trade, occupation, business or profession except as herein otherwise provided;

19. To play or engage in any game, except on those places designated for that purpose;

20. To throw or deposit any bottles, tin cans, broken glass, papers, clothes, iron or any rubbish or refuse except in the respective receptacles for that purpose.

21. To remain star or loiter between the hours of eleven o'clock P. M. and five o'clock A. M. without a written permit of the Commissioner of Public Affairs.

Sec. 4. That no Company, Society or organization, of more than twenty-five persons or members, shall hold or conduct a picnic, celebration, parade, service or exercise in any Public Park without a written permit of the Commissioner of Public Affairs, and each such person or member participating in the violation of this section by any company, society or organization is guilty of a misdemeanor.

Sec. 5. That it shall be unlawful and a misdemeanor for any male person over eight years of age to enter or use the water-closet for women in any Public Park.

Sec. 6. That it shall be unlawful and a misdemeanor for any person to throw rubbish or trash of any kind on any parking in the City of Long Beach

Sec. 7. That it shall be unlawful and a misdemeanor for any person to remove any trees or shrubs from, any parking in the City of Long Beach without a written permit of the Commissioner of Public Affairs.

Sec. 8. That every person owning or having charge of any real property abutting on a public street shall keep all trees in the parking or along the sidewalk adjacent to said real property, trimmed or wired to a height not less than seven feet from the sidewalk and from the street

Sec. 9. That the public convenience and necessity requiring, the office of Superintendent of Parks be and hereby is created.

Sec. 10. That the Superintendent of Parks shall, under the supervision of the Commissioner of Public Affairs, have charge of all of the Parks and Parkings of the City of Long Beach and of all of the offices and employees in connection therewith, and of the improvement and beautification thereof, and of all matters pertaining thereto, and shall perform such other duties as may be required by ordinance, by resolution or by the Commissioners of Public Affairs.

Sec. 11. That the salary of the Superintendent of Parks shall be one hundred dollars per month, payable at the end of each calendar month

Sec. 12. That, the public convenience and necessity requiring, the Superintendent of Parks is allowed fifteen dollars per month for conveyance and is required thereout to provide, maintain keep in good repair and operate would at his own expense, an automobile for his use as such official.

Sec. 13. That, the public convenience and necessity requiring the Commissioner of Public Affairs is hereby authorized to employ fifteen gardeners, each at a compensation not to exceed two dollars fifty cents per day for work in the Public Parks and Parking of the City of Long Beach

Sec. 14. That ordinances Nos 55 (New Series), 79 (New Series), 86 (New Series), A-261, B-14 and all ordinances and parts of ordinances, in conflict herewith, are hereby repealed.

Sec. 15. That every person firm, or corporation as principal agent, owner, official, servant or employee, violating any of the provisions of this ordinance, or failing to comply with any of the requirements of the same shall be guilty of a misdemeanor and upon conviction thereof, shall be punished by a fine not to exceed five hundred dollars, or six months imprisonment in the City jail, or by both such fine and imprisonment

Sec. 16. That this ordinance is urgently required for the immediate preservation of the public peace, health and safety, and that the City Clerk certify to its passage by four-fifths vote of the Legislative Body of the City of Long Beach and cause the same to be published once in The Daily Telegram and thereupon it shall take effect.

I hereby certify that the Legislative Body of the City of Long Beach is composed of five commissioners and that the foregoing ordinance was adopted by four fifths vote of said Legislative Body at its meeting of August 27, 1915, by the following vote:

Ayes: Commissioners Hargis, Williams, Cates Lisenby, Riley
Noes: Commissioners None
Absent: Commissioners None

(SEAL)

H. C. WAUGHOP,
City Clerk

44-a28-11

## Busy Little Workers

PERHAPS YOU WILL FIND JUST THE THING YOU WANT IN THESE NEW TODAY LINERS IF NOT, SEE THE CLASSIFIED DEPARTMENT ON NEXT PAGE.

### TOO LATE TO CLASSIFY

SAVE ON MAT'RIAL
We have a lot of mattings for sale at 20c per bundle of about, or two bundles for 35c. These are the two bundles per page and make an excellent lining for secs or chickens or rabbit War shed, they make a unique den or suncooting. Call at Telegram Business Office.

FOR SALE—Best and largest hall in a good town, involve a \$7,500; or will exchange for clear property. Good discount for part cash, balance easy Address Owner, P. O. Box Cal.

FOR SALE—Best and largest confectionery store in a good town worth about \$10,000, or will exchange for good clear property. Good account for cash or part cash or on easy payments Address Owner, P. O. Box 817, Redlands, Cal.

ATTENTION—Main Telegram papers printed from Just the thing to put under the carpet or can be used to Mae chicken coop, garage, etc. 20c bundles, two bundles for 35c. At Telegram Business Office.

FOR RENT—Unfurnished large 6-room house, garage, large lot, fruit of all kinds, best of location, rent \$20. Address Box A-360 care Telegram, or call 1235 Appleton St.

BARTLETT'S all grain mixture and surplay dry mash, for laying hens, made in Long Beach; it gets the eggs. 1111 Walnut Ave. S. S. 754-J; Home 13993.

## Henry P. Barbour
Member L. B. Realty Board
Suite 415 First National Bank Bldg.
Both Phones.

### To Loan at 7%
\$1000, \$1200, \$1500, \$2000, \$2500, \$3000 on improved, good real estate in Long Beach.

FOR EXCHANGE
18 acres of peaches and apricots, seven-room bungalow, good barn, plenty water, clear. Want nice home in Long Beach.

J. R. MASON
118 East First Street.
Home 16.

## The Only Harper and Co.
REAL ESTATE--EXCHANGES
FIRST & LOCUST. BOTH PHONES.

### TOO LATE TO CLASSIFY

RESEARCH and literary work at reasonable rates... turn...had on... any historical... nder a... articles for papers... ten, outlined or edited... confidential. No work done for pupils school students. Address, stating what is wanted, Box A-587 Telegram.

WOULD you buy a \$3,000 lot, on E Fourth St. for \$1,000, a bargain for some one Three days only at \$1000 See D J PENINGER, 125 E Ocean H ph. 6134.

LAWN MOWERS sharpened, 35c. HICKMAN, 123 American. Work guaranteed.

GOOD HOME for elderly lady, small wage, light work Address A 562 Telegram

WANTED—Good office desk, chair and furniture; must be bargain. Address A-561 Telegram.

5X-ROOM house for rent furnished garage; \$25 to permanents. 277 Cerritos.

GAS PLATES for sale, cheap 123 American, Handy Shop

SAFETY RAZOR blades sharpened, 509 Pine.

### TOO LATE TO CLASSIFY

FOR RENT
OFFICE ROOMS

FIRST NAT'L BANK BUILDING
(1'nd... per month
WITH
Light, Heat, Hot and Cold Water
GOOD
ELEVATOR AND JANITOR
SERVICE
APPLY ROOM 389
Agent for the Building

MONEY WANTED
\$4,500, at 8 per cent, 15 acres near Long Beach; this company appraisement at \$750 per acre
\$5,000 on Whittier ranch, worth \$25,000, 8 per cent interest, and fine moral risk
W. H. SMITH with C. H. WINDHAM
125 East First St

WANTED—Good Long Beach residence. Will offer fine corner, 70½x150, corner Sixteenth and Van Ness. Los Angeles Price \$7,500 Gordon, 316 Story Bldg. Los Angeles, or H B Clifton, H ph. 86, 204 ½ Ocean Ave Long Beach.

FOR EXCHANGE—Bungalow at 187 W PICO-first St Los Angeles value \$3,000 clear, for one equal value or less at Long Beach Owners communicate with owner Mrs A P Comfort 200 E Superior St, Chicago, Ill

EXCHANGE—Clear property near Seattle, Wash., also Phoenix, Ariz. property, to trade for Long Beach home or income; will assume.
B B CARLIN,
With Townsend Van de Water Co Home 66; Pacific 60.

WANTED—5-room modern bungalow within walking distance, not to cost over \$4,000 Don't want big lot. Will give 5-room mortgage and cash. Whitmore, 11 Locust Ave. Home ph 326

### CITY OFFICIAL ADVERTISING

Content from city official advertising columns including Ordinance No. B-85, Ordinance No. B-81, Ordinance No. B-32, Ordinance No. B-83, and related municipal ordinances regarding public works, police department duties, and city regulations.

## Some Snaps In Used Cars

5-passenger Overland elegant car ............ \$290
1 Hup Roadster, only ............ \$175
Latest Model Regal electric lights and starter. Owner must sell at once. Make offer
1 Late Model Max ell 25, electric lights and starter, snap.
1 Oakland Roadster, finest condition ............ \$350
1 Studebaker Roary very fast ............ \$400
1 Late Model Ford Touring Car, only ............ \$326
2-ton Krebs Truck elegant condition, will take touring car in trade

These cars are sold on easy terms and fully guaranteed. All cars are fully equipped No junk

## CITY GARAGE
212 LOCUST AVE.

## Long Beach Banking Institutions

**LONG BEACH SAVINGS BANK AND TRUST CO.**  117 East First Street
Capital \$750,000.00    Surplus and Profits \$97,763.45
Gen. H. Bixby, President    F. C. Yeoman, Se and Vice-Pres
P. E. Hatch, First Vice-President    J. W. Tucker, Cashier.

**EXCHANGE NATIONAL BANK**  Southeast Corner First and Pine
Capital and Surplus, \$160,000.00
Chas. A. Wiley, President    W. J. Morrison, Vice-President.
Wm. H. Wallace, Vice-President.    W. J. Gardner, Cashier    Ed. H. Wallace, Ass't Cashier.

**MARINE COMMERCIAL AND SAVINGS BANK**  Pine & Broadway
Capital, \$125,000.00    4 per cent on deposits
A Dixon  Ben. H. Smith, Cashier  Geo. L. Hoedeppl  Chas Malcom
W. W. Gwinn    W. F. McNie    J. B. McAllister    B H Paul
C. J. Harris    S. M. Swarts    Fred Hoffman    H I. Pillsbury
Irving H Hellman  J W Moist    Ben. H. Smith E J Wis eham Pres

**FARMERS AND MERCHANTS BANK**  Cor Third and Pine
Commercial and Savings.
Capital and Surplus, \$135,000.00

**CITY NATIONAL BANK**  Northwest Corner American 1st Way
Capital, \$100,000.00    Surplus and Profits, \$25,000.00
F P Tucker, President
J H Richards, Vice-President    R C Lewis, Ass't Cashier.
Harry L Moore, Ass't Cash'r

**FIRST NATIONAL BANK**  UNDER THE CLOCK

**NATIONAL BANK OF LONG BEACH**  Northeast Corner First and Pine
Capital, \$160,000.00    Surplus and Profits, \$78,975.53
Mr. P. E. Hatch, President.    Mr W M R... Cashier
Mr. Jotham Bixby, Vice-President.    Mr. L. C. Powell, Ass't Cashier.
Mr. Geo H. Bixby, Vice-President.    Mr. J. E. Hatch, Ass't Cashier.
Mr. E. R. Norton, Vice-President.    Mr. O. G. Mechem, Ass't Cashier.

# TAB 39

Newspapers
by ancestry
https://www.newspapers.com/image/911909456/

The Roanoke Times (Roanoke, Virginia) · Fri, May 7, 1915 · Page 8
Downloaded on Nov 19, 2024

ill use or injure any building, bench, statue, ornament, fence, enclosure, rail, tree, bush, plant, or turf; break off or cut any flowers, twigs or branches, fruit or nuts, whether wild or cultivated; nor use in any improper way any toilet rooms, field houses or other structure in the parks and squares, under a penalty of a fine or not less than five nor more than fifty dollars.

4. No person shall carry or discharge any fire arms or discharge any fire crackers, torpedoes or fire works or make a fire in any park or square subject to the jurisdiction of the Park Board, without written permit from the board under a penalty of not less than two nor more than twenty dollars for each and every offense.

5. No person shall enter a water closet set apart for the use of the opposite sex under a penalty of a fine of not less than one dollar nor more than five dollars for each and every offense.

6. No person shall accost or follow

Copyright © 2024 Newspapers.com. All Rights Reserved.


Newspapers
by ancestry

https://www.newspapers.com/image/911909456/

The Roanoke Times (Roanoke, Virginia) · Fri, May 7, 1915 · Page 8
Downloaded on Nov 19, 2024

## Council Makes Rules For Park Regulation of Roanoke Parks

Of general interest and information to the public are the rules and regulations governing traffic and order in the various city parks, recently drafted by the park commission and adopted by an ordinance by council. Because of a growing use of the parks and the pending opening of highways in Highland park, the rules are published. They apply to all parks, squares and boulevards, fountains and similar public property and are as follows:

AN ORDINANCE establishing rules and regulations for the government of the public parks of the City of Roanoke, and prescribing penalties for the violation thereof.

Be it ordained by the council of the City of Roanoke, that the rules and regulations for the government of the public parks and penalties for the violation of same shall be as follows:

1. These rules and regulations shall be taken and considered to apply to all parks and squares, roads, boulevards statues or monuments, fountains or places of any kind which now or hereafter may be under the jurisdiction or care of the board of park commissioners.

2. No person or persons shall have or give any theatrical entertainment nor shall an, parade, procession, public gathering or public meeting of any kind take place in any public park, unless authorized by the Board of Park Commissioners.

3. No person shall post or display any sign, banner or advertisement, set up any booth or table for the sale of any article whatever, or offer anything for sale in any public park or square, unless by permission of the Board of Park Commissioners or its superintendent, and for such time, and at such place or places on the board as the superintendent may consider proper; nor shall any person ask or solicit pecuniary assistance or aid in said parks and squares under a penalty of a fine of five dollars for each and every offense. No person shall write upon, cut, break, remove, mutilate or deface or in any way ill use or injure any building, bench, statue, ornament, fence, enclosure, rail, tree, bush, plant, or turf, break off or cut any flowers, twigs or branches, fruit or nuts, whether wild or cultivated, nor use in any improper way any toilet rooms, field houses or other structure in the parks and squares, under a penalty of a fine of not less than five nor more than fifty dollars.

4. No person shall carry or discharge any fire arms or discharge any fire crackers, torpedoes or fire works or make a fire in any park or square subject to the jurisdiction of the Park Board, without written permit from the board under a penalty of not less than two nor more than twenty dollars for each and every offense.

5. No person shall enter a water closet set apart for the use of the opposite sex under a penalty of a fine of not less than one dollar nor more than five dollars for each and every offense.

6. No person shall accost or follow or otherwise annoy any person, or be guilty of impropriety of conduct, or shall commit any offense against decency or good morals in said parks or squares under a penalty of a fine of not less than five nor more than ten dollars for each and every offense.

7. No person shall curse or swear, or use abusive or obscene language, or fight or throw any missile, or behave in a disorderly manner in said parks or squares under a penalty of a fine of five dollars for each and every offense.

8. Gambling in any form or playing cards or games of chance in said parks or squares is prohibited, under a penalty of a fine of five dollars, to be forfeited and paid by each of the parties engaged in the game.

9. No person shall have spirituous malt or fermented liquors in any of said parks, nor in any of the squares, roads or places now or hereafter under the jurisdiction of the Board of Park Commissioners, either for his own use or for sale, nor use, sell or give away the same, under a penalty of a fine of from two to five dollars for each and every offense.

10. Any person found intoxicated in said parks or squares shall forfeit and pay a fine of not less than two dollars and a half for each and every offense.

11. No person shall injure, molest or disturb any animal kept within the said parks, either for use of or for the entertainment and instruction of the public, or for any purpose, nor shall any person give or offer or attempt to give to any such animal tobacco or other noxious articles or anything disagreeable, nor feed fish or throw rubbish of any kind into any lake or pond or on any road, path or lawn of said parks and squares under a penalty of a fine of not less than one nor more than five dollars for each and every offense.

12. No person shall foul in any manner any spring or water course, or bathe or wash in any like, pond, spring or fountain, nor start the water flowing from any water supply or spigot not specifically fixed as a watering place for people or animals, under a penalty of a fine of not less than two nor more than twenty dollars for each and every offense. This rule does not apply to bathing pools or wading pools that may now or hereafter be provided for this purpose by the board.

13. No person shall climb a tree nor attach a swing or hammock in any tree, nor remove or change any bench or seat from its place in said parks or squares, nor shall any person lie down upon a bench, except in picnic groves, children's playgrounds and other places set aside for such purpose, nor go within or upon any shrubbery, enclosures, lawns, slopes or places where there is a sign prohibiting ingress, nor shall any person stand or sit upon any guard fence, enclosure or other fences in any of the parks and squares, under a penalty of a fine or not less than one nor more than two dollars for each and every offense.

14. No person shall stand, slide, sit or roll upon any slopes of the said park and squares, or otherwise injure or deface the same by throwing anything thereon, or down the same, under a penalty of not less than one nor more than two dollars for each and every offense.

15. No person shall fasten a horse to a tree or leave the same unattended, or be permitted to bring or lead horses within the limits of said parks or squares, or a horse that is not harnessed or attached to a vehicle or mounted by a rider, or a horse not well broken, under a penalty of a fine of $17 less than one nor more than two dollars for each and every offense.

16. No person whether living within the limits of any of the parks and squares or outside of them, shall permit their chickens or other fowls to run at large in the parks or squares, under a penalty after one warning, of one dollar for each and every offense.

17. If any cattle, hogs, horses, sheep, goats, dogs or other animals shall be found trespassing within the confines of any of the parks or squares, the same shall be impounded, and their owners by owners shall forfeit and pay, with the cost of the maintenance of same, a fine of not less than one dollar nor more than five dollars for each and every offense. In case of dogs, their entry shall not be considered a trespass, provided they be secured by a collar with a chain or cord not longer than seven feet, always attached and always held in the hand of the owners or attendants, or provided they be in pleasure vehicles.

18. No person shall take, fare in the said parks without a written permit first obtained from the park commissioners, on which shall be designated the place where it is to be held.

19. Any person, persons, club or association desiring to have a field reserved for a particular date for baseball, football or other field games, shall secure written permission from the park board for holidays and Saturdays; for all other dates, applications for permission shall be made to the park commissioners of the grounds desired. Written permission to use tennis courts will be issued by the respective officials of each park.

20. No traffic vehicle will be permitted in the parks, except vehicles carrying picnicers, marketing, goods, wares, merchandise, supplies or materials of any kind, to or from the picnic grounds, or vehicles carrying marketing goods wares, merchandise, supplies or materials of any kind for the use of the parks or of the officers or employees of the park who reside therein.

21. No person shall ride or drive a horse, cycle, automobile or other vehicle upon the sharp curves of a highway or at the intersection of crossings, at a greater rate of speed than six miles per hour, and no person shall ride or drive a horse, cycle, automobile or any vehicle, elsewhere faster than at the rate of twelve miles per hour in said parks under a penalty of not less than two nor more than five dollars for each and every offense.

22. Bicycles and tricycles, when ridden shall be strictly confined to the roadways in the parks and squares, and shall be controlled by the same rules as govern horses and vehicles, shall not travel more than two abreast, and shall be equipped with suitable bell or horn and brake when ridden shall be required to carry a lantern and display a light therefrom in front, from one-half hour after sunset until break of day. A violation of any of the above rules will subject the offender to a fine of not less than two nor more than five dollars for each and every offense.

## GOVERNOR WILL SPEAK TO FARMERS

Richmond, Va., May 6.—A series of addresses will be delivered by Governor Stuart in connection with farmers institutes to be held under the direction of the state commissioner of agriculture and immigration during the latter half of this month. The governor is to join a party of lecturers and demonstrators at Louisa Courthouse May 26, and remain with them for three days. He will deliver two speeches daily, institutes at Louisa Courthouse, May May 26 in the morning, and at Beaver town in the afternoon of the same day. Thursday, May 27, he will speak at Inwood and Kinvann, and on Friday he will speak at Yoane and Providence Forge. The institutes are to be held at 10 o'clock in the morning and at 7 o'clock in the afternoon.

Next Week — Macey Week
at Caldwell-Sites Co.

**Office Rooms for Rent**
Two modern office rooms for rent over the Mills Theatre; newly papered and painted, steam heat, electric lights, adjoining rooms, fronting street. None but reliable parties need apply.
See Mr. Mitchell at the Mills Theatre.

**Have You Land Y...**
**Land at Auction**
We Subdivide Land into To... Small Tracts and Sell at Auc... date advertising and with our tisers and Ground Men (the b... best result possible and get it... If you want to convert your pr... bearing notes, write or wire u...
**Southern Realty**
E. M. ANDREWS, Manager.

**Loans N...**
In amounts $500 to $30... to $5,000; straight five-yea... and one-half on inside bu...
T. W. GO...
"Times B...

**FOR...**
5-room flat, Elm ave., near Jefferson street................$25.00
10-room dwelling, Elm ave., near Henry st...............$25.00
172 Twelfth ave., six rooms....$20.00
300 Twelfth ave., ten rooms....$40.00
1314 Jefferson st., eight rooms..$37.00
4-room house, Fourteenth st., n.w. $10.00
Hartsook Real E...
Phone 1228.

Copyright © 2024 Newspapers.com. All Rights Reserved.

EIGHT

THE ROANOKE TIMES, FRIDAY, MAY 7, 1915.



## Alcohol brings illness to your home

"Billy" Sunday, the noted Evangelist, hit the nail on the head when he said:

"If you're a booze fighter, pneumonia has a final deadly drop on you. And 20 of every hundred die of pneumonia."

And that's the truth. But drink brings more than pneumonia into the home—it brings unhappiness, sometimes it brings even disgrace.

### The Keeley Institute
Greensboro, North Carolina.
W. H. Osborn, Pres. C. D. Cunningham, Mgr.

## WANT A JOB? TAKE U. S. EXAMINATION

Washington, May 5.—Examinations will be held by the civil service commission on June 8 to secure eligibles for the following positions.



## Positive Relief

from the suffering caused by disordered conditions of the organs of digestion and elimination—from indigestion and biliousness—always secured by the safe, certain and gentle action of

## Beecham's Pills

Sold everywhere.       In boxes, 10c., 25c.

## ITALY'S PEACE PRICE IS THE SURRENDER OF AUSTRIA'S SEA COAST?

Washington, May 6.—As the price of peace, Italy is reported to be expecting from Austria-Hungary the surrender of the dual monarchy's entire seacoast.

## PLAN UNVEILING OF MONUMENT TO SENATOR DANIEL

Lynchburg, Va., May 6.—Mr. Randolph Harrison chairman of the Daniel monument committee, has announced the following committee who will have charge of the arrangements for the unveiling of Hecker's statue of Senator Daniel in this city on Wednesday, May 26th.

## BANK STATEMENTS.

REPORT OF THE CONDITION OF THE

# First National Bank

of Roanoke, at Roanoke, in the State of Virginia, at the close of business May 1, 1915.

## BANK STATEMENTS.

REPORT OF THE CONDITION OF THE

# American National Bank

at Roanoke, in the State of Virginia, at the close of business, May 1st, 1915.

STATEMENT OF THE FINANCIAL CONDITION OF

# Colonial Bank and Trust Company, Incorporated

located at Roanoke, in the County of Roanoke, State of Virginia, at the close of business May 1, 1915, made to the State Corporation Commission.

## Council Makes Rules For Park Regulation of Roanoke Parks

## GOVERNOR WILL SPEAK TO FARMERS

Next Week — Macey Week at Caldwell-Sites Co.

### Office Rooms for Rent

## Have You Land You Want Sold?

## Land at Auction Our Specialty

We Subdivide Land into Town Lots, or Large Farms into Small Tracts and Sell at Auction. We do vigorous up-to-date advertising and with our force of Auctioneers, Advertisers and Ground Men (the best in the South) we get the best result possible and get it quick. We sell in ten States. If you want to convert your property into cash and interest-bearing notes, write or wire us.

## Southern Realty and Auction Co.

E. M. ANDREWS, Manager.       GREENSBORO, N. C.

## Loans Negotiated

In amounts $500 to $20,000; monthly payments up to $5,000; straight five-year loans up to $20,000; five and one-half on inside business property.

## T. W. GOODWIN

"Times Building."

## FOR RENT

## WOMAN WOULD NOT GIVE UP

Though Sick and Suffering; At Last Found Help in Lydia E. Pinkham's Vegetable Compound.



Richmond, Pa.—"When I started taking Lydia E. Pinkham's Vegetable Compound I was in a dreadfully rundown state of health, had internal troubles, and was an extremely nervous and prostrated that I had given in to my feelings I would have been in bed.

### Women Have Been Telling Women

## Flour and Corn Mill for Sale

### Fine Water Power.

## WINGFIELD & HARRELL
Room 325 Terry Bldg.       Roanoke, Va.

## FOR SALE

W. W. ANDERSON & CO.

### FOR SALE.

MILLER & FRANTZ.
325 Terry Building.
G. C. TILMAN, Salesman.       Phone 31

SEE

## Hartsook Real Estate Company
No. 4 East Church Avenue       Phone 1225

# TAB 40

Fresno, Cal.-- Ordinances

# CHARTER AND ORDINANCES

### OF THE CITY OF FRESNO, CALIFORNIA

## Issued Under Charter Provisions
### By Authority of the Board of Trustees



### Edited by
## IENER W. NIELSEN
### July 30, 1916

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

ORDINANCE NO. 800.                                    303

territory above specified, or those who are residents within the said territory above specified but not citizens of the United States, then there may be employed for the doing of such work those who are neither citizens of the United States or residents within the territory above specified.

Sec. 2. By the term "resident," as used in this section, is meant one who has had a fixed place of abode within the territory above described for the period of at least sixty days.

Sec. 3. In all contracts drawn for the doing of any such work, the provisions of this ordinance shall be inserted, and reference to this ordinance therein made.

Sec. 4. It shall be unlawful for any person, firm or corporation, doing any public work within or for the City of Fresno, to pay for or employ any labor in violation of the provisions of this ordinance, and any person, firm or corporation, or any officer of any corporation, who shall violate any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine of not less than Ten ($10.00) Dollars, nor more than Three Hundred ($300.00) Dollars, or by imprisonment in the County Jail of the County of Fresno for not more than ninety (90) days, or by both such fine and imprisonment.

Sec. 5. All ordinances and parts of ordinances in conflict herewith are hereby repealed.

Sec. 6. This ordinance shall take effect and be in force from and after its passage.

---

## ORDINANCE NO. 800.

### In effect June 30, 1916.

An Ordinance regulating the use of the public parks of the City of Fresno.

The Board of Trustees of the City of Fresno do ordain as follows:

Section 1. Within the limits of any parks in the City of Fresno, and within the limits of any parks now owned or to be hereafter owned by the City of Fresno outside of the limits of the City of Fresno, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit:

1. To lead, or let loose any cattle, horse, mule, goat, sheep, swine, dog or fowl of any kind; provided that this shall not apply to dogs when led by a cord or chain, not more than six feet long.

2. To carry or discharge any firearms, firecrackers, rockets, torpedoes or any other fireworks, or air gun or slung-shot.

3. To cut, break, injure, deface, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, bench, or other structure, apparatus, or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant, or flower, or to mark, or write upon any building, monument, fence, bench, or other structure, or to carry any flowers, shrubs or branches into or through the park.

4. To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

5. To distribute any hand-bills, or circulars, or to post, place or erect any bills, notice, paper, or advertising devise or matter of any kind.

6. To swim, bathe, wade in, or pollute the water of any fountain, pond, lake or stream, except that wading and swimming shall be permitted in pools provided for these purposes.

 Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA CHAMPAIGN

304                          ORDINANCE NO. 800.

7. To make or kindle a fire for any purpose, except in cooking furnaces provided for such purpose, unless special permission shall first be obtained therefor from the Superintendent of Parks.

8. To camp or lodge therein, without the written permission of the Board of Park Commissioners.

9. To ride, or drive any horse, or other animal, or to propel any vehicle, cycle, or automobile elsewhere than on the roads or drives provided for such purpose.

10. To indulge in riotous, boisterous, threatening, indecent or immoral conduct, or abusive, threatening, profane language, or to throw stones or missiles.

11. To sell, or offer for sale, any merchandise, article or thing, whatsoever, without the written consent of the Board of Park Commissioners.

12. To hitch, or fasten any horse, or other animal, except at a place specially designated and provided for such purpose.

13. To ride or drive at a rate of speed exceeding twelve miles per hour.

14. To ride or drive any horse or animal not well broken and under perfect control of the driver.

15. To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, or other device, for money, chips, shells, credit, or any other representative of value, or to maintain or exhibit any gambling table or other instrument of gambling or gaming, or to play any game prohibited by any ordinance of the City of Fresno.

16. To practice, carry on, conduct, or solicit for any trade, occupation, business or profession, without the written permission of the Board of Park Commissioners.

17. To row, or sail on any pond, lake or waters in any boat or raft, excepting one provided for that purpose by the Board of Park Commissioners, or holder of boating privileges, without first obtaining the written permission of the Board of Park Commissioners.

18. To drive, or have any dray, truck, wagon, cart, or other traffic vehicle, carrying or used or employed in carrying goods, merchandise, lumber, oil, dirt, manure, sand or soil, or any article of trade or commerce, or any offensive article or material whatsoever, upon any road or drive, except when the same is being done for the improvement of the park, and at the direction of the Board of Park Commissioners.

19. To play, or engage in any game, excepting at such place as shall be especially set apart for that purpose.

20. To remain, stay or loiter, in any public park, between the hours of twelve o'clock midnight and five o'clock a. m. of the following day, without the written permission of the Board of Park Commissioners.

21. It shall be unlawful for any person or persons to take into, exhibit or use in any park any firearm, air gun, slung-shot, or other articles of like character.

22. To go upon any lawn or grass plot, where prohibited by the Superintendent of Parks, and which prohibition is indicated by proper and legible signs.

23. To open, expose or interfere with any water or gas pipe, hydrant, stopcock, sewer, basin or other construction, in any park.

24. To hang behind any vehicle, or to tow any vehicle of any kind in any park, excepting, however, in case of break-downs within a park, the disabled vehicle may be towed to the nearest point of exit.

Sec. 2. No company, society, or organization of more than twenty-


Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

ORDINANCE NO. 800. 305

five persons shall hold or conduct any picnic, celebration, parade, service, or exercise in any public park, without first obtaining permission from the Superintendent of Parks, and it shall be unlawful for any person to take part in any picnic, celebration, parade, service, or exercise held or conducted contrary to the provisions hereof.

Sec. 3. It shall be unlawful for any person having the control or care of any dog to suffer or permit such dog to enter or remain in a public park unless it be led by a leash of suitable strength not more than six feet in length, and the owner or attendant shall be responsible for, and make good, any damage caused, in any event, by such dog, even if on leash.

Sec. 4. It shall be unlawful for any male person over eight years of age to enter or use any water-closet for women in a public park.

Sec. 5. It shall be unlawful for any person to fish in any public park without first obtaining from the Board of Park Commissioners a written permit so to do, designating the manner, time, and place in which such person may fish.

Sec. 6. It shall be unlawful for any person to assemble, collect or gather together in any walk, driveway, passageway or pathway in any park or in any other place set apart for the travel of persons or vehicles in or through any park or to occupy the same so that the free passage or use thereof by persons or vehicles passing along the same shall be obstructed in any manner.

Sec. 7. It shall be unlawful for any person or persons to sell, expose for sale, or offer to sell, in or along any public street, lane or thoroughfare, adjoining or approaching any public park in, adjoining or belonging to the City of Fresno, within two hundred (200) feet of any entrance to said park, any goods, wares or merchandise of any kind whatsoever.

Sec. 8. It shall be unlawful for any male person over the age of eight years to occupy any bench or seat, or to stay, loiter or remain in any pavilion, or other structure in any park which shall be reserved and designated by the Board of Park Commissioners for the use of women and children only.

Sec. 9. It shall be unlawful for any person to hold, conduct or address any public assemblage, meeting or gathering, or to make or deliver any public speech, lecture, or discourse, or to conduct, or take part in any public debate, or discussion, in any public park, belonging to or under the control of the City of Fresno, without first having obtained a permit in writing from the Board of Park Commissioners of said city.

Sec. 10. It shall be unlawful for any person or persons to hunt, pursue, annoy, throw stones or missiles at, or molest or disturb in any way, any animal, bird or reptile within the confines of any park.

Sec. 11. It shall be unlawful for any person, firm or corporation, to erect or maintain any overhead wires through any park, without the written permission of the Board of Park Commissioners.

Sec. 12. It shall be unlawful for any person to deposit, or to cause to be deposited, any paper, fruit, rubbish, debris, or any waste material of any kind, in any public park, except in such receptacles as may be located in such park therefor.

Sec. 13. By the term "park," as referred to in this ordinance, is meant any public park owned or controlled by the City of Fresno.

Sec. 14. Any person who shall violate any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine not exceeding Three Hundred ($300.00) Dollars, or by imprisonment in the County Jail of the County

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA CHAMPAIGN

**306**        ORDINANCE NO. 801.

of Fresno not exceeding three months, or by both such fine and imprisonment.

Sec. 15. All ordinances and parts of ordinances in conflict herewith are hereby repealed.

Sec. 16. This ordinance shall take effect and be in force from and after its passage.

---

## ORDINANCE NO. 801.

### In effect July 19, 1916.

An Ordinance concerning the Board of Health of the City of Fresno, and making provisions for the enforcement of certain rules and regulations of said Board pertaining to the public health and sanitation of said City, and providing for punishment for violation thereof, and repealing Ordinances 495, 691 and 768, and all ordinances and parts of ordinances in conflict herewith.

Whereas, the Board of Health of the City of Fresno has duly made and adopted certain health and police regulations relating to the public health and sanitation of said City, and has submitted the same to the Board of Trustees of said City, requesting that provisions be made for their enforcement in accordance with Section 164 of Article X of the City Charter.

Now, therefore, in accordance with said Charter, and said rules and regulations so submitted, the Board of Trustees of the City of Fresno do ordain as follows:

### ORGANIZATION OF THE BOARD.

Section 1. The Board of Health shall organize on the third Monday of April of each year by the election of a President, who shall hold office for one year, and a City Physician, who shall act as Health Officer and Secretary of the Board, and the election of such other health inspector or inspectors as may be found necessary, who shall hold office at the pleasure of the Board.

All officers shall hold such offices to which they are so appointed until their successors are elected and have qualified.

### TIME OF ELECTION.

Sec. 2. If for any cause, no election is held at the appointed time, the officers may be elected at a subsequent meeting.

### MEETINGS.

Sec. 3. The regular meeting of the Board shall be held on the second Monday of each month at 8 o'clock p. m., or at such other times as the Board of Health shall from time to time fix, and said Board of Health shall hold special meetings when convened by the President, or at the call of any three members. Three members of said Board shall be necessary to constitute a quorum.

### ORDER OF BUSINESS.

Sec. 4. At all regular meetings the following Order of Business shall be observed:

1. Calling to order.
2. Reading, correction and approval of minutes of last meeting.
3. Reports of committees.
   - (a) Health Officer.
   - (b) Plumbing Inspector.

 Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN