# TAB 41A

Newspapers
by ancestry

https://shsmo.newspapers.com/image/560325972/

St. Joseph Gazette (St. Joseph, Missouri) · Tue, May 30, 1916 · Page 8
Downloaded on Nov 20, 2024

vision of the Board of Park Commis-sioners which will be likely to frighten horses, injure passengers or embarrass the passage of vehicles thereon.

Section 20. No person shall fire or discharge any gun or pistol, or carry firearms, or throw stones or other mis-siles, or fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of an explosive character within any park, boulevard, avenue, street, parkway or driveway of this city under the control or supervision of the Board of Park Commissioners,

except upon a permit first duly ob-tained or authority previously granted by said Board and subject to such rules and regulations as said Board may establish.

Section 21. No person shall expose

Copyright © 2024 Newspapers.com. All Rights Reserved.




Newspapers
by ancestry

https://shsmo.newspapers.com/image/560325972/

St. Joseph Gazette (St. Joseph, Missouri) · Tue, May 30, 1916 · Page 8
Downloaded on Nov 20, 2024

**LEGAL NOTICES**

Copyright © 2024 Newspapers.com. All Rights Reserved.

Newspapers POWERED BY

Tuesday Morning

# St. Joseph Gazette.

May 30, 1916

## CLASSIFIED ADVERTISING RATES

Advertisements for this page 1 cent per word—cash in advance. All abbreviations and numbers counted as one word, and no advertisement taken for less than 15c, or 7½c each insertion. All ads charged on books at rate of 1c per line per insertion, and all one line ads charged as two lines.

Death, Funeral, Birth, Marriage, Card of Thanks, Lodge, or Society notices, not exceeding ten lines, $1.00 per insertion. Additional space at commercial rates.

## UNDERTAKERS

### HEATON-BeGOLE Undertaking Co.

## FUNERAL NOTICES

## FUNERAL DIRECTORS

### H. O. Sidenfaden

### FLEEMAN-HEATON

## FLORISTS

### BUTCHART THE FLORIST

## MONUMENTS

### MAIER

## PERSONAL

## LOST AND FOUND

## MALE HELP WANTED

## FEMALE HELP WANTED

## MALE AND FEMALE HELP

## JEWISH COMMITTEE TO GO TO RELIEVE WAR SUFFERERS

## ANNOUNCEMENTS

### St. Joseph Sanatorium

### Dr. G. T. Netherton

## DO YOU KNOW

### DICK MARTIN

## MOVING

### Ringo Transfer & Storage Co.

## MEN'S SUITS, $1.00

## LOSS
## FREE
## ROBIDOUX
## MONEY
## JUNK
## SWITCHES

## AUTOMOBILES

### MUCHENBERGER'S GARAGE

### E. G. HURD

### E. L. Robinson

## ABSTRACTS

### SHULL & CHIPPS

## CARPET CLEANING

### Stuebner's Ph. M. 664

## REAL ESTATE LOANS

## HOUSES TO RENT

## FLATS TO RENT

## FOR SALE—HOUSES

## TO EXCHANGE

## WANTED TO BUY

## TIPS TO THE PUBLIC

## WE PAY

## FOR SALE—Miscellaneous

### New Rugs, Carpets and Linoleums

### WOODSTOCK TYPEWRITERS SATISFY

### SOD

### Shafting, Hangers, Pulleys AND BELTING

## ROOMS TO RENT

## FINANCIAL

## RAILROAD TIME TABLE

### Excelsior Springs Route

## TO RENT—OFFICE SPACE

## POULTRY

## AGENTS WANTED

## WELDING AND CUTTING

## TRAVELING MEN

## CALLING CARDS

## WANTED—Miscellaneous

## FOR SALE OR TRADE

## HOTELS

## FOR SALE—REAL ESTATE

### Factory Site—11 Acres

### DAVIS BROS.

### BIGGS REALTY CO.

### Farms

## REALTY TRANSFERS

## LEGAL NOTICES

(Published in The St. Joseph Gazette May 30, 1916.)

General Ordinance No. 1620. An Ordinance Establishing Grades on Augusta Street Between Fourth and Sixth Streets, Re-establishing Any Grades Now Existing on Said Street Conflicting with the Grades Herein Named and Repealing Conflicting Ordinances.

Approved April 12, 1916.
ELLIOT MARSHALL, Mayor.
JOEL E. GATER, City Clerk.

(Published in The St. Joseph Gazette, May 30, 1916.)
General Ordinance No. 1629.

THE BOARD OF PUBLIC WORKS
By W. D. MORRISON,
Its President.
FRED W. LAUDER, Clerk.

# TAB 41B

# REVISED ORDINANCES

OF THE

## CITY OF ST. JOSEPH, MISSOURI

EMBRACING ALL GENERAL ORDINANCES IN FORCE AND
EFFECT JANUARY 1, 1925, TOGETHER WITH ALL
STATUTES OF THE STATE OF MISSOURI IN
EFFECT AT TIME OF COMPILATION
APPLICABLE TO SAID CITY

THE LIBRARY OF THE
NOV 8 1932
UNIVERSITY OF ILLINOIS

*Published by Authority of the City
of St. Joseph*

Compiled By
**ALVA F. LINDSAY**
UNDER SUPERVISION OF
**L. C. GABBERT, City Counselor**

## 1925

COMBE PRINTING CO., ST. JOSEPH, MO.

# REVISED ORDINANCES

OF THE

## City of St. Joseph, Missouri



**Sec. 1957. Same—letting contract, how.**—It shall be the duty of said board of park commissioners before letting any contract, to advertise for proposals for the doing of the work according to the plans and specifications, which shall be kept on file in the offices of the board of park commissioners and the board of public works and be open at all times to public inspection. Such advertisement shall state the character and extent of the improvement contemplated and shall be inserted one time in the newspaper at the time doing the city printing not less than five days nor more than ten days prior to the day fixed for receiving bids.

**Sec. 1958. Same—sealed bids.**—All proposals for the doing of such work shall be sealed, directed to the said board, and accompanied by a certified check payable to the treasurer of the city in such sum as may be named by said board of park commissioners in the advertisement for bids and conditioned, that in case the contract for the improvement for which the bid is made shall be awarded to such person and such bidder fails to enter into the contract for doing said work within the time fixed, then the sum named in said check shall be forfeited to said city. All proposals shall be opened at the time and place mentioned in the advertisement. (G. O. 1824.)

## ARTICLE II

### PARKS

**Sec. 1959. Description of parks.**—The public parks or squares of the City of St. Joseph hereinafter described shall be called respectively as follows: Patee park, bounded on the north by Seneca street; south, by Penn street; east, by Tenth street, and west, by Ninth street. South St. Joseph park, bounded on the north by Duncan street, on the south by Doniphan avenue, on the east by Eeventh street, and on the west by Tenth street. Smith's park, bounded on the north by Jule street, on the east by Twelfth street, on the west by Eleventh street, and on the south by Francis street. (R. O. 1905, Sec. 925, P. 567.)

**Sec. 1960. Krug park, acceptance of deed for.**—The deed executed by Henry Krug and Louise Krug and William Krug on the twenty-sixth day of February, 1890, conveying to the City of St. Joseph the pleasure grounds, or park, known and called "Krug Park," be and the same is hereby accepted, subject to all conditions and limitations in said deed named. (R. O. 1905, Sec. 926, P. 567.)

**Sec. 1961. Traffic in parks, etc.**—No omnibus, wagon, cart, dray, truck or other vehicle for carrying goods, merchandise, manure or any other articles, except such as are engaged in repairing or constructing said parks, boulevards, streets, avenues or driveways shall be allowed to enter upon any boulevard, parkway, street, avenue or park under the control and management of the board of park commissioners of St. Joseph, Missouri; Provided, however, that wagons or other vehicles carrying goods, merchandise or other articles to or from any house or premises abutting upon any of such boulevards or parkways shall be permitted to enter thereon at the cross street nearest to said house or premises in the direction in which the same are moving, and deliver or receive such goods, merchandise or other articles, but shall not proceed thereon further than the nearest cross street thereafter; but this provision shall not apply to any of the driveways within the limits of the parks, and said boulevards, parkways, avenues, streets or park roads shall not be used by business vehicles for

420 REVISED ORDINANCES

**Sec. 1976. Same—games, when.**—No person shall play any game whatsoever in or upon any of the parks, boulevards, avenues, streets, parkways or park roads under the control of the board of park commissioners; Provided, however, that ball, cricket, lawn tennis and other games of recreation may be played upon such portions of said parks as may be designated from time to time by the board of park commissioners, and under such rules and regulations as may be prescribed by said board. The grass plots or lawns of public parks and parkways shall not be used by any person as thoroughfares in crossing from one roadway, walk or street to another roadway, walk or street. But this section shall not be construed to interfere with the use of public parks or parkways as pleasure grounds by the people for the purpose of recreation under such reasonable rules and regulations as may be prescribed by the board of park commissioners.

**Sec. 1977. Same.**—No person shall engage in any sport upon any boulevard, avenue, street, parkway, park road or driveway under the control or supervision of the board of park commissioners which will be likely to frighten horses, injure passengers or embarrass the passage of vehicles thereon.

**Sec. 1978. Same—use of guns, etc.**—No person shall fire or discharge any gun or pistol, or carry firearms, or throw stones or other missles, or fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of an explosive character within any park, boulevard, avenue, street, parkway or driveway of this city under the control or supervision of the board of park commissioners, except upon a permit first duly obtained or authority previously granted by said board and subject to such rules and regulations as said board may establish.

**Sec. 1979. Same—sale of goods, etc.**—No person shall expose any article or thing for sale, or do any hawking or peddling, or distributing handbills, or erect any sign board or post, or affix any notice or bill or other writing or printing on any tree, lamp post, hydrant, curbstone, sidewalk, coping, flagstone, fence, wall, building or other place in any park, boulevard, avenue, street, parkway, park road, driveway, or other public grounds under the control or supervision of the board of park commissioners of said city. Nor shall any person drive any animal or vehicle displaying an advertising placard of any kind; nor shall any person display any placard or advertisement of any kind upon or along any boulevard, avenue, street, parkway, park road, or in any park or other public grounds under the control and management of the board of park commissioners of said city.

**Sec. 1980. Same—injury to trees, etc.**—No person shall cut, break or in any way injure or deface any of the trees, shrubs, plants, turf, grass, lamp posts, fences, buildings or other constructions of property in or upon any park, boulevard, avenue, streets, parkways, park roads or other public grounds of said city under the control or supervision of the board of park commissioners.

**Sec. 1981. Same—riding bicycles, etc.**—All persons riding bicycles, tricycles or velocipedes in parks or upon parkways, boulevards or park roads shall be required to keep upon the paths specially provided for the same, or upon the roadway, and in no case shall be permitted to ride upon the sidewalks, foot-paths or upon the parking or grass.

**Sec. 1982. Same—vehicles permitted.**—No vehicles other than those used for pleasure driving or other than carts or other vehicles as may be employed by the board of park commissioners in the construction of or car-

# TAB 42

COMMONWEALTH OF MASSACHUSETTS

# MUNICIPAL REGISTER

OF THE

# CITY OF BROCKTON

FOR

# 1918

CONTAINING

CITY OFFICERS AND COMMITTEES, MAYOR'S AD-
DRESS, REPORTS OF THE VARIOUS OFFICERS AND
COMMITTEES, ALSO THE RECEIPTS AND EXPEND-
ITURES FOR THE FISCAL YEAR ENDING

## NOVEMBER 30, 1917



BROCKTON, MASS.
KEYSTONE JOB PRINT, INC.
1918



# REPORT OF THE
# Park Commissioners

330

At a meeting of the Park Commissioners of the City of Brockton duly held on the 7th day of May A. D. 1917, a quorum being present, it was voted to adopt the following rules and regulations governing the use of Public Parks in the City of Brockton.

## RULES AND REGULATIONS GOVERNING THE USE OF PUBLIC PARKS IN THE CITY OF BROCKTON.

The Board of Park Commissioners of the City of Brockton. by virtue of its authority to make rules for the use and government of the Public Parks of the City, and for breaches of such rules to affix penalties, hereby establish the following rules and regulations for the use of same.

The commission of the following acts by any person or persons as hereinafter specifically set forth is expressly forbidden, namely :—

1. To cut, break, injure or deface any building, fence or other construction, or any tree, bush, plant or turf, or any other thing or property of said City, or to have possession of any freshly plucked tree, bush, or plant, or part thereof.

2. To allow animals of any kind to pass over or stray upon the Park lands, provided this shall not apply to dogs when closely led by a cord or chain not more than six feet long.

3. To throw stones, balls, or other missiles, to discharge or carry firearms, firecrackers, torpedoes or fireworks; to make fires; to play musical instruments; to have any intoxicating liquors; to sell or offer for sale any goods or wares; to post or display signs, placards, flag or advertising devices; to solicit subscriptions or contributions; to play games of chance; or

**331**

to have possession of instruments of gambling; to make orations, harangues, or loud outcries; to enter into political advertising or canvassing of any kind; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy other visitors.

4. To take birds, fish, any live animal or bird's nest, or in any way interfere with cages, boxes, places, or enclosures for their protection.

5. To play ball or any other game in any public park except such portions thereof as may be set aside for that purpose.

6. To drive any carriage, cycle, automobile, cart, wheelbarrow, hand-cart or horse upon any park.

7. To refuse to obey the orders or requests of either of the Commissioners, or of the police or other agents of the commissioners, and to refuse to assist them when required.

8. Any person or persons who wilfully violate any of the above rules and regulations shall be punishable by a fine of not more than Twenty (20) Dollars for each offence.

# TAB 43

# The
# Revised Municipal Code

– OF –

## Aurora, Illinois

### of 1920

—

Passed . . . . . March 1, 1920
Approved . . . March 2, 1920

———

Published by Authority of the City Council in Book Form
March 2, A. D. 1920

Containing all the General Ordinances of the City
in Force, March 2, A. D. 1920

— —

Revised and Compiled Under the Direction and Supervision of
the Committee on Ordinances

——— -

EUGENE SMITH COMPANY, PRINTERS
AURORA, ILLINOIS



LITTAUER LIBRARY, SSP
HARVARD UNIVERSITY

Google
HARVARD UNIVERSITY

# CHAPTER XLIII.

## Parks.

SECTION

942. Parks, Etc., Continued Property of City.

943. Department Created.

944. Park Commissioners—Office—Term—Bond.

945. Organize Board — Meetings — Salary.

946. Reports of Board.

947. Duties of Board—Employes—Expenditures.

948. Injuring Property.

SECTION

949. Injuring Animals, Etc. — Polluting Water.

950. Regulations and Rules.

951. What May Be Authorized by Board — Selling Popcorn, Etc.

952. When Parks Open to the Public.

953. Police.

954. Penalty.

**SEC. 942. Parks, Etc., Continued Property of City.]** That all the public parks and squares belonging to the City of Aurora or under its control and management be and the same are hereby continued as the property of the city and under its control and management for public park purposes and the health, recreation and enjoyment of its citizens and the public.

**SEC. 943. Department Created.]** There is hereby created an executive department of the city government to be known as the department of parks. Said department shall consist of three commissioners and such employes as may from time to time be lawfully provided.

**SEC. 944. Park Commissioners—Office—Term—Bond.]** There is hereby created the office of park commissioner for three separate commissioners, each of whom shall be appointed by the mayor by and with the advice and consent of the city council at the same time and in the same manner as other city officers are appointed. The first commissioner shall hold his office from the first Monday in May, A. D. 1918 until the first Monday in May, A. D. 1919, the second Commissioner shall hold his office from the first Monday in May, A. D. 1918 until the first Monday in May, A. D. 1920 and the third commissioner shall hold his office from the first Monday of May, A. D. 1918, until the first Monday in May, A. D. 1921. All subsequent appointments shall be for the term of three years and until the successor shall be appointed and qualified. Each commis-

Digitized by Google        Original from HARVARD UNIVERSITY

or belonging thereto, or to chase, hunt or frighten any such animal or to permit or aid the escape thereof or to scare away or drive away any such animal, whether wild or domestic in or about said places, or to throw stones, clubs, sticks or other missiles therein or at any such animals, nor shall any person obstruct, interfere with, pollute, or divert the water on said premises, or break or injure the ice formed thereon.

**SEC. 950. Regulations and Rules.]** It shall be unlawful for any person:

To dig into, open, tear up or injure any ground, pavement, cross-walk, grass plat or roadway or any part thereof.

To tear up, injure, destroy, disconnect or interfere with any water pipes, sewers, wiring or conduits.

To move any buildings upon or over any of said parks, squares or grounds.

To sell or give away any liquor on said premises or be or remain thereon while drunk or in an intoxicated condition.

To place, throw, deposit or cause to be thrown, placed or deposited any straw, chips, shells, ashes, swill, rubbish, refuse, dirt, stones or incumbrances of every kind upon said premises.

To cause, suffer or permit horses, cattle, swine, sheep, dogs, or other animals to run loose on said premises.

To lead, drive or ride any horses, cattle or other animals upon the grass plats or in or upon any other place except the roadways provided for that purpose on said premises, or to leave the same unattended, unhitched or not under control.

To race with horses, bicycles, automobiles or other vehicles in or on said premises, or ride or drive the same faster than six miles per hour.

To block, obstruct or encumber the drives or paths of said premises.

To ride or drive any bicycle, automobile, wagon, or other vehicle cross-wise, curving, or to and fro on any of said roadways or places where the same are permitted to run, or to ride, drive or propel more than two of said vehicles abreast, or to fail to observe the rule of the road of turning to the right in meeting and passing other vehicles, or to drive, ride or propel any such vehicle in a careless, reckless or negligent manner, or so as to injure persons or property.

Google

HARVARD UNIVERSITY

To go on foot or with team or otherwise upon the grass, lawn or turf of said premises wherever signs and directions are placed to keep off the grass.

To carry or discharge firearms or to set off fire works of any kind on said premises.

To drive or lead on said premises any unbroken or unmanageable horses, or to train any horses or other animals therein.

To solicit patronage for any vehicle for hire in any of said parks, or to drive or take any job, freight or truck wagon in or upon the same, except such as are used in carrying on the work of said park.

To light, make or use any fire on said grounds, or to carry, take or display any flag, banner, target or transparency, or to fly any kite within or upon said grounds, or to carry on any amusement or games that will obstruct or tend to interfere with the passage of persons, teams or vehicles.

To use any threatening, abusive, insulting, indecent, obscene or profane language, or commit or be guilty of any drunkenness, obscene behaviour or any disorderly conduct, or to lie or sleep on the benches or in indecent positions or to follow or commit any indecent practices, or tell fortunes or play games of chance, or to parade, drill or perform any military or other evolutions, or to offer for sale, or sell any article or thing on said premises.

To enter or leave said parks and premises except by the walks, paths or drives.

To take part in or cause to be assembled crowds for unlawful purposes or in any riots or unlawful assemblies.

To do any thing or act that would cause said park and premises to be used or maintained for any other purpose than park purposes or that would interfere with or obstruct in any manner the use for such purposes.

**SEC. 951. What May Be Authorized by Board—Selling Popcorn, Etc.]** On any holiday and on occasions of band concerts or other gatherings of people in said parks and places, the board may authorize in writing the selling or giving away fruits, candies, refreshments, soft drinks, popcorn, nuts and other eatables; and the holding of parades, drills and other military evolutions, games and contests and other amusements that would contribute to the lawful enjoyment of the public. The board may permit the cutting of flowers and placing the same on the graves of the soldiers and

Google                    HARVARD UNIVERSITY

# TAB 44

Ferndale Enterprise (Ferndale, California) · Fri, Jun 10, 1921 · Page 8
Downloaded on Nov 20, 2024

Newspapers
by ancestry
https://www.newspapers.com/image/629686729/

away, any maiden hair or other fern, or any bushes or shrubs in the public parks and play-grounds of the Town of Ferndale, unless with permission of the Park Commissioners.

SECTION 3. It is hereby declared to be unlawful for any person to set spring or other traps to catch, shoot with air pistols, or other weapons, or to carry, or discharge any fire arms or air guns in or upon, or disturb, or molest in any manner any birds or animals in the public parks and play-grounds of the Town of Ferndale.

SECTION 4. Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor and upon conviction thereof shall be fined not exceeding one hundred dollars and

Copyright © 2024 Newspapers.com. All Rights Reserved.

Newspapers
by ancestry
https://www.newspapers.com/image/629686729/

Ferndale Enterprise (Ferndale, California) · Fri, Jun 10, 1921 · Page 8
Downloaded on Nov 20, 2024

## ORDINANCE NO. 130

AN ORDINANCE TO PROTECT THE SHRUBBERY, TREES, BUSHES, AND BIRDS IN THE PUBLIC PARKS AND PLAY-GROUNDS OF THE TOWN OF FERNDALE.

The Board of Trustees of the Town of Ferndale do ordain as follows:

SECTION 1. It is hereby declared unlawful for any person to damage, break, or mutilate any of the trees, shrubs, bushes, buildings, benches or seats in the public parks and play-grounds of the Town of Ferndale.

SECTION 2. It is hereby declared to be unlawful for any person to uproot, or take, or carry away, any maiden hair or other fern, or any bushes or shrubs in the public parks and play-grounds of the Town of Ferndale, unless with permission of the Park Commissioners.

SECTION 3. It is hereby declared to be unlawful for any person to set spring or other traps to catch, shoot with air pistols, or other weapons, or to carry, or discharge any fire arms or air guns in or upon, or disturb, or molest in any manner any birds or animals in the public parks and play-grounds of the Town of Ferndale.

SECTION 4. Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor and upon conviction thereof shall be fined not exceeding one hundred dollars and in case the said fine shall not be paid shall be imprisoned until said fine is paid at the rate of one day for every two dollars of such fine.

SECTION 5. This Ordinance shall go into effect thirty days after its final passage.

Passed and adopted this 6th day of June, 1921.

Ayes: Moore, Smith, Boyd, Thompson and Miner.

Noes: None.

Absent: None.

S. V. SMITH,
President of the Board of Trustees of the Town of Ferndale, California.

Attest: LOUIS M. MARVEL, Town Clerk.

Copyright © 2024 Newspapers.com. All Rights Reserved.

PAGE EIGHT — THE FERNDALE ENTERPRISE — FRIDAY, JUNE 10, 1921

## CLASSIFIED Advertising

SEPARATOR WANTED.—Small separator wanted, Sharples preferred. Inquire at Enterprise office. j3t2

AUTO FOR SALE.—Chandler 1917 6-cylinder 7-passenger automobile for sale. Good condition. Price $800. A bargain. Address The Enterprise office. j3t2

BULL FOR SALE.—Grade Jersey bull for sale. A No. 1 animal. See JOHN W. TRIGG, Ferndale. j3t3

WANTED.—A neat capable girl to do second work. Phone 83J. j3tf

BICYCLE FOR SALE.—A girl's bicycle in No. 1 condition for sale. Inquire at AMMER'S GROCERY. j3tf

MARE FOR SALE.—Lady Dillon 8 years old, record 2:30 on Ferndale track. The coming horse for the Ferndale Fair this year. If interested inquire of JAMES TONINI at Guthrie, Phone 49-F-11. m6tf

SIDEWALKS.—I do all kinds of concrete sidewalk work. P. LARSEN, Box 254, Ferndale. m27tf

PIGS FOR SALE.—Pigs weighing between 40 and 100 lbs. for sale. Apply to HIRAM KEMP, Grizzly Bluff. f11tf

HOME FOR SALE.—House and two acres of land for sale on Fifth St., Ferndale. Price very reasonable. Inquire of OSCAR RICHARDSON or A. W. BLACKBURN. f11tf Ferndale.

RESIDENCE FOR SALE. — My residence on Fifth Street, Ferndale, for sale. See A. M. DINSMORE. m6tf

POSITION WANTED.— Woman with child would like position on ranch as cook. Men preferred. Apply to WESTERN HOTEL, Eureka. j10t1

YOUNG GIRLS—desiring to take a Course of Training for Nurses, apply for further information to Superintendent of Nurses, Union Labor Hospital, Eureka, Calif. m25tf

FOR SALE.—Hogs and cows for sale. Inquire of LUTE KEMP or HIRAM KEMP, Grizzly Bluff. j7tf

ASK McLAREN, the Piano Man, why the tone of your piano can be preserved only by having the instrument tuned and regulated regularly. 1226 G St . Eureka. Phone

STOVE FOR SALE.—A Bridge-Beach cookstove for sale. For particulars inquire at The Enterprise office. m27tf

SEPARATORS FOR SALE.—Two separators for sale. No. 17 DeLaval. For further information apply at The Enterprise office. j10t2

FOR SALE.—Finest bottom land in Eel River Valley, paying 6 per cent net rented; runs over 60 cows —equipped for irrigating alfalfa Only $10,000.00 required. Also 102 cow lease very reasonable. See A. W. BLACKBURN.

BULL FOR SALE OR RENT.— 3-year-old bull for sale or rent. Cross of Jersey and Holstein. Price $70 or will rent for $30. Apply at The Enterprise office. m27t4p

FOR SALE.—6 year lease on 85-cow dairy, with all growing crop, young stock and horses. Inquire of FLOCCHINI BROS., Alton, Cal. n26tf

$23,000—24 acres rich, cleared, creek bottom; cheaply irrigated; remainder bench; good house, new, modern barn, silo, chicken and hog houses; also 15 cows, 6 heifers, 2 horses; crop; farming implements. Cheap.

$32,000—82 acres, 70 richest bottom, well improved. Supports 38 cows, but will next year support 45. Sacrifice.

$20,000.—100 acres, 40 acres rich creek bottom, remainder good bench. Well improved.
A. J. JOHNSEN,
425 5th St., Eureka.
o22tf

# WOOD
## Pine Wood---"Red Fir"

Made from big standing timber, practically free from knots, $10 per cord in Fortuna, $11 in Loleta, and $12 in Ferndale

## Also Dry Tan Oak

A limited amount of this fine wood at the special price of $13 in Loleta and $15 in Ferndale

### The best Wood in Humboldt County

Phone or Postal Card to

# BURRIS TRUCK LINE
Eureka Phone 1244 W or 1940 J

ECONOMY MEAT.—Will run a meat wagon to all parts of the valley on Wednesdays and Saturdays. All good young inspected beef. You know what economy means.
m27tf HENRY GRANDY.

SHEPHERD PUPS FOR SALE. —Two Shepherd puppies of good stock, for sale. Inquire of P. O. EDELINE, Grizzly Bluff. j10t2

FOR RENT.—A furnished flat in Ferndale. Will be vacant July 1. Phone 48F3. j10t4

ORDINANCE NO. 130
AN ORDINANCE TO PROTECT THE SHRUBBERY, TREES, BUSHES, AND BIRDS IN THE PUBLIC PARKS AND PLAY-GROUNDS OF THE TOWN OF FERNDALE.
The Board of Trustees of the Town of Ferndale do ordain as follows:
SECTION 1. It is hereby declared unlawful for any person to damage, break, or mutilate any of the trees, shrubs, bushes, buildings, benches or seats in the public parks and play-grounds of the Town of Ferndale.
SECTION 2. It is hereby declared to be unlawful for any person to uproot, or take, or carry away, any maiden hair or other fern, or any bushes or shrubs in the public parks and play-grounds of the Town of Ferndale, unless with permission of the Park Commissioners.
SECTION 3. It is hereby declared to be unlawful for any person to set spring or other traps to catch, shoot with air pistols, or other weapons, or to carry, or discharge any fire arms or air guns in or upon, or disturb, or molest in any manner any birds or animals in the public parks and play-grounds of the Town of Ferndale.
SECTION 4. Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor and upon conviction thereof shall be fined not exceeding one hundred dollars and in case the said fine shall not be paid shall be imprisoned until said fine is paid at the rate of one day for every two dollars of such fine.
SECTION 5. This Ordinance shall go into effect thirty days after its final passage.
Passed and adopted this 6th day of June, 1921.
Ayes: Moore, Smith, Boyd, Thompson and Miner.
Noes: None.
Absent: None.
S. V. SMITH,
President of the Board of Trustees of the Town of Ferndale, California.
Attest: LOUIS M. MARVEL, Town Clerk.

## Heavy Cropper
# Beet Seed
### The New Stock Beet
Proved successful last year in Eel River Valley Heavy producer and delicious flavor. Cows prefer them to carrots
**Ammer's Grocery**

FOR SALE.—Fumed oak davenport, brown pantasote upholstering, in fine condition. Also a kitchen cabinet table. Apply to MRS. S. T. KELSEY, North Ferndale. j10t2

BULL FOR SALE.—15-months-old Guernsey bull for sale. ALEX JOHANSEN, Waddington. j10t2

HAY FOR SALE.—Good grass hay in the field. $10 a ton. D. C. BUGBEE, Grizzly Bluff. Phone 55F5. j10tf

RETURN BICYCLE.—The party who took a bicycle from the American Hotel Monday night, in order to avoid publicity, should return same at once to original place. j10t2

CRANK LOST.—Auto crank lost on Port Kenyon road Sunday, May 29th. Finder please notify JOHN CHRISTENSEN, Port Kenyon. P. O. address R F D, Ferndale. j10t1

HAY FOR SALE.—Grass, alfalfa and clover hay for sale. Inquire of FERNDALE MEAT CO. j10tf

### CARD OF THANKS
We wish to express our heartfelt thanks for the many kindnesses shown us in our bereavement, the death of our husband, father and brother. We especially thank those who assisted at the funeral, the choir and pallbearers, and those who sent flowers, as well as all neighbors and friends who offered sympathy and help. We will always remember one and all with deep gratitude.
(Signed) Mrs. Grace Martin and children, Mrs. Martha Matheson and family, Mr. and Mrs. B. Rennick and family, Mr. and Mrs. P. Becker and family.

Mrs. W. O. Perry and children of Ferndale are on a month's visit to relatives in Red Bluff. They were taken over the last of the week by Mr. Perry, who returned by auto a couple of days later.

## Our Yearly Special on
# Fancy French Prunes
### is on again

| | | |
|---|---|---|
| 90-100 Southern Prunes 25 lb. box | - | $2.00 |
| 50-60 Humboldt Prunes 25 lb. box | - | 2.50 |
| 40-50 Humboldt Prunes 25 lb. box | - | 3.25 |
| " " Santa Clara " " " " | | 3.75 |

## Marcussen's Grocery
Phone 108 Main St., Ferndale

NOTICE OF TIME APPOINTED FOR PROVING WILL
In the Superior Court of the County of Humboldt, State of California.
In the Matter of the Estate of William E. Price, Deceased.
Notice is hereby given that Tuesday, the 28th day of June, A. D. 1921, at Ten o'clock A. M. of said day, at the Court Room of Department One of said Court, at the Court House, in the City of Eureka, in the County of Humboldt, State of California, have been appointed as the time and place for proving the will of said William E. Price, deceased, and for hearing the application of John E. Gries for the issuance to him of Letters Testamentary when and where any person interested may appear and contest the same.
Dated June 7th, 1921.
(SEAL) FRED M. KAY, Clerk.
By I. H. Cousins, Deputy Clerk.
A. W. BLACKBURN, Esq.,
Attorney for Petitioner.
Date of First Publication of Notice, June 10, 1921. j10t3

# The Norwalk
## CORD AND FABRIC
# Tires

Will give you more miles for the money than any other tires.

The prices are very reasonable.

## Taubman's Garage
Ferndale

# DODGE BROS.

## announce a

## Substantial Reduction

## in

## Prices of Their Cars

## Effective June Eighth

# C. R. THOMPSON

# Ferndale

# TAB 45


UC R | California Digital
Newspaper Collection

## Reedley Exponent, Volume 30, Number 75, 24 June 1921

1. To lead, or let loose any cattle, horse, mule, goat, sheep, swine, dog or fowl of any kind; provided that this shall not apply to dogs when led by a cord or chain, not more than six feet long.

2. To carry or discharge any firearms, firecrackers, rockets, torpedoes or any other fireworks, or air gun or sling-shot.

3. To cut, break, injure, deface, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, benche or other structure, apparatus or property; or to pluck

o'clock a. m. of the following day, without written permission of the Board of Park Commissioners.

19. It shall be unlawful for any person or persons to take into, exhibit or use in any park any firearms, air gun, sling-shot, or other articles of like character.

20. To go upon any lawn or grass plot, where prohibited, and which prohibition is indicated by proper and legible signs.

21. To open, expose or interfere with any water or gas pipe, hydrant, stopcock, sewer, basin or other con-

## ORDINANCE NO. 89

AN ORDINANCE REGULATING THE USE OF THE PUBLIC PARKS OF THE CITY OF REEDLEY.

The Board of Trustees of the City of Reedley do ordain as follows:

SECTION I. Within the limits of any parks in the City of Reedley, and within the limits of any parks now owned or to be hereafter owned by the City of Reedley outside of the limits of the City of Reedley, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit:

1. To lead, or let loose any cattle, horse, mule, goat, sheep, swine, dog or fowl of any kind; provided that this shall not apply to dogs when led by a cord or chain, not more than six feet long.

2. To carry or discharge any firearms, firecrackers, rockets, torpedoes or any other fireworks, or air gun or sling-shot.

3. To cut, break, injure, deface, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, benchc or other structure, apparatus, or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant, or flower, or to mark, or write upon any building, monument, fence, bench, or other structure or to carry any flowers, shrubs or branches into or through the park.

4. To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

5. To distribute any hand-bills or circulars, or to post, place or erect any bills, notice, paper, or advertising devise or matter of any kind.

6. To swim, bathe, wade in, or pollute the water or any fountain, pond or lake, except that wading and swimming shall be permitted in running streams.

7. To camp or lodge therein, without the written permission of the Board of Park Commissioners.

8. To ride, or drive any horse, or other animal, or to propel any vehicle, cycle, or automobile elsewhere than on the roads, drives or places provided for such purposes.

9. To indulge in riotous, boisterous, threatening, indecent or immoral conduct, or abusive, threatening, profane language, or to throw stones or missles.

10. To sell, or offer for sale, any merchandise, article or thing whatsoever, without the written consent of the Board of Park Commissioners.

11. To hitch, or fasten any horse, or other animal, except at a place specially designated and provided for such purpose.

12. To ride or drive at a rate of speed exceeding twelve miles per hour.

13. To ride or drive any horse or animal not well broken and under perfect control of the driver.

14. To play or bet at or against any game which is played, conducted, dealt, or carried on with cards, dice, or other device for money, chips, shells, credit, or any other representative of value, or to maintain or exhibit any gambling table or other instrument of gambling or gaming, or to play any game prohibited by any ordinance of the City of Reedley.

15. To practice, carry on, conduct, or solicit for any trade, occupation, business or profession, without the written permission of the Board of Park Commissioners.

16. To drive, or have any dray, truck, wagon, cart, or other traffic vehicle, carrying or used or employed in carrying goods, merchandise, lumber, oil, dirt, manure, sand or soil, or any article of trade or commerce, or any offensive article or material whatsoever, upon any road or drive, except when the same is being done for the improvement of the park, and at the direction of the Board of Park Commissioners.

17. To play, or engage in any game, excepting at such place as shall be especially set apart for that purpose.

18. To remain, stay or loiter, in any public park, between the hours of twelve o'clock midnight and five o'clock a. m. of the following day, without written permission of the Board of Park Commissioners.

19. It shall be unlawful for any person or persons to take into, exhibit or use in any park any firearms, air gun, sling-shot, or other articles of like character.

20. To go upon any lawn or grass plot, where prohibited, and which prohibition is indicated by proper and legible signs.

21. To open, expose or interfere with any water or gas pipe, hydrant, stopcock, sewer, basin or other construction, in any park where prohibited.

22. To hang behind any vehicle, or to tow any vehicle of any kind in any park, excepting, however, in case of break-downs within the park, the disabled vehicles may be towed to the nearest point of exit.

SECTION II. No company, society or organization of more than twenty-five persons shall hold or conduct any picnic, celebration, parade, service or exercise in any public park, without first obtaining permission from the Secretary of the Board of Park Commissioners, and it shall be unlawful for any person to take part in any picnic, celebration, parade, service, or exercise held or conducted contrary to the provisions hereof.

SECTION III. It shall be unlawful for any person having the control or care of any dog to suffer or permit such dog to enter or remain in a public park unless it be led by a leash of suitable strength not more than six feet in length, and the owner or attendant shall be responsible for, and make good, any damage caused, in any event, by such dog, even if on leash.

SECTION IV. It shall be unlawful for any male person over eight years of age to enter or use any water-closet for women in a public park.

SECTION V. It shall be unlawful for any person to fish in any public park without first obtaining from the Board of Park Commissioners a written permit so to do, designating the manner, time and place in which such person may fish.

SECTION VI. It shall be unlawful for any person to assemble, collect or gather together in any walk, driveway, passageway, or pathway in any park or in any other place set apart for the travel of persons or vehicles in or through any park or to occupy the same so that the free passage or use thereof by persons or vehicles passing along the same shall be obstructed in any manner.

SECTION VII. It shall be unlawful for any person or persons to sell, expose for sale, or offer to sell, in or along any public street, lane or thoroughfare, adjoining or approaching any public park in, adjoining or belonging to the City of Reedley, within two hundred (200) feet of any entrance to said park, any goods, wares or merchandise of any kind whatsoever.

SECTION VIII. It shall be unlawful for any male person over the age of eight years to occupy any bench or seat, or to stay, loiter or remain in any pavilion, or other structure in any park which shall be reserved and designated by the Board of Park Commissioners for the use of women and children only.

SECTION IX. It shall be unlawful for any person to hold, conduct or address any public assemblage, meeting or gathering, or to make or deliver any public speech, lecture, or discourse, or to conduct, or take part in any public debate, or discussion, in any public park, belonging to or under the control of the City of Reedley, without first having obtained a permit in writing from the Board of Park Commissioners of said city.

SECTION X. It shall be unlawful for any person or persons to hunt, pursue, annoy, throw stones or missles at, or molest or disturb in any way, any animal, bird or reptile within the confines of any park.

SECTION XI. It shall be unlawful for any person, firm or corporation, to erect or maintain any overhead wires through any park, without the written permission of the Board of Park Commissioners.

SECTION XII. It shall be unlawful for any person to deposit or to cause to be deposited, any paper, fruit, rubbish, debris, or any waste material of any kind, in any public park, except in such receptacles as may be located in such park therefor.

SECTION XIII. By the term "park", as referred to in this ordinance is meant any public park owned or controlled by the City of Reedley within or without the City of Reedley.

SECTION XIV. Any person who shall violate any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine not exceeding Three Hunred ($300.00) Dollars, or by imprisonment in the City or County Jail of the County of Fresno not exceeding two months or by both such fine and imprisonment.

SECTION XV. All ordinances and parts of ordinances in conflict herewith are hereby repealed.

SECTION XVI. This ordinance shall take effect and be in force from and after its passage, approval and publication.

SECTION XVII. This ordinance shall be published for one insertion in the Reedley Exponent, a newspaper printed, published and circulated in the City of Reedley.

I hereby approve the foregoing ordinance.

C. W. HUEY,

President of the Board of Trustees.

Attest:

HAZEL TREMBLEY,

City Clerk.

I, Hazel Trembley, City Clerk of the City of Reedley, do hereby certify that the foregoing ordinance was introduced at a regular meeting of the Board of Trustees of the City of Reedley held on the 17th day of May, 1921, and was thereafter at a regular meeting of said Board on the 21st day of June, 1921, passed and adopted by the following votes:

Ayes: Trustees Eymann, Sheibley, Mathews and Huey.

Noes: Trustees: None.

Absent: Trustees: Marlar.

(SEAL) HAZEL TREMBLEY,

City Clerk of the City of Reedley.

## The End of a Perfect Day





Miss Alice J. O'Neill is the first woman justice of the peace in Greenwich, Conn.

## IMPROVEMENTS TO STATE HIGHWAYS

### $40,000,000 to be Spent on Coast Roads

San Francisco—Twenty million dollars, the largest amount of money expended in one year on the Pacific Coast by the Federal Government on State highways and post roads, is to be spent during the coming season by the Department of Agriculture. The Western states 'in which the roads are built will expend a like amount and the whole forty millions will be disbursed under the direction of the Bureau of Public Roads, of which Dr. L. I. Hewes, deputy chief engineer, is regional director.

In addition, $13,000,000 will be spent on roads in national forests. These are being built wholly by the Federal Government. The Western district, which includes practically all the national forests in the United States, comprises Alaska and eleven states divided into six districts: District 1, Washington and Oregon; 2, California; 3, Wyoming and Colorado; 11, Montana and Idaho; 12 Nevada and Utah; 13, New Mexico and Arizona.

In California twenty projects have been commenced in the last two months under the direction of C. H. Sweetser, in charge of this district. The State and Federal Governments will share the expenditure of $4,000,000. The work should have been done some time ago, but owing to the inability of the State to sell highway bonds, was delayed until this spring. After July 1, $2,000,000 of Federal money will be available if the State spends a like amount. The road building includes seventeen miles in Santa Barbara county from Las Cruces to Naca, which is the last link in the coast highway between San Diego and San Francisco. The road will be twenty feet wide and of concrete, six inches thick, much heavier than highways built by the State heretofore.

Another important project will be a portion of the hundred-mile stretch from Eureka north to Crescent City. This road runs through the redwood region which the State Legislature last passed a law to save from destruction by lumbermen. It is expected to be more popular than the automobile valley route to Portland, as it will be cooler in the summer and warmer in winter. It now takes a day for stages to go to Crescent City from Eureka. There is no railroad within 100 miles of the coast at Crescent City.

Other important road projects undertaken this year are: One hundred and eighty-five thousand dollar bridge over Feather river near Oroville; western end of Ukiah-Tahoe road thirteen miles from Ukiah to Mendocino county line at Blue Lakes, while the State alone is working on the road from Marysville west; first link of seven miles of thirty-mile all-year highway in Yosemite from Mariposa to El Portal; concrete road, Danverton to Rio Vista, a portion of the Fairfield Rio Vista lateral of the State highway; twenty-one and four-tenths miles north from Auburn to Grass Valley; twenty-five miles, Galt, Sutter county, to Jackson, Amador county; two contracts on the Klamath river road, Happy Camp to Orleans, a portion of the forty-mile Klamath forest highway; fifteen and six-tenths miles of the Trinity river road from Redding to the coast at Eureka, hitherto not reachable by automobilism.

### CREDIT MEN'S CONVENTION

San Francisco—Large delegations from the East and Middle West will attend the twenty-sixth annual convention of the National Association of Credit Men opening this week in San Francisco. 1,000 delegates to the big convention are expected and San Francisco will be their host for four days of business discussion and hospitable entertainment. Included in the membership of the association are some of the leaders in the financial and economic life of the country.

## Imperial Cafe

Our 50c Merchants' Lunch is our best advertisement. Includes soup, salad, entree, vegetables, dessert and a drink.

Special Chicken Dinners Sundays

PHONE 1831

## AUTO MOVIES
### BY WILSON & REID GARAGE



YOU SEEM TO KNOW A LOT MORE ABOUT A CAR THAN YOU USED TO

I GOT ACQUAINTED WITH THESE AUTO EXPERTS AND THEY PUT ME WISE

One way to get auto wise is to seek the acquaintanceship of expert repairmen—meaning us. If your car gets into the habit of turning in here about once a month both you and the machine will profit by the experience.

PHONE 1541



WILSON & REID GARAGE 917 G ST.

## -: Star Theatre :-

### FRIDAY and SATURDAY

Thoughts of Buried Treasure Quicken the Pulse and Fire Youthful Blood. Therefore All Should See—

## Buried Treasure

### With MARION DAVIES

Which will be shown at the Star Theatre Next Friday and Saturday. It is filled with Thrills and Action Galore!

A Paramount Picture

ALSO—Joe Ryan in the last chapter of the great Western serial, "THE PURPLE RIDERS." Mack Sennett Comedy, "Unhappy Finish."

What is the Easy Road to Happiness?
THOMAS MEIGHAN
shows you in

## The Easy Road

A Paramount Picture

Which will be shown at the Star Theatre Next Sunday and Monday

When You Are on Easy Street You Are Not Always on THE EASY ROAD that Leads to Happiness.

You should see this remarkable Paramount photoplay. One of the best in which Mr. Meighan has appeared in a month of Sundays.

Also—Mr. and Mrs. Carter De Haven in

"NEVER AGAIN"
"FANTOMAS."

Matinee Sunday at 2 p. m.

## New Miramonte Tent City

Tent cottages, everything new and clean, fully furnished and screened. Restaurant, Grocery store and Gas station on the grounds. Cottages on the banks of beautiful mountain stream, under giant oaks and pines. Located on San Creek road fifteen miles from General Grant National Park.

Daily Stage Service from Sanger

For particulars write to F. C McCulloch, Dunlap.

### ORDINANCE NO. 89

AN ORDINANCE REGULATING THE USE OF THE PUBLIC PARKS OF THE CITY OF REEDLEY.

The Board of Trustees of the City of Reedley do ordain as follows:

SECTION I. Within the limits of any parks in the City of Reedley, and within the limits of any parks now owned or to be hereafter owned by the City of Reedley outside of the limits of the City of Reedley, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit:

1. To lead, or let loose any cattle, horse, mule, goat, sheep, swine, dog or fowl of any kind; provided that this shall not apply to dogs when led by a cord or chain, not more than six feet long.

2. To carry or discharge any firearms, firecrackers, rockets, torpedoes or any other fireworks, or air gun or sling-shot.

3. To cut, break, injure, deface or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, bench or other structure, apparatus, or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant or flower, or to mark, or write upon any building, monument, fence, bench, or other structure or to carry any flowers, shrubs or branches into or through the park.

4. To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

5. To distribute any hand-bills or circulars or to post, place or erect any bills, notice, paper, or advertising device or matter of any kind.

6. To swim, bathe, wade in, or pollute the water or any fountain, pond or lake, except that wading and swimming shall be permitted in running streams.

7. To camp or lodge therein, without the written permission of the Board of Park Commissioners.

8. To ride, or drive any horse, or other animal, or to propel any vehicle, cycle, or automobile elsewhere than on the roads, drives or places provided for such purpose.

9. To indulge in riotous, boisterous, threatening, indecent or immoral conduct, or abusive, threatening, profane language, or to throw stones or missiles.

10. To sell, or offer for sale, any merchandise, article or thing whatsoever, without the written consent of the Board of Park Commissioners.

11. To hitch, or fasten any horse or other animal, except at a place specially designated and provided for such purpose.

12. To ride or drive at a rate of speed exceeding twelve miles per hour.

13. To ride or drive any horse or animal not well broken and under perfect control of the driver.

14. To play or bet at or against any game which is played, conducted, dealt, or carried on with cards, dice, or other device for money, chips, shells, credit, or any other representative of value, or to maintain or exhibit any gambling table or other instrument of gambling or gaming, or to play any game prohibited by any ordinance of the City of Reedley.

15. To practice, carry on, conduct, or solicit for any trade, occupation, business or profession, without the written permission of the Board of Park Commissioners.

16. To drive, or have any driver, truck, wagon, cart or other traffic vehicle, carrying or used or employed in carrying goods, merchandise, lumber, oil, dirt, manure, sand or soil, or any article of trade or commerce, or any offensive article or material whatsoever, upon any road or drive, except when the same is being done for the improvement of the park, and at the direction of the Board of Park Commissioners.

17. To play, or engage in any game, excepting at such place as shall be especially set apart for that purpose.

18. To remain, stay or loiter, in any public park, between the hours of twelve o'clock midnight and five o'clock a. m. of the following day, without written permission of the Board of Park Commissioners.

19. It shall be unlawful for any person or persons to take into, exhibit or use in any park any firearms, air gun, sling-shot, or other articles of like character.

20. To go upon any lawn or grass plot, where prohibited, and which prohibition is indicated by proper and legible signs.

21. To open, expose or interfere with any water or gas pipe, hydrant, stopcork, sewer, basin or other construction, in any park where prohibited.

22. To hang behind any vehicle or to tow any vehicle of any kind in any park, excepting however, in case of break-downs within the park, the disabled vehicles may be towed to the nearest point of exit.

SECTION II. No company, society or organization of more than twenty-five persons shall hold or conduct any picnic, celebration, parade, service or exercise in any public park, without first obtaining permission from the Secretary of the Board of Park Commissioners, and it shall be unlawful for any person to take part in any picnic, celebration, parade, service, or exercise held or conducted contrary to the provisions hereof.

SECTION III. It shall be unlawful for any person having the control or care of any dog to suffer or permit such dog to enter or remain in a public park unless it be led by a leash of suitable strength not more than six feet in length, and the owner or attendant shall be responsible for, and make good, any damage caused, in any event, by such dog, even if on leash.

SECTION IV. It shall be unlawful for any male person over eight years of age to enter or use any water-closet for women in a public park.

SECTION V. It shall be unlawful for any person to fish in any public park without first obtaining from the Board of Park Commissioners a written permit so to do, designating the manner, time and place in which such person may fish.

SECTION VI. It shall be unlawful for any person to assemble, collect or gather together in any walk, driveway, passageway, or pathway in any park or in any other place set apart for the travel of persons or vehicles in or through any park or passage to use thereof to persons or vehicles passing along the same shall be obstructed in any manner.

SECTION VII. It shall be unlawful for any person or persons to sell, expose for sale or offer to sell, or to allow any public street, lane or thoroughfare, adjoining or approaching any public park in addition, or belonging to the City of Reedley, within two hundred (200) feet of any entrance to said park, any goods, wares or merchandise of any kind whatsoever.

SECTION VIII. It shall be unlawful for any male person over the age of eight years to occupy any bench or seat, or to stay, loiter or remain in any pavilion, or other structure in any park which shall be reserved and designated by the Board of Park Commissioners for the use of women and children only.

SECTION IX. It shall be unlawful for any person to hold, conduct or address any public assemblage, meeting or gathering, or to make or deliver any public speech, lecture, or discourse, or to conduct, or take part in any public debate, or discussion, in any public park, belonging to or under the control of the City of Reedley, without first having obtained a permit in writing from the Board of Park Commissioners of said city.

SECTION X. It shall be unlawful for any person or persons to hunt, pursue, annoy, throw stones or missiles at, or molest or disturb in any way, any animal, bird or reptile within the confines of any park.

SECTION XI. It shall be unlawful for any person, firm or corporation, to erect or maintain any overhead wires through any park, without the written permission of the Board of Park Commissioners.

SECTION XII. It shall be unlawful for any person to deposit or to cause to be deposited, any paper, fruit, rubbish, debris, or any waste material of any kind, in any public park, except in such receptacles as may be located in such park therefor.

SECTION XIII. By the term "park", as referred to in this ordinance is meant any public park owned or controlled by the City of Reedley within or without the City of Reedley.

SECTION XIV. Any person who shall violate any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine not exceeding Three Hundred ($300.00) Dollars, or by imprisonment in the City or County Jail of the County of Fresno not exceeding two months or by both such fine and imprisonment.

SECTION XV. All ordinances and parts of ordinances in conflict herewith are hereby repealed.

SECTION XVI. This ordinance shall take effect and be in force from and after its passage, approval and publication.

SECTION XVII. This ordinance shall be published for one insertion in the Reedley Exponent, a newspaper printed, published and circulated in the City of Reedley.

I hereby approve the foregoing ordinance.

C. W. HUEY.
President of the Board of Trustees.

Attest:
HAZEL TREMBLEY,
City Clerk.

I, Hazel Trembley, City Clerk of the City of Reedley, do hereby certify that the foregoing ordinance was introduced at a regular meeting of the Board of Trustees of the City of Reedley held on the 17th day of May, 1921, and was thereafter at a regular meeting of said Board on the 31st day of June, 1921, passed and adopted by the following vote:

Ayes: Trustees Eymann, Shelley, Mathews and Huey.
Noes: Trustees None.
Absent: Trustees Marlar.
(SEAL) HAZEL TREMBLEY,
City Clerk of the City of Reedley.

# TAB 46

The Fort Wayne Journal Gazette (Fort Wayne, Indiana) · Sat, Feb 18, 1922 · Page 11
https://www.newspapers.com/image/29058304/
Downloaded on Nov 21, 2024

# GENERAL ORDINANCE NO. 1068

Providing and establishing rules and regulations for the management and protection of the parks and public grounds of the City of Fort Wayne, Indiana, and providing penalties for the violation thereof.

Section 1. Be it hereby ordained by the Common Council of the City of Fort Wayne, that upon the passage and approval of this ordinance the following rules and regulations shall be and are hereby established for the management and protection of the parks and public grounds of the City of Fort Wayne, Indiana, to wit:

1st. No person shall be allowed to carry firearms or to shoot or throw stones at, or to set snares for, birds, rabbits or squirrels, within the limits of any park or within 500 feet thereof.

2nd. No person shall cut, break, or pluck flowers or in any way injure or deface the trees, shrubs, plants or turf or any of the buildings, fences, benches, structures or statuary, or place benches or throw anything into the lakes or streams or upon the ice of such lakes or streams within any park, or fasten a horse to any tree, bush or shrub.

3rd. No profane, indecent, abusive or

Copyright © 2024 Newspapers.com. All Rights Reserved.



The Fort Wayne Journal Gazette (Fort Wayne, Indiana) · Sat, Feb 18, 1922 · Page 11

https://www.newspapers.com/image/29058304/

Downloaded on Nov 21, 2024

## GENERAL ORDINANCE NO. 1068

Providing and establishing rules and regulations for the management and protection of the parks and public grounds of the City of Fort Wayne, Indiana, and providing penalties for the violation thereof.

Section 1. Be it hereby ordained by the Common Council of the City of Fort Wayne, that upon the passage and approval of this ordinance the following rules and regulations shall be and are hereby established for the management and protection of the parks and public grounds of the City of Fort Wayne, Indiana, to wit:

1st. No person shall be allowed to carry firearms or to shoot or throw stones at, or to set snares for, birds, rabbits or squirrels, within the limits of any park or within 500 feet thereof.

2nd. No person shall cut, break, or pluck flowers or in any way injure or deface the trees, shrubs, plants or turf or any of the buildings, fences, benches, structures or statuary, or place benches or throw anything into the lakes or streams or upon the ice of such lakes or streams within any park, or fasten a horse to any tree, bush or shrub.

3rd. No profane, indecent, abusive or insulting language, gambling or drunkenness shall be allowed within any park, nor shall anyone take spirituous liquors into any park, either for his own use, to give away or for sale.

4th. No person shall climb any tree or attach any swing thereto, without the consent of the Park Superintendent.

5th. No person shall set up any booth, table or stand for the sale of any article whatsoever, without the consent of the Board or Park Superintendent.

6th. No person shall ride or drive within any park except on the avenues or roads, or at a rate of speed to exceed 13 miles per hour. This rule shall apply alike to bicycles, tricycles, motorcycles, automobiles, horseback riders and horse driven vehicles. All such machines, horseback riders and horse driven vehicles are restricted to the use of the roadways, or bridle paths for horseback riders, and must not endanger children or pedestrians by making use of footpaths.

7th. No wagon or other vehicle of burden or traffic shall pass through the park except on such roads or avenues as shall be designated by the Board of Park Commissioners, except where necessary to carry supplies to picnics or other gatherings and to persons holding concessions.

8th. No gathering or meeting of any kind assembled through advertisement, shall be permitted in any park without previous permission having been obtained of the Board, and no picnic, of 100 persons or more shall be held without such permission having been obtained, except in West Swinney Park, where permission may be had of either the Park Superintendent or Mr George F Trier. Such gatherings may be confined to the spot or locality designated by the Superintendent, and parties holding such gatherings must clean up the ground that has been occupied before quitting it, except in West Swinney Park where work of

(Continued on Page 12, Column 1.)

Copyright © 2024 Newspapers.com. All Rights Reserved.

Newspapers by Ancestry
https://www.newspapers.com/image/29058341/

The Fort Wayne Journal Gazette (Fort Wayne, Indiana) · Sat, Feb 18, 1922 · Page 12
Downloaded on Nov 21, 2024

# PROCEEDINGS OF THE COMMON COUNCIL

(Continued From Page Eleven.)

his character is done by park attendants.

9th. Reservations of the Pavilions for picnics or other gatherings may be made for particular hours or day for any year, after January 1, by applying at the Park Board office. Parties holding such permit should have it with them when making use of the grounds. No person shall disturb any picnic in the park, or intrude himself or herself on it without the consent of those composing it.

Sec. 2. Any violation of the foregoing rules shall, upon conviction of the party so offending, subject the offender to a fine of not less than five dollars, nor more than $25.00.

Sec. 3. That this ordinance be in full force and effect from and after its passage and approval by the Mayor and Legal Publication.

ALVIN F. BULLERMAN.

The Ordinance was read the third time in full and on motion was now passed by the following vote:

Ayes 15, viz: Bullerman, Burns, Disser, Dinklage, Freeman, Graffmiller, Hoerner, Merillat, O'Rourke, Pence, Schwartz, Schramm, Tonkel, Till, Wyss.

Nays none.

Copyright © 2024 Newspapers.com. All Rights Reserved.

# PROCEEDINGS OF THE COMMON COUNCIL, HELD IN THE COUNCIL CHAMBER, TUESDAY, FEB. 14, 1922

The common council of the city of Fort Wayne met in the council chamber Tuesday evening, February 14, A. D., 1922, in regular session. President Frank A. Schramm in the chair, and Otto W. Koenig, clerk, at the desk, present the following members 16, viz: Bullerman, Burns, Disler, DeWald, Dinklage, Freeman, Graffmiller, Hoerner, Merillat, O'Rourke, Pence, Schwartz, Schramm, Tonkel, Till, Wyss.

Absent, none.

The minutes of the last regular session having been delivered to the council, were, on motion, approved as published.

### COMMUNICATION FROM MAYOR

Fort Wayne, Ind., Feb., 14, 1922.

Gentlemen: I have approved General Ordinance No. 1066 passed at your regular session of January 24, 1922.

An ordinance amending Section 1 of General Ordinance No. 899, entitled, "An ordinance amending chapter XXXII of General Ordinance No. 390, known as the building code, passed and amended May 25, 1919, as amended by General Ordinance No. 626, passed November 11, 1913, and as amended by General Ordinance No. 664, passed Aug. 11, 1914," passed on its third reading by the common council of the city of Fort Wayne on the 12th day of August, 1919, and providing for abolishing the office of Electrical Inspector and the appointment of an Assistant Building Inspector.

Respectfully,
WILLIAM J. HOSEY,
Mayor.

Made a matter of record

### COMMUNICATION FROM CITY CONTROLLER

Fort Wayne, Ind., Feb. 14, 1922.
To the Honorable Common Council.

Gentlemen: I am herewith sending you the annual report of the General, Special and Park Funds, showing in detail the receipts and expenditures of these different funds for the year 1921.

Appended thereto you will also find a statement showing the bonded indebtedness of the city of Fort Wayne at the close of the year 1921.

Yours truly,
JULIAN F. FRANKE,
City Controller.

Made a matter of record

### COMMUNICATION FROM DEPARTMENT OF PUBLIC HEALTH

Fort Wayne, Ind., Feb. 3, 1922.
To the Honorable Common Council.

Ladies and Gentlemen: The attention of the Department of Public Health has been called to the ordinance requiring the use of clarifiers by all dairy men. Requests have been filed with us asking that this ordinance be rescinded. We have consulted a number of authorities regarding this subject and we append to this communication their letters to us. You will notice that there is a conflict of opinion regarding the value of clarifiers from a Public Health standpoint.

While we do not feel that we should ask you to repeal this ordinance at this time, we think that these replies should receive your study and consideration.

Yours Respectfully,
H. C. DRUGGEMAN
L. P. DRAYER
J. H. GILPIN.

Made a matter of record

### COMMUNICATION FROM THE COMMITTEE ON PARKS AND PUBLIC BUILDINGS

Fort Wayne, Ind., Feb., 14, 1922.
To the Honorable Common Council.

Gentlemen: We, your committee on parks and public buildings, to which was referred an ordinance providing and establishing rules and regulations for the management and protection of parks and public grounds, and providing penalties for its violation, respectfully report that said committee has investigated said ordinance and recommends that the same do pass.

FRANK SCHWARTZ
ALVIN F. BULLERMAN
Committee on Parks and Public Bldgs.

Made a matter of record

### REPORT OF SPECIAL COMMITTEE ON COUNCIL BADGES

Fort Wayne, Ind., Feb. 7, 1922.
To the Honorable Common Council.

We, your special committee, the committee appointed to select suitable badges for the members of the City Council, now beg leave to report to you that we have done so, and make the following recommendation:

We recommend that the common council authorize the City Clerk to enter an order with the Emporium of this city, for the purchase of the following described badges:

Eleven (11) Fig. K-578, Orlede bronze metal badges to be lettered, Member Fort Wayne City Council, 1922-1925, also to be lettered with proper ward designation.

Five (5), Fig. K-578 Orlede bronze metal badges to be lettered, Member Fort Wayne City Council, 1922-1925, Councilman at-Large.

The price of the sixteen badges to be $2.70 each.

Respectfully submitted,
ALVIN F. BULLERMAN
GEORGE E. DEWALD
M. L. BURNS.

Concurred in.

### REPORT OF SPECIAL COMMITTEE

Fort Wayne, Ind., Feb. 7, 1922.
To the Honorable Common Council.

We, the special committee appointed to confer with the board of works as to the practicability of establishing drinking fountains at public places in this city, beg leave to report that we have done so.

The members of the board of works promised this committee that they would investigate this matter and if found practical will install the necessary drinking fountains.

Respectfully submitted,
A. C. PENCE
ALVIN F. BULLERMAN
FRED HOERNER.

Made a matter of record.

### GENERAL ORDINANCE NO. 1067

An Ordinance authorizing the Board of Public Works to sell certain personal property.

Be it ordained by the Common Council of the City of Fort Wayne, that the Board of Public Works be and it is hereby authorized to sell and dispose of accumulated scrap in connection with the water works department. The amount thereof to be sold not to exceed the sum of One Hundred Dollars, and in view of the amount not exceeding One Hundred Dollars, that the same be sold without appraisement.

Sec. 2. This ordinance to be in full force and to take effect on and after its passage and approval by the Mayor.

FRANK SCHWARTZ

The Ordinance was read the first time in full and on motion the Ordinance was read the second time by its title and a motion to suspend the rules prevailed by the following vote:

Ayes 16 viz: Bullerman, Burns, Disler, DeWald, Dinklage, Freeman, Graffmiller, Hoerner, Merillat, O'Rourke, Pence, Schwartz, Schramm, Tonkel, Till, Wyss.

Nays none.

The Ordinance was read the third time in full and on motion was passed by the following vote:

Ayes 16, viz: Bullerman, Burns, Disler, DeWald, Dinklage, Freeman, Graffmiller, Hoerner, Merillat, O'Rourke, Pence, Schwartz, Schramm, Tonkel, Till, Wyss.

### GENERAL ORDINANCE NO. —

An ordinance prohibiting the maintenance or operation of a stock yards within the corporate limits of the city, and providing a penalty for the violation of the provisions thereof.

Section 1: Be it ordained by the Common Council of the City of Fort Wayne, Indiana, that it shall be unlawful for any person, firm, or corporation, to maintain or operate within the corporate limits of the City of Fort Wayne, any stock yard, or stock yards for the purpose of buying, selling, receiving, holding, feeding, shipping, caring for, and reshipping, and transferring live stock of whatsoever nature or description, or for the receiving at such stock yards by any person or persons, firm or corporation, horses, mules, cattle, hogs, sheep, and other domestic animals for sale on commission or otherwise, for the purpose of reshipping or other disposal thereof.

Sec. 2: That any person or persons, firm or corporation violating any of the provisions of this ordinance shall be fined in any sum not exceeding One Hundred Dollars ($100), and that each day that such violation shall continue shall be constituted a separate offence, and violation of said ordinance.

Sec. 3: That this ordinance shall be in full force and take effect on and after its passage, and approval by the mayor.

FRANK A. SCHRAMM.

The ordinance was read the first time in full and on motion the Ordinance was read the second time by its title and referred to committee of the whole.

### GENERAL ORDINANCE NUMBER —

An ordinance repealing General Ordinance Number 1054 entitled:

"An Ordinance requiring all milk and cream sold in the City of Fort Wayne, for use as such, to be clarified as amended,"

passed on its third reading December 13, 1921.

Section 1. Be it ordained by the Common Council of the City of Fort Wayne, Indiana, that General Ordinance Number 1054, being the above entitled Ordinance, be and the same is hereby in all things repealed.

Sec. 2. That this ordinance be in full force and take effect on and after its passage and approval by the mayor.

FRED HOERNER,
FRANK E. SCHWARTZ.

The Ordinance was read the first time in full and on motion the Ordinance was read the second time by its title and referred to committee on Public Health.

### GENERAL ORDINANCE NO. —

An ordinance changing the name of Garden street to that of Thompson avenue.

Section 1. Be it ordained by the Common Council of the City of Fort Wayne, Indiana, that the name of that part of Garden street running south from Taylor street to where it connects with Thompson avenue shall hereafter be Thompson avenue.

Sec. 2. That the ordinance shall be in full force, and take effect on and after its passage and approval by the mayor.

J. H. KREEMAN

The Ordinance was read the first time in full and on motion the Ordinance was read the second time by its title and referred to committee on Streets and Alleys.

### MOTION

I move you that the title of General Ordinance providing and establishing rules and regulations for the management and protection of parks and public grounds be amended as follows:

That the word (and) be dropped in line 3 and in line 5 following the word (thereof) be added the following words: "and repealing all ordinances and parts of ordinances in conflict herewith."

And that Sec. 3 be amended as follows: That in line 1 following the letters and figures (Sec. 3) be added the following words: "All ordinances and parts of ordinances are hereby repealed, and"

H. R. GRAFFMILLER
A. C. PENCE.
J. C. TONKEL,
G. H. DISLER,
EDW. O'ROURKE, JR.,
J. E. TILL.

Which motion was lost by the following vote:

Ayes 6, viz: Graffmiller, O'Rourke, Pence, Tonkel, Till.

Nays 10, viz: Bullerman, Burns, Disler, Dinklage, Freeman, Hoerner, Merillat, Schwartz, Schramm, Wyss.

### GENERAL ORDINANCE NO. 1068

Providing and establishing rules and regulations for the management and protection of the parks and public grounds of the City of Fort Wayne, Indiana, and providing penalties for the violation thereof.

Section 1. Be it hereby ordained by the Common Council of the City of Fort Wayne, that upon the passage and approval of this ordinance the following rules and regulations shall be and are hereby established for the management and protection of the parks and public grounds of the City of Fort Wayne, Indiana, to wit:

1st. No person shall be allowed to carry firearms or to shoot or throw stones at, or to set snares for, birds, rabbits or squirrels, within the limits of any park or within 500 feet thereof.

2nd. No person shall cut, break, or injure flowers or in any way injure or deface the trees, shrubs, plants or turf or any of the buildings, fences, benches, structures or statuary, or place bottles or throw anything into the lakes or streams or upon the ice of such lakes or streams within any park, or fasten a horse to any tree, [illegible] or [illegible].

3rd. No profane, indecent, abusive or insulting language, gambling or drunkenness shall be allowed within any park, nor shall anyone take intoxicating liquors into any park, either for his own use, to give away or for sale.

4th. No person shall climb any tree or attach any swing thereto, without the consent of the Park superintendent.

5th. No person shall set up any booth, table or stand for the sale of any article whatsoever, without the consent of the Board or Park superintendent.

6th. No person shall ride or drive within any park except on the avenues or roads, or at a rate of speed to exceed 12 miles per hour. This rule shall apply alike to bicycles, tricycles, motorcycles, automobiles, horseback riders and horse driven vehicles. All such machines, horseback riders and horse driven vehicles are restricted to the use of the roadways, or bridle paths for horseback riders, and must not endanger children or pedestrians by making use of footpaths.

7th. No wagon or other vehicle of burden or traffic shall pass through the park except on such roads or avenues as shall be designated by the Board of Park Commissioners, except where necessary to carry supplies to picnics or other gatherings and to persons holding concessions.

8th. No gathering or meeting of any kind assembled through advertisement, shall be permitted in any park without previous permission having been obtained of the Board, and no picnic of [illegible] persons or more shall be held without such permission having been obtained except in West Swinney Park, where permission may be had of either the Park Superintendent or Mr. George F. Tyler. Such gatherings may be confined to the spot or locality designated by the Superintendent, and parties holding such gatherings must clean up the ground that has been occupied before quitting it, except in West Swinney Park where work of

(Continued on Page 12, Column 1.)

### CITY CONTROLLER'S REPORT FOR THE GENERAL AND SPECIAL FUNDS FROM JANUARY 1, 1921, TO DECEMBER 31, 1921.

#### RECEIPTS—GENERAL FUND.

| | January | February | March | April | May | June | July | August | September | October | November | December | Total | Appro. | Bal. Cr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance Cash on hand, January 1, 1921 | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | $115,680.78 |
| License—Auctioneer | ...... | $ 3.00 | $ 6.00 | ...... | $ 6.00 | $ 112.00 | $ 3.00 | $ 3.00 | ...... | $ 3.00 | $ 6.00 | $ 9.00 | $ 151.00 | ...... | 151.00 |
| License—Billiard and Pool | $ 130.00 | 140.00 | 290.00 | $ 80.00 | 30.00 | 80.00 | 210.00 | 160.00 | $ 200.00 | 50.00 | 160.00 | 100.00 | 1,750.00 | ...... | 1,750.00 |
| License—Exhibition | ...... | ...... | 600.00 | 112.50 | 100.00 | 165.00 | 325.00 | 225.00 | 200.00 | 100.00 | ...... | ...... | 1,827.50 | ...... | 1,827.50 |
| License—Automobile | 400.00 | 70.00 | 80.00 | 60.00 | 20.00 | 20.00 | 40.00 | 15.00 | 15.00 | ...... | 10.00 | 40.00 | 730.00 | ...... | 730.00 |
| License—Meat Dealers | 40.00 | 120.00 | 1,490.00 | 105.00 | [illegible] | 55.00 | 260.00 | 40.00 | 155.00 | 260.00 | 110.00 | 260.00 | 3,090.00 | ...... | 3,090.00 |
| License—Milk | 5.00 | 25.00 | 40.00 | 35.00 | 35.00 | 65.00 | 10.00 | 55.00 | 15.00 | 35.00 | 5.00 | 35.00 | 370.00 | ...... | 370.00 |
| License—Electrician | 20.00 | 30.00 | 60.00 | 125.00 | 70.00 | 80.00 | 75.00 | 55.00 | 10.00 | 40.00 | 65.00 | 25.00 | 655.00 | ...... | 655.00 |
| License—Peddler | 180.00 | 150.00 | 675.00 | 325.00 | 150.00 | ...... | 150.00 | 50.00 | ...... | ...... | ...... | 50.00 | 1,600.00 | ...... | 1,600.00 |
| License—Plumber | 15.00 | 25.00 | 25.00 | 25.00 | 25.00 | 50.00 | 10.00 | 5.00 | ...... | 5.00 | 10.00 | 85.00 | 290.00 | ...... | 290.00 |
| License—Second Hand Dealer | 5.00 | 30.00 | 45.00 | ...... | 35.00 | 15.00 | 25.00 | ...... | 20.00 | 20.00 | 5.00 | 10.00 | 210.00 | ...... | 210.00 |
| License—Sewer Builders | 4.00 | 2.00 | 2.00 | 4.00 | 6.00 | ...... | 2.00 | ...... | ...... | 2.00 | ...... | 4.00 | 30.00 | ...... | 30.00 |
| License—Dance Hall | ...... | ...... | 225.00 | 75.00 | 26.00 | ...... | ...... | 50.00 | ...... | 12.50 | 25.00 | 20.00 | [illegible] | ...... | 437.50 |
| License—Tree Trimmer | ...... | ...... | 1.00 | ...... | 1.00 | ...... | ...... | ...... | 3.00 | ...... | ...... | 1.00 | 6.00 | ...... | 6.00 |
| License—House Mover | ...... | ...... | ...... | ...... | 10.00 | ...... | ...... | ...... | ...... | ...... | 10.00 | ...... | 20.00 | ...... | 20.00 |
| License—Bowling Alley | ...... | ...... | ...... | ...... | ...... | ...... | 20.00 | ...... | ...... | 100.00 | ...... | ...... | 120.00 | ...... | 120.00 |
| Fees—City Court | 281.00 | 308.00 | 387.00 | 401.00 | 706.00 | 308.00 | 281.00 | 433.00 | ...... | 649.00 | 515.50 | 373.00 | 4,870.50 | ...... | 4,870.50 |
| Fees—Controller | 2.00 | 2.00 | 12.00 | 4.00 | 2.00 | 4.00 | 10.00 | 12.00 | 10.00 | 2.00 | 4.00 | 12.00 | [illegible] | ...... | [illegible] |
| Interest—City Funds | 760.10 | [illegible] | 666.83 | 622.64 | 766.03 | 735.00 | 1,362.24 | 1,118.55 | 1,060.16 | 686.23 | 716.47 | 748.79 | 10,128.51 | ...... | [illegible] |
| Permits—Building | 61.87 | [illegible] | 175.65 | 190.50 | 310.82 | 162.50 | 140.83 | 207.12 | 171.49 | 148.50 | 215.00 | 100.55 | 1,884.37 | ...... | [illegible] |
| Permits—Plumbing | [illegible] | 106.50 | 64.50 | 41.00 | 78.00 | 81.00 | 41.00 | 116.00 | 74.00 | 97.50 | 72.00 | 281.00 | 1,046.00 | ...... | [illegible] |
| Permits—Electrical | 207.25 | [illegible] | 189.70 | 139.50 | 207.00 | 201.04 | [illegible] | [illegible] | 231.40 | 347.96 | [illegible] | 204.50 | [illegible] | ...... | [illegible] |
| Permits—Sewer | [illegible] | 64.00 | 96.00 | 132.00 | 132.00 | 113.00 | 127.00 | 102.00 | 92.00 | 110.00 | 128.00 | 24.00 | [illegible] | ...... | [illegible] |
| Permits—Sign | [illegible] | 18.00 | 7.00 | 26.00 | [illegible] | 7.00 | [illegible] | 1.00 | 2.00 | 1.00 | [illegible] | [illegible] | [illegible] | ...... | [illegible] |
| Permits—Dance | ...... | ...... | [illegible] | 38.00 | [illegible] | ...... | ...... | ...... | ...... | [illegible] | ...... | [illegible] | [illegible] | ...... | [illegible] |
| Receipts—Scale | [illegible] | [illegible] | [illegible] | 46.00 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | ...... | [illegible] |
| Receipts—Market | [illegible] | [illegible] | [illegible] | 81.48 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | ...... | [illegible] |
| Receipts—Miscellaneous | 267.45 | 719.55 | [illegible] | 180.29 | 646.07 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | ...... | [illegible] |
| Advertising | ...... | [illegible] | [illegible] | 67.80 | ...... | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | ...... | [illegible] |
| Street Inspection | ...... | [illegible] | [illegible] | ...... | ...... | ...... | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | ...... | [illegible] |
| Venereal Disease Clinic | 343.50 | 154.50 | [illegible] | 233.44 | 130.56 | 134.44 | 342.50 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | ...... | [illegible] |
| Taxes | ...... | ...... | [illegible] | 128,500.00 | 322,745.12 | 63,010.52 | ...... | 10,000.00 | [illegible] | 110,686.25 | 272,161.16 | 164,567.09 | [illegible] | ...... | [illegible] |
| Total | $ 2,880.42 | $ 4,128.40 | [illegible] | $142,129.96 | $327,000.64 | $70,500.31 | $4,048.97 | $18,446.08 | $12,744.44 | $118,780.04 | $277,427.71 | $177,619.16 | $1,026,208.66 | ...... | $1,141,900.31 |

#### DISBURSEMENTS—GENERAL FUND.

| | January | February | March | April | May | June | July | August | September | October | November | December | Total | Appro. | Bal. Cr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Salaries—Officers and Clerks | $ 666.66 | $ 666.66 | $ 2,041.66 | $ 666.66 | $ 666.66 | $ 2,004.01 | $ 2,008.10 | $ 970.66 | $ 2,101.66 | $ 975.26 | $ 976.66 | $ 2,101.70 | $15,972.40 | $19,181.82 | $ 908.13 |
| Incidentals—Department of Finance | 43.78 | 170.33 | 405.60 | 206.20 | 4.90 | 133.78 | 111.37 | 81.53 | 138.66 | ...... | 644.07 | 234.02 | 2,240.72 | 4,420.00 | 2,179.28 |
| Lavatory Maintenance | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | 1,500.00 | 1,500.00 | 1,500.00 | ...... |
| Miscellaneous Claims | ...... | ...... | ...... | 34.00 | ...... | 278.50 | ...... | ...... | ...... | ...... | ...... | 425.00 | 387.20 | 387.20 | ...... |
| Election Expense | ...... | ...... | 2.00 | 40.00 | 4,594.81 | 968.60 | ...... | 20.04 | 3,030.66 | 3,088.69 | 2,934.93 | 76.50 | 21,600.22 | 25,000.00 | 2,300.00 |
| Salary and Incidental—City Attorney | 884.74 | 417.18 | 731.79 | 835.48 | [illegible] | 978.70 | [illegible] | 840.61 | 877.81 | 825.00 | 883.96 | 7,183.26 | 11,988.06 | 11,993.75 | 5.69 |
| Salary and Incidental—City Judge | 166.00 | 166.00 | 166.00 | 150.00 | 190.00 | 210.55 | [illegible] | 208.66 | 166.66 | 166.66 | 267.66 | 176.74 | 2,358.59 | 2,441.46 | 83.07 |
| Salary and Incidental—City Clerk | 249.99 | 249.99 | 249.99 | 249.99 | 301.34 | 311.53 | 326.72 | 286.03 | 283.33 | 283.33 | 286.37 | 290.00 | 3,315.64 | 3,383.38 | 67.79 |
| Salary—Board of Works | 583.33 | 583.33 | 583.33 | 583.37 | 688.33 | 918.67 | 634.66 | 634.98 | 634.96 | 624.98 | 624.98 | 425.13 | 7,033.55 | 7,041.65 | 8.10 |
| Blank Books and Stationery | ...... | ...... | 94.06 | 4.35 | ...... | 9.00 | ...... | 6.60 | ...... | 11.10 | 26.00 | 126.73 | 277.48 | [illegible] | 472.52 |
| Advertising and Printing | 340.90 | 271.44 | 861.35 | 712.00 | 606.96 | 496.25 | 390.88 | 296.30 | 903.00 | 459.98 | 319.00 | 573.93 | 6,717.57 | 7,000.00 | 282.43 |
| Bridges | ...... | ...... | ...... | 646.75 | 1,834.09 | 1,248.39 | 98.30 | 196.46 | 240.00 | 1,277.66 | 3,079.21 | 3,545.94 | 14,287.49 | 14,400.00 | 112.51 |
| City Hall | 1,078.79 | 474.07 | 789.48 | 391.76 | 596.81 | 576.40 | 631.04 | 349.00 | 253.73 | 415.57 | 443.06 | 779.43 | 6,709.69 | 12,744.00 | 6,034.31 |
| Salary and Incidental—Civil Engineer | 664.97 | 644.40 | 694.00 | 753.00 | 660.73 | 805.86 | 990.06 | 816.65 | 806.96 | 890.96 | 819.10 | 1,041.87 | 9,537.94 | 10,201.83 | 664.49 |
| Garbage—Disposal of | 1,832.68 | 1,572.06 | 982.78 | 4,784.00 | 2,330.66 | 8,458.00 | 3,458.72 | 3,450.00 | 3,458.00 | 3,458.00 | 3,458.00 | 2,460.47 | 38,373.22 | 42,650.00 | 4,276.78 |
| Incidental—Board of Works | 275.90 | 55.10 | 8.00 | 199.90 | 110.30 | 10.50 | 279.46 | 38.83 | 133.46 | 142.66 | 186.38 | 321.10 | 1,799.57 | 3,200.00 | 1,400.43 |
| Salary and Incidental—Building Insp. | 385.61 | 265.04 | 346.93 | 256.45 | 282.06 | 272.00 | 306.10 | 287.52 | 265.01 | 315.06 | 282.57 | 320.28 | 3,727.96 | 4,365.00 | 637.04 |
| Salary and Incidental—Electric Insp. | 171.77 | 186.20 | 197.02 | 184.37 | 237.38 | 161.31 | 182.32 | 183.67 | 197.98 | 209.00 | 150.00 | 163.69 | 2,289.97 | 2,290.85 | .88 |
| Public Grounds and Buildings | 253.88 | 1,648.83 | 2,362.95 | 40.58 | 9,204.03 | 1,590.00 | 7,182.59 | 4,194.81 | 981.28 | 1,087.31 | 2,090.11 | 6,701.17 | 37,067.64 | 37,700.00 | 632.46 |
| Furniture and Fixtures | ...... | ...... | 94.95 | ...... | ...... | 64.00 | 29.33 | ...... | ...... | ...... | ...... | 208.55 | 422.83 | 1,000.00 | 577.87 |
| Insurance | 6.40 | ...... | 78.38 | 78.70 | 46.50 | ...... | ...... | ...... | ...... | ...... | ...... | 136.80 | 336.78 | 1,200.00 | 880.22 |
| Sewer Repairs | 596.50 | 3,373.38 | 643.14 | 2,022.27 | 1,496.03 | 1,241.84 | 1,049.06 | 987.20 | 187.00 | 703.38 | 997.63 | 815.62 | 18,586.98 | 19,600.00 | 613.02 |
| Street Cleaning | 1,530.11 | 2,049.57 | 2,985.23 | 5,055.63 | 4,434.83 | 4,477.42 | 4,153.13 | 4,268.81 | 3,379.94 | 3,388.61 | 1,260.40 | 304.87 | 39,842.61 | 40,000.00 | 157.39 |
| Street Lighting | 5,432.72 | 5,432.00 | 4,834.78 | 5,358.23 | 5,191.14 | 6,063.92 | 4,540.40 | 6,340.16 | 5,253.98 | 5,630.99 | 6,212.42 | 5,427.60 | 66,261.75 | 80,000.00 | 14,001.35 |
| Street Maintenance and Repairs | 4,357.39 | 3,942.59 | 3,900.01 | 10,743.83 | 6,836.24 | 6,396.43 | 6,224.44 | 3,241.49 | 3,128.73 | 2,016.87 | 678.41 | 901.42 | 56,697.44 | 795.00 | 97.36 |
| Street Intersections | 21,237.72 | ...... | 121.46 | 206.66 | 270.65 | 706.78 | 19,963.58 | 24,228.44 | 1,021.84 | 26,323.90 | 4,554.26 | 4,959.01 | 104,405.63 | 104,800.00 | 394.42 |
| Fire Force Account | 1,115.98 | 862.75 | 1,409.39 | 1,502.06 | 1,330.19 | 27,140.74 | 1,111.51 | 1,201.91 | 1,016.59 | 19,407.19 | 1,100.29 | 44,120.86 | 101,398.49 | 102,475.00 | 1,076.51 |
| Pay Roll Fire Force | 18,766.70 | 18,928.20 | 9,243.30 | 21,297.50 | 18,706.10 | 18,903.06 | 18,831.70 | 18,372.06 | 9,309.16 | 28,513.60 | 18,927.65 | 18,438.10 | 226,242.02 | 228,000.00 | 1,757.98 |
| Pay Roll Police Force | 11,813.96 | 11,641.20 | 5,834.20 | 17,780.85 | 12,291.15 | 12,638.00 | 12,488.40 | 13,570.20 | 6,809.70 | 18,790.70 | 12,527.40 | 12,496.05 | 147,154.00 | 148,560.00 | 1,404.00 |
| Salary—Board of Safety | 83.33 | 83.33 | 388.83 | 83.36 | 83.33 | 468.85 | 125.00 | 125.00 | 575.00 | 125.00 | 125.00 | 575.00 | 2,835.51 | 2,841.70 | 6.19 |
| Salary and Incidental—City Sealer | 141.50 | 142.45 | 120.00 | 120.00 | 184.50 | 206.08 | 132.91 | 160.03 | 124.06 | 127.06 | 130.00 | 122.49 | 1,699.94 | 1,700.00 | .06 |
| Salary and Incidental—Marketmaster | 89.02 | 85.86 | 90.86 | 89.90 | 88.70 | 88.90 | 80.90 | 91.90 | 102.78 | 181.47 | 87.38 | 157.07 | 1,164.70 | 1,295.00 | 130.30 |
| Police Station Account | 787.27 | 887.90 | 267.95 | 424.47 | 480.82 | 5,998.43 | 428.89 | 260.46 | 744.53 | 358.69 | 836.19 | 596.91 | 11,957.74 | 13,239.00 | 281.34 |
| Salary and Incidental—Weighmaster | 101.00 | 112.50 | 90.50 | 111.75 | 91.00 | 91.00 | 91.00 | 101.60 | 128.00 | 91.50 | 101.90 | 101.00 | 1,210.75 | 1,298.00 | 87.25 |
| Salary—Board of Health | 200.00 | 200.00 | 387.50 | 700.00 | 200.00 | 387.60 | 200.00 | 209.90 | 331.25 | 200.00 | 200.00 | 342.75 | 2,950.00 | 3,070.00 | 120.00 |
| Contagious Diseases, Prevention of | 668.32 | 771.32 | 719.10 | 392.50 | 528.24 | 588.20 | 247.53 | 306.05 | 191.89 | 640.06 | 782.65 | 671.88 | 6,495.64 | 6,500.00 | 4.36 |
| Incidental—Board of Health | 9.17 | 33.10 | 209.15 | 37.23 | ...... | 22.05 | 6.50 | 31.87 | 87.35 | 6.51 | 4.79 | 391.77 | 935.45 | 950.00 | 14.55 |
| Sal. and Inc.—Meat and Dairy Insp. | 296.66 | 296.66 | 296.66 | 296.66 | 296.66 | 296.66 | 296.66 | 296.66 | 296.66 | 296.66 | 296.66 | 296.74 | 3,560.00 | 4,060.00 | 500.00 |
| Salary Sanitary Officers | 685.00 | 685.00 | 685.00 | 685.00 | 685.00 | 815.00 | 806.00 | 806.00 | 806.00 | 806.00 | 806.00 | 810.00 | 9,073.00 | 9,073.00 | ...... |
| Venereal Disease Clinic | 267.96 | 442.12 | 348.13 | 282.14 | 260.10 | 579.77 | 428.69 | 513.74 | 717.96 | 398.43 | 540.41 | 602.29 | 5,532.92 | 6,448.00 | 915.08 |
| Free Employment Bureau | 130.00 | 147.21 | 106.54 | 120.49 | 100.15 | 106.50 | 118.41 | 105.60 | 110.15 | 100.00 | 119.27 | 148.04 | 1,417.48 | 1,500.00 | 82.84 |
| Weed Cutting Account | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | 1,000.00 | 1,000.00 |
| Total | $86,170.64 | $63,828.00 | $47,585.72 | $94,709.17 | $79,428.03 | $101,998.18 | $80,180.46 | $88,919.20 | $46,063.21 | $135,640.32 | $72,841.19 | $138,179.88 | $999,873.14 | $1,046,273.51 | $46,906.33 |

Receipts and Balance, General Fund, Dec. 31, 1921 ........ $1,141,900.31
Disbursements, General Fund, Dec. 31, 1921 ........ 999,873.16

Balance, General Fund, Dec. 31, 1921 ........ $ 142,118.15

#### RECEIPTS—SPECIAL FUND.

| | January | February | March | April | May | June | July | August | September | October | November | December | Total | Total Cr. | Bal. Cr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Balance, January 1, 1921 | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | $250,408.07 |
| Street Special | $ 4,320.29 | $ 816.00 | $ 707.00 | $ 982.44 | $ 92.50 | $ 776.60 | $ 537.46 | $ 467.00 | $ 416.50 | $ 277.73 | $ 302.25 | $ 815.20 | $ 9,962.82 | ...... | 9,962.68 |
| Emergency Fuel Account | 1,092.65 | 990.69 | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | 2,083.34 | ...... | 2,083.34 |
| Auditorium Fund | 42,589.35 | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | 42,589.35 | ...... | 42,589.35 |
| Sinking Fund | ...... | 5,781.25 | ...... | ...... | 5.00 | ...... | ...... | ...... | ...... | ...... | ...... | 18,313.75 | 24,100.00 | ...... | 24,100.00 |
| Taxes received $216,938.75 and distributed as follows: | | | | | | | | | | | | | | | |
| Sinking Fund | ...... | ...... | ...... | ...... | 32,558.14 | 2,924.02 | ...... | ...... | ...... | 10,174.42 | 13,082.40 | 13,639.81 | 71,377.89 | ...... | 71,377.89 |
| Track Elevation | ...... | ...... | ...... | ...... | 3,255.81 | 392.40 | ...... | ...... | ...... | 1,017.44 | 1,308.14 | 1,163.99 | 7,137.78 | ...... | 7,137.78 |
| Police Pension Fund | ...... | ...... | ...... | ...... | 2,604.45 | 313.93 | ...... | ...... | ...... | 813.95 | 1,046.51 | 931.30 | 5,710.23 | ...... | 5,710.23 |
| Firemen's Pension Fund | ...... | ...... | ...... | ...... | 2,604.45 | 313.93 | ...... | ...... | ...... | 813.95 | 1,046.51 | 931.30 | 5,710.23 | ...... | 5,710.23 |
| H. W. Lawton Monument Fund | ...... | ...... | ...... | ...... | 2,604.45 | 313.92 | ...... | ...... | ...... | 813.94 | 1,046.51 | 931.10 | 5,710.23 | ...... | 5,710.23 |
| Playground Fund | ...... | ...... | ...... | ...... | 3,255.81 | 392.40 | ...... | ...... | ...... | 1,017.44 | 1,308.14 | 1,163.99 | 7,137.78 | ...... | 7,137.78 |
| Flood Prev. & River Improvement Fund | ...... | ...... | ...... | ...... | 45,581.40 | 5,493.62 | ...... | ...... | ...... | 14,244.19 | 18,313.96 | 16,295.88 | 99,929.05 | ...... | 99,929.05 |
| New Swimming Pool Fund | ...... | ...... | ...... | ...... | 3,255.81 | 392.40 | ...... | ...... | ...... | 1,017.44 | 1,308.14 | 1,163.99 | 7,137.78 | ...... | 7,137.78 |
| Swimming Pool Maintenance Fund | ...... | ...... | ...... | ...... | 3,255.81 | 392.40 | ...... | ...... | ...... | 1,017.44 | 1,308.14 | 1,163.99 | 7,137.78 | ...... | 7,137.78 |
| Total | $48,002.98 | $ 7,587.94 | $ 707.00 | $ 982.44 | $99,067.23 | $12,705.51 | $ 537.46 | $ 467.00 | $ 416.50 | $31,307.06 | $39,976.77 | $64,014.89 | $296,722.07 | ...... | $636,188.74 |

#### DISBURSEMENTS—SPECIAL FUND.

| | January | February | March | April | May | June | July | August | September | October | November | December | Total | Total Cr. | Bal. Cr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H. W. Lawton Monument Fund | $ 2,500.00 | ...... | ...... | $ 4,042.14 | $ 2,000.00 | ...... | ...... | $ 82.73 | $ 13.75 | $ 3,000.00 | $ 820.24 | $ 314.84 | $12,813.71 | $12,063.29 | 589.62 |
| Sinking Fund | 7,280.00 | $ 1,575.00 | $ 7,680.00 | 3,722.50 | 4,885.00 | ...... | $2,161.95 | 1,575.00 | 8,150.00 | 10,920.20 | 14,071.25 | ...... | 59,006.25 | 148,483.97 | 84,438.72 |
| Street Special | 40.00 | 65.00 | 750.00 | 5,722.25 | 3,000.00 | $ 400.00 | 3,000.00 | ...... | ...... | 600.00 | ...... | 200.00 | 13,672.45 | 14,720.16 | 1,047.91 |
| Track Elevation | 24,528.60 | ...... | 25.00 | 45.00 | 45.00 | 40.00 | 40.00 | 45.00 | 40.00 | 40.00 | 272.79 | 40.00 | 842.79 | 179,896.26 | 179,031.47 |
| Auditorium Fund | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | 36,828.00 | 44,310.81 | 7,482.81 |
| New Swimming Pool Fund | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | 17.68 | ...... | ...... | 17.68 | 14,760.08 | 14,742.40 |
| Fire Dept. Equip. Bond Account | ...... | ...... | ...... | 1,000.00 | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | 1,000.00 | 1,000.00 | ...... |
| Real Estate Purchase Bond Account | ...... | 3,000.00 | ...... | ...... | ...... | 690.00 | ...... | ...... | ...... | ...... | ...... | 8,904.46 | 13,564.45 | 13,564.45 | ...... |
| Flood Prev. & River Improvement Fund | 10,700.00 | 180.00 | ...... | 1,002.84 | 2,500.00 | ...... | 120.50 | 22.20 | 5,987.24 | ...... | 13,221.60 | 11,500.00 | 48,224.84 | 167,920.06 | 119,704.19 |
| Emergency Fuel Account | 988.03 | ...... | 894.59 | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | 5,175.77 | 6,860.28 | 6,860.28 | ...... |
| Street Paving Bond Account | 2,463.27 | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | 2,463.27 | 2,463.27 | ...... |
| Swimming Pool Maintenance Fund | ...... | ...... | ...... | ...... | ...... | ...... | 686.53 | 300.85 | 2,096.06 | 6.00 | 200.24 | 46.57 | 3,216.06 | 7,137.78 | 3,921.69 |
| Police Pension Fund | ...... | ...... | ...... | ...... | ...... | ...... | 2,918.57 | ...... | ...... | ...... | ...... | 2,791.66 | 5,710.23 | 5,710.23 | ...... |
| Firemen's Pension Fund | ...... | ...... | ...... | ...... | ...... | ...... | 2,918.57 | ...... | ...... | ...... | ...... | 2,791.66 | 5,710.23 | 5,710.23 | ...... |
| Playground Fund | ...... | ...... | ...... | ...... | ...... | ...... | 2,648.21 | ...... | ...... | ...... | ...... | 4,489.57 | 7,137.78 | 7,137.78 | ...... |
| Total | $60,571.19 | $ 9,820.00 | $ 9,159.59 | $15,554.72 | $17,450.00 | $ 1,040.00 | $15,863.62 | $ 2,005.83 | $21,264.07 | $16,500.15 | $28,607.22 | $50,217.48 | $215,641.07 | $636,188.74 | $419,546.07 |

Receipts and Balance, Special Fund, December 31, 1921 ........ $636,188.74
Disbursements, Special Fund, December 31, 1921 ........ 215,641.07

Balance, Special Fund, December 31, 1921 ........ $420,546.67

#### FINANCIAL STATEMENT AND BALANCE SHEET, JANUARY 1st TO DECEMBER 31, 1921.

| | Dr. | Cr. | Dr. | Cr. |
|---|---|---|---|---|
| K. G. Kampe, Treasurer | $1,780,818.63 | $1,154,648.66 | $ 626,169.97 | ...... |
| Appropriation Account | 1,063,937.51 | 1,098,860.60 | ...... | $ 34,923.09 |
| Order Account | 1,252,540.06 | 1,234,152.81 | ...... | 18,604.35 |
| Taxes | 1,181,060.82 | 1,181,060.82 | ...... | ...... |
| Assets and Liabilities | 962,100.00 | ...... | 962,100.00 | ...... |
| Bonded Debt | ...... | 962,100.00 | ...... | 962,100.00 |
| General Fund Accounts | 999,873.16 | 1,046,273.51 | ...... | 46,401.35 |
| Special Fund Accounts | 215,641.07 | 636,188.74 | ...... | 420,546.67 |
| General Fund Receipts, less Taxes, etc. | ...... | 89,182.51 | ...... | 89,182.51 |
| Total | $7,346,070.16 | $7,346,070.16 | $1,590,269.97 | $1,590,269.97 |

#### RECAPITULATION OF GENERAL AND SPECIAL FUNDS YEAR 1921.

Balance, General Fund, December 31, 1921 ........ $142,118.15
Balance, Special Fund, December 31, 1921 ........ 420,546.67
Balance, Park Fund, December 31, 1921 ........ 8,306.87

Controller's Balance all Funds ........ $[illegible]
Unredeemed Warrants, City Funds, $82,564.58 ........
Unredeemed Warrants, Park Funds 3,030.30 ........ [illegible]

Treasurer's Cash Balance, all Funds, December 31, 1921 ........ $[illegible]

#### FINANCIAL STATEMENT AND BALANCE SHEET OF PARK FUNDS FOR FISCAL YEAR ENDING DECEMBER 31, 1921.

##### RECEIPTS

| | January | February | March | April | May | June | July | August | September | October | November | December | Total | Appro. | Bal. Cr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance Cash January 1, 1921 | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | $10,460.85 |
| Miscellaneous | $ 334.63 | $ 270.15 | $ 441.50 | $ 681.95 | $ 210.00 | $ 1,670.40 | $ 761.01 | $ 1,104.11 | $ 2,062.45 | $ 666.25 | $ 736.00 | $ 4,009.83 | $12,994.18 | ...... | 12,964.18 |
| Park Special | 7.80 | ...... | ...... | 427.75 | ...... | ...... | 85.10 | ...... | 8.10 | 12.00 | 98.97 | 1,161.06 | 1,745.77 | ...... | 1,745.77 |
| Tree Preservation Account | ...... | ...... | ...... | 5,000.00 | ...... | ...... | ...... | ...... | 2,500.00 | ...... | ...... | 2,500.00 | 10,000.00 | ...... | 10,000.00 |
| Taxes Received $71,377.90, and distributed as follows: | | | | | | | | | | | | | | | |
| Park Appropriation Account | ...... | ...... | 4,080.00 | 10,200.00 | 16,975.82 | 3,767.06 | ...... | 1,020.00 | 480.00 | 8,087.44 | 12,858.14 | 11,174.83 | 68,533.78 | ...... | 68,533.78 |
| Park Music Account | ...... | ...... | ...... | ...... | 1,302.23 | 156.96 | ...... | ...... | ...... | 406.98 | 523.26 | 465.59 | 2,855.13 | ...... | 2,855.12 |
| Total | $ 342.43 | $ 270.15 | $ 4,524.50 | $16,309.70 | $18,488.15 | $ 5,594.42 | $ 796.11 | $ 2,224.11 | $ 4,160.78 | $ 8,778.07 | $15,866.37 | $18,400.94 | $97,077.06 | ...... | $107,438.03 |

##### DISBURSEMENTS.

| | January | February | March | April | May | June | July | August | September | October | November | December | Total | Appro. | Bal. Cr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Executive Department | $ 152.65 | $ 129.00 | $ 85.00 | 420.60 | $ 312.72 | $ 301.56 | $ 170.00 | $ 522.15 | $ 105.00 | $ 164.06 | $ 211.15 | $ 199.05 | $ 2,328.00 | $ 2,325.08 | ...... |
| Engineering Department | 35.00 | 50.00 | ...... | 135.00 | ...... | 50.00 | 112.93 | 110.00 | 30.00 | 1.50 | ...... | ...... | 520.43 | 650.00 | $ 134.07 |
| Bureau of Assessment | 75.00 | 102.65 | 50.00 | 153.34 | 114.50 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 198.21 | 100.00 | 1,235.70 | 1,235.70 | ...... |
| Improvements and Betterments | 635.10 | 297.25 | ...... | 5,019.00 | 1,394.15 | 400.00 | 2,599.20 | 1,347.10 | 66.70 | ...... | 11,612.05 | 5,041.24 | 28,389.49 | 28,379.49 | ...... |
| Maintenance | 2,191.92 | 1,795.47 | 1,725.34 | 4,935.53 | 4,471.22 | 4,206.05 | 3,107.86 | 4,091.97 | 1,327.17 | 7,328.00 | 2,815.49 | 2,772.95 | 37,474.15 | 37,474.15 | ...... |
| Forestry Department | 361.56 | 341.95 | 601.53 | 1,260.60 | 268.67 | 232.45 | 80.00 | 84.00 | 80.80 | 50.00 | 50.60 | 118.52 | 3,909.18 | 5,200.00 | 1,290.82 |
| Miscellaneous | 255.36 | 642.00 | 100.25 | 1,276.26 | 632.45 | 1,038.80 | 1,774.80 | 1,845.68 | 203.97 | 1,014.58 | 2,290.42 | 2,026.51 | 12,877.08 | 14,806.25 | 1,929.17 |
| Park Special | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | 1,262.22 | 1,262.22 | 2,391.50 | 1,129.28 |
| Park Music | ...... | ...... | ...... | ...... | ...... | ...... | 30.00 | 1,625.59 | 567.00 | 40.00 | ...... | ...... | 2,265.59 | 4,166.00 | 1,901.00 |
| Tree Preservation Account | ...... | ...... | ...... | 538.30 | 2,057.58 | 603.65 | 366.00 | 1,380.28 | 282.20 | 683.50 | 1,129.59 | 700.00 | 8,355.89 | 10,000.00 | 1,644.11 |
| Total | $ 3,776.89 | $ 3,359.42 | $ 2,562.12 | $13,743.63 | $ 9,140.29 | $ 7,494.51 | $ 8,311.04 | $10,608.27 | $ 2,917.94 | $ 9,437.59 | $17,945.22 | $12,181.67 | $99,179.76 | $108,102.90 | $ 9,018.16 |

##### RECAPITULATION.

Receipts and Balance, December 31, 1921 ........ $107,486.63
Disbursements, December 31, 1921 ........ 99,179.76

Controller's Balance, December 31, 1921 ........ $ 8,306.87
Unredeemed Warrants, December 31, 1921 ........ 3,030.23

Treasurer's Cash Balance, December 31, 1921 ........ $ 12,182.10

| | Dr. | Cr. | Dr. | Cr. |
|---|---|---|---|---|
| Park Appropriation Account | $ 76,134.27 | $75,422.10 | $ 712.27 | ...... |
| Order Account | 104,640.26 | 104,465.48 | ...... | $ 3,323.78 |
| E. G. Kampe, Treasurer | 112,772.35 | 100,640.25 | 12,132.10 | ...... |
| Miscellaneous Accounts | 74,718.98 | 76,134.37 | ...... | 1,415.39 |
| Special Accounts | 24,460.78 | 32,063.53 | ...... | 7,602.75 |
| Taxes | 71,377.90 | 71,377.90 | ...... | ...... |
| Total | $460,104.43 | $460,104.43 | $ 12,843.37 | $ 12,843.37 |

#### STATEMENT SHOWING THE BONDED INDEBTEDNESS OF THE CITY OF FORT WAYNE AS OF DECEMBER 31, 1921.

| Series | Kind of Bond | Amount | Interest Rate | Date Issued | Date of Expiration | Payable at |
|---|---|---|---|---|---|---|
| D | R. R. Refunding | $140,000.00 | 4½ | Oct. 10, 1913 | Oct. 10, 1953 | U. S. Mortgage & Trust Co. |
| E | Auditorium | 38,100.00 | 4 | April 15, 1917 | April 15, 1922 | Tri-State Loan & Trust Co. |
| F | Auditorium | 75,000.00 | 4 | April 15, 1917 | April 15, 1927 | Tri-State Loan & Trust Co. |
| G | Auditorium | 107,000.00 | 4 | April 15, 1917 | April 15, 1937 | Tri-State Loan & Trust Co. |
| H | Park Real Estate | 90,000.00 | 4½ | Nov. 4, 1918 | Nov. 15, 1948 | First and Hamilton Nat'l Bank |
| I | Water Works Refunding | 70,000.00 | 4¾ | Nov. 15, 1919 | Note "A" | Old National Bank |
| J | Water Works Refunding | 88,000.00 | 4½ | Jan. 15, 1920 | Note "B" | Old National Bank |
| K | Street Paving | 76,000.00 | 6 | June 1, 1920 | Note "C" | Lincoln National Bank |
| L | River Impr. and Flood Prev. | 68,000.00 | 6 | June 1, 1920 | Note "D" | Old National Bank. |
| M | Fire Department Equipment | 108,000.00 | 4½ | June 1, 1920 | Note "E" | First and Hamilton Nat'l Bank. |
| N | Real Estate Purchase | 52,500.00 | 6 | Sept. 1, 1920 | Sept. 1, 1940 | First and Hamilton Nat'l Bank. |
| O | Water Works Equipment | 60,000.00 | 6 | May 16, 1921 | May 16, 1926 | Lincoln National Bank |
| | Total | $962,100.00 | | | | |

Respectfully submitted,
JULIAN F. FRANKE,
City Controller.

12      THE FORT WAYNE JOURNAL-GAZETTE      SATURDAY MORNING, FEBRUARY 18, 1922.

# WABASH CONFERENCE OF M.E. CHURCH MEETS

## Three-Day Session, Starting Tuesday, is Scheduled for North Manchester

WABASH, Ind., Feb. 17.—More than 150 laymen, ministers and members of the Wabash district conference, Methodist Episcopal church, are expected to be in attendance at its district conference to be held at North Manchester next Tuesday, Wednesday and Thursday. There are a number in the district and all will be present in addition to a number of laymen of the church.

## BEVERIDGE TO SPEAK AT KENDALLVILLE

## ALBION NEWS

## WAWAKA NEWS

## MOSSBURG–KISER

## PROCEEDINGS OF THE COMMON COUNCIL

## NORTHERN IND. DEATHS

OLDFATHER

HUGHES

REAMER

KINNISON

# There Is at Least One in Every Club.      By Briggs



# SUNDAY IN FORT WAYNE CHURCHES

WESTMINSTER PRESBYTERIAN CHURCH

BETHANY PRESBYTERIAN CHURCH

SOUTH WAYNE UNITED BRETHREN CHURCH

INTERNATIONAL BIBLE STUDENTS' ASSOCIATION

WAYNE STREET METHODIST EPISCOPAL CHURCH

ST. JOHN'S REFORMED CHURCH

FIRST PRESBYTERIAN CHURCH

PLYMOUTH CONGREGATIONAL CHURCH

SALEM REFORMED CHURCH

CHRIST LUTHERAN CHURCH

REDEEMER LUTHERAN CHURCH

GOSPEL MISSION

ROLLING MILL SETTLEMENT HOUSE

CATHEDRAL OF THE IMMACULATE CONCEPTION

ST. PATRICK'S CHURCH

ST. MARY'S CHURCH

ST. PETER'S CHURCH

ST. PAUL'S CHURCH

CHURCH OF THE MOST PRECIOUS BLOOD

ST. ANDREW'S CHURCH

ST. HYACINTHUS CHURCH

FIRST CHURCH OF GOD

FIRST PRESBYTERIAN CHURCH

FAITH MISSION

EMANUEL LUTHERAN CHURCH

FIRST EVANGELICAL LUTHERAN CHURCH

WEST JEFFERSON CHURCH OF CHRIST

TRINITY EPISCOPAL CHURCH

INDEPENDENT SPIRITUALIST ASSOCIATION

TRINITY METHODIST EPISCOPAL CHURCH

SOUTH WAYNE BAPTIST CHURCH

FIRST BAPTIST CHURCH

TRINITY ENGLISH LUTHERAN

FIRST CHURCH OF CHRIST, SCIENTIST

EAST CREIGHTON AVENUE CHURCH OF CHRIST

ZION LUTHERAN CHURCH

WESTFIELD PRESBYTERIAN CHURCH

SIMPSON METHODIST CHURCH

THE FIRST PROGRESSIVE SPIRITUAL CHURCH

GRACE REFORMED CHURCH

CHURCH OF CHRIST

TURNER CHAPEL A. M. E. CHURCH

EVANGELICAL LUTHERAN CONCORDIA CHURCH

ST. PAUL METHODIST EPISCOPAL CHURCH

THE RIGHT THOUGHT SPIRITUALIST CHURCH

FRIENDS MEETING

CHURCH OF THE BRETHREN

CALVARY U. B. CHURCH

EMMAUS LUTHERAN CHURCH

# YOUR HEALTH

## By ROYAL S. COPELAND, M. D.

Commissioner of Health, New York City

## ANSWERS TO HEALTH QUESTIONS

## YODER NEWS

## DIXON NEWS

## LEGAL NOTICES

NOTICE OF BOND SALE

ASSESSMENT NOTICE

VALENTINE SPECIAL

Sign of the Red Arrow. It will pierce your pocketbook only slightly to take advantage of any used car offerings this week. Nearly all popular models in stock. Look 'Em Over.

Northern Ind. Motor Car Co.
115 W. Washington Blvd.

PLAN ERECTION OF 25 NEW HOMES THIS YEAR

Hear Lauder's Records at Packard Music House.

## LEGAL NOTICES

NOTICE OF DISSOLUTION OF PARTNERSHIP

NOTICE—MERCHANTS
Are your drivers and collectors protected against personal hold-up and robbery? Call Clint Willson. Phone 893.

NOTICE OF FINAL SETTLEMENT OF ESTATE

A very beautiful $125.00 English Tapestry Upholstered Gentleman's Chair can be had now at the Foster Furniture Co. Mid-Season Clearance Sale, $62.50. This is only one of several very attractive bargains to be had during this sale.

# TAB 47

Newspapers
by ancestry
https://www.newspapers.com/image/607370987/

The Fresno Morning Republican (Fresno, California) · Sat, Feb 11, 1922
· Page 15
Downloaded on Nov 20, 2024

said above described park

**SECTION 11:** It shall be unlawful for any person or persons to do any of the acts hereinafter specified within the limits of said Court House Park, to-wit:

1. To lead or let loose any animal or fowl of any kind; provided, that this shall not apply to dogs, when led by a cord or chain not more than six feet long.

2. To carry or discharge any fire-arms, fire-crackers, rockets, torpedoes, or any other fire-works, or any airgun or slingshot, or other article of like character, or to hunt, pursue, annoy, throw stones or other missiles at, or molest and disturb in any way any animal, bird or reptile within the confines of said park; provided that on holidays and other occasions of public celebration a permit may be obtained from the Board of Supervisors of said county for the purpose of exhibiting fire-works therein.

3. To distribute any handbills or circulars, or to post, place or erect any bills, notice, paper, or advertising de-

Copyright © 2024 Newspapers.com. All Rights Reserved.

Case: 25-2413, 04/22/2026, DktEntry: 44.6, Page 36 of 97

Newspapers
by ancestry

https://www.newspapers.com/image/607370987/

The Fresno Morning Republican (Fresno, California) · Sat, Feb 11, 1922
· Page 15
Downloaded on Nov 20, 2024



Copyright © 2024 Newspapers.com. All Rights Reserved.

# USERS OPPOSE STORAGE PLAN

## Four Resident Sign Favoring Project

Special to The Republican

BAKERSFIELD, Feb. 10.—Proponents of the proposed plan to store [illegible] distribute the waters of Kern [illegible] met with considerable opposition to their plan when they invaded [illegible] Panama district to get signers. [illegible] four residents were willing to [illegible] ng to T. A. Chamberlain, [illegible] working against the pro-

[illegible] rmers of the [illegible] adja- [illegible] southern [illegible] alities [illegible] that they [illegible] efited [illegible] th [illegible] ently [illegible] w [illegible] the [illegible] n of [illegible] which [illegible] to [illegible] it was stated.

H. J. Brand[illegible] of th[illegible] landholders or [illegible] delta, W. Frank Whitaker, chief engineer of the Kern County Land company, and J. J. Deuel, manager of the Kern County Farm bureau, all in favor of the plan, formed the committee which visited the district. It was the seventh district in the county to be visited in an effort to secure five hundred signatures to petitions ne[illegible] to form a definite body for the purpose of investigating fully the details of the project through engineers and attorneys, the findings of which would be submitted to the people for final approval.

## Four Small Thefts Reported in Modesto

MODESTO, [illegible] 10—Thieves were active in Modesto Wednesday night according to the following report made to the p[illegible] yesterday morning.

R. [illegible] Wright [illegible] auto rim and [illegible] taken while [illegible] rked in front of his residence.

From the auto of W. A. Stephen[illegible], rancher, which was parked in the business district of the city, thieves stole two new cord tire[illegible]

Carpenters' tools valued at two hundred dollars were taken from the residence of H. H. Clark at 209 Elm [illegible]reet.

J. C. Schuster reported that thieves by breaking a large glass window entered his office and stole a U. S. Army Springfield rifle and one thousand rounds of ammunition.

## Tulare Tax Payers to Elect Officers

VISALIA, Feb. 10.—The Tulare County Taxpayers association will elect new officers tomorrow at the [re]gular meeting in Visalia. In view of the interest taken in the tax question it is expected that the organization will also select a delegate or [illegible] to the state t[illegible] association convention in Monterey, in April, as well as map out a program of activity for the year.

## Chairman Reports Campaign Progress

TAFT, [illegible] 10—"Taft is making a good showing," said H. P. George, chairman of the Red Cross drive for the West Side today, in discussing the campaign for membership which began February 6 and is to last one week. "It [illegible] require considerable effort on the part of the captains and lieutenants and [illegible] on on the part of the citizens [illegible] over the top, however."

[illegible] quota for the West Side is six thousand dollars. Many are giving a day's wages as their contribution.

Superintendents of leases have been made captains and each is campaigning among his employes to add names to the roll.

An extra incentive to put the drive over the top has been received in a letter containing first hand information regarding the Red Cross work that is being done in Czecho Slovakia at the present time by a former Taft girl, Katherine Spann, nurse during the war, tells of her share in the relief work that is being carried on by means of American funds.

## Man Injured When Automobiles Crash

LIVINGSTON, Feb. 10—G. D. Booth has three broken ribs and other injuries as result of a collision between his automobile and one driven by E. Mello half a mile south of town Wednesday night.

### FACES CHARGES.

MODESTO, Feb. 10.—F. Fugura arrested at Turlock Monday on a charge of operating an auto while intoxicated was arraigned before Justice W. H. Rice and his preliminary hearing set for February 16. Bail was fixed at one thousand dollars but not furnished.

### LEGAL NOTICES.

#### NOTICE TO CONTRACTORS

Pursuant to an order of the Board of Education, Fresno City High School District, duly passed and entered in its minutes of January 12, 1922, notice is hereby given that the said Board will receive bids up to 5 p. m. February 23, 1922, for the construction of Garage and Bicycle Shed, in connection with Fresno High School Group.

Plans and specifications are on file with the Secretary of said Board. Copies may be obtained at the offices of The R. F. Felchlin Company, 309 Bank of Italy Bldg., Fresno, Calif.

All bids must be in the hand of L. L. Smith, Secretary, Board of Education Fresno High School District, at his office in the High School Building, Fresno, Calif., before 5 p. m., February 23, 1922.

A certified check equal to ten per cent of the total amount of bid submitted must accompany the proposal.

No bids will be considered unless submitted on uniform proposal blank provided for that purpose.

The Board reserves the right to [illegible] any or all bids.

All bids must be sealed with the name of the bidder and description of the work must be marked on outside of envelope.

BOARD OF EDUCATION,
Fresno City High School District.
L. L. Smith, Secretary.

Loew's HIPPODROME

VAUDEVILLE

EDWARD HEARN AND BARBARA BEDFORD in "THE FACE OF THE WORLD"

# TRAVEL INFORMATION

For Travel Information Read The Republican

CUNARD-ANCHOR Passenger & Freight SERVICES

Office in Cunard Building, Market and First Streets San Francisco or Local Agents

Freight Sailings on Application

N. Y. to Cherbourg and Southampton
Aquitania . . . Feb. 28 Mar. 21 Apr. 11
Mauretania . . . Apr. 4 Apr. 25 May 16
Berengaria . . . May 30 June 20 July 11
N. Y. to Halifax, Plymouth, Cherbourg and Hamburg
Saxonia . . . Mar. 7
N. Y. to Queenstown and Liverpool
SCYTHIA . . . Feb. 25 Mar. 22 Apr. 26
Cameronia . . . Mar. 11
Albania . . . Apr. 1
N. Y. to Londonderry and Glasgow
Assyria . . . Mar. 17
Algeria . . . Apr. 8 May 12 June 10
N. Y. to Halifax, Londonderry, Glasgow
Algeria . . . Mar. 4
Boston to Londonderry, Liverpool and Glasgow
Assyria . . . Apr. 18 May 23 July 11
Portland, Me., to Halifax and Glasgow
Cassandra . . . Mar. 2 Apr. 13
Saturnia . . . Mar. 30

Santa Fe

east

—travel comfort on the Santa Fe is promoted by very best equipment and courteous employes.

—Fred Harvey serves all the meals.

—only line under one management "All the Way," thus insuring uniformity of service.

—you can stop off and visit Earth's Scenic Wonder—Grand Canyon—a Pullman Sleeper to the rim.

Let me know when you want to go and I will arrange all details. Just phone or drop a card.

N. H. ASP
Division Freight and Passenger Agent
FRESNO, CALIF. PHONE 4300

Grand Canyon Line

# VISALIA MAN ELECTROCUTED

## Worker Touches Bus Bar at Strathmore

Special to The Republican

LINDSAY, Feb. [illegible]—Otto Tr[illegible] of Visalia, an employe of the Southern California Edison company [illegible] electrocuted at 10 o'clock this morning at the Strathmore substation when he touched a bus bar carrying 11 thousand volts. An attempt was made to restore him by pulmotor but he was pronounced dead at [illegible] o'clock.

## Separation of County Office Is Proposed

[illegible] proposing the [illegible] n [illegible] n County, [illegible] been [illegible] of supervisors [illegible] session

The body [illegible] to Visalia. An inquest will [illegible] Saturday afternoon at 2:30 [illegible] Visalia. [illegible] wife and children who [illegible] at Visalia.

# BIG TIME AT ALLEN WHITE'S TONIGHT

## Children's Classes and Party Period for Youngsters in Afternoon.

This afternoon between 2:30 and 4:30 E. Allen White's Academy at 1851 Jay street will again be the scene of many merry children enjoying the party hour and an equal period for instruction in ballroom and fancy dancing. A charge of twenty five cents is made to cover instruction fee. The school is becoming most popular because of the plan White has instituted to care for chi[illegible] during the two hour[illegible] [illegible] ents from the [illegible] of remaining at the academy during the periods of instruction.

Miss Heloise [illegible] well known instructor in stage dancing has been placed in charge of the class in fancy dancing.

Tonight will [illegible] dedicated to the pursuit of pleasure on the part of grown ups and a big time is looked for. It will be a carnival of fun, [s]aid White, and all those who love good music and [illegible] better time should come.

Kinema CALIFORNIA'S THEATER BEAUTIFUL

TODAY

A wonderful star in a more than wonderful story

Pauline Frederick

More splendid than ever in

"Two Kinds of Women"

—Also—

RAYMOND HATTON in "His Back Against the Wall"

Coming SUN.

The World's Greatest Lover

Rudolph Valentino

The sensational star of "The Four Horsemen," with Alice Terry and Ralph Lewis in

"The Conquering Power"

From Balzac's famous French novel, "Eugenie Garandet"

# FAMOUS ACTRESS FORSAKES SCREEN FOR FOOTLIGHTS

When the call of the footlights triumphed over the glamor of the silver sheet and Octavi[a] Handworth forsook the silver [scre]en for the stage her action was almost revolutionary. But there is a story of gripping interest back of her decision and that story is unfolded to every audience that proclaims her success in [Sa]lvation Sue," a gripping comedy drama life in the frozen north that fe[a]ture[s] the Hippodrome [illegible] ne[illegible] tomorrow.

In bringing her own company to Fresno after [illegible] throughout the Loew circuit, Miss Handworth is confident of another local triumph that will [illegible] excell those of years past when she loomed up as the favorite leading woman of the screen. In leaving the moving picture field to appear in "Salvation Sue," she was followed by Florence Lawrence, Florence Turner, and similar favorites who in other days were reigning lights on the silversheet.

These movie stars fell [illegible] Miss Handworth's lead in co[illegible] ba[illegible] to the stage, and their [illegible] fully justified by the s[illegible] is achieving in putting [illegible] S. Hymer's gripping [illegible] comedy.

Hymer, who was co-author of "East is West," "Friendly Enemies" and similar successes, reached the height of his career as a writer when his pen produced "Salvation Sue."

Miss Handworth was the first leading American woman to sign a contract with the Pathe company when it left France and invaded the movie field of America. She probably has a record for the number of photo plays she has en[ac]ted, as her total reached the 403 [m]ark. Her last screen appearance was with Elsie Ferguson in "Footlights," a Lasky production.

Lovers of comedy drama will miss one of the features of the season if they fail to see "Salvation Sue" at the Hippodrome commencing tomorrow.

WHITE THEATRE

MATINEE & NIGHT TOMORROW, FEB. 12

7th AND Absolute NEW EDITION OF THIS VISIT OF THE WORLD'S FUNNIEST Musical Comedy

BRINGING UP FATHER IN WALL STREET

THE SHOW THAT CHARLIE CHAPLIN ENRICO CARUSO DAVID BELASCO ENDORSED

SEATS NOW

Mat. 25c to 75c. Night, 50c to $1.25

Orpheum THE BEST IN VAUDEVILLE Orpheum Circuit

MATINEE TODAY, 2:30
TONIGHT, 8:15

LILLIAN SHAW Arch Enemy of Gloom

Gladys Clark and Henry Bergman in "Tunes of the Hour"

FINK'S MULES "Vaudeville's Equine Joy Fest"

BEATRICE SWEENEY In Dainty Diversions of Beautiful Gymnastics

RASSO Europe's well known Juggler

THE GOLDIES In "Apple Sauce," by Ralph Kettering

TOPICS OF THE DAY
AESOP'S FABLES
PATHE NEWS

JOE MORRIS & FLO CAMPBELL "The Avi-ate-her" By Joseph L. Browning

Nights Exc. Sats. & Hols. 50c, 75c, $1
Sat. Mats. Exs. Hols. 25c, 50c & 75c.

LIBERTY

Today Only

ZANE GREY'S Western Super-Special "THE LAST TRAIL"

also

EUGENE O'BRIEN in "Broadway And Home"

TOMORROW

The Screen's Most Distinguished Star

WILLIAM FARNUM in a Dramatic Thunderbolt "PERJURY"

also

The Queen of California's Beaches MARIE PREVOST in "DON'T GET PERSONAL"

STRAND THEATRE

Today—And then gone

George Loane Tucker's

"THE MIRACLE MAN".

Thousands proclaim it the greatest picture of them all. This is positively your last chance to see this masterpiece. Feature starts 1:00, 4:00, 6:45 and 9:45 p. m.

Other Big Doin's.

TOMORROW

'THE BATTLIN' KID' A Western Fight Thrill

also

"THE BOOK AGENT" A Howling Comedy Success

and

18th Chapter of "Winners Of The West"

### LEGAL NOTICES.

#### NOTICE OF ANNUAL MEETING of the Kings River Mutual Water Company.

NOTICE IS HEREBY GIVEN that the [illegible] of the [illegible] holders of [illegible] Water Company [illegible] Monday, February 11, 19[illegible] of 7 o'clock p. m. [illegible] principal place of [illegible] company at the Oak[illegible] in the Kings River [illegible] County, California.

J. W. TURNER, President.
JOHN KERR, [Secre]tary.

#### ORDINANCE NO. 204

[illegible] OF THE COUNTY [OF FRESNO, S]TATE OF CALIFORNIA, [illegible] CERTAIN [illegible] [illegible] COUNTY [illegible] [illegible] PROVIDED TO-WIT

[illegible]

### LEGAL NOTICE.

[illegible]

Ordinance No. 18, entitled "An Ordinance [establish]ing pound district [illegible] County".

Ordinance No. 19, entitled "An Ordinance establishing pound district No. 4 of Fresno County".

Ordinance No. 24, entitled "In the matter of the regulation and control of the rates and fixing the compensation to be collected by the 'Upper San Joaquin Irrigation Canal Company' for the sale and distribution of water appropriated by said Company to the inhabitants of the County of Fresno".

Ordinance No. 26, entitled "An Ordinance [establishin]g pound district [No. 6] of Fresno County".

Ordinance No. [illegible], entitled "An Ordinance [establish]ing pound district 7 of [Fresno Co]unty, California".

Ordinance No. [3]2, entitled "An Ordinance [illegible] veterinary surgeon [illegible]

Ordinance No. [illegible] entitled "An Ordinance establishing pound district 9 of Fresno County, California".

Ordinance No. 41, entitled "An Ordinance providing for the inspection, by the County Board of Horticultural Commissioners of all trees, vines, shrubs, scion cuttings, grafts, fruit, plants, flowers or vegetables brought to the County of Fresno, and for the disinfection or removal of all infected articles".

Ordinance No. 49, entitled "An Ordinance to set apart a portion of Court House Park for the use of women and children".

Ordinance No. [illegible] entitled [illegible] Ordinance providing for the protection of doves".

Ordinance No. 62, entitled "An Ordinance establishing pound district 10 for Fresno County, California, providing for a keeper and fixing penalty for violations thereof".

Ordinance No. 66, entitled "An Ordinance for the prevention of shipping game from the County of Fresno to market".

Ordinance No. 67, entitled "An Ordinance for the prevention of shipping game from the County of Fresno to market".

Ordinance No. 75, entitled "An Ordinance regulating the health of domestic animals and the sanitary condition of dairies, slaughter houses, market and other places from which the food supply is distributed".

Ordinance No. 76, entitled "Ordinance No. 76, creating the office of Veterinary Inspector and prescribing his duties".

Ordinance No. 77, without title, pertaining to the uses of [illegible]

[illegible]

By J. E. FARLEY, Deputy.

# TAB 48

Newspapers
by ancestry

https://www.newspapers.com/image/1036975987/

Sanger Herald (Sanger, California) · Thu, Sep 13, 1923 · Page 3
Downloaded on Nov 20, 2024

# ORDINANCE NO. 133

AN ORDINANCE REGULATING THE USE OF THE PUBLIC PARKS OF THE CITY OF SANGER.

The Board of Trustees of the City of Sanger do ordain as follows:

Section 1. Within the limits of any parks in the City of Sanger and within the limits of any parks now owned or to be hereafter owned by the City of Sanger outside the limits of the City of Sanger, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit:

1. To lead, or let loose any cattle, horse, mule, goat, sheep, swine, dog or fowl of any kind; provided that this shall not apply to dogs when led by a cord or chain, not more than six feet long.

2. To carry or discharge any firearms, firecrackers, rockets, torpedoes or any other fireworks, or air gun or slung-shot.

3. To cut, break , injure, deface, or disturb any tree, shrub, plant

Copyright © 2024 Newspapers.com. All Rights Reserved.

Newspapers by ancestry

https://www.newspapers.com/image/1036975987/

Sanger Herald (Sanger, California) · Thu, Sep 13, 1923 · Page 3
Downloaded on Nov 20, 2024

## ORDINANCE NO. 133

AN ORDINANCE REGULATING THE USE OF THE PUBLIC PARKS OF THE CITY OF SANGER.

The Board of Trustees of the City of Sanger do ordain as follows:

Section 1. Within the limits of any parks in the City of Sanger and within the limits of any parks now owned or to be hereafter owned by the City of Sanger outside the limits of the City of Sanger, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit:

1. To lead, or let loose any cattle, horse, mule, goat, sheep, swine, dog or fowl of any kind; provided that this shall not apply to dogs when led by a cord or chain, not more than six feet long.

2. To carry or discharge any firearms, firecrackers, rockets, torpedoes or any other fireworks, or air gun or sling-shot.

3. To cut, break, injure, deface, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, bench, or other structure, apparatus, or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant, or flower, or to mark, or write upon any building, monument, fence, bench, or other structure, or to carry any flowers, shrubs or branches into or through the park.

4. To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

5. To distribute any hand-bills, or circulars, or to post, place or erect any bills, notice, paper, or advertising devise or matter of any kind.

6. To swim, bathe, wade in, or pollute the water of any fountain, pond, lake or stream, except that wading and swimming shall be permitted in pools provided for these purposes.

7. To make or kindle a fire for any purpose, unless special permission shall first be obtained therefor from the Board of Trustees.

8. To indulge in riotous, boisterous, threatening, indecent or immoral conduct, or abusive, threatening, profane language, or to throw stones or missiles.

9. To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, or other device, for money, chips, shells, credit, or any other representative of value, or to maintain or exhibit any gambling table or other instrument of gambling or gaming, or to play any game prohibited by any ordinance of the City of Sanger.

10. To play, or engage in any game, excepting at such place as shall be especially set apart for that purpose.

11. To remain, stay or loiter, in any public park, between the hours of twelve o'clock midnight and five o'clock a. m. of the following day without the written permission of the Board of Trustees.

12. It shall be unlawful for any person or persons to take into, exhibit or use in any park any firearm, air gun, sling-shot, or other articles of like character.

13. To go upon any lawn or grass plot, where prohibited and which prohibition is indicated by proper and legible signs.

14. To open, expose or interfere with any water or gas or electric pipe, hydrant, stopcock, sewer, basin or other construction in any park.

Section 2. It shall be unlawful for any male person over eight years of age to enter or use any water-closet for women in a public park.

Section 3. It shall be unlawful for any person to hold, conduct or address any public assemblage, meeting or gathering, or to make or deliver any public speech, lecture, or discourse, or to conduct, or take part in any public debate, or discussion in any public park, belonging to or under the control of the City of Sanger without first having obtained a permit in writing from the Board of Trustees of said city.

Section 4. It shall be unlawful for any person to deposit, or to cause to be deposited, any paper, fruit, rubbish, debris, or any waste material of any kind, in any public park, except in such receptacles as may be located in such park therefor.

Section 5. By the term "park," as referred to in this ordinance is meant any public park owned or controlled by the City of Sanger.

Section 6. Any person who shall violate any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine not exceeding Three Hundred ($300.00) Dollars, or by imprisonment in the County Jail of the County of Fresno not exceeding three months, or by both such fine and imprisonment.

Section 7. All ordinances and parts of ordinances in conflict herewith are hereby repealed.

Section 8. This ordinance shall take effect and be in force thirty days after its passage and publication according to law.

Approved this 4th day of September, 1923.

M. W. BACON,
President of the Board of Trustees of the City of Sanger.

ATTEST: FRANK NILES,
City Clerk, and Clerk of the Board of Trustees of said city.

I hereby certify that the foregoing ordinance was introduced and read at a regular meeting of the Board of Trustees of the City of Sanger, held on the 7th of August, 1923, and was passed and adopted by said Board of Trustees at a regular meeting held on the 4th day of September, 1923, by the following vote:

Ayes—Trustees: Bacon, Sarge, Taylor, Zinn, Sanderson.
Noes—Trustees: None
Absent—Trustees: None.

FRANK NILES,
City Clerk, and Clerk of the Board of Trustees of the City of Sanger.

(SEAL)

## TOWN TOPICS
BY P. J. PIERCE



HOME, SWEET HOME
THERE'S NO PLACE LIKE IT —

THE greatest song of all ages is "Home, Sweet Home" Let the landlords frown at this beautiful tune—it is the inspiration for you—start now to own home.



REAL ESTATE   PHONE: 39
PIERCE INSURANCE AGENCY
LOANS   SANGER, CAL.



FALL SUITS

## MARTHA WASHINGTON GROCERY STORES, INC.

**SNOW WHITE BREAD:**
Full 24-ounce loaf ................. .10
White, Graham, Whole Wheat, Raisin
PURE—RICH—WHOLESOME

**Crystal White Soap**
20 bars ................................. .94
Case, 100 bars ....................... 4.50

**Drifted Snow Flour**
24 1-2 lb sack ........................ 1.08
49 lb sack ............................. 2.05

**Calumet Baking Powder**
2 1-2 lb. can .......................... .70

**Wesson Oil**
Quart can .............................. .55

**Cigarettes**
Chesterfield, Camel, Lucky Strike, pkg. ....... .14

**Plug Tobacco**
Star, 1 lb plub ....................... .75
Climax Smooth, 1 lb plug .......... .75

**48 STORE BUYING POWER**
*Every Day Prices Good in All Stores*
Sanger - - - - - Calif.

S. STURGEON, Mgr.

## –FOR DINNER TODAY

Why not a Roast, Chops or a Leg of this choice Spring Lamb?

Lamb is one of the most easily digested of Meats, and in the cuts which you get here it is especially tasty.

YOUR PHONE ORDER WILL RECEIVE OUR PROMPT AND CAREFUL ATTENTION

## Sanger Meat Market

Copyright © 2024 Newspapers.com. All Rights Reserved.

## ORDINANCE NO. 134

AN ORDINANCE CALLING A SPECIAL ELECTION TO BE HELD ON SEPTEMBER 25, 1923, FOR THE PURPOSE OF SUBMITTING TO THE VOTERS OF THE CITY OF SANGER THE PROPOSITION OF INCURRING A BONDED INDEBTEDNESS OF $30,000 FOR THE ACQUISITION OF A FIRE ENGINE AND OTHER NECESSARY AND PROPER APPARATUS FOR THE PREVENTION AND EXTINGUISHING OF FIRES, INCLUDING A FIRE ENGINE HOUSE AND SITE FOR SAID FIRE ENGINE HOUSE FOR SAID CITY OF SANGER.

WHEREAS the Board of Trustees City of Sanger, at an adjourned meeting of said board held on the 14th day of August, 1923, by vote of more than two-thirds of the members of said board duly adopted a resolution, designated as Resolution No. 296, whereby it was resolved and determined that the public interest and necessity demand the acquisition, construction and completion of the following municipal improvement of said City of Sanger, to-wit, a fire engine and other necessary and proper apparatus for the prevention and extinguishment of fires, including fire engine house for said City, and site for said fire engine house, and that the cost of said municipal improvement was too great to be paid out of the ordinary annual income and revenue of said city:

NOW, THEREFORE, the board of trustees of the City of Sanger, do ordain as follows:

Section 1. That a special election be and is hereby called to be held in said City of Sanger on Tuesday, the 25th day of September, 1923, for the purpose of submitting to the qualified electors of said city the proposition of incurring a bonded indebtedness of said City in the amount of $30,000.00 for the acquisition, construction and completion of said municipal improvement of said city, to wit, a fire engine and other necessary and proper apparatus for the prevention and extinguishment of fires, including fire engine house and site for said fire engine house of said City.

Section 2. That the estimated cost of said municipal improvement is the sum of Thirty Thousand ($30,000.00) Dollars, and such cost will be and is too great to be paid out of the ordinary annual income and revenue of said City; and that said improvement is necessary and convenient to carry out the objects, purposes and powers of said municipality.

Section 3. That the amount of the principal of the indebtedness to be incurred for said improvement is said sum of thirty thousand dollars, and the rate of interest to be paid on such indebtedness shall not exceed six per cent, per annum, payable semi-annually. A part of said bonded indebtedness to be determined by said board of trustees, which shall be not less than one for each part of the whole amount of such indebtedness, shall be paid each and every year after the issuance of said bonds on a day and date to be fixed by said board of trustees, together with the interest on all sums unpaid at such date. Said bonds shall be issued in such denominations as said board of trustees may determine, except that no bond shall be of a less denomination than one hundred dollars, nor of a greater denomination than one thousand dollars.

Section 4. That the manner of holding said election hereby called and the voting thereat for or against incurring said bonded indebtedness shall be as provided in this ordinance, and that in all particulars not recited herein, said election shall be held as provided by law for holding municipal elections in such municipality.

Section 5. That the form of ballot to be used at said election shall be substantially as follows:

SPECIAL BOND ELECTION,

Tuesday, September 25, 1923. City of Sanger, County of Fresno, State of California. INSTRUCTIONS TO VOTERS: To vote for the proposition, stamp a cross (X) in the blank or voting square to the right of and opposite the word "Yes." To vote against the proposition, stamp a cross (X) in the blank or voting square to the right of and opposite the word "No".

All marks except the cross (X) are forbidden. All distinguishing marks or erasures are forbidden and make the ballot void. If you wrongly stamp, tear or deface this ballot, return it to the Inspector of Election and obtain another.

PROPOSITION TO INCUR INDEBTEDNESS

To vote, stamp a cross (X) in the blank square to the right of and opposite the answer you desire to give.

PROPOSITION

Shall the City of Sanger incur an indebtedness of thirty thousand ($30,000.00) dollars, and issue bonds therefor, for the purpose of acquiring, constructing and completing the following municipal improvement of the City of Sanger, to wit, a fire engine and other necessary and proper apparatus for the prevention and extinguishment of fires, including fire engine house and site for said fire engine house of said city?

YES

NO

Section 6. That for the purpose of said election, the entire City of Sanger shall constitute one precinct, the boundaries of which shall be coterminous with the boundaries of said City. The voting place of said precinct shall be at the Public Library Building of said City of Sanger. The officers of said election shall be as follows:

Inspector: Albert Cannan
Judge: R. B. Davidson
Clerks: Emma A. Baird, Ida M. Simpson.

The polls shall be opened at six o'clock A. M., and be closed at seven o'clock P. M., (except as provided in Section 1164 of the Political Code); and thereupon the Board of Election shall proceed to canvass the votes cast thereat.

Section 7. The City Clerk shall give notice of said special election, to be given in the following manner, to-wit:

Said notice shall consist of this ordinance, and the same shall be published once for two succeeding weeks in the "Sanger Herald," a newspaper published in said City of Sanger, said newspaper being published less than six days a week, to-wit: once each week, in said municipality, and there shall be a full period of two weeks after the first publication of said insertion and before the date of said election. No other notice of said election shall be given.

Approved this 4th day of September, 1923.

M. W. BACON,
President of the Board of Trustees of the City of Sanger, State of California.

ATTEST: FRANK NILES,
City Clerk, and Clerk of the Board of Trustees of the City of Sanger, State of California.

I HEREBY CERTIFY that the foregoing ordinance was introduced and read at a regular meeting of the Board of Trustees of the City of Sanger, held on the 21st day of August, 1923, and was passed and adopted by said Board of Trustees at a regular meeting held on the 4th day of September, 1923, by the following vote:

Ayes—Trustees: Bacon, Sargent, Taylor, Zinn, Sanderson.
Noes—Trustees: None
Absent—Trustees: None
and was signed and approved by the President of the Board of Trustees on the 4th day of September, 1923.
(SEAL) FRANK NILES,
City Clerk, and Clerk of the Board of Trustees of the City of Sanger, State of California.

## ORDINANCE NO. 133

AN ORDINANCE REGULATING THE USE OF THE PUBLIC PARKS OF THE CITY OF SANGER.

The Board of Trustees of the City of Sanger do ordain as follows:

Section 1. Within the limits of any parks in the City of Sanger and within the limits of any parks now owned or to be hereafter owned by the City of Sanger outside the limits of the City of Sanger, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit:

1. To lead, or let loose any cattle, horse, mule, goat, sheep, swine, dog or fowl of any kind; provided that this shall not apply to dogs when led by a cord or chain, not more than six feet long.

2. To carry or discharge any firearms, firecrackers, rockets, torpedoes or any other fireworks, or air gun or slung-shot.

3. To cut, break, injure, deface, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, bench, or other structure, apparatus, or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant, or flower, or to mark, or write upon any building, monument, fence, bench, or other structure, or to carry any flowers, shrubs or branches into or through the park.

4. To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

5. To distribute any hand-bills, or circulars, or to post, place or erect any bills, notice, paper, or advertising devise or matter of any kind.

6. To swim, bathe, wade in, or pollute the water of any fountain, pond, lake or stream, except that wading and swimming shall be permitted in pools provided for these purposes.

7. To make or kindle a fire for any purpose, unless special permission shall first be obtained therefor from the Board of Trustees.

8. To indulge in riotous, boisterous, threatening, indecent or immoral conduct, or abusive, threatening, profane language, or to throw stones or missiles.

9. To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, or other device, for money, chips, shells, credit, or any other representative of value, or to maintain or exhibit any gambling table or other instrument of gambling or gaming, or to play any game prohibited by any ordinance of the City of Sanger.

10. To play, or engage in any game, excepting at such place as shall be especially set apart for that purpose.

11. To remain, stay or loiter, in any public park, between the hours of twelve o'clock midnight and five o'clock a. m. of the following day without the written permission of the Board of Trustees.

12. It shall be unlawful for any person or persons to take into, exhibit or use in any park any firearm, air gun, slung-shot, or other articles of like character.

13. To go upon any lawn or grass plot, where prohibited and which prohibition is indicated by proper and legible signs.

14. To open, expose or interfere with any water or gas or electric pipe, hydrant, stopcock, sewer, basin or other construction in any park.

Section 2. It shall be unlawful for any male person over eight years of age to enter or use any watercloset for women in a public park.

Section 3. It shall be unlawful for any person to hold, conduct or address any public assemblage, meeting or gathering, or to make or deliver any public speech, lecture, or discourse, or to conduct, or take part in any public debate, or discussion, in any public park, belonging to or under the control of the City of Sanger without first having obtained a permit in writing from the Board of Trustees of said city.

Section 4. It shall be unlawful for any person to deposit, or to cause to be deposited, any paper, fruit, rubbish, debris, or any waste material of any kind, in any public park, except in such receptacles as may be located in such park therefor.

Section 5. By the term "park," as referred to in this ordinance is meant any public park owned or controlled by the City of Sanger.

Section 6. Any person who shall violate any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine not exceeding Three Hundred ($300.00) Dollars, or by imprisonment in the County Jail of the County of Fresno not exceeding three months, or by both such fine and imprisonment.

Section 7. All ordinances and parts of ordinances in conflict herewith are hereby repealed.

Section 8. This ordinance shall take effect and be in force thirty days after its passage and publication according to law.

Approved this 4th day of September, 1923.

M. W. BACON,
President of the Board of Trustees of the City of Sanger.

ATTEST: FRANK NILES,
City Clerk, and Clerk of the Board of Trustees of the City of Sanger.

I hereby certify that the foregoing ordinance was introduced and read at a regular meeting of the Board of Trustees of the City of Sanger, held on the 7th day of August, 1923, and was passed and adopted or said Board of Trustees at a regular meeting held on the 4th day of September, 1923, by the following vote:

Ayes—Trustees: Bacon, Sargent, Taylor, Zinn, Sanderson.
Noes—Trustees: None
Absent—Trustees: None.

FRANK NILES,
City Clerk, and Clerk of the Board of Trustees of the City of Sanger.
(SEAL)

## TOWN TOPICS
### BY P. J. PIERCE



HOME, SWEET HOME
THERE'S NO PLACE LIKE IT

THE greatest song of all ages is "Home. Sweet Home" Let the landlords frown at this beautiful tune—it is the inspiration for you—start now to own home.



PHONE: 39
PIERCE INSURANCE AGENCY
REAL ESTATE — LOANS
SANGER, CAL.



### FALL SUITS

Samples for fall and winter suits are now on display. Over 300 patterns to choose from. Remember, the material and workmanship is guaranteed.

## TOKO
PHONE 166

## LESTER BROS.

738 L STREET
We are equipped to handle trucking of all kinds, either by contract or mileage basis. All our trucks are equipped with pneumatic tires.
PHONE 62

A Complete Stock of Groceries, Dry Goods, Notions, Crockery, Granite Ware, Gents Furnishings.

FRESH MEAT AND VEGETABLES

## HOME GROCERY CO.
"YOU CAN GET IT IN SANGER"

## MARTHA WASHINGTON GROCERY STORES, INC.

SNOW WHITE BREAD:
Full 24-ounce loaf .................10
White, Graham, Whole Wheat, Raisin
PURE—RICH—WHOLESOME

Crystal White Soap
20 bars .....................94
Case, 100 bars ..................4.50

Drifted Snow Flour
24 1-2 lb sack ..................1.08
49 lb sack ..................2.05

Calumet Baking Powder
2 1-2 lb. can ..................70

Wesson Oil
Quart can ..................56

Cigarettes
Chesterfield, Camel, Lucky Strike, pkg. .............14

Plug Tobacco
Star, 1 lb plub ..................75
Climax Smooth, 1 lb plug ..................75

48 STORE BUYING POWER
Every Day Prices Good in All Stores
Sanger - - - - Calif.
S. STURGEON, Mgr.

### —FOR DINNER TODAY



Why not a Roast, Chops or a Leg of this choice Spring Lamb?

Lamb is one of the most easily digested of Meats, and in the cuts which you get here it is especially tasty.

YOUR PHONE ORDER WILL RECEIVE OUR PROMPT AND CAREFUL ATTENTION

## Sanger Meat Market
Member of the Cattle Protective Board

## FEED AND FUEL
WHEN IN THE MARKET FOR FEED AND FUEL
Phone 12 and we will take care of your needs.

## TRUCKING
LET US DO YOUR HAULING
WE HAVE THE EQUIPMENT TO RENDER THE BEST OF SERVICE
PHONE 12
YOUR ORDER WILL BE TAKEN CARE OF PROMPTLY

## SANGER FEED & FUEL CO.
T. H. ZINN, Prop.
"YOU CAN GET IT IN SANGER"

### FOR SALE

20-acre ranch consisting of 1 1-2 Alacantes, 5 malagas, 13 1-2 Thompson; 5-room plastered house, team and tools.

Located 1 1-4 miles fro mSanger, just north of the J. E. Baker ranch.

$15,000
$5,000 cash, balance easy terms

GEO. H. FINGER.

# TAB 49

Newspapers
by ancestry

https://www.newspapers.com/image/600077379/

The Shreveport Journal (Shreveport, Louisiana) · Fri, Sep 14, 1923 ·
Page 17
Downloaded on Nov 21, 2024

8th. To take or molest any bird, fish, frog, or any live animal or bird's eggs, or in any way to interfere with any bird's nest, or with any cage, box or place of enclosure for the protection of any bird, fish, or any live animal.

9th. To throw or shoot any stone, stick, or other missile in any portion of any Park or Playground.

10th. To discharge or carry fire-arms, firecrackers, torpedoes or fire-works, but this prohibition shall not apply to the display of fireworks under municipal authority.

11th. To permit any dog to pass over or stray in any park unless led by a leash not exceeding seven feet in length, or to permit any other animal to pass over or stray upon any park area, but this provision shall not apply to horses when ridden or driven in harness along the park roadways.

Copyright © 2024 Newspapers.com. All Rights Reserved.



The Shreveport Journal (Shreveport, Louisiana) · Fri, Sep 14, 1923 ·
Page 17
Downloaded on Nov 21, 2024

https://www.newspapers.com/image/600077379/



## TWELVE ORDINANCES ADOPTED SEPT. 11, 1923.

Copyright © 2024 Newspapers.com. All Rights Reserved.

Friday, September 14, 1923 — THE SHREVEPORT JOURNAL

## Bossier City NEWS

BY MRS. T. J. SMITH
Old Phone, 1042—X

Special to The Journal.

BOSSIER CITY, La., Sept. 14.—There will be a called meeting of the town council tonight at the town hall for the purpose of inaugurating a "clean-up" campaign. Property owners will be responsible for the cutting of weeds and cleaning all rubbish from vacant lots. Ditches are being opened already, and stagnant water drained and marshy places oiled to do away with mosquitoes.

Mrs. B. B. Chaney has moved into her new home on East First street Thursday of last week, a number of friends surprised Mrs. Chaney with a miscellaneous household shower. The friends even provided their own refreshments, delicious fruit punch and cake.

Those attending were Mesdames W. T. Young, A. N. Cox, Woodyard, Robert Burns, Preston Peake, Clarence Heiflin, Billie Heiflin, Clifton Brown, Neal Yarborough, George Morris, E. Read and Mr. Haney.

Mose Brown was taken to North Louisiana sanitarium Wednesday. This morning he was reported doing nicely. He is in room 107, first floor, and is receiving his friends.

Mrs. J. H. McdawellI had as the guest Wednesday Mrs. J. W. Wallace and Miss Mildred Wallace, of Brownlee.

Mrs. B. L. Brown, of Shreveport, is visiting her grandmother, Mrs. Beb Miller, and aunt, Miss Ida Miller.

## Tech Squad Will Begin Work Monday

Special to The Journal.

RUSTON, La., Sept. 14.—Louisiana Tech starts football training Monday, Sept. 17. Coach William H. Deitz will arrive Saturday from the north, where he spent the summer. Information from Coach Deitz is to the effect that he is in excellent condition and is anxious to begin work toward putting out another foot ball squad.

## CITY COUNCIL PROCEEDINGS, SEPT. 11, 1923.

The City Council met in regular session on the above date at ten o'clock a. m., with the following members present: Thomas, Dixon, McKellar, Mayo, Stringfellow.

[The remainder of the City Council Proceedings, the Ordinances (Nos. 70, 179, 180, 183, 184, 185, 187, 188, 189 of 1923), Resolutions, paving assessment lists, and subdivision/lot listings are printed in fine type and are largely illegible.]

## SHELL - RIM

SPECTACLES OR EYEGLASSES

NEW, INCONSPICUOUS, EXQUISITELY FINISHED, DECIDEDLY DISTINCTIVE IN APPEARANCE.

No Charge for Scientific Eye Examination.

Optically Correct in Every Detail, and Decidedly Becoming to the Wearer. Here, indeed, is a Frame We Present With Pride. May we have the pleasure of showing you?

"Our Prices Are Very Reasonable."

Specially Priced $5.50

## Southern Optical Co., Inc.

512 Texas Street.    Upstairs.    Opp. Courthouse
"Our Upstairs Location Means a Saving To You."

# TAB 50

Newspapers
by ancestry
https://www.newspapers.com/image/844167856/

The Bastrop Daily Enterprise (Bastrop, Louisiana) · Wed, Oct 5, 1927 · Page 3
Downloaded on Dec 10, 2024

the Park Commission in the park.

Section 8. Be it further ordained, etc., That it shall be unlawful to take or molest any bird, fish, frog, or any live animal or bird's eggs, or in any way interfere with any bird's nest, or with any cage, box, place or enclosure for the protection of any bird, fish, or any live animal.

Section 9. Be it further ordained, etc., That it shall be unlawful to throw or shoot any stone, stick, or other missile in any portion of the park or playground.

Section 10. Be it further ordained, etc., That it shall be unlawful to discharge or carry firearms, firecrackers, torpedoes or fireworks, but this prohibition shall not apply to the display of fireworks under municipal authority.

Section 11. Be it further ordained, etc., That it shall be unlawful to permit any dog to pass over or stray in the Park unless led by a leash not exceeding seven feet in length, or to permit any other animal to pass over or stray upon the Park area, but this provision shall not apply to horses when ridden or driven in harness along the Park roadways.

Section 12. Be it further ordain-

Copyright © 2024 Newspapers.com. All Rights Reserved.

Newspapers
by ancestry
https://www.newspapers.com/image/844167856/

The Bastrop Daily Enterprise (Bastrop, Louisiana) · Wed, Oct 5, 1927 ·
Page 3
Downloaded on Dec 10, 2024



## LEGAL

### ORDINANCE No. 714

An ordinance providing rules and regulations for the government of East Madison Park in the Town of Bastrop, Parish of Morehouse, State of Louisiana, and fixing penalties for the violation thereof.

Section 1. Be it ordained by the Mayor and Board of Aldermen of the Town of Bastrop, in legal session convened: That it shall be unlawful to enter or leave the Park of East Madison, except by the regular approach thereto. To walk among, or through shrubs, flowers or other plants, or to cross any lawn in the Park where a notice shall be posted forbidding such crossing.

Section 2. Be it further ordained, etc., That it shall be unlawful to drive or propel any bicycle, tricycle, automobile, wheelbarrow, handcart, or other vehicle in the Park except on regular carriage roads.

Section 3. Be it further ordained, etc., That it shall be unlawful to hitch any horse or other animal to any tree or shrub or on any place within the Park or Playground except in such place as is provided therefor.

Section 4. Be it further ordained, etc., That it shall be unlawful to climb or get upon any tree, statute, fountain, fence or gate, or lie upon a balustrade, wall, fence or seat in the Park; or to use any structure therein in any other way than that for which it was intended. To cut, break upon, deface, defile or otherwise injure or destroy any building, bridge, fence, statute, fountain, seat, seat or other structure in the Park.

Section 5. Be it further ordained, etc., That it shall be unlawful to remove, cut, break or otherwise injure or destroy any tree, or shrub or any part thereof. To cut, pluck or otherwise remove or destroy any blossom or other part of any plant or flower, or to dig in the sod or roadways in the Park or playground without lawful permission to do so.

Section 6. Be it further ordained, etc., That it shall be unlawful to drive or load any heavy team, heavy wagon or cart, excepting upon park business upon Park driveway or parkway.

Section 7. Be it further ordained, That it shall be unlawful to deface or injure any notice placed by the Park Commission in the Park.

Section 8. Be it further ordained, That it shall be unlawful to take or molest any bird, fish, frog, or any animal or bird's eggs, or in any way interfere with any bird's nest, or with any cage, box, place or enclosure for the protection of any bird, fish, or any live animal.

Section 9. Be it further ordained, etc., That it shall be unlawful to throw or shoot any stone, stick, or other missile in any portion of the Park or playground.

Section 10. Be it further ordained, etc., That it shall be unlawful to discharge or carry firearms, firecrackers, torpedoes or fireworks, but this prohibition shall not apply to the display of fireworks under municipal authority.

Section 11. Be it further ordained, etc., That it shall be unlawful to allow any dog to pass over or stray into the Park unless led by a leash not over seven feet in length, or to permit any other animal to pass or stray upon the Park area, this provision shall not apply to dogs when ridden or driven in harness along the Park roadways.

Section 12. Be it further ordained, etc., That it shall be unlawful to raise any subscription or contribution; to play any game of chance, or have possession of any instrument of gambling; to make any oration, harangue or loud outcry; to utter profane, threatening, abusive or indecent language, or to do any obscene or indecent act; to fish; to solicit the acquaintance of, or follow or otherwise annoy any visitor.

Section 13. Be it further ordained, etc., That it shall be unlawful to post or affix any bill, notice or advertising matter upon any structure or other thing within the Park or playground, or upon any fence surrounding the same, or to make or draw or post or have for display any obscene, lewd, or indecent picture, handbill, advertisement, sentence, design or figure.

Section 14. Be it further ordained, etc., That it shall be unlawful to throw or leave upon the Park any rags, broken glass, garbage, or offensive matter.

Section 15. Be it further ordained, etc., That it shall be unlawful to carry any intoxication beverage or to be in the Park or playground in an intoxicated condition.

Section 16. Be it further ordained, etc., That it shall be unlawful to pass any excrement within the limits of the Park excepting in such place or apartment as is, or shall be expressly provided for such purpose; and in the latter case, it is forbidden to enter or enter any apartment established for persons of the opposite sex merely.

Section 17. Be it further ordained, etc., That it shall be unlawful to sleep upon, lie upon, or overturn, any seat in the park.

Section 18. Be it further ordained, etc., That persons shall not collect in the Park or playgrounds in groups or crowds for unlawful purpose or for the purpose of annoying or disturbing others.

Section 19. Be it further ordained, etc., That it shall be unlawful to engage in fighting or commit any assault upon any person or to encourage any person to commit such assault, or to have anything to do with any fight or any public or private matter.

Section 20. Be it further ordained, etc., That it shall be unlawful to offer, or expose for sale any goods or wares, except under a written permit from the Board of Park Commissioners; to post or display any advertisement, flag or advertising device without such license.

Section 21. Be it further ordained, etc., That it shall be unlawful to drive in the Park any horse, automobile or other vehicle at a rate faster than 15 miles an hour.

Section 22. Be it further ordained, etc., That it shall be unlawful to allow crowds to collect on any of the Park driveways so as to interrupt the passage of teams, vehicles or persons passing along the way.

Section 23. Be it further ordained, etc., That it shall be unlawful to kindle, or light or extinguish, or interfere in any manner without authority for

---

Section 24. Be it further ordained, etc., That it shall be unlawful to use the Park areas for dancing parties or public meetings of any kind without first securing a permit from the Park officials.

Section 25. Be it further ordained, etc., That it shall be unlawful to wilfully resist, hinder, or delay any park officer or employee in the discharge of any official act or duty, or to neglect or refuse to obey any lawful order or direction of any such officer or employee.

Section 26. Be it further ordained, etc., That petting, fondling or other improper exhibitions or affection or familiarity with a person of the opposite sex are forbidden.

Section 27. Be it further ordained, etc., That children under five years of age must be accompanied by older persons.

Section 28. Be it further ordained, etc., That persons afflicted with contagious diseases are forbidden to be in the Park.

Section 29. Be it further ordained, etc., That bicycle riding on playgrounds is prohibited.

Section 30. Be it further ordained, etc., That no person shall use any of the apparatus on playground to the exclusion of others beyond a reasonable time, and the officials in charge shall decide what is a reasonable time.

Section 31. Be it further ordained, etc., That no person shall engage in any dangerous exercise on playgrounds and the officials in charge shall decide what form of exercise is dangerous.

Section 32. Be it further ordained, etc., That no boy shall be allowed in the girls' playground, nor shall any girl be allowed in the boys' playground.

Section 33. Be it further ordained, etc., That permits must be secured from the park officials in charge to use the ball diamonds, football fields and tennis courts.

Section 34. Be it further ordained, etc., That any person or persons violating the provisions of this ordinance shall on conviction thereof be fined any sum not to exceed One Hundred Dollars ($100.00), and in default of payment of fine shall be imprisoned not more than thirty (30) days or both at the discretion of the Court.

Thus done, read, signed and adopted after having been considered section by section on this the 6th day of September, A. D. 1927.

C. J. GOODWIN, Mayor.
MABEL McCREIGHT, Clerk.

On roll call the above and foregoing ordinance was adopted on this the 6th day of September, A. D. 1927, by the following vote:

YEAS: W. H. Todd, Jr., W. E. Turpin, Hugo Spier, J. B. Rawlinson, J. R. Ludlum.
NAYS: None.
ABSENT: None.

MABEL McCREIGHT, Clerk

### ORDINANCE No. 396

An ordinance calling a special election in Road District No. One of the Parish of Morehouse, Louisiana to submit to the legal and qualified voters in said District the proposition to incur debt and issue serial bonds of the said Road District in the sum of Three Hundred andFive Thousand Dollars ($305,000.00), bearing five per cent per annum interest and maturing over a period of thirty two years for the purpose of constructing and maintaining hard surfaced public roads and streets and public bridges of said district; providing for the holding of said special election the canvass and promulgation of the returns.

Whereas, the Police Jury of the Parish of Morehouse is the governing authority of Road District No. One of the Parish of Morehouse, Louisiana, and,

Whereas, certain road construction and improvement in said road district is urgently needed for the agricultural, industrial and social development of the Parish of Morehouse, particularly the following hard surface road and street construction in said Road District No. One, Parish of Morehouse, to-wit:

**1. Project A, Spiller's Store or Third Ward Road**

A. Beginning at a point approximately one and three-quarters miles west of Collinston, on the dividing line between wards (3) Three and (8) Eight, thence in a northwesterly direction approximately along present public road to and across the present Bastrop-Monroe Highway, crossing said highway about Spiller's store five miles south of Bastrop; thence in a westerly direction approximately along present public road to Beouf Bayou Bridge or Parish Line; approximate length, four and one-third miles. Total estimated cost $37,000.00) Thirty-Seven Thousand Dollars.

**2. Project B, Bayou Bartholomew Route in 1st Ward**

B. Beginning at a point in the Bastrop-Perryville Highway two and one-quarter miles west of Bastrop and on east side of Bayou Bartholomew and extending across said Bayou at Point Pleasant where bridge will be constructed; thence through the Crossett plantation to Bayou Bartholomew at Patton place. Total length including bridge at Point Pleasant and one mile gravel capping up said Bayou north of proposed bridge 7½ miles. Total estimated cost One Hundred and Six Thousand ($106,000.00) Dollars.

**3. Project C, Bonner's Ferry Road**

C. Beginning at a point in the Bastrop-Bonita highway approximately 1 mile north of Bastrop and extending westward approximately along the present public road to the section capped with gravel in 1925. Total distance one and three-quarters miles; Total estimate cost Fourteen Thousand ($14,000.00) Dollars.

**4. Project D, Shelton Extension**

D. Beginning at the end of existing gravel road at Frost Lumber Industries, Inc., Mill on A. & L. M. Ry. and extending northward approximately along present public road a distance of approximately 2 miles; Total estimated cost Sixteen Thousand ($16,000.00) Dollars.

**5. Project E, Bastrop-Hamburg Road**

E. Beginning at a point in Bastrop- Beekman highway two miles north of Ward's Ferry Bridge and extending northward approximately along present public road to Arkansas State Line, approximate distance, 8 miles; Total estimated cost Seventy Two Thousand ($72,000.00) Dollars.

**6. Project F.**

F. Overhead crossing or Unred Pass on Bastrop-Bonita Highway where the Mo. Pac. R. R. Co.'s tracks cross said Highway about one and one-fourth miles north of Bastrop. This project to be jointly constructed by the Mo. Pac. R. R. Co. and the Police Jury of Morehouse

Copyright © 2024 Newspapers.com. All Rights Reserved.

MOREHOUSE ENTERPRISE WEDNESDAY, OCTOBER 5, 1927

## LEGAL

### ORDINANCE No. 714

*[An ordinance regulating use of parks and public grounds of the Town of East Madison Park in the Town of Bastrop, Parish of Morehouse, State of Louisiana, text largely illegible]*

C. J. GOODWIN, Mayor.
MABEL McCREIGHT, Clerk.

On roll call the above and foregoing ordinance was adopted this the 6th day of September, A. D. 1927, by the following vote:
YEAS: W. H. Todd, Jr., W. F. Turpin, Hugo Spier, J. B. Rawlinson, J. E. Laudun.
NAYS: None.
ABSENT: None.

MABEL McCREIGHT, Clerk.

### ORDINANCE No. 396

*An ordinance calling a special election in Road District No. One of the Parish of Morehouse, Louisiana to submit to the legal and qualified voters in said District the proposition to incur debt and issue serial bonds of the said Road District in the sum of Three Hundred Five Thousand Dollars ($305,000.00)...*

Whereas, the Police Jury of the Parish of Morehouse is the governing authority of Road District No. One of the Parish of Morehouse, Louisiana, and,

Whereas, certain road construction and improvement in said road district is urgently needed for the agricultural, industrial and social development of the Parish of Morehouse, particularly the following hard surface road and street construction in said Road District No. One, Parish of Morehouse, to-wit:

**1. Project A, Spiller's Store or Third Ward Road**

A. Beginning at a point approximately one and three-quarters miles west of Collinston, on the dividing line between wards (3) Three and (8) Eight, thence in a northwesterly direction approximately along present public road to and across the present Bastrop-Monroe Highway, crossing said highway about Spiller's store five miles south of Bastrop; thence in a westerly direction approximately along present public road to Beouf Bayou Bridge or Parish Line; approximate length, four and one-half miles. Total estimated cost $57,000.00) Thirty-Seven Thousand Dollars.

**2. Project B, Bayou Bartholomew Route to 1st Ward**

B. Beginning at a point in the Bastrop-Perryville Highway two and one-quarter miles west of Bastrop and on east side of Bayou Bartholomew and extending across said Bayou at Point Pleasant where bridge will be constructed; thence through the Crossett plantation to Bayou Bartholomew at Patton place. Total length including bridge at Point Pleasant and one mile gravel topping up said Bayou north of proposed bridge 7½ miles. Total estimated cost One Hundred and Six Thousand ($106,000.00) Dollars.

**3. Project C, Bonner's Ferry Road**

C. Beginning at a point in the Bastrop-Florida highway approximately 1 mile north of Bastrop and extending westward approximately along the present public road to the section capped with gravel in 1925. Total distance and three-quarters miles; Total estimate cost Fourteen Thousand ($14,000.00) Dollars.

**4. Project D, Shelton Extension**

D. Beginning at the end of existing gravel road at Free Lumber Industries, Inc., Mill on A. & L. & Ry. and extending northward approximately along present public road a distance of approximately 3 miles, Total estimated cost Sixteen Thousand ($16,000.00) Dollars.

**5. Project E, Bastrop-Hamburg Road**

E. Beginning at a point in Bastrop-Beekman Highway six miles north of Ward's Ferry Bridge and extending northward approximately to Arkansas State Line, approximate distance, 8 miles; Total estimated cost Seventy Two Thousand ($72,000.00) Dollars.

**6. Project F.**

F. Overhead crossing on Unned Pass on Bastrop-Bonita Highway where the Mo. Pac. R. R. Co.'s tracks cross said highway about one and one-fourth miles north of Bastrop. This project to be jointly constructed by the Mo. Pac. R. R. Co. and the Police Jury of Morehouse...

**7. Project G, Vaughn-Road, 2nd. Ward.**

G. Beginning at a point on project No. 7 or Beekman Highway where the Hughes Chapel-Vaughn public road intersects said Highway, thence a westerly direction approximately along the present public road to Vaughn Station a total distance of approximately 2 1-2 miles; Total estimated cost Twelve Thousand, Seven Hundred Fifty ($12,750.00) Dollars.

**8. Project H, Beekman-Stevenson Road.**

H. Beginning at a point approximately one mile West of Beekman on the present gravel Highway known as Project 7; thence in a southwesterly direction to Mo Pac R. R. tracks at Stevenson; approximate distance two and one-half miles; Total estimated cost Twelve Thousand, Seven Hundred Fifty ($12,750.00) Dollars.

**9. Project I, Bastrop-U. S. Carbon Road.**

I. Beginning at a point on the Bastrop-Perryville Highway approximately 1 mile west of Bastrop, thence a southerly direction approximately along the present public road to the U. S. Carbon Plant; approximate distance 2 1-2 miles; Total estimated cost Twelve Thousand Five Hundred (12,500.00) Dollars.

**10. Project J.**

J. Beginning at a point on the Bastrop-Perryville Highway approximately five miles southwest of Bastrop thence along the Spyker Lane in an easterly direction to Spyker, approximate distance 1 1-2 miles; Total estimated cost Seven Thousand Five Hundred ($7,500.00) Dollars.

**11. Project K.**

K. Re-conditioning and gravel surfacing that portion of the Tchemanhaut road bed in Second Ward, beginning at the present iron bridge over Tchemianhaut Creek approximate distance of 1-2 mile; total estimate cost Five Thousand Five Hundred ($5,500.00) Dollars.

Total estimated cost of all projects Three Hundred Five Thousand ($305,000.00) Dollars.

...

C. L. STEVENSON, deputy sheriff.

SPECIAL ELECTION
for
The Issuance of Bonds
Road District No. One of the Parish of Morehouse

| | | |
|---|---|---|
| Proposition to incur debt and issue serial bonds of Road District Number One of the Parish of Morehouse in the amount of Three Hundred Five Thousand ($305,000.00) Dollars to run not longer than Thirty-two years, bearing interest at the rate of five per cent per annum, payable semi-annually, for the purpose of: (a) Constructing improving and maintaining hard surface roads, and streets and public bridges of Road District Number One as determined and prescribed by the Police Jury of Morehouse Parish and the Board of Supervisors of said road district, should there be a board of supervisors. | YES | NO |

Tax valuation $............

Signature of Voter

Notice to voters: To vote in favor of this proposition submitted upon this ballot place a cross (X) mark in the square above the word (YES); to vote against it, place a cross (X) mark after the word (NO.).
Section 3. Be it further ordained, etc., That the compensation of the election commissioners and clerks at...

### ORDINANCE No. 397

*An ordinance calling a special election in Road District Number One of the Parish of Morehouse, Louisiana, to submit to the legal and qualified voters in said district a proposition to levy a special road maintenance tax of One-half mills (½) on the dollar for a period of thirty-one (31) years to be used for the purpose of constructing hard surfaced public roads and streets and bridges of said road district...*

Section 1. Be it ordained, etc., By the Police Jury of the Parish of Morehouse in lawful session convened, that an election shall be, and is hereby called to be held in Road District Number One of the Parish of Morehouse on the 11th day of October, 1927, at which election the majority of the property taxpayers of Road District Number One of the Parish of Morehouse, number and amount eligible to vote and voting, shall determine the proposition to levy a special road maintenance tax of one-half mill (1-2) on the dollar for a period of thirty-one years, the funds derived from said tax to be used for the purpose of:

### ELECTION PROCEEDINGS

State of Louisiana, Parish of Morehouse.

Pursuant to authority contained in Ordinance No. 396 of the Police Jury of the Parish of Morehouse, passed on the 6th day of September, A. D. 1927, I, J. W. Brodnax, President of the Police Jury of said Parish hereby give notice that an election will be held in Road District Number One, of the Parish of Morehouse, State of Louisiana, on Tuesday the 11th day of October, A. D. 1927, as set forth in said Ordinance Number 396 Section One, which reads as follows:

Section 1. Be it ordained, etc., by the Police Jury of the Parish of Morehouse in lawful session convened, that an election shall, and is hereby called to be held in Road District Number One of the Parish of Morehouse on the 11th day of October, 1927; at which election the majority of the property taxpayers of road district number one of the Parish of Morehouse, in number and amount eligible to vote and voting, shall determine the proposition to incur debt and issue bonds of Road District Number One of the Parish of Morehouse, to the amount of Three Hundred Five Thousand ($305,000.00) Dollars, to run for a period of (32) thirty two years, bearing interest at the rate of five per cent per annum, payable semi-annually, the funds to be used for the purpose of:

(a) Constructing, improving and maintaining hard surface roads and streets and public bridges of the Parish of Morehouse, Road District Number One, as determined and prescribed by the Police Jury of Morehouse Parish and the Board of Supervisors of said district, should there be a board of supervisors.

...

Ward 1, at Betz Store: Scott Haddick, clerk; Mrs. Scott Haddick, D. F. Spyker, Mrs. D. F. Spyker, commissioners; J. K. Skipwith, deputy sheriff.

Ward 2, at Vaughn Precinct No. 1, R. L. Stevenson, clerk; D. L. Johnson, Ellis Evans, T. H. Stevenson, commissioners; D. S. McCrorey, deputy sheriff.

Ward 2, at Beekman Precinct No. 2, J. R. Jones, clerk; F. J. Cain, R. A. Carpenter, J. Fillingame, commissioners; J. A. Naff, deputy sheriff.

Ward 3, at Pickett's School House; D. M. Pickett, clerk; A. M. Wood, J. N. Jones, G. H. Cox, Commissioners; D. P. Pratt, Jr., deputy sheriff.

Ward 4, at Police Jury room in court house, Bastrop, La.; G. A. Lee, clerk; C. S. Goodenough, T. E. Rawls, J. D. Turpin, commissioners; J. L. Cox, deputy sheriff.

Section 4. Be it further ordained, etc., That notice of this election, containing the proposition herein submitted to the voters, shall be prepared and signed by the president and secretary of the Police Jury and shall be published by the secretary in the official journal, of Morehouse Parish by four weekly insertions.

The said notice shall further recite that on Thursday the 13th day of October, 1927, the second day following said election, at eleven o'clock A. M., the Police Jury will meet at the Courthouse at Bastrop, Louisiana, and there in public session open the ballot boxes, examine and count the ballots, both as to number and amount, examine and canvass the returns, declare the results of said election and promulgate the same.

Section 6. Be it further ordained, etc., That for said election the polls shall be opened on the day fixed, October 11th, 1927 at six o'clock A. M., and shall be closed at six o'clock P. M.
Roll call resulted: Ayes ten; Nays none; Ordinance adopted, Bastrop, Louisiana, September 6th, 1927.
J. W. BROADNAX, President Police Jury.
W. A. PAGE, Secretary Police Jury.

### SPECIAL ELECTION
for
The levying of One-half mills on the dollar Special Road Maintenance Tax for a period of Thirty-one (31) years.

| | | 1927 |
|---|---|---|
| Road District N u m-ber One of the Parish of Morehouse, proposition to levy a special road maintenance tax of one-half mill on the dollar for a period of Thirty-one years for the purpose of: Maintaining hard surface roads, streets and public bridges of Road District Number One of the Parish of Morehouse as determined and prescribed by the Police Jury of Morehouse Parish or the board of supervisors of said road district, should there be a board of supervisors. | YES | |
| | NO | |

Tax Valuation $

Voter

Notice to the voters: To vote in favor of this proposition submitted upon the ballot, place a cross (X) mark in the square after the word "YES"; to vote against it, place a cross (X) mark after the word "NO."
Section 3. Be it further ordained, etc., That the compensation of the election commissioners and clerks at said election shall be Three ($3.00) Dollars per day for one day and for the deputy sheriff Three ($3.00) Dollars per day for one; and the said election shall be held at the following places and by the officials named, each being a registered voter:

Ward 1, at Betz Store: Scott Haddick, Clerk; Mrs. Scott Haddick, D. F. Spyker, Mrs. D. F. Spyker, commissioners; J. K. Skipwith, deputy sheriff.

Ward 2, at Vaughn Precinct No. 1, R. L. Stevenson, clerk; D. L. Johnson, Ellis Evans, T. H. Stevenson, commissioners; D. S. McCrorerey, deputy sheriff.

Ward 2, at Beekman, Precinct No. 2; J. R. Jones, clerk; F. J. Cain, R. A. Carpenter, J. Fillingame, commissioners; J. A. Naff, deputy sheriff.

Ward 3, at Pickett School House; D. M. Pickett; clerk; A. M. Wood, J. N. Jones, G. H. Cox, commissioners; T. B. Pratt, Jr., deputy sheriff.

Ward 4, at Police Jury Room in Courthouse, Bastrop, La.; G. A. Lee, clerk; C. S. Goodenough, T. E. Rawls, J. D. Turpin, commissioners; J. L. Cox, deputy sheriff.

Section 4. Be it further ordained, etc., That notice of this election, containing the proposition herein submitted to the voters, shall be prepared and signed by the president and secretary of the Police Jury and shall be published by the Secretary in the official journal, of the Parish of Morehouse by four weekly insertions.

The said notice shall further recite that on Thursday the 13th day of October, the second day following said election, at eleven o'clock a. m., the Police Jury will meet at the courthouse at Bastrop, Louisiana, and there in public session open the ballot boxes, examine and canvass the returns, declare the result of said election and promulgate the same.

Section 6. Be it further ordained, etc., That for said election the polls shall be open on the day fixed, October 11th, 1927, at six o'clock a. m., and shall be closed at six o'clock p. m. Roll call resulted, Ayes ten; Nays, None; Ordinance adopted, Bastrop, Louisiana, September 6th, 1927.
W. A. PAGE, Secretary.
J. W. BRODNAX, President.

### NOTICE OF ELECTION

State of Louisiana, Parish of Morehouse.

Pursuant to authority contained in Ordinance No. 397 of the Police Jury of the Parish of Morehouse, passed on the 6th day of Sept. A. D. 1927, I, J. W. Brodnax, president of the Police Jury of said Parish hereby give notice that an election will be held in Road District Number One, of the Parish of Morehouse, State of Louisiana on Tuesday the 11th day of October, A. D. 1927, as set forth in said Ordinance Number 397 Section One, which reads as follows:

Section 1. Be it ordained, etc., By the Police Jury of the Parish of Morehouse in lawful session convened, that an election shall be, and is hereby called to be held in Road District Number One of the Parish of Morehouse on the 11th day of October, 1927, at which election the majority of the property taxpayers of Road District Number One of the Parish of Morehouse, number and amount eligible to vote and voting, shall determine the proposition to levy a special road maintenance tax of one-half mill (1-2) on the dollar for a period of thirty-one years, the funds derived from said tax to be used for the purpose of:

Whereas, the Police Jury of the Parish of Morehouse is the governing authority of Road District Number One of the Parish of Morehouse, Louisiana, and,

Whereas, it will be necessary to maintain all hard surfaced roads construction in said Road District Number One, Parish of Morehouse, and,

Whereas, the special tax herein proposed to be levied will not exceed the Constitutional limit, and,

Whereas, by law, the Police Jury of the Parish of Morehouse is the governing authority of Road District Number One:

Section 1. Be it ordained, etc., By the Police Jury of the Parish of Morehouse, in lawful session convened, that an election shall be, and is hereby called to be held in Road District Number One of the Parish of Morehouse on the 11th day of October, 1927, at which election the majority of the property taxpayers of Road District Number One of the Parish of Morehouse, in number and amount eligible to vote and voting, shall determine the proposition to levy a special road maintenance tax of One-half mills (½) on the dollar for a period of thirty-one (31) years, the funds derived from said tax to be used for the purpose of:

Maintaining hard surface roads, streets and public bridges of Road District Number One of the Parish of Morehouse as determined and prescribed by the Police Jury of Morehouse Parish and the Board of Supervisors of said road district, should there be a board of supervisors.

Notice is hereby given that said election shall be held at the following polling places and at each being a registered voter:

Section 2. Be it ordained, etc., That the ballot boxes, necessary blanks, and other necessary paraphernalia shall be provided by the secretary of the Police Jury and he shall cause to be printed ballots for use in said election in the following form to-wit:

### CONSTRUCTION PROPOSAL

The Police Jury of Morehouse Parish will receive bids up to 11 a. m., Thursday, October 13th, 1927, for the construction of earthern dam and flood gate with necessary concrete spillway in Horse Bayou where said stream enters Bayou Bartholomew, three miles north of Bastrop. Plans, proposal forms and specification may be secured at Parish Engineers office at Bastrop, La. A certified check in the amount of five per cent of the total bid must accompany the proposal as a proposal guarantee.
J. LESTER WHITE, Parish Engineer.
J. W. BRODNAX, President Police Jury.

### BRIDGE PROPOSALS

The Police Jury of Morehouse Parish will receive bids up to 11 a. m., Thursday, October 13th, 1927, at Bastrop, La., at which time and place they will be publicly opened and read for the following bridge construction:
Beouf River Bridge, five miles east of Oak Ridge, La., to be a 323 foot span creosoted timber structure.
Norman Bridge, four miles east Oak Ridge, La., to be 200 ft. span creosoted timber structure.
Hamby Slough Bridge, four miles east of Oak Ridge, La., to be 100 ft. span creosoted timber structure.
Total quantities (approximate) in all three structures:
6000 lin. ft. piling (creosoted)
40,000 FBM creosoted bridge lumber.
38,000 FBM untreated bridge lumber.
Lumber sizes may be secured upon application to the Parish Engineer's Office. Plans, proposal forms and specifications covering all three structures will be ready for distribution October 1st.
The Police Jury will also receive bids up to the hour and date above mentioned for the furnishing of all bridge lumber and piling for the three bridge structures. Proposal forms may be secured at the Parish Engineer's office after October 1st. All proposals for construction and lumber must be accompanied by a certified check in the amount of five per cent of the total bid as a proposal guarantee.
J. LESTER WHITE, Parish Engineer.
J. W. BRODNAX, President Police Jury.

### GRAVEL PROPOSAL

The Police Jury of Morehouse Parish will receive bids up to 11 a. m., Thursday, October 13th, 1927, for the furnishing of 3337 cubic yards of washed gravel to be delivered at Mer Rouge, La., for the construction of Mer Rouge-Johnson School Highway. Proposal forms and specifications may be secured at the Parish Engineer's office at Bastrop, La.
J. LESTER WHITE, Parish Engineer.
J. W. BRODNAX, President Police Jury.

### PAVING PETITION

To the Honorable Mayor and Board of Aldermen of the Town of Bastrop.
We the undersigned property owners facing the following street of the Town of Bastrop, Parish of Morehouse, State of Louisiana, to-wit:
That street from the east line of Marble Street to the west line of North Washington Street,
Representing the number required by law, do hereby petition your Honorable Body to pave said street with Portland cement concrete paving including the necessary reinforcing, curbing, etc., according to plans and specifications.
We agree to pay all cost of paving of said street including recordation of liens against said property and costs of storm sewers and culverts, etc., as provided by Act. No. 169 of 1926; the cost of said paving to be assessed against said property according to the proportion of the front footage of the abutting real estate owners, as the law provides and paved the Town of Bastrop shall pay for street intersections the proportion that the net area of the street intersection bears to the total area of the street to be improved or paved, all as the law makes and provides.
We further petition that the assessment be levied as provided by Act 163 of the General Assembly of the State of Louisiana for the year of 1926, and as the law of the State of Louisiana provides and the work to be done under the supervision of the Mayor and the Board of Aldermen and the City Engineer and according to the plans, profiles and specifications on file in the office of the Mayor and City Engineer.

State of Louisiana for the year of 1926, and as the law of the State of Louisiana provides and the work to be done under the supervision of the Mayor and the Board of Aldermen and the City Engineer and according to the plans, profiles and specifications on file in the office of the Mayor and City Engineer.

### PAVING PETITION

To the Honorable Mayor and Board of Aldermen of the Town of Bastrop.
We the undersigned property owners...



**ATTA-BOY EDDIE**

Our fruitstand's so very inviting,
To sample the fruit—
The hungry young brute—
Thereby our had temper inciting.

---

**TEMPTING, SUBSTANTIAL FOODS FOR SCHOOL DAY LUNCH BOXES**

The children get dreadfully tired of their lunches brought from home unless an appetizing variety is provided.

Everything for the kiddies' lunch boxes at—

**PHONE FOR FOOD**

## Bennett's Grocery Co.
Phones 63 and 113
Your patronage will be appreciated

---

# AMBULANCE
# SERVICE

DAY OR NIGHT
Phone 23

---

# F. P. ROBINSON
FUNERAL DIRECTOR
BASTROP, LA.

## COTTON BUYER

Located at
REDDING BROS. STORE
PHONE—81

123 N. Washington Street
Bastrop, La.

T. E. RAWLS, Buyer

Miss May Doucett of Manchester, Eng., known as "Fainting May," because she has often obtained sympathy from juries by fainting during trial, has at last been given a three year sentence for theft.

# Federal Laws & Regulations

# TAB 51

# ANNALS OF FORT MACKINAC:

BY

## DWIGHT H. KELTON,
### LIEUTENANT U.-S. ARMY.

## CHICAGO:
### FERGUS PRINTING COMPANY.
1882.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

F
574
.I'2
K21

Entered according to Act of Congress, in the year 1882, by
D. H. KELTON,
In the office of the Librarian of Congress, at Washington.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

## NATIONAL PARK.—ISLAND OF MACKINAC.

ON March 11, 1873, Hon. T. W. Ferry, Senator from Michigan, introduced in the Senate, the following :

*Resolved*, That so much of the Island of Mackinac, lying in the Straits of Mackinac, within the County of Mackinac, in the State of Michigan, as is now held by the United States under military reservation or otherwise, (excepting the Fort Mackinac and so much of the present reservation thereof as bounds it to the south of the village of Mackinac, and to the west, north, and east respectively by lives drawn north and south, east and west, at a distance from the present fort flag-staff of four hundred yards,) hereby is reserved and withdrawn from settlement, occupancy, or sale under the laws of the United States, and dedicated and set apart as a National public park, or grounds, for health, comfort, and pleasure, for the benefit and enjoyment of the people; and all persons who shall locate or settle upon or occupy the same, or any part thereof, except as herein provided, shall be considered trespassers, and removed therefrom.

That said public park shall be under the exclusive control of the Secretary of War, whose duty it shall be, as soon as practicable, to make and publish such rules and regulations as he may deem necessary or proper for the care and management of the same. Such regulations shall provide for the preservation from injury or spoilation of all timber, mineral deposits, natural curiosities, or wonders within said park, and their retention in their natural condition. The Secretary may, in his discretion, grant leases, for building purposes, of small parcels of ground, at such places in said park as shall require the erection of buildings for the accommodation of visitors, for terms not exceeding ten years; all of the proceeds of said leases, and all other revenues derived from any source connected with said park, to be expended, under his direction, in the management of the same and in the construction of roads and bridle-paths therein. He shall provide against the wanton destruction of game or fish found within said park,

2

Google UNIVERSITY OF MICHIGAN

supernatural, naming it "the island of giant fairies." To this day the Indian looks upon and treads the almost unbroken surface of Mackinac with much of the veneration which inspired his early fathers when they first saw and consecrated to the Great Spirit the favored island.

———

The following are the approved Rules and Regulations for the Park at Mackinac:

I. Mackinac Park will be under the immediate control and management of the commanding-officer of Fort Mackinac, who is charged with the duty of preserving order, protecting the public property therein, and enforcing these rules:

II. All tenants renting under the Act of Congress providing therefor must conform to, and abide by, such rules and regulations as are prescribed for the care of the park, and will be held responsible for a compliance with the same on the part of the members of their families, their agents, and employés.

III. The sale of wines and malt or spirituous liquors on the park, without special authority from the commanding-officer of Fort Mackinac, or higher military authority, is prohibited.

IV. No person shall put cattle, swine, horses, or other animals on the park, except as follows:

The cows belonging to the residents of the Island of Mackinac may be placed in a herd, under the care of a herder, and be permitted to graze in such parts of the park as may be designated by the commanding-officer of Fort Mackinac.

V. Racing or riding and driving at great speed is prohibited.

VI. No person shall indulge in any threatening, abusive, insulting, or indecent language in the park.

VII. No person shall commit any obscene or indecent act in the park.

VIII. No frays, quarrels, or disorders of any kind will be permitted in the park.

IX. No person shall carry or discharge fire-arms in the park.

X. No person shall injure or deface the trees, shrubs, turf,

 Digitized by Google

 Original from UNIVERSITY OF MICHIGAN

natural curiosities, or any of the buildings, fences, bridges, or other structures within the park.

XI. No person shall injure, deface, or destroy any notices, rules or regulations for the government of the park, posted, or in any other manner permanently fixed, by order or permission of the authorities of the park.

XII. No person shall wantonly destroy any game or fish within the park, nor capture nor destroy the same for any purposes of use or profit.

XIII. Any person who shall violate any of these Rules and Regulations shall be ejected from the park by military authority, and in case the person so offending shall have committed any offence in violation of any of the statutes of the United States or of the State of Michigan the offender shall be proceeded against before the United States or State courts, according to the laws providing for the same.

XIV. The commanding-officer of Fort Mackinac may, at any time, add to or modify these Rules, subject to the approval of the Secretary of War.

When the Park was surveyed, Lots were set apart for building purposes in the following places: on the bluff near "Robertson's Folly"; on the bluff on the N.-W. side of the island; and on the bluff extending from the old Indian burying-ground along by "Pontiac's Lookout." The latter are the most desirable in many respects.

The rent per annum ranges from ten to twenty-five dollars a lot, but as yet none have been taken.

Col. Gurdon S. Hubbard, of Chicago, who owns a tract of eighty acres adjacent to "Pontiac's Lookout," has platted his land so as to correspond with the Park Lots, Streets, etc. "Lover's Leap" and "Devil's Kitchen" are in this tract.

 Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# TAB 52

53D CONGRESS, } HOUSE OF REPRESENTATIVES. { Ex. Doc. 1,
3d Session. } { Part 5.

# REPORT

OF THE

# SECRETARY OF THE INTERIOR;

BEING PART OF

# THE MESSAGE AND DOCUMENTS

COMMUNICATED TO THE

# TWO HOUSES OF CONGRESS

AT THE

# BEGINNING OF THE THIRD SESSION OF THE FIFTY-THIRD CONGRESS.

## IN FIVE VOLUMES.

80321

## VOLUME III.

WASHINGTON:
GOVERNMENT PRINTING OFFICE.
1894.

# REPORT

### OF THE

## SUPERINTENDENT OF YELLOWSTONE NATIONAL PARK.

———

DEPARTMENT OF THE INTERIOR,
OFFICE OF THE SUPERINTENDENT
YELLOWSTONE NATIONAL PARK,
*Mammoth Hot Springs, Wyo., August 13, 1894.*

SIR: Complying with your request of the 14th ultimo, I submit the following report of operations and events in the Yellowstone National Park during the past year:

The tourist season of last year was the most peculiar of any in the history of the Park. My last report bears date of the 27th of July. From that time on, until the end, the falling off that I then noted continued and increased. The regular travel only amounted to 3,076, as against 3,645 for the year previous. Camping parties and irregular outfits suffered more from the depression than did the regular stage and hotel business. This was doubtless due to two causes—the Columbian Exhibition and the financial condition of the country. There was never a season when the hotel registers showed such a cosmopolitan list of names. Nearly every country in the world was represented, and it was no unusual thing to find in the arrivals of a single day people from ten or twelve different foreign nations. Had it not been for this foreign contingent, business in the Park would have proved ruinous; I doubt if any of the companies having franchises here made any money, and it is probable that nearly all found the balance against them at the end of the season.

The travel during the month of June is mostly from the West. Extensive washouts on that part of the railroads, occasioned by the rapid melting of the very heavy snow of last winter, kept tourists out.

From June 26 until July 20 there were no trains running over the railroads, owing to the strikes; thus one-half of the season was passed with no profitable business. This is particularly to be regretted, as the hotel, stage, and boat companies were in better shape than ever before to care for tourists, and the Park was in many ways unusually attractive. There is now little prospect of a prosperous ending of the season, and 1894 will probably stand as the most disastrous to business interests of any in the history of the Park. People who had planned to make the tour at even later dates than this have become alarmed at the interference with travel and have abandoned their trip.

The road over the divide was opened on June 20, the same date as last year; but at the opening it was in much better condition than ever before at this period. With small expenditures for repairs the road will be one of the best, as it is one of the most interesting, in the whole circuit.

662    REPORT OF THE SECRETARY OF THE INTERIOR.

SEC. 6. That the marshal of the United States for the district of Wyoming may appoint one or more deputy marshals for said park, who shall reside in said park, and the said United States district and circuit courts shall hold one session of said courts annually at the town of Sheridan in the State of Wyoming, and may also hold other sessions at any other place in said State of Wyoming or in said National Park at such dates as the said courts may order.

SEC. 7. That the commissioner provided for in this Act shall, in addition to the fees allowed by law to commissioners of the circuit courts of the United States, be paid an annual salary of one thousand dollars, payable quarterly, and the marshal of the United States and his deputies, and the attorney of the United States and his assistants in said district, shall be paid the same compensation and fees as are now provided by law for like services in said district.

SEC. 8. That all costs and expenses arising in cases under this Act, and properly chargeable to the United States, shall be certified, approved, and paid as like costs and expenses in the courts of the United States are certified, approved, and paid under the laws of the United States.

SEC. 9. That the Secretary of the Interior shall cause to be erected in the park a suitable building to be used as a jail, and also having in said building an office for the use of the commissioner, the cost of such building not to exceed five thousand dollars, to be paid out of any moneys in the Treasury not otherwise appropriated upon the certificate of the Secretary as a voucher therefor.

SEC. 10. That this Act shall not be construed to repeal existing laws conferring upon the Secretary of the Interior and the Secretary of War certain powers with reference to the protection, improvement, and control of the said Yellowstone National Park.

Approved, May 7, 1894.

---

## RULES AND REGULATIONS OF THE YELLOWSTONE NATIONAL PARK.

DEPARTMENT OF THE INTERIOR,
*Washington, D. C., August 1, 1894.*

The following rules and regulations for the government of the Yellowstone National Park are hereby established and made public pursuant to authority conferred by section 2475, Revised Statutes United States, and the act of Congress approved May 7, 1894:

1. It is forbidden to remove or injure the sediments or incrustations around the geysers, hot springs, or steam vents; or to deface the same by written inscription or otherwise; or to throw any substance into the springs or geyser vents; or to injure or disturb, in any manner, or to carry off any of the mineral deposits, specimens, natural curiosities, or wonders within the Park.

2. It is forbidden to ride or drive upon any of the geyser or hot spring formations or to turn loose stock to graze in their vicinity.

3. It is forbidden to cut or injure any growing timber. Camping parties will be allowed to use dead or fallen timber for fuel.

4. Fires shall be lighted only when necessary, and completely extinguished when no longer required. The utmost care should be exercised at all times to avoid setting fire to the timber and grass, and any one failing to comply therewith shall be peremptorily removed from the Park.

5. Hunting or killing, wounding, or capturing of any bird or wild animal, except dangerous animals, when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, snaring, or capturing such birds or wild animals, or in possession of game killed in the Park under other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the Park on written permission of the superintendent thereof. On arrival at the first station of the Park guard parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them. They will be returned to the owners on leaving the Park.

6. Fishing with nets, seines, traps, or by use of drugs or explosives, or in any other way than with hook and line is prohibited. Fishing for purposes of merchandise or profit is forbidden by law. Fishing may be prohibited by order of the superintendent of the Park in any of the waters of the Park, or limited therein to any specified season of the year, until otherwise ordered by the Secretary of the Interior.

7. No person will be permitted to reside permanently or to engage in any business

YELLOWSTONE NATIONAL PARK. 663

in the Park without permission, in writing, from the Department of the Interior. The superintendent may grant authority to competent persons to act as guides and revoke the same in his discretion, and no pack trains shall be allowed in the Park unless in charge of a duly registered guide.

8. The herding or grazing of loose stock or cattle of any kind within the Park, as well as the driving of such stock or cattle over the roads of the Park, is strictly forbidden, except in such cases where authority therefor is granted by the Secretary of the Interior.

9. No drinking saloon or barroom will be permitted within the limits of the Park.

10. Private notices or advertisements shall not be posted or displayed within the Park, except such as may be necessary for the convenience and guidance of the public, upon buildings on leased ground.

11. Persons who render themselves obnoxious by disorderly conduct or bad behavior, or who violate any of the foregoing rules, will be summarily removed from the Park.

Any person who violates any of the foregoing regulations will be deemed guilty of a misdemeanor and be subjected to a fine, as provided by the act of Congress approved May 7, 1894, "To protect the birds and animals in Yellowstone National Park and to punish crimes in said Park, and for other purposes," of not more than $1,000 or imprisonment not exceeding two years, or both, and be adjudged to pay all costs of the proceedings.

HOKE SMITH,
*Secretary of the Interior.*

# State Laws & Regulations

# TAB 53A

# The Evening Star.

THE EVENING STAR
PUBLISHED DAILY EXCEPT SUNDAY
AT THE STAR BUILDINGS,
1101 Pennsylvania Avenue, Cor. 11th Street,
The Evening Star Newspaper Company,
S. H. KAUFFMANN, Pres't.
New York Office, 40 Potter Building.

The proof of the pudding is in the eating. Yesterday's Star contained 43 columns of advertisements, made up of 836 separate announcements. Those advertisers bought publicity—not merely space.

No. 13,164.     WASHINGTON, D. C., TUESDAY, MAY 14, 1895—SIXTEEN PAGES.     TWO CENTS.

---

## CHIEFS OF POLICE

### Formal Opening of the National Union This Morning.

### WELCOMED BY COMMISSIONER ROSS

### President Seavey's Interesting Address and His Recommendations.

#### NEW OFFICERS ELECTED



President Seavey.



Secretary Furt.

---

## RECEIVER POOLE RESIGNS

### Withdraws from Charge of Closing Up Fidelity Affairs.

### Lack of Harmony Probable Cause—Severe Remarks About the Management of the Concerns.

#### PARK REGULATIONS.

#### Board of Control to Collect Rent From Residents.

#### COL. DAINS' DETAIL.

#### He Will Perform the Duties Left by Gen. Craighill.

---

## CROPS ARE INJURED

### Corn Frozen Half an Inch Below Ground in Illinois.

### PITTSBURG EXPECTS TO BE COLDER

### Ground Frozen Hard at Elizabethtown, N. Y.

#### SNOWING IN THE SOUTH

---

### Teachers Full of Snow.

### Effect on Western Crops.

### To Be Colder at Pittsburg.

### Great Damage to Grapes.

### Snow to the West.

### Reports Are Conflicting.

### Damage to Corn in Nebraska.

---

## CARLISLE'S OBJECT

### Why He is to Go on a Stumping Tour.

### TO SQUARE HIMSELF IN KENTUCKY

### The Administration's Side of the Money Question.

#### THE SENATORSHIP FIGHT

#### THIS MINE HAD BEEN "SALTED."

#### New England Capitalists Complain of Being Swindled.

#### CANADIAN SEALERS PLEASED.

#### MGR. SATOLLI REPLIES.

#### FIFTY MILLIONS SHORT.

#### Condition of the Government Finances at the Present Time.

---

## HASELTON MUST GO

### The Minister to Venezuela Said to Be Beaten Down.

### Other Causes Besides Admiral Meade's Charge Led to the Demand for His Resignation.

#### Mr. Haselton Not Informed.

#### Personal Mention.

#### EX-SECRETARY McCULLOCH ILL.

---

## ADMIRAL MEADE

### A Determination to Punish Him for His Attack.

### HE WILL NOT COMMIT HIMSELF

### Delay in Naming the North Atlantic Squadron's Commander.

#### WHAT CAPT. EVANS WANTS

#### Admiral Meade's Case.

...uld be seen to be, it any-
his eyes, and shrewder in
urance. Most of the men
earing, bespeaking former
rs, a certain straightness
a tendency to keep their
straight and trim.
the hour set for conven-
time there were only half
meeting room, so potent
es that kept the chiefs to-
ice. Those who were up-
out the oddity of the cir-
sent the chiefs of police of
ry to Washington at the
Baptist convention. Some
d notes about professional
re was considerable good-
back and forth among
fs in regard to the num-
their respective towns.
lanta, with three hundred
, declared that the chief
nly a hundred, had twice
while the chief of Mobile
prohibition towns were
l to manage.

**Commissioner Ross.**

:30 President Seavey ar-
Moore and Commissioner
the meeting to order. He
nissioner Ross, who de-
eech of welcome. He said
have the privilege of rep-
al government in extend-
licome to the union.
n quick to perceive," he
tages to be gained from
nization, the interchange



etary Carr.

ind observations to dis-
method to increase the
ight arm of the executive
municipality, the city's

the municipal government
icted on strict business
or instance, as those that
or any other corporation,
ments to all the depart-
icipality, the police force

## PARK REGULATIONS.

### Board of Control to Collect Rent From Residents.

The occupants of houses in Rock Creek Park will after June 1 be compelled to pay rent if they desire to live there.

This was the ultimatum arrived at several days ago by the board of control, and the occupants of the thirty odd houses were given until tomorrow to decide whether they desired to remain. There are a number of the houses in the park which are unhabitable. These will be removed forthwith, together with all other frame structures that cannot be used, and which will be vacated by the present occupants. The rent to be charged is merely nominal.

In this connection, the board adopted the following rules and regulations for the government of the park:

No person shall drive or ride on any other part of the park than the roads and bridle paths.

No person shall ride or drive within the park at a greater rate of speed than ten miles an hour. Bicycles and tricycles shall not exceed this rate and coasting within the same is prohibited.

Within the limits of the park all persons are forbidden:

To carry or discharge firearms, firecrackers, rockets, torpedoes or other fireworks. To lead in, turn or let loose any cattle, horses, goats, swine or other animals.

To cut, break or in any way injure or deface any trees, shrubs, plants, buildings, bridges, monuments, structures, rocks, fences, benches or other apparatus or property thereof, or to write upon the same, or to affix thereto any bill, notice or other paper. To cut or remove any wood, turf, grass, soil, sand, gravel or rock. To bathe in or pollute the water of any pond, stream, lake or pool. To make or kindle a fire of any kind. To expose for sale or sell any article without the written permission of the board of control. To chase, snare, catch, injure, destroy or maltreat any rabbits, quail, fish or other animal, either wild or domesticated. To camp, lodge or tarry over night. To hitch or fasten any horse or other animal except at such places as shall be provided for that purpose. To gather, meet or assemble by advertisement for any purpose, except that any large assembly or organization which is desirous of resorting to the grounds of the park for the purpose of picnicking or other like purpose may do so after receiving written permission therefor from the board of control.

Any person violating any of the provisions of the foregoing regulations shall, on conviction thereof in the Police Court, be punished by a fine of not less than five nor more than fifty dollars for each offense. Whenever or wherever applicable and not inconsistent with the foregoing, the various police regulations of the District of Columbia are to be as strictly observed within the limits of the park as elsewhere in the District of Columbia, and the same are hereby referred to and made a supplementary part of these regulations for the purpose herein named.

**COL. HAINS' DETAIL.**

of rain. The lowest temperat
was 39 degrees at 5:30 this m
freezing weather is predicted by
er bureau for tonight. This
lowed by rising temperature to
correct estimate of the extent
age by cold to fruit and vegeta
made at this time, but it will b

A dispatch from Bellaire, Ohi
it is severely cold there ar
slightly. There are fears of a
ing frost tonight.

At Morgantown, W. Va., the
port that the frost Sunday nigl
garden truck, raspberries,
plums. Ice one-fourth of an i
reported in some places.

**Great Damage to Gra**

DUNKIRK, N. Y., May 4.—T
by frost to the grape crop in
county is estimated at from
$200,000.

ELIZABETHTOWN, N. Y., M
mercury fell to 20 degrees at 5
Fruits are blasted and foliage
The ground is frozen hard.

WHITEHALL, N. Y., May 14.
a heavy frost throughout the
valley last night, doing conside
age to fruit trees and crops.

**Snow in the South**

ASHEVILLE, N. C., May 14.
be plainly seen for a distance
miles on the mountains in this
day. Very little damage has b
vegetation in the valleys.

MIDDLESBORO, Ky., May 14
in the mountains yesterday. T
is 34 this morning.

OSHKOSH, Wis., May 14.—
another heavy frost last night,
succession, and the destruction
fruit, berries, grapes and early
most complete. The mercury
and water froze an inch thick.
market gardener says the g
frozen to a depth of nearly two

**Reports Are Conflict**

DETROIT, Mich., May 14.—F
morning from the fruit belt in
part of the state are somewhat
but most of them agree that
damage has been done, and I
continues until tomorrow all d
frost will be over. Strawberries
vanced and some anxiety is felt
that crop; but peaches and app
safe. Garden truck has been h
in some sections.

MOWEAQUA, Ill., May 14.—H
last night totally destroyed th
berry crop in this section. Pota
and gardens are blackened to tl

PANA, Ill., May 14.—There w
killing frost last night. The ex
damage to the crop, which was
ising, is unknown.

LACON, Ill., May 14.—Fruit,
vegetable crops are hopelessly
Marshall county by last night'
formed on still water.

MARSHALLTOWN, Iowa, Ma
was another severe frost this m
mercury stands at 29½, but
cloudy today, thus minimizing

# TAB 53B

# ANNUAL REPORT OF THE
# COMMISSIONERS OF THE
# DISTRICT OF COLUMBIA
## YEAR ENDED JUNE 30, 1908

# Vol. I

## REPORT OF COMMISSIONERS
## MISCELLANEOUS REPORTS



WASHINGTON
GOVERNMENT PRINTING OFFICE
1908

shall be returned to the inspector of plumbing for numbering and then to the auditor for file.

It shall be the duty of the inspector of plumbing to see that bonds are properly renewed to cover the term of license or relicense, and the inspector of plumbing shall notify plumbers thirty days in advance of the expiration of their license to apply for new license and when such new license is granted to see that new bond is filed to cover new license period.

It shall be the duty of the inspector of plumbing to notify the permit clerk in cases where licenses and bonds have expired and where no new licenses have been issued, and the permit clerk will not issue permits to such plumbers until they have obtained a new license and furnished a new bond.

(L. R. 13397–7 E. D.)    (L. S. 164625 C. O.)

---

DECEMBER 23, 1907.

*Ordered:* That the following regulations of the board of control of Rock Creek Park are hereby made as Article XXV of the Police Regulations of the District of Columbia, and the title of the article of said regulations now numbered 25 is changed to number 26.

### REGULATIONS FOR ROCK CREEK PARK.

The Commissioners of the District of Columbia and the Chief of Engineers of the United States Army, by virtue of the authority vested in them by the act of Congress approved September 27, 1890, do hereby make and publish the following regulations in regard to the use of roads, paths, and bridges, etc., by the public in Rock Creek Park, and the preservation from injury or spoliation of the timber, and animals and curiosities therein, and their retention in their natural condition:

1. No person shall drive or ride on any other part of the park than the roads or bridle paths.

2. No person shall ride or drive within the park at a greater rate of speed than 12 miles an hour.  Bicycles and automobiles shall not exceed this rate.

3. No dog will be allowed in that portion of Rock Creek Park lying south of Military road, unless such dog is in leash.

4. Within the limits of the park all persons are forbidden:

(*a*) To carry or discharge firearms, firecrackers, rockets, torpedoes, or other fireworks.

(*b*) To turn in or let loose any dogs, cattle, horses, or other animals, and whenever dogs, cattle, horses, or other animals turned in and let loose as aforesaid shall be found therein it shall be the duty of any officer in said park to impound all such cattle, and every such dog, horse or other animal, and to forthwith notify the poundmaster of the District of Columbia.

(*c*) To cut, break, or in any way injure or deface any trees, shrubs, plants, buildings, bridges, monuments, structures, rocks, fences, benches, or other apparatus or property thereof, or to write upon the same, or to affix thereto any bill, notice, or other paper.

(*d*) To cut or remove any wood, turf, grass, soil, sand, gravel, or rock.

Digitized by Google

86    REPORT OF COMMISSIONERS OF DISTRICT OF COLUMBIA.

(e) To bathe in or pollute the water of any spring, stream, lake, or pool.

(f) To make or kindle a fire of any kind.

(g) To expose for sale or sell any article without the written permission of the board of control.

(h) To chase, snare, catch, injure, destroy, or maltreat any rabbit, quail, fish, birds, or any animals, either wild or domesticated.

(i) To camp, lodge, or tarry overnight.

(j) To hitch or fasten any horse or other animal except at such places as shall be provided for that purpose.

(k) To gather, meet, or assemble by advertisement for any purpose, except that any large assembly or organization which is desirous of resorting to grounds of the park for the purpose of picnicing or other like purpose may do so after receiving a written permission therefor from the board of control.

5. Any person violating any of the provisions of the foregoing regulations shall, on conviction thereof in the police court, be punished by a fine of not less than five nor more than fifty dollars for each offense.

6. Whenever or wherever applicable and not inconsistent with the foregoing, the various police regulations of the District of Columbia are to be strictly observed within the limits of the park, as elsewhere in the District of Columbia, and the same are hereby referred to and made a supplementary part of these regulations, for the purpose herein named.

DECEMBER 31, 1907.

*Ordered:* That section 5 of Article VIII of the Police Regulations of the District of Columbia is hereby amended to read as follows:

SEC. 5. No person shall shake, beat, or otherwise treat carpets, rugs, floor coverings, garments, cloths, linings, covers, furniture, or other articles, or otherwise treat carpets, rugs, floor coverings, garments, cloths, linings, covers, furniture, or other articles in such manner as to cause dust to arise therefrom in or upon any street, avenue, park, square, road, or reservation in the District of Columbia within 200 feet of any house used for human habitation, occupation, or assembly; nor shall any person sift, shake, or otherwise treat ashes or other rubbish in such a manner as to cause dust to settle on other premises.

JANUARY 2, 1908.

*Ordered:* That the building regulations of the District of Columbia are hereby amended by adding thereto, immediately after section 162, the following section to be known as section 162a:

SEC. 162a. No gas, gasolene, naphtha, or other explosive engine shall be installed in the District of Columbia without having first obtained a permit therefor from the inspector of buildings of said District; and when any such engine is installed in any building, the exhaust pipe therefrom, if carried into the chimney of said building, shall extend to a sufficient height to discharge or exhaust into the open air, and if said pipe shall pass through the floor of any building, proper precautions shall be taken to insure safety, as required by these regulations. No air compressor, or similar machinery, to be

# TAB 54

Newspapers·
by ancestry
https://www.newspapers.com/image/51368860/

Santa Cruz Sentinel (Santa Cruz, California) · Fri, Jul 15, 1904 · Page 2
Downloaded on Nov 19, 2024



Copyright © 2024 Newspapers.com. All Rights Reserved.



Santa Cruz Sentinel (Santa Cruz, California) · Fri, Jul 15, 1904 · Page 2
Downloaded on Nov 19, 2024

https://www.newspapers.com/image/51368860/

## CALIFORNIA REDWOOD PARK NOW OPEN TO ALL

### Commission Adopts Regulations in Compliance With Which Lovers of Nature May Recreate in the Masterpiece of Santa Cruz County.

In pursuance of authority vested in them by law, the California Redwood Park Commission established the following rules for the government of visitors to the State Redwood Park:

1. The Park shall be open to visitors, who will be subject to the rules governing the Park, and to such direction as may be given by the Warden.

2. No visitor will be allowed to carry firearms within the limits of the Park.

3. No dogs will be permitted within the Park limits.

4. Picking or destroying wild flowers or breaking shrubbery will not be permitted.

5. Permission to camp in the Park may be obtained from the Warden, but such permission will carry with it such location only as may be designated by the Warden, and camps may be maintained only under the rules prescribed by that officer. No visitor shall be permitted to build any fire except in the camping ground designated in his permit.

6. All campers will be required to preserve the prescribed sanitary regulations around camp grounds.

7. When horses are kept at the camps, their owners must make such disposition of the straw and offal as the Warden of the Park may require.

8. Visitors are requested to register their names with the Warden.

9. The privilege of fishing in streams of the Park will be granted under the direction of the Warden.

10. Dead limbs or fallen timber may be used for fuel for domestic purposes and for camp fires.

11. The defacement of trees by carving the names of visitors or otherwise, and the placing or painting upon trees or other prominent objects of advertisements, will be regarded as a serious misdemeanor.

The Commission earnestly solicits the co-operation of those who entertain sentiments of veneration for the forest in the enforcement of this rule.

Visitors are respectfully reminded that the Park belongs to the State, and that they therefore have an interest in its preservation. Their co-operation in the enforcement of these rules is confidently expected.

It is the desire of the Commission that all visitors shall be granted the utmost freedom consistent with the preservation of the Park in its natural state and its protection from fire. It is also highly desirable that the birds and the animals found in the Park shall be treated with such indifference or kindness as to accustom them to the presence of man to the end that a condition of semi-domestication shall ensue.

By order of the Commission,
WM. H. MILLS,
H. P. RHODES,
Committee on Rules.

Copyright © 2024 Newspapers.com. All Rights Reserved.

SANTA CRUZ MORNING SENTINEL—FRIDAY, JULY 15, 1904.

## Santa Cruz Morning Sentinel

PUBLISHED BY
Francis DeForest & Chas. V. Waldron
PROPRIETORS

THIS MORNING'S EDITION

### THE AUTOMOBILE NUISANCE

### Good Boys



THE LAND OF THE

### CAMPERS MAY ENJOY LIFE IN THE BIG BASIN

**CALIFORNIA REDWOOD PARK NOW OPEN TO ALL.**

Commission Adopts Regulations in Compliance With Which Lovers of Nature May Rusticate in the Masterpiece of Santa Cruz County.



### HOSTETTER'S STOMACH BITTERS

For Cramps, Diarrhoea or Dysentery. One dose there is no medicine that will afford you relief.

### MODERN IN EVERY RESPECT



if You Are

ADAMS & BARRY
REAL ESTATE BROKERS,
127 Pacific Av.,
SANTA CRUZ, CALIFORNIA.

### Good Vanilla Flavoring

Palmer's PRESCRIPTION Drug Store
40 Pacific Av.

### Drifted Snow Flour

THERE IS NO SUBSTITUTE. SOLD BY ALL GROCERS.

SPERRY FLOUR CO.
Wholesale Dealers.

### REAL ESTATE BARGAINS

YOUR ATTENTION

ROBINSON & CO.,
43 Pacific Av., Santa Cruz, Cal.

### REAL ESTATE SNAPS!

$1,000
$ 800
$1,800
$1,000
$1,500
$ 100
$ 500

F. H. PARKER,
132 Pacific Avenue

**POLITICAL**

**BORN.**

**MARRIED.**

**DIED.**

### NEW TODAY

### HOTEL ARRIVALS

### SAWYER'S EXCELSIOR BRAND OILED CLOTHING and SLICKERS

### OLD KIRK WHISKEY

A. P. Hotaling & Co.

### Bythinia CURES CONSTIPATION

### 50c COLUMN

### WANTED

### FOR SALE.

### PHYSICIANS

### DENTISTS

### ATTORNEYS-AT-LAW.

### FOR RENT.

### MISCELLANEOUS

### VEHICLES!

BOWMAN & JENSEN,

UNION FRENCH LAUNDRY
Ticquiat & Kerrick, Props.
215 and 217 Pacific Av., Santa Cruz.

### Easy and Quick! Soap-Making with BANNER LYE

### UNIVERSAL STOVES & RANGES
WHITNEY BROS.
111 Pacific Av.

### RESTAURANTS

THE California Restaurant

Saddle Rock Restaurant

DABELICH'S RESTAURANT

### THE NEWPORT Oyster and Chop House.

### HOTELS.

### HOTEL SANTA CRUZ

### RIVERSIDE HOTEL AND COTTAGES

### Hagemann Hotel

### MOUNTAIN VIEW RANCH HOTEL

### VILLA FONTENAY

### Hotel Surf, Twin Lakes

### OCEAN VILLA HOTEL and Cottages

### THE PEOPLE'S FURNITURE STORE

GOING OUT OF BUSINESS.

J. H. HORSNYDER
Druggist and Chemist
74 Pacific Avenue





# TAB 55A

CALIFORNIA
STATE
LIBRARY
DOCUMENTS DEPT.

ADMINISTRATION AND MAINTENANCE OF PARKS
California State Park System
1936

Excerpts from State Park
Manual of Instructions

## CALIFORNIA

**Department of Natural Resources**

A Department of the Government of the State of California to be known as the Department of Natural Resources was created by an Act approved April 13, 1927.

**Director**

The Department is placed under the control of an Executive Officer to be known as the Director of Natural Resources, appointed by and to hold office at the pleasure of the Governor.

**Division of Parks: Chief**

**State Park Commission**

The Act further provides that the Division of Parks shall be administered through a Chief of Division, to be appointed by the Director of Natural Resources upon nomination by the State Park Commission (created by the Act). General policies for the administration of the State Park System are to be determined by the Commission.

**Members: Term of Office**

The State Park Commission consists of five members, appointed by and to hold office at the pleasure of the Governor. Members of the Commission serve without compensation but are entitled to actual necessary expenses incurred in the performance of their duties.

**Control of State Parks**

Under the Provisions of an Act of May 25, 1927, it is further provided that the Department of Natural Resources, through the State Park Commission, shall have control of the State Park System. Additional provisions of this Act, with amendments, follow:

**What Constitutes State Park System**

All parks, public camp grounds, monument sites, landmark sites, and sites of historical interest heretofore or hereafter created or acquired by the State, or which are under its control, shall constitute the State Park System, except the site and grounds known as Sutter's Fort property, and that known as the State Fair Grounds, in the City of Sacramento, and the park known as Balboa Park in the City of San Diego. (As amended June 4, 1931.)

**Administration of State Park System**

The Commission shall administer, protect, and develop the State Park System for the use and enjoyment of the public, and it shall have power to establish rules and regulations for the government and administration of the State Park System not inconsistent with law; to enter into contract with cities, counties, and other subdivisions of the State for the care and maintenance of park areas; and to expend all monies of the Commission from whatever source derived for the care, protection, supervision, extension, and improvement or development of the State Park System.

**Make Annual Reports to the Governor**

It shall be the duty of the Commission to gather, digest, and summarize in its annual reports to the Governor of the State information concerning the State Park System and the relation thereto of other available means for conserving, developing, and utilizing the scenic and recreational resources of the State.

The Commission shall have the authority, within its discretion, to accept any gift, devise, grant, or other conveyance of real property or any interest therein, including water rights, roads, trails, and rights of way, to be added to or used in connection with the park system; to accept by gift, donation, contribution, or bequest money to be used in acquiring real property or any interest therein, or improving the same, as a part of or in connection with the State Park System; or for any of the purposes for which the Commission is created; also to receive and accept personal property in the same manner for purposes connected with the park system.

The Commission, with the consent of the Governor and the Board of Control, may acquire by purchase or by condemnation proceedings such real property and personal property or any interest therein as it shall deem necessary or proper to the extension, improvement, or development of the State Park System.

Contracts may be entered into between the Commission and cities, counties, and other political subdivisions of the State for the care, maintenance, and control for the purposes of the State Park System, by either party to such a contract, of lands under the jurisdiction of the other party to such a contract, and the expense of such care, maintenance, and control may be paid from the general funds of such city, county, or other political subdivision of the State or from the funds of the Commission, as the case may be.

It shall be the duty of the Commission to protect the State Parks from damage and to preserve the peace therein.

Any person who violates the rules and regulations established by the Commission shall be guilty of a misdemeanor and upon conviction shall be punished by imprisonment in the County jail not exceeding ninety days, or by a fine not exceeding five hundred dollars, or by both such fine and imprisonment.

The Commission shall have the power to confer on the Chief of the Division of Parks and such other employees as they may designate, the full authority and powers of peace officers for said parks.

The above Act also provides that whenever jurisdiction over any highway within a state park has been relinquished to the authority charged with the management and control of such park, the State Highway Department may construct, improve, or maintain such highway, such construction, etc., to be subject to the approval of the park authority.

The Act further provides that the construction, improvements, and maintenance of highways in state parks are to be paid from the State Highway fund.

The Director of Natural Resources is authorized, upon application by proper authorities and on such terms and conditions as the State Park Commission may prescribe, to grant easements for public highways over and across State Park lands under the jurisdiction of the Department of Natural Resources and the State Park Commission. (Act of May 8, 1929).

The Commission, whenever in its judgment it is practicable to do so, shall collect fees, rental, and other return for the use of all state park areas. The amount of such fees shall be determined by the Commission and shall be paid into the State Treasury to the credit of the State Park Maintenance Fund. Said Fund shall be available for

...struction, improvements, equipment, and maintenance of State Parks is made expensible as may be appropriated by the Legislature. (New section added June 12, 1933).

The Director of Natural Resources, with the consent of the Governor, may also declare closed to camping any area in any State Park or forestry area when, in the judgment of the Director, such declaration is necessary in the interest of public peace or safety.

## RULES AND REGULATIONS OF THE CALIFORNIA STATE PARK SYSTEM

All of California's state parks have been established for the purpose of preserving examples of nature's handiwork, for future generations, whether it be Redwood groves, beaches, or other areas set aside for the use and enjoyment of all of the people.

That this enjoyment may not be destroyed it is necessary that certain restrictions governing the use of the parks be affected.

In order to preserve the natural beauty of the parks so that the public may enjoy them, please observe the following:

### To Preserve the Beauty of the Park:

1. No person shall pick flowers, foliage, or fruit; or cut, break, dig up, or in any way mutilate or injure any tree, shrub, plant, fern, grass, turf, railing, seat, fence, structure, or any other thing, in any of said parks; or cut, carve, paint, mark, or paste on any tree, stone, fence, wall, building, monument, or other object therein, any bill, advertisement, or inscription.

2. No person shall dig up or remove any dirt, stones, rock, or other thing whatever; make any excavations, quarry any stone, or lay or set off any blast; or cause or assist in doing any of said things, within any park, without the special order or license of said Commission.

3. No bottles, broken glass, ashes, waste paper, or other rubbish shall be left in any state park, except at such places or places as may be specially designated by the Commission, or by a sign marked "Public Dump".

4. No wires shall be attached to any shrub or tree in any state park in a way to change same tree or shrub.

5. No person, unless by authority of the Commission, shall light, kindle, or use any fire in any state park, as the risk of destructive fires is always present without such regulations. Fire permits are obtained from the park warden or custodian.

### To Protect the Wild Life which adds to the Interest of the Park:

6. No domestic animal shall be permitted to enter or go at large in any state park, either with or without a keeper.

7. No person shall carry or have firearms in any state park, and no firearms shall be discharged from or into any park.

8. No person shall disturb or injure any bird, bird's nest or eggs, or any squirrel or other animal within any state park.

...in Peace, Quiet, and Respectability so that the Park may be Enjoyed to the Utmost by Those who Come with Serious Intent to Enjoy It:

No threatening, abusive, boisterous, insulting, or indecent language or gesture shall be used in any state park. Nor shall any oration, harangue, or other public demonstration be made.

No person shall discharge or set off, on or within any state park, any fire-crackers, torpedoes, rockets, or other fireworks.

To Protect Life and Limb, and Assure an Atmosphere in Keeping with the Park Surroundings, Regulations of Automobile and other Traffic are Necessary and will be Enforced:

No person shall ride or drive on any road within any state park, except State, County, and otherwise posted highways at a faster speed than fifteen miles per hour; this shall apply also to the use of cycles.

No automobiles or other vehicles shall be taken into or driven upon roads not public highways in any state park except upon such drives and subject to such regulations as the Commission may from time to time especially designate.

No cart, wagon, drag, truck, or other vehicle, carrying lumber, stone, brick, or any other goods, merchandise, or articles of freight, or which is commonly used for carriage thereof shall, except in the service of the Commission or with special permit of the Commission, enter any part of any of said parks, except such public high-ways as existed before same was established as a park.

To Maintain as High Standard as possible in serving the public on the part of licensed parties and to protect visitors from impositions:

It shall be unlawful for any person to engage in the business of soliciting, selling, or peddling of any liquids or edibles for human consumption or to distribute circulars, or to hawk, peddle, or vend any goods, wares, or merchandise of any kind, in any state park except where otherwise provided by law.

Rules applying especially to beach parks:

No person shall erect, maintain, use, or occupy on any state beach any tent, lodge, shelter, or structures, unless such tent, lodge, shelter, or structure shall have two sides thereof entirely open, and unless there shall be an unobstructed view from the outside thereof on at least two sides thereof.

No guy wire, guy rope, or exterior brace or support shall be connected, fastened, or maintained between any such tent, lodge, shelter, or structure, or any part or portion thereof, and any structure, stake, rock, or thing outside of such tent, lodge, shelter, or structure.

It shall be unlawful for any person to: (a) dig, take, or carry away any earth, sand, or stone from public beach, or maliciously tear down, damage, or destroy any sign, signboard, or notice placed upon or affixed on any public beach; (b) maliciously mutilate or deface any buildings, or life-saving equipment, or other structure erected on any public beach for protection and safety of public.

No fires shall be built, lighted, or maintained on any public area, owned, managed, or controlled by said state and fronting upon or adjacent to any area, except in a fire place provided, maintained, and designed for such purpose, or within confines of a plot, area, or circle set apart, designated, and marked for such purpose.

It shall be unlawful for any person to give a signal or transmit, or for any person or persons to permit a signal to be given, signalled or transmitted, in any manner, any _____ _____ game.

_____ _____ No State bequest is prohibited.

_____ no State bequest is not permitted and clothing sufficient to conform to _____ standards must be worn at all times.

These rules and regulations are promulgated in accordance with _____ provision Chapter 73, Statutes of 1937, which reads in part as follows:

"Sec. 2. It shall be the duty of the State Park Commission to protect the state parks from danger and to preserve the _____ therein.

Any person who violates the rules and regulations established by the State Park Commission shall be guilty of a misdemeanor and upon conviction shall be punished by imprisonment in the County Jail, not exceeding ninety days, or by a fine not exceeding five hundred dollars, or by both such fine and imprisonment."

_____ defined: The word "person" whenever used in these rules shall be construed to mean and include natural persons, firms, co-partnerships, corporations, clubs, and all associations or combinations of persons whenever acting for themselves, or by a servant, agent, or employee.

# TAB 55B

P175
.R4
1939
c.2

CALIFORNIA
STATE LIBRARY

GOVERNMENT
PUBLICATIONS

0 2007 1166655 8
California State Library

STATE LIBRARY

GOVERNMENT
PUBLICATIONS

## ANNUAL REPORT OF THE STATE PARK COMMISSION

The State Park Commission presents herewith its Annual Report for the year ending December 31, 1939.

This report covers progress made in acquiring lands, their development and operation to date. In the work of protection, improvement, and extension of the State Parks, it has consistently been the purpose of the Commission to create and build up an organization for the education of our citizens and future citizens that state parks are pleasures set apart for the recreation of the public and to promote its health and enjoyment.

While the public must be served, if it is to be served best and in the long run, the use of such recreation areas must be such that it does not use them up, and the determining factor to use is wise use -- use which leaves no slightest question but that the area will supply indefinitely this factor of scenic saturation. If it is within our power to do so, we must always try to keep our use of natural areas safely within the limit of scenic saturation. To accomplish these aims we must have good design and the greatest fundamental questions of public need, recreational possibilities, and sound economics are the chief considerations on which a design must depend. However, no park plan or design is ever static.

A State Park exists for many purposes. It is a place in which to meet people or enable one to get away from people. It is a place for rest or exercise, for relaxation or stimulation as the individual need demands. It is a place for play and study. But its great underlying function is to be different, to get the indoor person out, to put its city dweller away from buildings and its sights and sounds, the strain and the stress of our intense civilization, to offer calm of natural conditions and the beauty of natural environment to modern mankind.

The State Parks of California are for the use and enjoyment of all our people and await every visitor with just this sort of an invitation. They include many of the most beautiful, natural and scenic features of the State. The visitor may find within them the out-of-doors in every phase of forest and stream, field and lake, mountain and ravine. There are within them appeal to and facilities for the hiker, the picnicker, the camper, the angler, the bather, for the searcher after amusement and compansionship, for the student of nature, and the seeker after solitude.

To the millions who already know them, they are friends; for those who have yet to find them, they hold a revelation. These parks established and maintained by the State are an endowment, the richness of which will not be fully known or realized for years to come.

Our excellent system of State and County highways place these beauty spots and playgrounds within easy reach of all your people. The roads make easy access to our out-of-doors to those who come from elsewhere and all such visitors are wanted and welcome.

Regulations and restrictions are held at a minimum; they seek only to protect what nature has provided or to make park use convenient and safe. Fire is the arch enemy of the out-of-doors; everywhere and at all times let everyone be alert and careful to prevent the destruction of our parks by fire.

This report is submitted in order that everyone will know of the State Parks of California and their purpose. It is prepared in the belief and hope that many thousands of persons through this information will find a new enjoyment and a new appreciation of their State and their citizenship.

## PARK COMMISSION

During 1939, Governor Culbert L. Olson appointed the following members to the California State Park Commission: Matthew M. Gleason, San Diego, Chairman; Isidore B. Dockweiler, Los Angeles; Reverend Francis J. Caffrey, M.M., San Juan Bautista Mission; Albert L. Nelson, Fortuna; Milton T. Vanderslice, Walnut Creek.

## PARK USE

During the 1939 park season nearly 12,000,000 persons visited California's seventy State Parks and Historic Monuments. An unusually large number of out-of-state visitors stopped in many of the parks on their way to and from the Golden Gate International Exposition. Close to 10,000,000 persons enjoyed sea and sun bathing in the State Beach Parks of Southern California, particularly since the summer season was prolonged by extraordinarily warm weather. About 1,500,000 people sought beauty and relaxation in the cool redwood groves of northern California, while some 500,000 vacationists found pleasure and recreation in other State Parks.

## REVENUES

Approximately $57,000 was collected by the Division of Parks for services and the use of facilities in 1939, the largest income since establishment of the current system of service charges. (Service charges were established by the Park Commission as a step toward making the Division of Parks self-sustaining.) On July 1, funds accruing to the State Park Maintenance and Acquisition Fund from royalties paid for oil-drilling on state-owned tidelands became available for expenditure as provided in Governor Olson's budget for the biennium, 1939-41. Availability of these funds enables the Division of Parks to be placed on a self-supporting basis.

## FACILITIES

New facilities, valued at approximately $100,000, were added to the State Park System in 1939. Under the direction of the National Park Service five Civilian Conservation Corps camps completed new park roads, trails, and landscaping, as well as $25,000 in new structures. The Division of Parks spent almost $20,000 for structural repairs and reconstruction.

Outstanding among the new buildings turned over to the State Park Administration upon completion by the CCC are: Concession building in Big Basin housing lunchroom, grocery store, novelty studio, and post office; women's and girls' organization camp in Cuyamaca Rancho; and a large swimming pool in Pfeiffer Redwoods State Park at Big Sur.

## ACQUISITION

Gifts of money and lands amounting to $78,694 have been obtained for the State Parks during the year. In the same period, $2,000 was expended for land acquisition from state funds. In other words, private contributions exceeded almost forty times the state expenditures for new park properties.

It is interesting to note that the private gifts to the state parks for the past three years were as follows:

|      |     |             |
|------|-----|-------------|
| 1937 | --- | $ 58,193.66 |
| 1938 | --- | 64,605.05   |
| 1939 | --- | 78,694.00   |
|      |     | $201,492.71 |

RULES AND REGULATIONS
OF THE
CALIFORNIA STATE PARK SYSTEM

All of California's State Parks have been established for the purpose of preserving outstanding examples of nature's handiwork, for future generations, whether it be Redwood groves, beaches, or other areas set aside for the use and enjoyment of all of the people.

That this enjoyment may not be destroyed it is necessary that certain restrictions governing the use of the parks be effected.

In order to preserve the natural beauty of the parks so that the public may enjoy them, please observe the following:

TO PRESERVE THE BEAUTY OF THE PARK:

1. No person shall pick flowers, foliage or fruit, or cut, break, dig up, or in any way mutilate or injure any tree, shrub, plant, fern, grass, turf, railing, seat, fence, structure, or any other thing, in any of said parks, or cut, carve, paint, mark or paste on any tree, stone fence, wall, building, monument, or other object therein, any bill, advertisement or inscription.

2. No person shall dig up or remove any dirt, stones, rock or other thing whatsoever, make any excavation, quarry any stone or lay or set off any blast, or cause or assist in doing any of said things, within any park, without the special order or license of said Commission.

3. No bottles, broken glass, ashes, waste paper, or other rubbish shall be left in any state park, except at such place or places as may be specially designated by the Commission, or by a sign marked "Public Dump".

4. No horse shall be hitched to any shrub or tree in any state park in a way to damage such tree or shrub.

5. No person, unless by authority of the Commission, shall light, kindle, or use any fire in any state park, as the risk of destructive fires is always present without such regulation. Fire permits are obtained from the Park Warden or Custodian.

TO PROTECT THE WILD LIFE WHICH ADDS TO THE INTEREST OF THE PARK:

6. No domestic animal shall be permitted to enter or go at large in any state park, either with or without a keeper.

7. No person shall carry or have firearms in any state park, and no firearms shall be discharged from or into any park.

8. No person shall disturb or injure any bird, bird's nest or eggs, or any squirrel or other animal within any state park.

TO MAINTAIN PEACE, QUIET AND RESPECTABILITY SO THAT THE PARK MAY BE
ENJOYED TO THE FULL BY THOSE WHO COME WITH SERIOUS INTENT TO ENJOY IT:

9. No threatening, abusive, boisterous, insulting or indecent language or gesture shall be used in any state park. Nor shall any oration, harangue, or other public demonstration be made.

10. No person shall discharge, or set off, on or within any state park, any fire-crackers, torpedoes, rockets, or other fireworks.

TO PROTECT LIFE AND LIMB, AND ASSURE AN ATMOSPHERE IN KEEPING WITH
THE PARK SURROUNDINGS, CERTAIN REGULATIONS OF AUTOMOBILE AND OTHER
TRAFFIC ARE NECESSARY AND WILL BE ENFORCED:

11. No person shall ride or drive on any road within any state park, except State, county, and otherwise posted highways, at a faster speed than fifteen miles per hour, and this shall also apply to the use of cycles.

12. No automobile or other vehicle shall be taken into or driven upon roads not public highways in any state park except upon such drives and subject to such regulations as the Commission may from time to time especially designate.

13. No cart, wagon, drag, truck, or other vehicle, carrying lumber, stone, brick, or any goods, merchandise, or articles of freight, or which is commonly used for carriage thereof, shall except in service of the Commission or with special permit of the Commission enter any part of any of said parks, except such public highways as existed before the same was established as a park.

TO MAINTAIN AS HIGH A STANDARD AS POSSIBLE IN SERVING THE PUBLIC ON
THE PART OF LICENSED UTILITIES AND TO PROTECT VISITORS FROM IMPOSITIONS:

14. It shall be unlawful for any person to engage in the business of soliciting, selling or peddling of any liquids or edibles for human consumption or to dis-tribute circulars or to hawk, peddle and vend any goods, wares or merchandise of any kind, on any state park except where otherwise provided by law.

RULES APPLYING ESPECIALLY TO BEACH PARKS:

15. No person shall erect, maintain, use or occupy on any state beach any tent, lodge, shelter or structure, unless such tent, lodge, shelter or structure shall have two sides thereof entirely open, and unless there shall be an un-obstructed view into such tent, lodge, shelter or structure from the outside thereof on at least two sides thereof.

(a) No guy wire, guy rope or exterior brace of support shall be connected, fastened or maintained between any such tent, lodge, shelter or structure or any part or portion thereof, and any structure, stake, rock or thing outside of such tent, lodge, shelter or structure.

16. It shall be unlawful for any person to: (a) dig, take or carry away any earth, sand or stone from public beach, or maliciously tear down, damage, or destroy any sign, signboard or notice placed upon or affixed on any public beach; (b) maliciously mutilate or deface any buildings, or life-saving equipment or other structure erected on any public beach for protection and safety of the public.

17. No fires shall be built, lighted or maintained on any public area, owned, managed or controlled by said State and fronting upon or adjacent to any area, except in a fireplace provided, maintained and designated for such purpose, or within confines of a plot, area, or circle set apart, designated and marked for such purpose.

18. It shall be unlawful for any person to give a signal or transmit, or for any person or persons to cause or permit to be given, signalled or transmitted, in any manner, any false drowning alarm.

19. Horseback riding on State beaches is prohibited.

20. Disrobing on State beaches is not permitted and clothing sufficient to conform to common standards must be worn at all times.

These rules and regulations are promulgated in accordance with a mandatory provision of Chapter 763, Statutes of 1927, which reads in part as follows:

Sec. 6. It shall be the duty of the State Park Commission to protect the state parks from damage and to preserve the peace therein.

"Any person who violates the rules and regulations established by the State Park Commission shall be guilty of a misdemeanor and upon conviction shall be punished by imprisonment in the county jail not exceeding ninety days, or by a fine not exceeding five hundred dollars, or by both such fine and imprisonment."

PERSON DEFINED: The word "person" whenever used in these rules shall be construed to mean and include natural persons, firms, copartnerships, corporations, clubs and all associations or combinations of persons whenever acting for themselves or by a servant, agent, or employee.

CALIFORNIA STATE PARK COMMISSION

By     J. H. COVINGTON
Executive Secretary

# TAB 55C



P755
R85
1946

# RULES and REGULATIONS

*of the*

## California State Park System



CALIFORNIA STATE PARK COMMISSION

DEPARTMENT OF NATURAL RESOURCES

DIVISION OF PARKS

417 MONTGOMERY STREET : : SAN FRANCISCO

# RULES and REGULATIONS

## *of the*

## California State Park System

All of California's State Parks have been established for the purpose of preserving outstanding examples of nature's handiwork, for future generations, whether it be Redwood groves, beaches or other areas set aside for the use and enjoyment of *all* of the people.

That this enjoyment may not be destroyed it is necessary that certain restrictions governing the use of the parks be effected.

In order to preserve the natural beauty of the parks so that the public may enjoy them please observe the following:

### *To preserve the beauty of the park*

1. No person shall pick flowers, foliage or fruit, or cut, break, dig up, or in any way mutilate or injure any tree, shrub, plant, fern, grass, turf, railing, seat, fence, structure, or any other thing, in any of said parks, or cut, carve, paint, mark or paste on any tree, stone fence, wall, building, monument, or other object therein, any bill, advertisement or inscription.

2. No person shall dig up or remove any dirt, stones, rock or other thing whatever, make any excavation, quarry any stone or lay or set off any blast, or cause or assist in doing any of said things, within any park, without the special order or license of said Commission.

3. No bottles, broken glass, ashes, waste paper, or other rubbish, shall be left in any State Park, except at such place or places as may be specially designated by the Commission, or by a sign marked "Public Dump."

4. No horse shall be hitched to any shrub or tree in any State Park, in a way to damage such trees or shrubs.

5. No person, unless by authority of the Commission, shall light, kindle or use any fire in any State Park, except in camp stoves, as the risk of destructive fires is always present without such regulation. Fire permits are obtained from the Park Warden or Custodian.

### *To protect the wild life which adds to the interest of the park*

6. No domestic animal shall be permitted to go at large in any State Park, either with or without a keeper.

7. No person shall carry or have firearms in any State Park, and no firearms shall be discharged from or into any park.

8. No person shall disturb or injure any bird, bird's nest, or eggs, or any squirrel or other animal within any State Park.

## To maintain peace, quiet and respectability so that the park may be enjoyed to the full by those who come with serious intent to enjoy it

9. No threatening, abusive, boisterous, insulting or indecent language or gesture shall be used in any State Park. Nor shall any oration, harangue, or other public demonstration be made.

10. No person shall discharge or set off, on or within any State Park, any firecrackers, torpedoes, rockets, or other fireworks.

## To protect life and limb, and assure an atmosphere in keeping with the park surroundings, certain regulations of automobile and other traffic are necessary and will be enforced

11. No person shall ride or drive on any road within any State Park, except State, county and otherwise posted highways, at a faster speed than *fifteen miles per hour*, and this shall also apply to the use of cycles.

12. No automobile or other vehicle shall be taken into or driven upon roads not public highways in any State Park except upon such drives and subject to such regulations as the Commission may from time to time especially designate.

13. No cart, wagon, drag, truck, or other vehicle, carrying lumber, stone, brick, or any goods, merchandise, or articles of freight, or which is commonly used for carriage thereof, shall, except in service of the Commission or with special permit of the Commission enter any part of any of said parks, except such public highways as existed before the same was established as a park.

## To maintain as high a standard as possible in serving the public on the part of licensed utilities and to protect visitors from impositions

14. It shall be unlawful for any person to engage in the business of soliciting, selling or peddling of any liquids or edibles for human consumption or to distribute circulars or to hawk, peddle and vend any goods, wares or merchandise of any kind, on any State Park except where otherwise provided by law.

## Rules applying especially to beach parks

15. No person shall erect, maintain, use or occupy on any State Beach any tent, lodge, shelter, or structure, unless such tent, lodge, shelter or structure shall have two sides thereof entirely open, and unless there shall be an unobstructed view into such tent, lodge, shelter or structure from the outside thereof on at least two sides thereof.

(a) No guy wire, guy rope or exterior brace or support shall be connected, fastened or maintained between any such tent, lodge, shelter or structure or any part or portion thereof, and any structure, stake, rock or thing outside of such tent, lodge, shelter or structure.

16. It shall be unlawful for any person to: (a) dig, take or carry away any earth, sand or stone from public beach, or maliciously tear down, damage or destroy any sign, signboard or notice placed upon or affixed on any public beach; (b) maliciously mutilate or deface any buildings, or life saving equipment or other structure erected on any public beach for protection and safety of public.

17. No fires shall be built, lighted or maintained on any public area, owned, managed or controlled by said State and fronting upon or adjacent to any area, except in a fireplace provided, maintained and designated for such purpose, or within confines of a plot, area or circle set apart, designated and marked for such purpose.

18. It shall be unlawful for any person to give a signal or transmit, or for any person or persons to cause or permit to be given, signalled or transmitted, in any manner, any false drowning alarm.

19. Horseback riding on State Beaches is prohibited.

20. Disrobing on State Beaches is not permitted and clothing sufficient to conform to common standards must be worn at all times.

These rules and regulations are promulgated in accordance with a mandatory provision of Chapter 763, Statutes of 1927, which reads in part as follows:

> "Sec. 6. It shall be the duty of the State Park Commission to protect the State Parks from damage and to preserve the peace therein.
>
> Any person who violates the rules and regulations established by the State Park Commission shall be guilty of a misdemeanor and upon conviction shall be punished by imprisonment in the county jail not exceeding ninety days, or by a fine not exceeding five hundred dollars, or by both such fine and imprisonment."

*Person Defined*—The word "person" whenever used in these rules shall be construed to mean and include natural persons, firms, copartnerships, corporations, clubs and all associations or combinations of persons whenever acting for themselves or by a servant, agent or employee.

---

# THIS IS YOUR PARK—

*Enjoy it, without abusing it or defacing it*

## CALIFORNIA STATE PARK COMMISSION
### DEPARTMENT OF NATURAL RESOURCES
### DIVISION OF PARKS

417 MONTGOMERY STREET    :    :    SAN FRANCISCO

*printed in* CALIFORNIA STATE PRINTING OFFICE
SACRAMENTO, 1940    GEORGE H. MOORE, STATE PRINTER
89739  8-40  25M



# TAB 56

# SEVENTH BIENNIAL REPORT

## OF THE

# Mississippi Forestry Commission

### Biennium Ending June 30, 1939



### AND THE

# FIRST BIENNIAL REPORT

## OF THE

# Mississippi
# State Board of Park Supervisors

### Biennium Ending June 30, 1939



**3. All Park Patrons Treated Alike.**

The Board has adopted a policy of treating all park users alike regardless of their position or financial standing. Even individuals employed by the Board are required to pay the standard rate if they desire to use park facilities.

**4. Parks are for Public Use Only.**

The Board has received many requests from individuals who would like to use a portion of the park, placing their own facilities thereon. This method of park use is not considered wise by the Board and it has adopted a policy of owning and operating all facilities included in the park boundary. They are made available for anyone desiring the use of these facilities instead of reserving them for a particular person or organization.

**5. Selection of Park Personnel.**

It has been the policy of the Park Board to select personnel for a particular park from the locality in which the park is located, this being done only after advising with the local sponsors of the park.

In the selection of the Central Office personnel, the Board has attempted to select the best trained personnel available from the state at large. In no instance has it been necessary to hire individuals from outside the State of Mississippi.

This policy, however, does not apply to personnel selected by the National Park Service who are employed in the construction work of the park.

**6. Only One State Agency Should Operate Parks.**

It has come to the attention of the State Board that Government agencies have developed parks similar to state parks and that it is proposed to lease these parks to state agencies other than the State Park Board for operation.

The Board feels that public funds should not be expended by two state agencies in the operation of these parks, but that all should be combined under one management for administration and operation.

## RULES FOR PARK OPERATIONS

Pursuant to the terms and provisions of House Bill No. 858 of the regular session of Nineteen Hundred Thirty-Six, the State Board of Park Supervisors hereby adopts the following rules and regulations, which having been entered in its minutes and published by posting in all parks, shall become the rules governing the occupancy and use of all parks under its supervision:

### SECTION ONE

**Advertising.**

No advertising matter shall be posted, distributed or displayed in any park under the jurisdiction of the State Board of Park Supervisors.

 Google

104          FIRST BIENNIAL REPORT

## SECTION TWO

Bathing.

1. No bathing will be allowed in the waters of the parks except at designated places.

2. Bathers must comply with the regulations of the State Board of Health, relative to showers and foot-baths. (A copy of this regulation is posted in all bath houses).

3. Where bath houses are provided for the convenience of park users, it is not permissible for prospective bathers to dress in cars, or in any other pace except the designated bath house.

4. No bathing will be allowed without the protection of a life guard.

## SECTION THREE

Camping.

1. Those desiring to camp within the boundaries of any state park must camp at a spot designated by the camp superintendent.

2. Campers must, at all times, avoid practices that will pollute any streams or lakes in the park.

3. Upon leaving a camp ground, the camper is required to see that all garbage and rubbish is gathered, and the camp ground left in neat and presentable condition.

4. While in the act of making a camp or occupying same, campers are forbidden to deface any property of the park, make any excavations, or remove trees or shrubs, without the permission of the park superintendent.

## SECTION FOUR

Boating.

1. Private boats may be permitted on the lakes and streams of parks only by special permission from the park superintendent.

2. Parties using a boat must be accompanied by at least one good swimmer, or stay within reach of the life guard provided by the management.

3. The management will designate the total number of persons that may occupy any one boat.

4. Motor boats will be restricted or forbidden, according to the size of the lake or the facilities available.

5. Parties using boats on the lake must not in any way interfere with swimming or fishing, and must observe the rules for that particular lake.

6. Parties renting a boat must return same to the designated pier upon leaving.

## SECTION FIVE

Care of State Property.

1. Defacing of buildings, breaking of furniture, scarring or burning trees or shrubs, breaking of branches of flowers, are strictly forbidden. It is understood that in case of accident where furniture or windows are broken, that the party breaking same will pay for repairs before leaving the park.



## SECTION SIX

**Dogs.**

Dogs or other domestic animals are permitted in state parks only on a leash. They will not be allowed to run loose in the grounds.

## SECTION SEVEN

**Drinking of Intoxicating Liquors.**

Public drinking of intoxicating liquors within the state parks of Mississippi is prohibited, and no person, while intoxicated, shall be admitted to, or permitted to remain in the park.

## SECTION EIGHT

**Firearms.**

Firearms of any kind will not be permitted within a park except when carried by a lawful officer.

## SECTION NINE

**Fishing.**

1. Game laws of the State of Mississippi must be strictly observed within the state parks. (Copies of these laws will be found posted within the park).

2. No one person shall take more than 15 fish of any and all species per day from the waters within the park.

3. Special rules that may be enacted relative to closed season and limit of catch must be strictly observed.

## SECTION TEN

**Gambling.**

Gambling is prohibited within the State Parks of Mississippi. Any person violating this rule shall be removed from the boundaries of the park, and otherwise dealt with as provided by law. This provision shall extend to and be applicable to any and all games and devices prohibited by law.

## SECTION ELEVEN

**Picnicking.**

The spreading of lunches or picnicking within the parks of Mississippi is encouraged. But it is necessary for the management to confine picnicking to a specified area. Park users are requested to cooperate with the management by using the picnic grounds developed for that specific purpose.

## SECTION TWELVE

**Protection of Wild Life.**

State parks of Mississippi are sanctuaries for wild life of every sort, and all hunting, or the killing, wounding, pursuing, frightening, capturing or attempting to capture, in any manner, of any wild birds or animals is prohibited within the limits of the park.



## SECTION THIRTEEN

**Parking.**

Parking areas are made available within the parks for public use, and visitors are requested to observe the parking rules of the particular park in which they are visiting. Special attention is invited to the fact that parking in roadways and service roads is not permissible. The grass, shrubs, and trees of the parks must be protected, and those parking automobiles or trucks must exercise care in this respect.

## SECTION FOURTEEN

**Soliciting and Peddling.**

No person shall solicit alms or contribution for any purpose within the park areas. No person shall, without a permit, sell or offer for sale, hire, or lease, or rent out any object of merchandise for sale therein.

## SECTION FIFTEEN

**Overnight Guests.**

1. All guests desiring the use of overnight accommodations must register with the superintendent, giving their resident address.

2. Overnight guests are required to make a deposit with the park superintendent, before occupying the buildings of the park.

3. Before leaving, the equipment and premises must be cleaned up and left in order.

## SECTION SIXTEEN

**Orderly Conduct.**

Park visitors expect other park visitors to conduct themselves orderly, and by so doing, all will enjoy a pleasant outing. The park management must enforce orderly conduct at all times.

## SECTION SEVENTEEN

**Law Observance.**

Any and all actions or practices prohibited by law shall be prohibited in all state parks.

## SECTION EIGHTEEN

**Special Rules.**

It is necessary to enact special rules relative to the opening and closing of park facilities, as well as the use thereof. The using public will be required to observe these special rules after they have been informed thereof by the park managemnt.

## SECTION NINETEEN

**Fire Prevention.**

All persons entering the park for any purpose shall cooperate with the management in preventing fires. It is assumed that park users realize the danger of fire, and they are urgently requested to exercise care in the handling of matches and cigarette butts. No fires may be made except in the open fire places built for that purpose.

 Google

 UNIVERSITY OF MICHIGAN