# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Nastri v. Dykes _____ Docket No.: 25-2413 ________

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Sana S. Mesiya

Firm: Everytown Law

Address: P.O. Box 14780, Washington, DC 20044

Telephone: 202-517-6624 __________________________ Fax:

E-mail: smesiya@everytown.org

**Appearance for:** Everytown for Gun Safety
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: )
(name/firm)

☐ Substitute counsel (replacing other counsel: _______ )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☑ Amicus (in support of: Defendant-Appellee )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on ________________ OR

☐ I applied for admission on ________________.

Signature of Counsel: /s/ Sana S. Mesiya

Type or Print Name: Sana S. Mesiya