**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25 2413 cv

**Motion for:** Judicial Notice

Caption [use short title]

David J. Nastri, Esq. v. Katie Dykes, in her official capacity only

Set forth below precise, complete statement of relief sought:

Commissioner Katie Dykes respectfully moves for judicial notice

of Mackinac National Park's 1876 "Rules and Regulations"

**MOVING PARTY:** Commissioner Katie Dykes     **OPPOSING PARTY:** David J. Nastri, Esq.

- ☐ Plaintiff     ☒ Defendant
- ☐ Appellant/Petitioner     ☒ Appellee/Respondent

**MOVING ATTORNEY:** Thadius Bochain     **OPPOSING ATTORNEY:** Cameron Atkinson

[name of attorney, with firm, address, phone number and e-mail]

Connecticut Office of the Attorney General     Atkinson Law, LLC

165 Capitol Ave, Hartford, CT 06106     122 Litchfield Road, Suite 2, P.O. Box 340, Harwinton, CT 06791

(860) 808 5020; Thadius.Bochain@ct.gov     (203) 677 0782; catkinson@atkinsonlawfirm.com

Court- Judge/ Agency appealed from: D. Conn. (Bolden, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

Is the oral argument on motion requested?   ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes  ☒ No  If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?   ☐ Yes  ☐ No
Has this relief been previously sought in this court?   ☐ Yes  ☐ No

Requested return date and explanation of emergency: _____

**Signature of Moving Attorney:**

_Thadius Bochain_     Date: 6/4/26     Service : ☒ Electronic  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| DAVID J. NASTRI, ESQ. | : | NO. 25-2413-cv |
| *Plaintiff-Appellant,* | : | |
| v. | : | |
| | : | |
| COMMISSIONER KATIE | : | |
| DYKES, | : | |
| *Defendant-Appellee.* | : | JUNE 4, 2026 |

## Commissioner Katie Dykes'
## <u>Unopposed Motion for Judicial Notice</u>

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure

and Rule 27.1 of the Local Rules of Appellate Procedure for the United

States Court of Appeals for the Second Circuit, Defendant-Appellee,

Commissioner Katie Dykes, respectfully moves for judicial notice of

Mackinac National Park's 1876 "Rules and Regulations." A copy of

those Rules and Regulations is attached to this motion.[1] *See*

**Attachment A**.

---

[1] An electronic version of Mackinac National Park's 1876 Rules

and Regulations is accessible through the Hathi Trust Digital Library

1

Courts may properly take "[j]udicial notice of historical documents, documents contained in the public record . . . reports of administrative bodies"; *CITGO Petro. Corp. v. Ascot Underwriting Ltd.*, 158 F.4th 368, 388 (2d Cir. 2025) (internal quotation marks omitted); and agency regulations.  *See Baltas v. Maiga*, 119 F.4th 255, 265 n.4 (2d Cir. 2024); *United States v. Bradford*, 160 F.2d 729, 730 (2d Cir.), *cert. denied*, 331 U.S. 829 (1947); *see also United States v. Vereen*, 152 F.4th 89, 101 n.3 (2d Cir. 2025) (rejecting argument that district court improperly considered historical law not presented by parties and noting that "nothing in *Bruen* suggests that it cabined a court's authority to take judicial notice of undisputed facts whose accuracy cannot reasonably be questioned, Fed. R. Evid. 201(b)"), *cert. denied*, 223 L. Ed. 2d 536 (2026).

Mackinac National Park's 1876 Rules and Regulations are properly subject to judicial notice.  On March 3, 1875, Congress set aside a portion of Mackinac Island in Michigan to be used "as a national

---

at https://babel.hathitrust.org/cgi/pt?id=coo.31924098561974& seq=288 (last visited June 4, 2026).

2

public park, or grounds, for health, comfort, and pleasure, for the benefit and enjoyment of the people[.]" **Attachment A** at 5; *see* 18 STAT. 517 (1875). Congress placed the park "under the exclusive control of the Secretary of War, whose duty it [was] . . . to make and publish such rules and regulations as he may deem necessary or proper for the care and management of the same." **Attachment A** at 5, § 2 (alterations added). Additionally, Congress directed that "[s]uch regulations shall provide for the preservation from injury or spoliation of all timber, mineral deposits, natural curiosities, or wonders within said park, and their retention in their natural condition." *Id.*

On July 27, 1876, the Secretary of War directed for the publication of such Rules and Regulations, with Section IX providing that "[n]o person shall carry or discharge fire-arms in the park."[2] *Id.* at 6.

---

[2] In March 1895, Congress authorized the Secretary of War "to turn over to the State of Michigan, for use as a State park, and for no other purpose, the military reservation and buildings and lands of the national park on Mackinac Island, Michigan." **Attachment A** at 13; *see* 28 STAT. 946 (1895).

3

Case: 25-2413, 06/04/2026, DktEntry: 52.1, Page 5 of 20

Commissioner Dykes referred to Mackinac National Park's firearms ban in her brief and cited to a law review article for support of that prohibition's existence by 1882. *See* ECF No. 38 at 43. After filing Commissioner Dykes' brief, undersigned counsel obtained a copy of "General Orders No. 73" from 1876, which contains the above-mentioned Rules and Regulations.

Because Mackinac National Park's 1876 Rules and Regulations can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned, they are properly subject to judicial notice. *See* Fed. R. Evid. 201(b); *Vereen*, 152 F.4th at 101 n.3; *CITGO Petro. Corp.*, 158 F.4th at 388.

Respectfully submitted,

DEFENDANT-APPELLEE,
COMMISSIONER KATIE
DYKES

WILLIAM TONG
ATTORNEY GENERAL

BY:   _/s/ *Thadius L. Bochain*
Thadius L. Bochain (ct31367)
Timothy J. Holzman (ct30420)
Blake T. Sullivan (ct30289)
Assistant Attorneys General
Attorney General's Office
165 Capitol Avenue
Hartford, CT 06106
860-808-5020 (phone)
860-808-5347 (fax)
Thadius.Bochain@ct.gov
Timothy.Holzman@ct.gov
Blake.Sullivan@ct.gov

5

## CERTIFICATION OF SERVICE

I hereby certify that on June 4, 2026, I caused the foregoing to be filed electronically with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF/ACMS system.  I certify that all participants in the case are registered CM/ECF/ACMS users and that service will be accomplished by the appellate CM/ECF/ACMS system.

/s/ *Thadius L. Bochain*

_____

Thadius L. Bochain
Assistant Attorney General

# Attachment A





# INDEX

OF

# GENERAL ORDERS,

## ADJUTANT GENERAL'S OFFICE,

1876.

WASHINGTON:
GOVERNMENT PRINTING OFFICE.
1877.



1662
a
5
1884

General Orders,
No. 73 of 1876.

with
1463, Also 1884

Mackinac National
Park — Act of
Cong. appd. March 3,
1875, & Rules and
Regulations of War
Dept. thereunder.

| GENERAL ORDERS | HEADQUARTERS OF THE ARMY, |
|---|---|
| No. 73. | ADJUTANT GENERAL'S OFFICE, *Washington, July 27,* 1876. |

By direction of the Secretary of War, the following act of Congress, and the rules and regulations prepared thereunder, are published for the information and guidance of all concerned:

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That so much of the island of Mackinac, lying in the Straits of Mackinac, within the county of Mackinac, in the State of Michigan, as is now held by the United States under military reservation or otherwise, (excepting the Fort Mackinac and so much of the present reservation thereof as bounds it to the south of the village of Mackinac, and to the west, north and east respectively by lines drawn north and south, east and west, at a distance from the present fort flag-staff of four hundred yards,) hereby is reserved and withdrawn from settlement, occupancy, or sale under the laws of the United States, and dedicated and set apart as a national public park, or grounds, for health, comfort, and pleasure, for the benefit and enjoyment of the people; and all persons who shall locate or settle upon or occupy the same, or any part thereof, except as herein provided, shall be considered trespassers, and removed therefrom.

SEC. 2. That said public park shall be under the exclusive control of the Secretary of War, whose duty it shall be, as soon as practicable, to make and publish such rules and regulations as he may deem necessary or proper for the care and management of the same. Such regulations shall provide for the preservation from injury or spoliation of all timber, mineral deposits, natural curiosities, or wonders within said park, and their retention in their natural condition. The Secretary may in his discretion grant leases, for building purposes, of small parcels of ground, at such places in said park as shall require the erection of buildings for the accommodation of visitors, for terms not exceeding ten years; all of the proceeds of said leases and all other revenues derived from any source connected with said park, to be expended, under his direction. in the management of the same and in the construction of roads and bridle-paths therein. He shall provide against the wanton destruction of game or fish found within said park, and against their capture or

destruction for any purposes of use or profit. He also shall cause all persons trespassing upon the same after the passage of this act to be removed therefrom, and generally shall be authorized to take all such measures as shall be necessary or proper to fully carry out the objects and purposes of this act.

SEC. 3. That any part of the park hereby created shall at all times be available for military purposes, either as a parade or drill ground, in time of peace, or for complete occupation in time of war, or whenever war is expected, and may also be used for the erection of any public buildings or works: *Provided,* That no person shall ever claim or receive of the United States any damage on account of any future amendment or repeal of this act, or the taking of said park, or any part thereof, for public purposes or use.

*Approved March 3, 1875.*

### Rules and Regulations.

I...Mackinac Park will be under the immediate control and management of the commanding officer of Fort Mackinac, who is charged with the duty of preserving order, protecting the public property therein, and enforcing these rules.

II...All tenants renting under the act of Congress providing therefor must conform to, and abide by, such rules and regulations as are prescribed for the care of the park, and will be held responsible for a compliance with the same on the part of the members of their families, their agents, and employés.

III...The sale of wines and malt or spirituous liquors on the park without special authority from the commanding officer of Fort Mackinac, or higher military authority, is prohibited.

IV...No person shall put cattle, swine, horses, or other animals on the park, except as follows:

The cows belonging to the residents of the Island of Mackinac may be placed in a herd, under the care of a herder, and be permitted to graze in such parts of the park as may be designated by the commanding officer of Fort Mackinac.

V...Racing or riding and driving at great speed is prohibited.

VI...No person shall indulge in any threatening, abusive, insulting, or indecent language in the park.

VII...No person shall commit any obscene or indecent act in the park.

VIII...No frays, quarrels, or disorders of any kind will be permitted in the park.

IX...No person shall carry or discharge fire-arms in the park.

X...No person shall injure or deface the trees, shrubs, turf, natural curiosities, or any of the buildings, fences, bridges, or other structures within the park.

XI...No person shall injure, deface, or destroy any notices, rules or regulations for the government of the park, posted, or in any other manner permanently fixed, by order or permission of the authorities of the park.

XII...No person shall wantonly destroy any game or fish within the park, nor capture nor destroy the same for any purposes of use or profit.

XIII...Any person who shall violate any of these Rules and Regulations shall be ejected from the park by military authority, and in case the person so offending shall have committed any offense in violation of any of the statutes of the United States or of the State of Michigan the offender will be proceeded against before the United States or State courts according to the laws providing for the same.

XIV...The commanding officer of Fort Mackinac may, at any time, add to or modify these rules, subject to the approval of the Secretary of War.

BY COMMAND OF GENERAL SHERMAN:

E. D. TOWNSEND,
*Adjutant General.*

OFFICIAL:


*Assistant Adjutant General.*

Case: 25-2413, 06/04/2026, DktEntry: 52.1, Page 13 of 20



https://heinonline.org |holsupport@wshein.com

**CITATIONS:**

**Bluebook 22nd ed.**
. 18 Stat. 517 (1778-1875) (1875).

**ALWD 7th ed.**
, . 18 Stat. 517 (1778-1875) (1875).

**APA 7th ed.**
, 18 Stat. 517 (1778-1875) (1875).

**Chicago 18th ed.**
"Chapter 191, 43 Congress, Session 2, An Act: To set apart a certain portion of the island of Mackinac in the Straits of Mackinac, within the State of Michigan, as a national park." U.S. Statutes at Large 18, no. Main Section (1875): 517-518. HeinOnline.

**McGill Guide 10th ed.**
. 18 Stat. 517 (1778-1875) (1875).

**AGLC 4th ed.**
. 18 Stat. 517 (1778-1875) (1875)

**MLA 9th ed.**
, . 18 Stat. 517 (1778-1875) (1875). HeinOnline.

**OSCOLA 4th ed.**
. 18 Stat. 517 (1778-1875) (1875).

**Date Downloaded:**    Tue Jun  2 14:41:16 2026

**Source:** https://heinonline.org/HOL/Page?handle=hein.statute/sal018&id=3469

**Terms, Conditions & Use of PDF Document:**
Please note, citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper formatting. Your use of this HeinOnline PDF indicates your acceptance of William S. Hein & Co., Inc. and HeinOnline's Terms & Conditions: https://help.heinonline.org/kb/terms-conditions/ . The search text of this PDF is generated from uncorrected OCR text. To obtain permission to use this article beyond the scope of your license, please use: https://www.copyright.com.

Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

*HeinOnline is a product of William S. Hein & Co., Inc. | 2350 North Forest Road, Getzville, NY 14068*

FORTY-THIRD CONGRESS. Sess. II. Ch. 189, 190, 191. 1875.    517

of railway-companies;" which report of said committee of conference was concurred in by both Houses; and

Whereas in transcribing the bill, the said second proviso in the amendment of the House of Representatives was not stricken out, and the above-quoted words were not inserted and do not appear in the law upon the statute-books: Therefore,

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the said words above quoted shall be considered and taken as they were intended to be, and they are hereby made a part of said act approved June eighth, eighteen hundred and seventy-two.

Approved, March 3, 1875.

---

**CHAP. 190.**—An act to authorize the purchase of a site for a public building at Topeka, Kansas.

March 3, 1875.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Secretary of the Treasury be authorized and directed to purchase at private sale, or procure by condemnation, a suitable tract of ground in the city of Topeka, Kansas, as a site for a fire-proof building for the accommodation of the United States district and circuit courts, post-office, pension agency, land office and other Government offices in said city; said tract of land not to exceed in cost the sum of ten thousand dollars, which sum is hereby appropriated out of any money in the Treasury not otherwise appropriated but the same shall not be available until a valid title to the land shall be vested in the United States, nor until the State of Kansas shall relinquish its jurisdiction over the same, and all right to tax or assess the same while owned by the United States.

Site for public building in Topeka, Kansas.

Appropriation.

Relinquishment of State jurisdiction, &c.

Approved, March 3, 1875.

---

**CHAP. 191.**—An act to set apart a certain portion of the island of Mackinac in the Straits of Mackinac, within the State of Michigan, as a national park

March 3, 1875.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That so much of the island of Mackinac, lying in the Straits of Mackinac, within the county of Mackinac, in the State of Michigan, as is now held by the United States under military reservation or otherwise, (excepting the Fort Mackinac and so much of the present reservation thereof as bounds it to the south of the village of Mackinac, and to the west, north and east respectively by lines drawn north and south, east and west, at a distance from the present fort flag-staff of four hundred yards,) hereby is reserved and withdrawn from settlement, occupancy, or sale under the laws of the United States, and dedicated and set apart as a national public park, or grounds, for health, comfort, and pleasure, for the benefit and enjoyment of the people; and all persons who shall locate or settle upon or occupy the same, or any part thereof, except as herein provided, shall be considered trespassers, and removed therefrom.

Part of Mackinac Island set apart as a national park.

Trespassers.

Sec. 2. That said public park shall be under the exclusive control of the Secretary of War, whose duty it shall be as soon as practicable, to make and publish such rules and regulations as he may deem necessary or proper for the care and management of the same. Such regulations shall provide for the preservation from injury or spoliation of all timber, mineral deposits, natural curiosities, or wonders within said park, and their retention in their natural condition. The Secretary may in his discretion, grant leases for building purposes, of small parcels of ground, at such places in said park as shall require the erection of buildings for

Control and management of park.

Regulations.

Leases.

the accommodation of visitors for terms not exceeding ten years; all of the proceeds of said leases and all other revenues derived from any source connected with said park, to be expended, under his direction, in the management of the same and in the construction of roads and bridle paths therein. He shall provide against the wanton destruction of game or fish found within said park and against their capture or destruction for any purposes of use or profit. He also shall cause all persons trespassing upon the same after the passage of this act to be removed therefrom, and generally shall be authorized to take all such measures as shall be necessary or proper to fully carry out the objects and purposes of this act.

*Preservation of game and fish.*

*Removal of trespassers.*

SEC. 3. That any part of the park hereby created shall at all times be available for military purposes, either as a parade or drill ground, in time of peace, or for complete occupation in time of war, or whenever war is expected, and may also be used for the erection of any public buildings or works: *Provided* that no person shall ever claim or receive of the United States any damage on account of any future amendment or repeal of this act, or the taking of said park, or any part thereof, for public purposes or use.

*Use of park for military purposes.*

*No claim against United States for damages.*

Approved, March 3, 1875.

---

March 3, 1875.

**CHAP. 192.**—An act to donate to the State of Oregon a public building-lot, and material situated at The Dalles, Oregon.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the mint-building, material, and lot on which it is located, at The Dalles, Oregon, be, and the same are hereby, donated to the State of Oregon: *Provided,* That the donation is made on the condition that said building and lot shall be appropriated by the State of Oregon to the use of some educational or charitable institution.

*Mint-building, &c., at The Dalles, donated to Oregon. Proviso.*

Approved, March 3, 1875.

---

March 3, 1875.

**CHAP. 193.**—An act to make an appropriation for public buildings at Covington, Kentucky.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the sum of one hundred and fifty thousand dollars be, and is hereby, appropriated for the completion of public buildings at Covington, Kentucky.

*Appropriation.*

*Public buildings in Covington, Ky.*

Approved, March 3, 1875.

---

March 3, 1875.

**CHAP. 194.**—An act to annex certain lands to reservation numbered two, occupied by the Department of Agriculture.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the public ground which lies immediately north of reservation numbered two, now in the occupancy of the Department of Agriculture, made by the filling-up of the canal, be, and the same is hereby, attached to and shall hereafter be a part of the said reservation numbered two, in the occupancy of the said Department of Agriculture.

*Certain public lands annexed to reservation occupied by Department of Agriculture.*

Approved, March 3, 1875.



https://heinonline.org |holsupport@wshein.com

**CITATIONS:**

**Bluebook 22nd ed.**
Making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, eighteen hundred and ninety-six, and for other purposes., Chapter 189, 53 Congress. 28 Stat. 910 (1885-1895) (1895).

**ALWD 7th ed.**
Making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, eighteen hundred and ninety-six, and for other purposes., Chapter 189, 53 Congress. 28 Stat. 910 (1885-1895) (1895).

**APA 7th ed.**
Making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, eighteen hundred and ninety-six, and for other purposes., Chapter 189, 53 Congress. 28 Stat. 910 (1885-1895) (1895).

**Chicago 18th ed.**
"Chapter 189, 53 Congress, Session 3, An Act: Making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, eighteen hundred and ninety-six, and for other purposes." U.S. Statutes at Large 28: 910-962. HeinOnline.

**McGill Guide 10th ed.**
Making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, eighteen hundred and ninety-six, and for other purposes., Chapter 189, 53 Congress. 28 Stat. 910 (1885-1895) (1895).

**AGLC 4th ed.**
Making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, eighteen hundred and ninety-six, and for other purposes., Chapter 189, 53 Congress. 28 Stat. 910 (1885-1895) (1895)

**MLA 9th ed.**
Making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, eighteen hundred and ninety-six, and for other purposes., Chapter 189, 53 Congress. 28 Stat. 910 (1885-1895) (1895). HeinOnline.

**OSCOLA 4th ed.**
Making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, eighteen hundred and ninety-six, and for other purposes., Chapter 189, 53 Congress. 28 Stat. 910 (1885-1895) (1895).

**Date Downloaded:**    Wed Jun  3 10:14:36 2026

**Source:** https://heinonline.org/HOL/Page?handle=hein.statute/sal028&id=942

**Terms, Conditions & Use of PDF Document:**
Please note, citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper formatting. Your use of this HeinOnline PDF indicates your acceptance of William S. Hein & Co., Inc. and HeinOnline's Terms & Conditions: https://help.heinonline.org/kb/terms-conditions/ . The search text of this PDF is generated from uncorrected OCR text. To obtain permission to use this article beyond the scope of your license, please use: https://www.copyright.com.

Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

*HeinOnline is a product of William S. Hein & Co., Inc. | 2350 North Forest Road, Getzville, NY 14068*

**910**        FIFTY-THIRD CONGRESS. Sess. III. Chs. 188, 189. 1895.

Expenses reimbursable.

That for the purpose of carrying this section into effect the sum of one thousand five hundred dollars, or so much thereof as may be necessary, be, and the same hereby is, appropriated, out of any money in the Treasury not otherwise appropriated, which sum shall be reimbursed to the United States out of the proceeds of the first sales of lands made under the provisions hereof, each tribe to be charged only with the expenses attending the sale of its own lands.

Allotment to children.

That before any of the surplus lands belonging to the Kickapoo tribe of Indians shall be sold under the provisions of this section there shall be allotted by the Secretary of the Interior eighty acres to each of the children of said tribe residing on or adjacent to said reservation who have not heretofore received any lands: *Provided*, That this section may be adopted or rejected separate and apart from the other provisions of this Act, by the said Kickapoo tribe.

*Proviso.*
Action on this section.

Special agent to make payments.

Sec. 11. That in all payments or disbursements of money to Indians individually the Secretary of the Interior is hereby authorized, in his discretion, to detail an officer from his Department or appoint a special agent to make or to superintend and inspect such payment; and when made by special agent the Secretary shall fix a reasonable compensation for the services of such special agent and pay it out of the money to be disbursed. In all cases the agent making such payment shall give bond to the United States in double the amount to be disbursed, with good and sufficient security, to be approved by the Secretary, conditioned for the faithful performance of his duties. All such payments to be made under such rules and regulations as the Secretary may prescribe.

Compensation.

Bond.

Approved, March 2, 1895.

---

March 2, 1895.

**CHAP. 189.**—An Act Making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, eighteen hundred and ninety-six, and for other purposes.

Sundry civil expenses appropriations.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the following sums be, and the same are hereby, appropriated, for the objects hereinafter expressed, for the fiscal year ending June thirtieth, eighteen hundred and ninety-six, namely:

Treasury Department.

## UNDER THE TREASURY DEPARTMENT.

Public buildings.

### PUBLIC BUILDINGS.

Allegheny, Pa.

For post-office at Allegheny, Pennsylvania: For continuation of building under present limit, one hundred thousand dollars.

Engraving and Printing Bureau.

For Bureau of Engraving and Printing: For the construction of a third additional story to the old boiler house of the main building, including the extension and renewal of elevator on the west side of said boiler house, twelve thousand dollars.

Buffalo.

For post-office at Buffalo, New York: For continuation of building under present limit, one hundred and twenty-five thousand dollars.

Brockton, Mass.
*Ante,* p. 675.

For post-office and other Government offices at Brockton, Massachusetts: For securing a site for the construction of the public building, twenty-five thousand dollars. And the Secretary of the Treasury is authorized to contract for the completion of said building including heating and ventilating apparatus, fire-proof vaults, elevators, and approaches complete, within the limit of cost prescribed in the law, subject to the appropriations to be made by Congress.

Contract.

Charleston, S. C.

For the public building at Charleston, South Carolina: For completion of building, forty thousand dollars.

Chicago, Ill.
Temporary building.

In order to provide accommodations for the Government officials in the city of Chicago now occupying the present building, during the

exceeding one thousand five hundred dollars of this sum may be expended in defraying the expenses of the removal of patients to their friends.

For the buildings and grounds of the Government Hospital for the Insane, as follows: _Buildings and grounds._

For additional accommodations for the insane, twenty-five thousand dollars.

For general repairs and improvements, thirteen thousand dollars.

For special improvements, as follows:

For fireproof stairs and sanitary towers for the Relief and Dawes buildings, six thousand dollars.

## COLUMBIA INSTITUTION FOR THE DEAF AND DUMB.

_Columbia Institution for Deaf and Dumb._

Current expenses of the Columbia Institution for the Deaf and Dumb: _Current expenses._
For support of the institution, including salaries and incidental expenses, for books and illustrative apparatus, and for general repairs and improvements, fifty-two thousand five hundred dollars.

For special repairs to the buildings and for the improvement of the grounds, one thousand dollars.

For additional building complete, thirty thousand dollars.

## HOWARD UNIVERSITY.

_Howard University._

For maintenance of the Howard University, to be used in payment _Maintenance._ of part of the salaries of the officers, professors, teachers, and other regular employees of the university, the balance of which will be paid from donations and other sources, twenty eight thousand five hundred dollars:

For tools, materials, wages of instructors, and other necessary expenses of the industrial department, three thousand dollars;

For books for library, bookcases, shelving and fixtures, three hundred dollars;

For books for the library of the law department, one thousand dollars;

For material and apparatus for chemical, physical, and natural history and laboratory, two hundred dollars;

For improvement of grounds, five hundred dollars;

For repairs of buildings, one thousand dollars;

In all, twenty-nine thousand five hundred dollars.

## EDUCATION IN ALASKA.

_Education in Alaska._

For the industrial and elementary education of children in the Territory of Alaska, without reference to race, thirty thousand dollars.

## REINDEER FOR ALASKA.

_Reindeer for Alaska._

For support of the reindeer station at Port Clarence, Alaska, and for _Support._ the purchase and introduction of reindeer from Siberia for domestic purposes, seven thousand five hundred dollars.

OFFICIAL REGISTER OF THE UNITED STATES: For the preparation _Official Register. Preparation._ of the Official Register of the United States for eighteen hundred and ninety-five, including editing, proofreading, and indexing, four thousand dollars.

## UNDER THE WAR DEPARTMENT.

_War Department._

## ARMORIES AND ARSENALS.

_Armories and arsenals._

For the Rock Island Arsenal, Rock Island, Illinois, as follows: _Rock Island, Ill._
For machinery and shop fixtures, ten thousand dollars. _Machinery._
For general care, preservation, and improvements; for painting and _Care, etc._ care and preservation of permanent buildings; for building fences and sewers and grading grounds, ten thousand dollars.

other assistance, and office expenses; in all, seventy-five thousand dollars, to be immediately available.

Shiloh Military Park.
*Ante,* p. 598.

SHILOH NATIONAL MILITARY PARK: The commissioners appointed under the Act of Congress approved December twenty-seventh, eighteen hundred and ninety-four, to have charge, under the Secretary of War, of the affairs of the Shiloh National Military Park, shall have

Office of commissioners.

their office at Pittsburg Landing, Tennessee, or at such other point convenient to the battlefield of Shiloh, Tennessee, as the Secretary of War may direct; and the limit of cost of all the lands to be embraced in the said park is hereby fixed at not to exceed twenty thousand dollars.

Mackinac Island. Mich.
Granted to Michigan.

MILITARY RESERVATION ON MACKINAC ISLAND, MICHIGAN: The Secretary of War is hereby authorized, on the application of the governor of Michigan, to turn over to the State of Michigan, for use as a State park, and for no other purpose, the military reservation and buildings and the lands of the national park on Mackinac Island, Michigan *Provided,* That whenever the State ceases to use the land for the purpose aforesaid it shall revert to the United States.

Proviso.
Reversion.

Fort Wayne.

For extending and improving the Fort Wayne Military Reservation by grading the grounds, filling in the marsh along the river front, and protecting the same by a riprap of stone; for restoring the ground and constructing drains, twenty thousand dollars.

Fort Meade. S. Dak.

For the purpose of building a hospital at Fort Meade, South Dakota, twenty-five thousand dollars, to be immediately available.

Fort D. A. Russell.
May set apart lands for fair grounds, Wyoming.

That the Secretary of War, at the request of the governor of the State of Wyoming, is hereby authorized and empowered, in his discretion, to select and set apart one hundred and sixty acres of land that may no longer be required for military purposes, in the Fort D. A. Russell Military Reservation, in the said State, for the use of the said State for agricultural fair and industrial exposition grounds, and for other public purposes. That the lands so set apart are hereby granted to the

Proviso.
Entries, etc.

State of Wyoming: *Provided,* That the entry and selection of lands under the provisions of this Act shall be construed as being in part satisfaction of the grant of lands to the State of Wyoming for charitable, educational, penal, and reformatory institutions under the provisions of section eleven of the Act of Congress of July tenth, anno Domini eighteen hundred and ninety.

Engineer Department.

## ENGINEER DEPARTMENT.

River and harbor improvements.
Philadelphia, Pa.

For continuing improvement of harbor at Philadelphia, Pennsylvania: Continuing improvement, removal of Smiths Island and Windmill Island, Pennsylvania, and Petty Island, New Jersey, and adjacent shoals, eight hundred and fifty thousand dollars.

Ohio River, dam.
*Ante,* p. 355.

For construction of movable dam numbered six, in the Ohio River, near Beaver River, in addition to the amount heretofore appropriated, the sum of one hundred and fifty thousand dollars.

Galveston, Tex.

For improving harbor at Galveston, Texas: Continuing improvement, one million one hundred and sixty thousand dollars, one hundred thousand dollars of which may be expended for dredging, under the direction of the Secretary of War, by contract or otherwise, as may be most economical and advantageous to the United States.

Hudson River, N.Y.

For improving Hudson River, New York: Continuing improvement, five hundred thousand dollars.

Great Kanawha River, W. Va.

For improving Great Kanawha River, West Virginia: Completing improvement, five hundred and eighty thousand seven hundred dollars.

Muskingum River, Ohio.

That the Secretary of War be, and he is hereby, authorized, in his distribution, to apply so much of the funds now applicable to the care, preservation, and maintenance of the public works of the United States, as may be necessary, not exceeding two thousand five hundred

Repair of wall, Zanesville.

dollars, to rebuild or repair the protection wall now standing upon the ground owned by the United States at Zanesville, Ohio, on the Muskingum River, and which is a part of the public works of said river,