UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

# MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-2413-cv

Caption [use short title]: Nastri v. Dykes

**Motion for:** Postponement of Oral Argument

Set forth below precise, complete statement of relief sought:
The parties jointly and respectfully request to postpone the presently scheduled November 3, 2026 oral argument until December 3, 2026 or later, but in any event not before November 16, 2026.

**MOVING PARTY:** Commissioner Katie Dykes (joint motion)

**OPPOSING PARTY:** David J. Nastri (joint motion)

☐ Plaintiff ☐ Defendant

☐ Appellant/Petitioner ☒ Appellee/Respondent

**MOVING ATTORNEY:** Thadius L. Bochain

**OPPOSING ATTORNEY:** Cameron L. Atkinson

[name of attorney, with firm, address, phone number and e-mail]

| Moving Attorney | Opposing Attorney |
|---|---|
| Connecticut Office of the Attorney General | Atkinson Law, LLC |
| 165 Capitol Ave, Hartford, CT 06106 | 122 Litchfield Road, Suite 2, P.O. Box 340, Harwinton, CT 06791 |
| (860) 808-5020; thadius.bochain@ct.gov | (203) 677-0782; catkinson@atkinsonlaw.com |

Court- Judge/ Agency appealed from: United States District Court for the District of Connecticut; Judge Victor A. Bolden

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☒ Yes ☐ No If yes, enter date: November 3, 2026

**Signature of Moving Attorney:**

[signature] **Date:** 8/27/26 Service : ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

| | | |
|---|---|---|
| DAVID J. NASTRI, ESQ. | : | NO. 25-2413-cv |
| *Plaintiff-Appellant,* | : | |
| v. | : | |
| | : | |
| COMMISSIONER KATIE DYKES, | : | |
| *Defendant-Appellee.* | : | AUGUST 27, 2026 |

**Parties' Joint Motion to Postpone Oral Argument**

Pursuant to Rule 34(b) of the Federal Rules of Appellate Procedure and Rule 34.1(e) of the Local Rules of Appellate Procedure for the United States Court of Appeals for the Second Circuit, Defendant-Appellee, Commissioner Katie Dykes, and Plaintiff-Appellant, David. J. Nastri, Esq., jointly move to postpone oral argument in this matter, which is presently scheduled for November 3, 2026. *See* ECF No. 55. The parties respectfully request that oral argument be postponed until December 3, 2026 or later, but in any event not before November 16, 2026.[1]

---

[1] Undersigned counsel discussed with Plaintiff-Appellant's counsel dates of unavailability for oral argument in November 2026, December

The parties request to postpone the November 3, 2026 oral argument for the following reasons. In submitting their oral argument statements on May 7 and May 28, 2026, the parties did not anticipate that oral argument in this matter might be scheduled in November 2026. *See* ECF Nos. 49 and 50. The oral argument statement form for the Second Circuit Court of Appeals requests dates of unavailability "fall[ing] in the interval from 6 to 20 weeks after" the form's due date. *See id.* September 24, 2026, and October 15, 2026, are twenty weeks (i.e., 140 days) from May 7 and May 28, 2026, respectively. Because November 2026 falls outside of the oral argument statement form's requested unavailability window, the parties did not anticipate that oral argument in this matter might occur on November 3, 2026. Had that possibility been anticipated, undersigned counsel would have provided dates of unavailability in November 2026, including November 3, 2026.

---

2026, and January 2027. Those dates of unavailability are set forth herein.

Additionally, November 3 is the date of the Midterm General Election in the United States of America and the date of various state elections in Connecticut. The weeks leading up to any election, election day itself, and the weeks after an election are historically among the busiest times for the Special Litigation Section of the Connecticut Office of the Attorney General. For example, the Special Litigation Section routinely handles fast-moving and time sensitive elections-related lawsuits leading up to, on, and after an election, and such lawsuits divert attention away from other matters due to their time sensitive nature.

Attorney Bochain will be arguing this appeal on behalf of Defendant-Appellee, and he is part of the Special Litigation Section and the small team of attorneys assigned to represent and/or assist state agencies with election-related matters. Among other state agencies, the Special Litigation Section represents the Connecticut Office of the Secretary of State and advises that office on various election-related matters. Furthermore, the Section Chief of the Special Litigation Section and co-counsel for Defendant-Appellee, Assistant Attorney General Blake Sullivan, are also responsible for handling election-

related matters on behalf of the State of Connecticut and related state agencies.[2]

The upcoming 2026 elections are likely to be just as busy for the Special Litigation Section, if not busier than prior years. Attorney Bochain's responsibilities associated with election-related matters leading up to, on, and after the date of the 2026 elections will likely significantly impact his ability to prepare adequately for oral argument in this matter, which involves a voluminous record and complicated constitutional questions regarding the State of Connecticut's ability to prohibit firearms in state parks and forests consistent with the Second Amendment to the United States Constitution. In addition, if oral argument in this matter remains on November 3, 2026, the Section Chief of the Special Litigation Section and Attorney Sullivan will be unable to attend oral argument or otherwise assist in preparing for oral

[2] Although Assistant Attorney General Timothy Holzman presently has an appearance on file on behalf of Defendant-Appellee, in early October 2026, he will be leaving employment with the Connecticut Office of the Attorney General to begin a new role elsewhere.

argument. Put simply, having oral argument on November 3, 2026 (or the weeks leading up to or after that date), presents a significant hardship due to the likely impact that the upcoming 2026 elections will have on Attorney Bochain's ability to prepare adequately for oral argument.

Furthermore, a Second Circuit appeal was recently re-assigned to Attorney Bochain, and the briefing deadline in that matter is October 16, 2026. That appellate brief, in addition to other work responsibilities, will divert attention away from other matters, including this one.

Finally, undersigned counsel conferred with one another and determined that they would be unavailable for oral argument in this matter on the following dates in November 2026, December 2026, and January 2027:

- November 25 – November 27, 2026
- November 30 – December 3, 2026
- December 7 – December 10, 2026
- December 16, 2026
- December 21, 2026 – January 1, 2027

- January 10 – January 14, 2027
- January 18 – January 21, 2027

For these reasons, the parties respectfully and jointly submit that extraordinary circumstances warrant postponing the November 3, 2026 oral argument in this matter until December 3, 2026 or later, but in any event not before November 16, 2026.

Respectfully submitted,

DEFENDANT-APPELLEE,
COMMISSIONER KATIE
DYKES

WILLIAM TONG
ATTORNEY GENERAL

BY: */s/ Thadius L. Bochain*
Thadius L. Bochain (ct31367)
Timothy J. Holzman (ct30420)
Blake T. Sullivan (ct30289)
Assistant Attorneys General
Attorney General's Office
165 Capitol Avenue
Hartford, CT 06106
860-808-5020 (phone)
860-808-5347 (fax)
Thadius.Bochain@ct.gov
Timothy.Holzman@ct.gov
Blake.Sullivan@ct.gov

PLAINTIFF-APPELLANT

DAVID J. NASTRI, ESQ.

*/s/ Cameron Lee Atkinson*
Cameron Lee Atkinson
Atkinson Law, LLC
P.O. Box 340
Harwinton, CT 06791
203-677-0782 (phone)
203-672-6551 (fax)
catkinson@atkinsonlawfirm.com

## CERTIFICATION OF SERVICE

I hereby certify that on August 27, 2026, I caused the foregoing to be filed electronically with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF/ACMS system. I certify that all participants in the case are registered CM/ECF/ACMS users and that service will be accomplished by the appellate CM/ECF/ACMS system.

/s/ *Thadius L. Bochain*

Thadius L. Bochain
Assistant Attorney General