**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of September, two thousand twenty-six,

---

David J. Nastri, Esq.,

Plaintiff - Appellant,

v.

Katie Dykes, in her official capacity only,

Defendant - Appellee.

---

**ORDER**
Docket No. 25-2413

IT IS HEREBY ORDERED that the oral argument in the above entitled appeal, set for Tuesday, November 03, 2026, is ADJOURNED.

Oral argument will be rescheduled at a later date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court