**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of October, two thousand twenty-six,

---

David J. Nastri, Esq.,

Plaintiff - Appellant,

v.

Katie Dykes, in her official capacity only,

Defendant - Appellee.

---

**ORDER**
Docket No. 25-2413

Everytown for Gun Safety, Inc. moves for leave to file an amicus brief in support of the appellee.

IT IS HEREBY ORDERED that the motion is GRANTED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

